IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| **NETWORK APPLIANCE, INC.** ) | |
| **Plaintiff,** ) | |
| ) | **CIVIL ACTION NO. 9:07-cv-206 RHC** |
| ) | |
| **VS.** ) | |
| ) | **Jury Trial Demanded** |
| ) | |
| **SUN MICROSYSTEMS, INC.** ) | |
| ) | |
| **Defendant,** ) | |

## ORDER

CAME ON FOR CONSIDERATION the Agreed Motion to Transfer filed by Network Appliance, Inc., Plaintiff, and Sun Microsystems, Inc., Defendant, in the above-captioned case. After consideration of the same, it is the opinion of the Court that the Agreed Motion to Transfer should be GRANTED.

IT IS, THEREFORE, hereby ORDERED that the above captioned case is hereby TRANSFERRED to United States Magistrate-Judge Elizabeth D. Laporte of the United States District Court for the Northern District of California.

So **ORDERED** and **SIGNED** this **26** day of **November, 2007.**

_____
Ron Clark, United States District Judge

EM\7224662.1