CLOSED, JURY, PATENT/TRADEMARK

# U.S. District Court [LIVE]
## Eastern District of TEXAS (Lufkin)
## CIVIL DOCKET FOR CASE #: 9:07-cv-00206-RHC
### Internal Use Only

| | |
|---|---|
| Network Appliance Inc v. Sun Microsystems Inc | Date Filed: 09/05/2007 |
| Assigned to: Judge Ron Clark | Date Terminated: 11/26/2007 |
| Cause: 35:145 Patent Infringement | Jury Demand: Both |
| | Nature of Suit: 830 Patent |
| | Jurisdiction: Federal Question |

**Plaintiff**

**Network Appliance Inc**     represented by     **David J Healey**
Weil Gotshal & Manges- Houston
700 Louisiana
Suite 1600
Houston, TX 77002-2784
713/546-5000
Fax: 17132249511
Email: david.healey@weil.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Azra M Hadzimehmedovic**
Weil, Gotshal & Manges LLP- Washington
1300 Eye St, NW Suite 900
Washington, DC 20005
202-682-7130
Fax: 202-857-0939
Email: azra.hadzimehmedovic@weil.com
*ATTORNEY TO BE NOTICED*

**Claude Edward Welch**
Law Office of Claude E Welch
PO Box 1574
Lufkin, TX 75902
936/639-3311
Fax: 1936-639-3049
Email: welchlawoffice@consolidated.net
*ATTORNEY TO BE NOTICED*

**Clayton Edward Dark, Jr**
Attorney at Law

PO Box 2207
Lufkin, TX 75902-2207
936/637-1733
Fax: 19366372897
Email: cekrad@yahoo.com
*ATTORNEY TO BE NOTICED*

**Derek Walter**
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3934
Fax: 650-802-3000
Email: derek.walter@weil.com
*ATTORNEY TO BE NOTICED*

**Edward R Reines**
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3022
Fax: 650/802-3100
Email: edward.reines@weil.com
*ATTORNEY TO BE NOTICED*

**Elizabeth S Weiswasser**
Weil Gotshal & Manges-NY
767 Fifth Avenue
New York, NY 10153-0119
212-310-8022
Fax: 212-310-8007
Email: elizabeth.weiswasser@weil.com

*ATTORNEY TO BE NOTICED*

**Jeffrey G. Homrig**
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3119
Fax: 202-802-3100
Email: jeffrey.homrig@weil.com
*ATTORNEY TO BE NOTICED*

**Jill J Ho**
Weil Gotshal & Manges- Redwood Shores

        201 Redwood Shores Parkway
Redwood Shores, CA 94065
650-802-3163
Fax: 202-802-3100
Email: jill.ho@weil.com
*ATTORNEY TO BE NOTICED*

**Matthew Douglas Powers**
Weil Gotshal & Manges- Redwood Shores
201 Redwood Shores Parkway
Redwood Shores, CA 94065
602-802-3200
Fax: 605/802-3100
Email: matthew.powers@weil.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sun Microsystems Inc**     represented by     **Clyde Moody Siebman**
Siebman Reynolds Burg & Phillips LLP

300 N Travis St
Sherman, TX 75090-0070
903/870-0070
Fax: 19038700066
Email: siebman@siebman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Carrie Williamson**
DLA Piper Rudnick Gray Cary US LLP - East Palo Alto
2000 University Ave
East Palo Alto, CA 94303
650/833-2044
Fax: 16508332001
Email: carrie.williamson@dlapiper.com

*ATTORNEY TO BE NOTICED*

**Clayton Thompson**
DLA Piper US LLP - Reston
1775 Wiehle Avenue
Suite 400
Reston, VA 20190-5159
703/773-4143
Fax: 703/773-5043
Email:

clayton.thompson@dlapiper.com
*ATTORNEY TO BE NOTICED*

**David L Alberti**
DLA Piper Rudnick Gray Cary US LLP - East Palo Alto
2000 University Ave
East Palo Alto, CA 94303
650/833-2000
Fax: 650/833-2001
Email: david.alberti@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Mark D Fowler**
DLA Piper Rudnick Gray Cary US LLP - East Palo Alto
2000 University Ave
East Palo Alto, CA 94303
650/833-2000
Fax: 650/833-2001
Email: mark.fowler@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Spencer Brock Benson**
Siebman Reynolds Burg & Phillips - Sherman
300 N Travis St
Sherman, TX 75090-0070
903/870-0070
Fax: 9038700066
Email: brockbenson@siebman.com
*ATTORNEY TO BE NOTICED*

**Yakov Zolotorev**
DLA Piper Rudnick Gray Cary US LLP - East Palo Alto
2000 University Ave
East Palo Alto, CA 94303
650/833-2000
Fax: 650/833-2001
Email: yakov.zolotorev@dlapiper.com
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Sun Microsystems Inc**

V.

**Counter Defendant**

**Network Appliance Inc**

| Date Filed | # | Docket Text |
|---|---|---|
| 09/05/2007 | 1 | COMPLAINT against Sun Microsystems Inc (Filing fee $ 350; rcpt 9-1-709) , filed by Network Appliance Inc. (Attachments: # 1 Civil Cover Sheet)(kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 2 | Exhibit A to 1 Complaint (kjr, ) Additional attachment(s) added on 9/7/2007 (kjr, ). (Entered: 09/05/2007) |
| 09/05/2007 | 3 | Exhibit B to 1 Complaint (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 4 | Exhibit C, Part 1 to 1 Complaint (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 5 | Exhibit C, Part 2 to 1 Complaint (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 6 | Exhibit C, Part 3 to 1 Complaint (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 7 | Exhibit D to 1 Complaint and (Attachments: # 1 Exhibit E# 2 Exhibit F)(kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 8 | Exhibit G to 1 Complaint and (Attachments: # 1 Exhibit H# 2 Exhibit I)(kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 9 | Exhibit J to 1 Complaint and (Attachments: # 1 Exhibit K)(kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 10 | Exhibit L to 1 Complaint and (Attachments: # 1 Exhibit M)(kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 11 | CORPORATE DISCLOSURE STATEMENT filed by Network Appliance Inc (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 12 | Report on the Filing or Determination of an Action Regarding A Patent or Trademark. (Copy forwarded to the Director of the U.S. Patent and Trademark Office.). (kjr, ) (Entered: 09/05/2007) |
| 09/05/2007 | 13 | E-GOV SEALED SUMMONS Issued as to Sun Microsystems Inc. (kjr, ) (Entered: 09/05/2007) |
| 09/13/2007 | 14 | NOTICE by Clerk of attys not admitted to practice in ED/TX (kjr, ) (Entered: 09/13/2007) |
| 09/19/2007 | 15 | Consent MOTION for Extension of Time to File Answer *Or Plead or Otherwise Respond* by Sun Microsystems Inc. (Attachments: # 1 Text of Proposed Order)(Siebman, Clyde) (Entered: 09/19/2007) |
| 09/19/2007 | 16 | ORDER granting 15 Dft's Unopposed Motion to extend time to answer or otherwise plead until 10/26/07. Signed by Judge Ron Clark on 9/19/07. (djh, ) (Entered: 09/24/2007) |
| 09/24/2007 | 17 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Edward R Reines for Network Appliance Inc. ($25 Receipt 9-1-730) (djh, ) (Entered: 09/25/2007) |

| | | |
|---|---|---|
| 09/24/2007 | 18 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Matthew Douglas Powers for Network Appliance Inc. ($25 9-1-730) (djh, ) (Entered: 09/25/2007) |
| 09/24/2007 | 19 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Elizabeth S Weiswasser for Network Appliance Inc. ($25 9-1-730) (djh, ) (Entered: 09/25/2007) |
| 09/24/2007 | 20 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Azra M Hadzimehmedovic for Network Appliance Inc. ($25 9-1-730) (djh, ) (Entered: 09/25/2007) |
| 09/24/2007 | 21 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Jill J Ho for Network Appliance Inc. ($25 9-1-730) (djh, ) (Entered: 09/25/2007) |
| 09/24/2007 | 22 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Jeffrey G. Homrig for Network Appliance Inc. ($25 9-1-730) (djh, ) (Entered: 09/25/2007) |
| 10/01/2007 | 23 | NOTICE of Attorney Appearance by Clayton Edward Dark, Jr on behalf of Network Appliance Inc (Dark, Clayton) (Entered: 10/01/2007) |
| 10/22/2007 | 24 | NOTICE of Attorney Appearance by Claude Edward Welch on behalf of Network Appliance Inc (Welch, Claude) (Entered: 10/22/2007) |
| 10/25/2007 | 25 | ANSWER to Complaint with Jury Demand, COUNTERCLAIM against Network Appliance Inc by Sun Microsystems Inc. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C# 4 Exhibit D# 5 Exhibit E# 6 Exhibit F# 7 Exhibit G# 8 Exhibit H# 9 Exhibit I# 10 Exhibit J# 11 Exhibit K# 12 Exhibit L)(Siebman, Clyde) (Entered: 10/25/2007) |
| 10/25/2007 | 26 | CORPORATE DISCLOSURE STATEMENT filed by Sun Microsystems Inc identifying None as Corporate Parent. (Siebman, Clyde) (Entered: 10/25/2007) |
| 10/30/2007 | 27 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Clayton Thompson for Sun Microsystems Inc. (fee pd in Sherman Div) (djh, ) (Entered: 11/02/2007) |
| 10/30/2007 | 28 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Mark D Fowler for Sun Microsystems Inc.( fee pd in Sherman Div) (djh, ) (Entered: 11/02/2007) |
| 10/30/2007 | 29 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney David Alberti for Sun Microsystems Inc. (fee pd in Sherman Div)(djh, ) (Entered: 11/02/2007) |
| 10/30/2007 | 30 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Carrie Williamson for Sun Microsystems Inc. (fee pd in Sherman Div) (djh, ) (Entered: 11/02/2007) |
| 10/30/2007 | 31 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Yakov Zolotorev for Sun Microsystems Inc. (fee pd in Sherman Div) |

|  |  |  |
|---|---|---|
|  |  | (djh, ) (Entered: 11/02/2007) |
| 11/05/2007 | ●32 | ORDER GOVERNING PROCEEDINGS and setting management conference for 1/23/08 at 2:00pm in Beaumont, Tx. Signed by Judge Ron Clark on 10/31/07. (djh, ) (Entered: 11/05/2007) |
| 11/05/2007 | ●33 | PROTECTIVE ORDER. Signed by Judge Ron Clark on 10/31/07. (djh, ) (Entered: 11/05/2007) |
| 11/13/2007 | ●34 | MOTION for Extension of Time to File Response/Reply *Unopposed Motion to Extend Time to Respond to Sun Microsystems, Inc.'s Counterclaims* by Network Appliance Inc. (Attachments: # 1 Text of Proposed Order Proposed Order)(Reines, Edward) (Entered: 11/13/2007) |
| 11/15/2007 | ●35 | ORDER granting 34 Motion for Extension of Time to File respond to Sun Microsystems Inc's counterclaims until 12/3/07. Signed by Judge Ron Clark on 11/15/07. (djh, ) (Entered: 11/16/2007) |
| 11/19/2007 | ●36 | (APPROVED) APPLICATION to Appear Pro Hac Vice by Attorney Derek Walter for Network Appliance Inc. (Receipt 9-1-776 $25) (djh, ) (Entered: 11/19/2007) |
| 11/21/2007 | ●37 | Consent MOTION to Change Venue *Agreed Motion to Transfer* by Sun Microsystems Inc. (Attachments: # 1 Text of Proposed Order)(Fowler, Mark) (Entered: 11/21/2007) |
| 11/26/2007 | ●38 | ORDER granting 37 Motion to Change Venue. The case is transferred to the District Court for the Northern District of California. Signed by Judge Ron Clark on 11/26/07. (kjr, ) (Entered: 11/27/2007) |
| 11/26/2007 | ● | Interdistrict transfer to the Northern District of California San Francisco Division. (kjr, ) (Entered: 11/27/2007) |