



# ZFS
## THE LAST WORD IN FILE SYSTEMS

eric kustarz
www.opensolaris.org/os/community/zfs



# ZFS Objective

## End the Suffering

- **Figure out why storage has gotten so complicated**
- **Blow away 20 years of obsolete assumptions**
- **Design an integrated system from scratch**



# ZFS Overview

- **Pooled storage**
  - Completely eliminates the antique notion of volumes
  - Does for storage what VM did for memory
- **Provable end-to-end data integrity**
  - Detects and corrects silent data corruption
  - Historically considered "too expensive"
- **Transactional design**
  - Always consistent on disk
  - Removes most constraints on I/O order – <u>huge</u> performance wins
- **Simple administration**
  - Concisely express your intent



# Why Volumes Exist

In the beginning, each filesystem managed a single disk.

- **Customers wanted more space, bandwidth, reliability**
  - Hard: redesign filesystems to solve these problems well
  - Easy: insert a little shim ("volume") to cobble disks together
- **An industry grew up around the FS/volume model**
  - Filesystems, volume managers sold as separate products
  - Inherent problems in FS/volume <u>interface</u> can't be fixed








# FS/Volume Model vs. ZFS

## FS/Volume I/O Stack

**Block Device Interface**

- "Write this block, then that block, ..."
- Loss of power = loss of on-disk consistency
- Workaround: journaling, which is slow & complex

**Block Device Interface**

- Write each block to each disk immediately to keep mirrors in sync
- Loss of power = resync
- Synchronous and slow

## ZFS I/O Stack

**Object-Based Transactions**

- "Make these 7 changes to these 3 objects"
- All-or-nothing

**Transaction Group Commit**

- Again, all-or-nothing
- Always consistent on disk
- No journal – not needed

**Transaction Group Batch I/O**

- Schedule, aggregate, and issue I/O at will
- No resync if power lost
- Runs at platter speed





# FS/Volume Model vs. ZFS

## Traditional Volumes

- Abstraction: virtual disk
- Partition/volume for each FS
- Grow/shrink by hand
- Each FS has limited bandwidth
- Storage is fragmented, stranded



## ZFS Pooled Storage

- Abstraction: malloc/free
- No partitions to manage
- Grow/shrink automatically
- All bandwidth always available
- All storage in the pool is shared



# Copy-On-Write Transactions

### 1. Initial block tree


### 2. COW some blocks


### 3. COW indirect blocks


### 4. Rewrite uberblock (atomic)


# Bonus: Constant-Time Snapshots

- **At end of TX group, don't free COWed blocks**
  - Actually cheaper to take a snapshot than not!





# End-to-End Data Integrity

## Disk Block Checksums

- Checksum stored with data block
- Any self-consistent block will pass
- Can't even detect stray writes
- Inherent FS/volume interface limitation



**Disk checksum only validates media**



- ✓ Bit rot
- ✗ Phantom writes
- ✗ Misdirected reads and writes
- ✗ DMA parity errors
- ✗ Driver bugs
- ✗ Accidental overwrite

## ZFS Data Authentication

- Checksum stored in parent block pointer
- Fault isolation between data and checksum
- Entire storage pool is a self-validating Merkle tree



**ZFS validates the entire I/O path**



- ✓ Bit rot
- ✓ Phantom writes
- ✓ Misdirected reads and writes
- ✓ DMA parity errors
- ✓ Driver bugs
- ✓ Accidental overwrite