

# Traditional Mirroring

**1.** Application issues a read. Mirror reads the first disk, which has a corrupt block. It can't tell.

**2.** Volume manager passes bad block up to filesystem. If it's a metadata block, the filesystem panics. If not...

**3.** Filesystem returns bad data to the application.







# Self-Healing Data in ZFS

**1.** Application issues a read. ZFS mirror tries the first disk. Checksum reveals that the block is corrupt on disk.

**2.** ZFS tries the second disk. Checksum indicates that the block is good.

**3.** ZFS returns good data to the application and repairs the damaged block.





11



# Traditional RAID-4 and RAID-5

- **Several data disks plus one parity disk**

  ▮ ^ ▮ ^ ▮ ^ ▮ ^ ▮ = 0

- **Fatal flaw: partial stripe writes**

    - Parity update requires read-modify-write (slow)
        - Read old data and old parity (two synchronous disk reads)
        - Compute new parity = new data ^ old data ^ old parity
        - Write new data and new parity

    - Suffers from *write hole:* ▮ ^ ▮ ^ ▮ ^ ▮ = garbage
        - Loss of power between data and parity writes will corrupt data
        - Workaround: $$$ NVRAM in hardware (i.e., don't lose power!)

- **Can't detect or correct silent data corruption**



# RAID-Z

- **Dynamic stripe width**
    - Variable block size: 512 – 128K
    - Each logical block is its own stripe
- **Both single- and double-parity**
- **All writes are full-stripe writes**
    - Eliminates read-modify-write (it's fast)
    - Eliminates the RAID-5 write hole
      (no need for NVRAM)
- **Detects and corrects silent data corruption**
    - Checksum-driven combinatorial reconstruction
- **No special hardware – ZFS loves cheap disks**



# Traditional Resilvering

- **Creating a new mirror (or RAID stripe):**
  - Copy one disk to the other (or XOR them together) so all copies are self-consistent – even though they're all random garbage!

- **Replacing a failed device:**
  - Whole-disk copy – even if the volume is nearly empty
  - No checksums or validity checks along the way
  - No assurance of progress until 100% complete – your root directory may be the last block copied

- **Recovering from a transient outage:**
  - Dirty region logging – slow, and easily defeated by random writes



# Smokin' Mirrors

- **Top-down resilvering**
    - ZFS resilvers the storage pool's block tree from the root down
    - Most important blocks first
    - Every single block copy increases the amount of discoverable data
- **Only copy live blocks**
    - No time wasted copying free space
    - Zero time to initialize a new mirror or RAID-Z group
- **Dirty time logging (for transient outages)**
    - ZFS records the transaction group window that the device missed
    - To resilver, ZFS walks the tree and prunes by DTL
    - A five-second outage takes five seconds to repair



# Ditto Blocks

- **Data replication above and beyond mirror/RAID-Z**
    - Each logical block can have up to three physical blocks
        - Different devices whenever possible
        - Different places on the same device otherwise (e.g. laptop drive)
    - All ZFS metadata 2+ copies
    - Settable on a per-file basis for precious user data (snv_61)
- **Detects and corrects silent data corruption**
    - If the first copy is missing or damaged, try the ditto blocks
    - In a multi-disk pool, ZFS survives any non-consecutive disk failures
    - In a single-disk pool, ZFS survives loss of up to 1/8 of the platter
- **ZFS survives failures that send other filesystems to tape**



# Disk Scrubbing

- **Finds latent errors while they're still correctable**
    - ECC memory scrubbing for disks
- **Verifies the integrity of all data**
    - Traverses pool metadata to read every copy of every block
        - All mirror copies, all RAID-Z parity, and all ditto blocks
    - Verifies each copy against its 256-bit checksum
    - Self-healing as it goes
- **Minimally invasive**
    - Low I/O priority ensures that scrubbing doesn't get in the way
    - User-defined scrub rates coming soon
        - Gradually scrub the pool over the course of a month, a quarter, etc.



# ZFS Scalability

- **Immense capacity (128-bit)**
    - Moore's Law: need 65th bit in 10-15 years
    - ZFS capacity: 256 quadrillion ZB (1ZB = 1 billion TB)
    - Exceeds quantum limit of Earth-based storage
        - Seth Lloyd, "Ultimate physical limits to computation." Nature 406, 1047-1054 (2000)
- **100% dynamic metadata**
    - No limits on files, directory entries, etc.
    - No wacky knobs (e.g. inodes/cg)
- **Concurrent everything**
    - Byte-range locking: parallel read/write without violating POSIX
    - Parallel, constant-time directory operations



# ZFS Performance

- **Copy-on-write design**
    - Turns random writes into sequential writes
    - Intrinsically hot-spot-free
- **Multiple block sizes**
    - Automatically chosen to match workload
- **Pipelined I/O**
    - Fully scoreboarded 24-stage pipeline with I/O dependency graphs
    - Maximum possible I/O parallelism
    - Priority, deadline scheduling, out-of-order issue, sorting, aggregation
- **Dynamic striping across all devices**
- **Intelligent prefetch**