# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### LUFKIN DIVISION

FILED - CLERK
U.S. DISTRICT COURT

2007 SEP -5  AM 10: 15

TX EASTERN - LUFKIN

BY_____

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant. | Civil Action No.: _____ <br><br> JURY TRIAL DEMANDED |

## DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable Judges and Magistrate Judges of the Court to evaluate whether disqualification or recusal is required, the undersigned counsel for plaintiff Network Appliance, Inc. ("NetApp"), certifies that:  i) NetApp does not have a parent corporation, and ii) the following publicly-traded companies hold a ten percent or more share of NetApp's stock:  Alliance Bernstein LP.

Dated:  September 5, 2007

Respectfully submitted,

David J. Healey
Lead Attorney
State Bar No. 09327980
david.healey@weil.com
WEIL, GOTSHAL & MANGES LLP
700 Louisiana, Suite 1600
Houston, Texas  77002
(713) 546-5000 Telephone
(713) 224-9511 Facsimile
Attorneys for Plaintiff
Network Appliance, Inc.

Of counsel:

Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Elizabeth Weiswasser
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff
Network Appliance, Inc.