UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>        Defendant.<br><br>SUN MICROSYSTEMS, INC.,<br><br>        Counter-claim Plaintiff,<br><br>v.<br><br>NETWORK APPLIANCE, INC.,<br><br>        Counterclaim-Defendant. | Civil Action No.: 9:07-cv-206 RHC<br><br><br><br>**JURY TRIAL DEMANDED** |

**DEFENDANT AND COUNTERCLAIMANT SUN MICROSYSTEMS, INC.'S
<u>CORPORATE DISCLOSURE STATEMENT</u>**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant and Counterclaimant Sun Microsystems, Inc. hereby states that it has no corporate parent, and there is no publicly held corporation that owns 10% or more of its stock.

Dated: October 25, 2007                          Respectfully submitted,

                                                   /s/ Clyde M. Siebman
Clyde M. Siebman (Bar No. 18341600)
SIEBMAN, REYNOLDS, BURG &
PHILLIPS, LLC
Federal Courthouse Square
300 N. Travis Street
Sherman, TX 75090
Tel: (903) 870-0070
Fax: (903) 870-0066
Email: clyde.siebman@siebman.com

**Attorney for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC.**

## CERTIFICATE OF SERVICE

The undersigned certifies that on this 25th day of October, 2007, all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document through the Court's CM/ECF system under Local Rule CV-5(a)(3). Any other counsel of record will be served by a facsimile transmission and/or first class mail.

                                                   /s/ Clyde M. Siebman
Clyde M. Siebman