1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
5  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
6  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
7
   Attorneys for Plaintiff
8  NETWORK APPLIANCE, INC.,

9

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| 14 | NETWORK APPLIANCE, INC. | Case No. 3:07-CV-06053-EDL |
|---|---|---|
| 15 | Plaintiff, | **[PROPOSED] ORDER GRANTING NETWORK APPLIANCE'S MOTION FOR ADMINISTRATIVE RELIEF REQUESTING PROMPT CMC** |
| 16 | v. | |
| 17 | SUN MICROSYSTEMS, INC. | |
| 18 | Defendant. | Judge Elizabeth D. Laporte |

1  The Court having reviewed and considered the submissions relating to Plaintiff Network Appliance, Inc.'s ("NetApp's") Motion for Administrative Relief Re: Request for Prompt CMC pursuant to Civil Local Rule 7-11, IT IS HEREBY ORDERED that NetApp's motion is GRANTED. The initial case management conference currently set for March 11, 2008 at 10:00 AM is vacated and rescheduled for January 8, 2008 at 10:00 AM.

IT IS SO ORDERED.

Dated: _____

Honorable Elizabeth D. Laporte<br>U.S. Magistrate Judge