FILED

08 JAN -9  JAN 10 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

NETWORK APPLIANCE, INC.

Plaintiff(s),

v.

SUN MICROSYSTEMS, INC.

Defendant(s).

CASE NO.  3:07-cv-06053-EDL

(Proposed)
ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

Elizabeth S. Weiswasser          , an active member in good standing of the bar of

the Southern District of New York          whose business address and telephone number

(particular court to which applicant is admitted)

is

Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, NY 10151
Tel:  (212) 310-8022

having applied in the above-entitled action for admission to practice in the Northern District of

California on a *pro hac vice* basis, representing  Network Appliance, Inc.

IT IS HEREBY ORDERED THAT  the application is granted, subject to the terms and

conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac*

*vice*. Service of papers upon and communication with co-counsel designed in the application will

constitute notice to the party. All future filings in this action are subject to the requirements

contained in General Order No. 45, *Electronic Case Filing.*

Dated:  Jan 10, 2008

United States Magistrate  Judge