MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

ELIZABETH WEISWASSER (admitted pro hac vice)
elizabeth.weiswasser@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff-Counterclaim Defendant
NETWORK APPLIANCE, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC. | Case No. 3:07-CV-06053-EDL |
| Plaintiff-Counterclaim Defendant, | **SUPPLEMENTAL JOINT CASE MANAGEMENT STATEMENT RE: ENTRY OF A PROTECTIVE ORDER** |
| v. | |
| SUN MICROSYSTEMS, INC. | |
| Defendant-Counterclaim Plaintiff. | |

Network Appliance, Inc. ("NetApp") and Sun Microsystems, Inc. ("Sun") jointly submit this Supplemental Case Management Statement Regarding Entry of a Protective Order.

As noted in the Joint Case Management Statement, the parties have been negotiating the terms of an amended protective order to replace the form protective order entered by the Eastern District of Texas. The parties have largely agreed on a proposed protective order, but dispute two points:

- The method and location for production of source code. (Paragraph 11)
- The terms of a prosecution bar preventing Attorneys Eyes Only and AEO – Source Code information from being used in proceedings before the U.S. Patent and Trademark Office. (Paragraph 13)

A copy of the proposed protective order is attached as Exhibit A. For the Court's convenience, each party's proposed language for the disputed portions of Paragraphs 11 and 13 is set forth in full.

The parties respectfully request that the Court resolve these disputes during the Case Management Conference.

Dated: January 28, 2008            */s/ Jeffrey G. Homrig*
                                        Matthew D. Powers
                                        Edward R. Reines
                                        Jeffrey G. Homrig
                                        Jill J. Ho
                                        WEIL, GOTSHAL & MANGES LLP
                                        201 Redwood Shores Parkway
                                        Redwood Shores, CA 94065
                                        Telephone: (650) 802-3000
                                        Facsimile: (650) 802-3100

                                        Elizabeth Weiswasser (admitted pro hac vice)
                                        WEIL, GOTSHAL & MANGES LLP
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007

                                        Attorneys for Plaintiff-Counterclaim Defendant
                                        Network Appliance, Inc.

1
2
3
4
5  Dated: January 28, 2008                    */s/ Christine K. Corbett*
6                                              Mark D. Fowler
                                               David Alberti
7                                              Christine K. Corbett
                                               Yakov M. Zolotorev
8                                              Carrie L. Williamson
                                               DLA PIPER US LLP
9                                              2000 University Avenue
                                               East Palo Alto, CA 94303-2215
10                                             Telephone: (650) 833-2000
                                               Facsimile: (650) 833-2001
11                                             Attorneys for Defendant and Counterclaimant
                                               SUN MICROSYSTEMS, INC.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SUPPLEMENTAL JOINT CASE MANAGEMENT                                    Case No. 3:07-CV-06053-EDL
STATEMENT RE: PROTECTIVE ORDER              3                         SV1:\287363\01\65QB01!.DOC\65166.0004