In the United States District Court
for the Northern District of California
Magistrate Judge Elizabeth D. Laporte

**CIVIL MINUTES**

Date:   January 28, 2008

Case No:  **C- 07-06053 EDL**

Case Name:  **NETWORK APPLIANCE INC v. SUN MICROSYSTEMS INC**

| Attorneys: | Pltf: Edward Reines | Deft: | Mark Fowler |
| | Elizabeth Weiswasser | | Christine Corbett |
| | Jeffrey Homrig | | David Alberti |
| | Jill Ho | | Carrie Williamson |

Deputy Clerk:  Lili M. Harrell

**PROCEEDINGS:**                                                                **RULING:**

1. Initial Case Management Conference                                   Held

2.

**ORDERED AFTER HEARING:**
 - Matter to be referred for settlement conference. Parties will meet & confer and notify the Court by 2/1/08 of their preferences for referral or if the assignment should be random.
 - Plaintiff shall inform the Court by 2/1/08 whether it intends to file a motion to amend
 - Tutorial will be held on 8/4/08
 - Claims Construction hearing will be held 8/27/08
 - Fact discovery cutoff: 10/13/08
 - Case Management Conference in related case C06-5488 EDL set for 2:00pm 3/27/08

**Order to be prepared by:**  [] Plntf  [] Deft  [X]  Court

**Case continued to:**   6/3/08 at 2:00pm for further case management conference.


Notes: The parties stipulate to filing a joint letter, not to exceed 2 pages, prior to filing a discovery motion.


cc: