Clerk's Use Only
Initial for fee pd.:

Clayton W. Thompson (VA 41962)
DLA Piper US LLP
1775 Wiehle Avenue Suite 400
Reston, Virginia 20190-5159
Telephone: 703.773.4143

FILED
FEB -1 PM 4: 14

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE, INC.

    Plaintiff(s),

    v.

SUN MICROSYSTEMS, INC.

    Defendant(s).

CASE NO. 3:07-CV-06053 EDL

**APPLICATION FOR ADMISSION OF ATTORNEY** *PRO HAC VICE*

Pursuant to Civil L.R. 11-3, Clayton W. Thompson, an active member in good standing of the bar of the Eastern District of Virginia, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Sun Microsystems, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Mark Fowler, DLA Piper US LLP, 2000 University Avenue, East Palo Alto, CA 94303        Telephone: 650-833-2000

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 1/29/2008