UNITED STATES DISTRICT COURT

Northern District of California

NETWORK APPLIANCE, INC.

CASE NO. 3:07-CV-06053-EDL

Plaintiff(s),

v.

SUN MICROSYSTEMS, INC.

Defendant(s).

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
PRO HAC VICE

Clayton W. Thompson , an active member in good standing of the bar of the Eastern District of Virginia whose business address and telephone number (particular court to which applicant is admitted) is

DLA Piper US LLP, 1775 Wiehle Avenue Suite 400, Reston, Virginia 20190-5159
Phone: 703.773.4143

having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Sun Microsystems, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicated appearance *pro hac vice*. Service of papers upon and communication with co-counsel designed in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: Feb 5, 2008

United States Magistrate Judge
Elizabeth D. Laporte