UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE, INC., | Case No. C-07-06053 EDL (JCS) |
| Plaintiff(s), | |
| v. | **CLERK'S NOTICE SETTING TELEPHONE CONFERENCE** |
| SUN MICROSYSTEMS, INC., | |
| Defendant(s). | |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that a Telephonic Scheduling Conference, with counsel only, has been set for **February 25, 2008, at 3:30 p.m.** Chambers staff will initiate the telephone contact.

Dated: February 14, 2008         RICHARD W. WIEKING, CLERK

                                 By: /s/ Mary A. Macudzinski-Gomez
                                        Deputy Clerk