```
 1  MARK D. FOWLER, Bar No. 124235
    mark.fowler@dlapiper.com
 2  DAVID ALBERTI, Bar No. 220625
    david.alberti@dlapiper.com
 3  CHRISTINE K. CORBETT, Bar No. 209128
    christine.corbett@dlapiper.com
 4  YAKOV M. ZOLOTOREV, Bar No. 224260
    yakov.zolotorev@dlapiper.com
 5  CARRIE L. WILLIAMSON, Bar No. 230873
    carrie.williamson@dlapiper.com
 6
    DLA PIPER US LLP
 7  2000 University Avenue
    East Palo Alto, CA 94303-2214
 8  Tel: 650.833.2000
    Fax: 650.833.2001
 9
    Attorneys for Defendant and Counterclaim Plaintiff,
10  Sun Microsystems, Inc.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC. | CASE NO. C-07-06053-EDL |
| Plaintiff-Counterclaim Defendant, | **NOTICE OF WITHDRAWAL OF COUNSEL** |
| v. | |
| SUN MICROSYSTEMS, INC. | |
| Defendant-Counterclaim Plaintiff. | |

Notice is hereby given that, with the full consent and acceptance of Defendant-Counterclaim Plaintiff, Sun Microsystems, Inc., the law firm of Siebman, Reynolds, Burg & Phillips, LLP, and each individual attorney at that firm will no longer represent Defendant-Counterclaim Plaintiff Sun Microsystems, Inc. in the above-referenced matter. Please remove the law firm of Siebman, Reynolds, Burg & Phillips, LLP and each individual attorney at that firm from all service lists.

The law firm of DLA PIPER US LLP will remain as counsel of record for Defendant-Counterclaim Plaintiff, Sun Microsystems, Inc.

-1-

DLA PIPER US LLP
EAST PALO ALTO

EM\7227236.1
347155-29

NOTICE OF WITHDRAWAL OF COUNSEL
USDC CASE NO. C-07-06053 EDL

1
2  Dated: February 19, 2008
3
4                                              DLA PIPER US LLP
5
6                                              By _/s/ Christine K. Corbett_
                                                  MARK D. FOWLER
                                                  DAVID ALBERTI
                                                  CHRISTINE K. CORBETT
                                                  YAKOV M. ZOLOTOREV
                                                  CARRIE L. WILLIAMSON
7
8  Dated: February 19, 2008
9
10                                             SIEBMAN, REYNOLDS, BURG & PHILLIPS LLP
11
                                               By _/s/ Clyde M. Seibman_
                                                  CLYDE M. SEIBMAN
12
13                                             Attorneys for Defendant-Counterclaim Plaintiff,
                                               Sun Microsystems, Inc.
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

DLA PIPER US LLP
EAST PALO ALTO
EM\7227236.1
347155-29
-2-
NOTICE OF WITHDRAWAL OF COUNSEL
USDC CASE NO. C-07-06053 EDL