# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTE ORDER

CASE NO.:   C-07-06053 EDL (JCS)                                             TIME:   10 mins

CASE NAME:  *Network Appliance, Inc. v. Sun Microsystems, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO         CLERK: Mary A. Macudzinski-Gomez

DATE:  2/25/2008                                           COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):                     COUNSEL FOR DEFENDANT(S):

Edward R. Reines                                       Mark Fowler

---

### PROCEEDINGS

☐   SETTLEMENT CONFERENCE
☐   FURTHER SETTLEMENT CONFERENCE
☐   DISCOVERY CONFERENCE
☐   STATUS CONFERENCE RE:
**X**   TELEPHONIC SCHEDULING CONFERENCE RE:  date for settlement conference
☐   OTHER:

CASE CONTINUED TO:  June 24, 2008 at 9:30 a.m.    FOR   Settlement Conference

NOTES:

A telephonic conference was held to discuss dates for a settlement conference.