1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES  (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff
9  NETWORK APPLIANCE, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>            Plaintiff,<br>    v.<br><br>SUN MICROSYSTEMS, INC.<br><br>            Defendant. | Case No. 3:07-CV-06053-EDL<br><br>**NETAPP'S IDENTIFICATION OF ADR PARTICIPANTS** |

Pursuant to the Court's March 3, 2008 Settlement Conference Order, NetApp hereby identifies NetApp principals who will participate in both the settlement meeting between principals and the June 24, 2008 Settlement Conference:

Andrew Kryder, Senior Vice President, Legal and Tax; General Counsel

Gary Ross, Senior Director, Intellectual Property; Chief Patent Counsel

Dated: March 14, 2008                    Respectfully submitted,

___/s/ *Jeffrey G. Homrig*_____
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

**ATTORNEYS FOR PLAINTIFF
NETWORK APPLIANCE, INC.**