

DLA Piper US LLP
2000 University Avenue
East Palo Alto, California  94303-2214
www.dlapiper.com

Mark D. Fowler
mark.fowler@dlapiper.com
T  650.833.2048
F  650.687.1166

March 14, 2008

OUR FILE NO. 347155-29

*VIA E-FILE AND FACSIMILE (415) 522-3636*

**Magistrate Judge Joseph C. Spero**
450 Golden Gate Avenue
San Francisco, CA 94102

Re:   ***Network Appliance, Inc. v. Sun Microsystems, Inc.***
         **U.S.D.C., Case No. C-07-06053 EDL (JCS)**

Dear Magistrate Judge Spero:

Pursuant to the March 3, 2008 Notice of Settlement Conference and Settlement Conference Order, Sun Microsystems, Inc. hereby identifies Noreen Krall as the individual with complete and unlimited settlement authority who will attend the settlement meeting and the Settlement Conference.

Very truly yours,

**DLA Piper US LLP**

Mark D. Fowler
Partner

MDF:ckc

EM\7228067.1
347155-29