Clerk's Use Only
Initial for fee pd.:

Danielle Rosenthal, Esq.
Weil, Gotshal & Manges, LLP
767 Fifth Avenue
New York, NY 10153
Tel: (212) 310-8267

FILED
08 MAR 18 PM 3:58

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE, INC.

    Plaintiff(s),

v.

SUN MICROSYSTEMS, INC.

    Defendant(s).

CASE NO. 3:07-CV-06053

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**

Pursuant to Civil L.R. 11-3, Danielle Rosenthal, an active member in good standing of the bar of State of New York, hereby applies for admission to practice in the Northern District of California on a pro hac vice basis representing Network Appliance, Inc. in the above-entitled action.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of this Court; and,

3. An attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address and telephone number of that attorney is:

Matthew Powers, Esq., Weil, Gotshal & Manges, LLP, 201 Redwood Shores Parkway, Redwood City, CA 94065. Tel: (650) 802-3200

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 3/17/08

Danielle Rosenthal