1
2  UNITED STATES DISTRICT COURT
3  NORTHERN DISTRICT OF CALIFORNIA
4

| | |
|---|---|
| 5  NETWORK APPLIANCE, INC. | Case No. C-07-06053 EDL |
| 6         Plaintiff, | [PROPOSED] ORDER GRANTING APPLICATION FOR *PRO HAC VICE* ADMISSION OF DANIELLE ROSENTHAL |
| 7         v. | |
| 8  SUN MICROSYSTEMS, INC. | |
| 9         Defendant | |

10

11    Danielle Rosenthal, an active member in good standing of the bar of State of New
12 York, whose business address and telephone number is Weil, Gotshal & Manges LLP, 767 Fifth
13 Avenue, New York, NY 10153, (212) 310-8267, having applied in the above-entitled action for
14 admission to practice in the Northern District of California on a *pro hac vice* basis, representing
15 Network Appliance, Inc.

16    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms
17 and conditions of Civil Local Rule 11-3. All papers filed by the attorney must indicate
18 appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated
19 in the application will constitute notice to the party. All future filings in this action are subject to
20 the requirements contained in General Order No. 45, *Electronic Case Filing*.

21

22 Dated: _____, 2008    _____
23                                            Judge Elizabeth D. LaPorte

24
25
26
27
28

[PROPOSED] ORDER GRANTING
APPLICATION FOR ADMISSION OF                             Case No. C-07-06053 EDL
ATTORNEY *PRO HAC VICE*