MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>    Plaintiff - Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant - Counterclaimant. | CASE NO.  3:07-CV-06053 EDL<br><br>**SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom: E, 15th Floor**<br>**Hon. Elizabeth D. Laporte** |

## I.  INTRODUCTION

Pursuant to Northern District of California Local Rules 6-1(b), 6-3 and 7-10, Sun Microsystems, Inc. ("Sun") requests that the Court shorten time to hear Sun's Motion For Partial Stay Of The Case Pending Reexamination Of United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211 ("Motion to Stay").

The issue here is simple. The United States Patent and Trademark Office ("PTO")

1. recently placed three of Network Appliance, Inc.'s ("NetApp") seven patents-in-suit into reexamination: United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211 (collectively, "the Reexam Patents"). The PTO also already issued an Office Action rejecting all 63 claims of one Reexam Patent, finding that ten separate pieces of prior art each invalidate the patent and found that substantial new questions of patentability exist as to the other two patents. As such, none of the three Reexam Patents likely will survive reexamination. In an effort to streamline the case and considerably reduce the amount of time, resources and money that otherwise would need to be spent by the Court and the parties, Sun requests a motion for partial stay of the case pending reexamination of the Reexam Patents and further requests that this motion be heard on an expedited basis.

If Sun's Motion to Stay is heard as a regularly noticed motion, the hearing date would be set for May 20, 2008. Between now and May 20, 2008, the parties will have met-and-conferred regarding the scope of claim terms (there currently are 129 claim terms at issue), exchanged their preliminary proposed claim constructions and extrinsic evidence and prepared the Joint Claim Construction and Prehearing Statement. In other words, the parties will have devoted substantial time and money discussing the terms of the Reexam Patents if it is ultimately decided by this Court that the case should be stayed with respect to the three Reexam Patents. Sun's request for an expedited briefing schedule is requested for the sole purpose of streamlining the parties' claim construction discussions and ultimate filings with the Court.

## II. MEET AND CONFER EFFORTS

On April 9, 2008, Sun asked whether NetApp would stipulate to a stay of the case with respect to the three Reexam Patents. (Declaration of Christine Corbett In Supp. of *Ex Parte* Motion ("Corbett Decl."), ¶ 2, Ex. A.) If NetApp would not stipulate to a stay of the case, Sun also asked whether NetApp would stipulate to having Sun's Motion to Stay heard on an expedited basis. (*Id.*) Over the next few days, the parties exchanged correspondence regarding the scope of the stay. (Corbett Decl., ¶¶ 3-4, Exs. B-C.) On April 14, 2008, NetApp indicated that it would not consent to a stay of the litigation with respect to the Reexam Patents nor would it agree to an expedited briefing schedule on the Motion to Stay. (Corbett Decl., ¶ 5, Ex. D.)

DLA PIPER US LLP    EM\7229028.1    SUN'S EX PARTE APPL TO SHORTEN TIME FOR HEARING ON MOTION FOR PARTIAL STAY
347155-29    CASE NO. 3:07-CV-06053 EDL

### III. LEGAL ARGUMENT

Pursuant to Northern District of California Local Rule 6-3 and the Court's inherent power to manage cases in the interests of justice, Sun respectfully requests that the Court grant its motion to shorten time on its Motion to Stay. As set forth in the accompanying Notice of Motion and Memorandum of Points and Authorities in support of Sun's Motion to Stay, Sun is seeking an order from the Court staying this case with respect to the Reexam Patents pending completion of the PTO's reexamination of these three patents. NetApp opposes Sun's request for a partial stay, arguing that the "judicial system provides the most efficient, reliable way to resolve this dispute." (Corbett Decl., ¶5, Ex. D.) However, given that the issue of invalidity will not be finally decided until the PTO completes its reexamination proceedings, the most efficient way to resolve this dispute would be to allow the PTO to complete its dispositive decision-making on this issue. *See In re Translogic Tech., Inc.*, 504 F.3d 1249 (Fed. Cir. 2007).

Sun will be prejudiced if it is forced to notice this motion as a regularly noticed motion (with a hearing date of May 20, 2008). Last week, the parties exchanged lists of proposed terms for construction. Together, the parties identified twelve (12) terms of the Reexam Patents that would require construction. Between now and May 20, the parties will meet-and-confer, exchange preliminary proposed claim construction and extrinsic evidence and prepare a Joint Claim Construction and Prehearing Statement regarding these twelve terms (among the 129 that are at issue). If the Court grants Sun's Motion to Stay on an expedited schedule, the parties and ultimately the Court will not have to address these claims terms at this time (or at all).

### IV. PROPOSED BRIEFING AND HEARING SCHEDULE

Sun proposes the following briefing schedule with respect to its Motion to Stay. Sun's Motion to Stay is deemed filed as of April 15, 2008. NetApp shall file its opposition, if any, by 5:00 p.m. on April 24, 2008. Sun shall file its reply by 5:00 p.m on May 1, 2008. Sun also respectfully requests that the Court hear its Motion to Stay on May 6, 2008 at 9:00 a.m. This schedule provides both NetApp and the Court with sufficient time to evaluate, respond and consider the papers on file.

## V. CONCLUSION

Based on the foregoing, Sun respectfully requests that the Court issue an Order expediting briefing and hearing on Sun's Motion to Stay.

Dated: April 15, 2008.

DLA PIPER US LLP

By /s/ Christine K. Corbett
MARK D. FOWLER
CHRISTINE K. CORBETT
Attorneys for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC.