1   MARK D. FOWLER (Bar No. 124235)
    mark.fowler@dlapiper.com
2   DAVID ALBERTI (Bar. No. 220625)
    david.alberti@dlapiper.com
3   CHRISTINE K. CORBETT  (Bar No. 209128)
    christine.corbett@dlapiper.com
4   YAKOV M. ZOLOTOREV (Bar No. 224260)
    yakov.zolotorev@dlapiper.com
5   CARRIE L. WILLIAMSON (Bar No. 230873)
    carrie.williamson@dlapiper.com
6
    DLA PIPER US LLP
7   2000 University Avenue
    East Palo Alto, CA  94303-2215
8   Tel:  650.833.2000
    Fax:  650.833.2001
9
    Attorneys for Defendant and Counterclaimant
10  Sun Microsystems, Inc.

11                    UNITED STATES DISTRICT COURT

12                  NORTHERN DISTRICT OF CALIFORNIA

13                      SAN FRANCISCO DIVISION

14

15  NETWORK APPLIANCE, INC.,              CASE NO.  3:07-CV-06053 EDL

16            Plaintiff - Counterclaim     **DECLARATION OF CHRISTINE K.
              Defendant,                    CORBETT IN SUPPORT OF SUN
17                                          MICROSYSTEMS, INC.'S *EX PARTE*
         v.                                 APPLICATION TO SHORTEN TIME FOR
18                                          HEARING ON SUN'S MOTION FOR A
    SUN MICROSYSTEMS, INC.,                 PARTIAL STAY OF THE CASE PENDING
19                                          REEXAMINATION OF UNITED STATES
              Defendant -                   PATENT NOS. 5,819,292, 6,857,001 AND
20            Counterclaimant.              6,892,211**

21                                         **Date: TBD
                                           Time: TBD**
22                                         **Courtroom: E, 15th Floor**
                                           **Hon. Elizabeth D. Laporte**

23       I, Christine K. Corbett, declare:

24       1.     I am an attorney at law duly licensed to practice before this Court and am a partner

25  with the law firm of DLA Piper US LLP, attorneys for Sun Microsystems, Inc. ("Sun").  I have

26  personal knowledge of the matters set forth herein and, if called as a witness, I could and would

27  competently testify thereto.

28
                                              -1-

2.    On April 9, 2008, I asked whether Network Appliance, Inc. ("NetApp") would stipulate to a stay of this case with respect to United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211 (collectively, the "Reexam Patents"). In that same letter, I also asked whether NetApp would agree to have Sun's motion to stay heard on an expedited basis if NetApp would not agree to stipulate to a stay. Attached hereto as **Exhibit A** is a true and correct copy of my April 9, 2008 correspondence to NetApp's counsel, Jeffrey Homrig.

3.    On April 11, 2008, Mr. Homrig sent me an e-mail correspondence, requesting additional information regarding the scope of the partial stay. Attached hereto as **Exhibit B** is a true and correct copy of Mr. Homrig's April 11, 2008 e-mail correspondence to me.

4.    That same day, I responded to Mr. Homrig, indicating that Sun requests a stay of the litigation with respect to the Reexam Patents until, as to each patent, the United States Patent and Trademark Office either issues its final office action regarding the patent, or issues a reexamination certificate as to the patent. Attached hereto as **Exhibit C** is a true and correct copy of my April 11, 2008 e-mail correspondence to Mr. Homrig.

5.    On April 14, 2008, Mr. Homrig sent me an e-mail correspondence indicating that NetApp does not consent to the partial stay and does not agree to an expedited motion schedule. Attached hereto as **Exhibit D** is a true and correct copy of Mr. Homrig's April 14, 2008 e-mail correspondence to me.

6.    Sun has fully complied with Civil Local Rule 37-1(a).

7.    I am unaware of any previous time modifications in this case.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 15, 2008.

*Christine K. Corbett*

CHRISTINE K. CORBETT

DLA PIPER US LLP    EM\7229029.1
347155-29

DECL OF CHRISTINE K. CORBETT ISO SUN'S EX PARTE APPL TO SHORTEN TIME FOR HEARING ON MOTION FOR PARTIAL STAY; CASE NO. 3:07-CV-06053 EDL