# EXHIBIT C

## Corbett, Christine

| | |
|---|---|
| **From:** | Corbett, Christine |
| **Sent:** | Friday, April 11, 2008 6:01 PM |
| **To:** | 'jeffrey.homrig@weil.com'; Fowler, Mark |
| **Cc:** | 'edward.reines@weil.com' |
| **Subject:** | Re: SUN/NET APP [6053 Action] - 4/9/08 Ltr to Jeffrey Homrig from     Christine Corbett |

Jeff,

Thank you for your email. Sun requests a stay of the litigation with respect to the '292, '211 and '001 patents until, as to each patent, the PTO either issues its final office action regarding the patent, or issues a reexamination certificate as to the patent. At that point, the stay would be lifted and the parties can revisit whether a further stay is warranted.

As we discussed on the phone, we need to know no later than Monday morning whether NetApp will stipulate to a stay of the action with respect to the '292, '211 and '001 patents. If it helps, we can extend that time to Monday at 12pm. I look forward to hearing from you.

Regards,
Christine



----- Original Message -----
From: jeffrey.homrig@weil.com <jeffrey.homrig@weil.com>
To: Corbett, Christine
Cc: edward.reines@weil.com <edward.reines@weil.com>
Sent: Fri Apr 11 16:03:54 2008
Subject: Fw: SUN/NET APP [6053 Action] - 4/9/08 Ltr to Jeffrey Homrig from    Christine Corbett


Christine,

In the attached April 9 letter, Sun requests that NetApp agree to "a stay of this action" with respect to the '292, '211, and '001 patents, but does not explain the parameters of the proposed stay. So that we fully understand Sun's proposal, please let know how Sun intends to define the parameters of the stay it seeks (e.g., for some fixed period of time, until some specified event occurs, or some other formulation). If you can provide us with this information by Monday morning, we can assure you of a definitive response to the proposal by close of business on Tuesday.

Thank you.

Best regards,

Jeff
----- Forwarded by Jeffrey Homrig/SV/WGM/US on 04/11/2008 04:00 PM -----

"Manzano, Carmen" <Carmen.Manzano@dlapiper.com>

04/09/2008 03:09 PM
To
        <netapp_service@weil.com>
cc

Subject
        SUN/NET APP [6053 Action] - 4/9/08 Ltr to Jeffrey Homrig from       Christine Corbett


1

The information contained in this email may be confidential and/or legally privileged. It has been sent for the sole use of the intended recipient(s). If the reader of this message is not an intended recipient, you are hereby notified that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please contact the sender by reply email and destroy all copies of the original message. To contact our email administrator directly, send to postmaster@dlapiper.com

Thank you.

< END >

< END >

The information contained in this email message is intended only for use of the individual or entity named above. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please immediately notify us by email (postmaster@weil.com), and destroy the original message. Thank you