MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>Plaintiff - Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL<br><br>**[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom: E, 15th Floor**<br>**Hon. Elizabeth D. Laporte** |

Having read and considered all of the evidence and arguments submitted in support of and in opposition to Sun Microsystems, Inc.'s ("Sun") *Ex Parte* Application To Shorten Time For Hearing on Sun's Motion For Partial Stay Of The Case Pending Reexamination Of United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211 ("*Ex Parte* Motion"), IT IS HEREBY ORDERED that Sun's *Ex Parte* Motion is GRANTED. Sun's Motion For Partial Stay Of The

DLA PIPER US LLP

EM\7229026.1
347155-29

-1-
[PROPOSED] ORDER GRANTING SUN'S EX PARTE APPL TO SHORTEN TIME FOR HEARING ON MOTION FOR PARTIAL STAY; CASE NO. 3:07-CV-06053 EDL

1  Case Pending Reexamination Of United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211
2  ("Motion") is deemed filed as of April 15, 2008. Network Appliance, Inc.'s ("NetApp")
3  Opposition, if any, to Sun's Motion shall be filed and served no later than 5:00 p.m. (PST) on
4  April 24, 2008. Sun's Reply, if any, shall be filed and served no later than 5:00 p.m. (PST) on
5  May 1, 2008.
6     The hearing for Sun's Motion shall be May 6, 2008 at 9:00 a.m. in Courtroom E of the
7  above-titled Court.

**IT IS SO ORDERED.**

Dated: April ___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE