MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>　　　　Plaintiff – Counterclaim Defendant,<br><br>　　v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>　　　　Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL<br><br>**DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF SUN MICROSYSTEMS, INC.'S MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom: E, 15th Floor**<br>**Hon. Elizabeth D. Laporte** |

I, Christine K. Corbett, declare:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper US LLP, attorneys for Sun Microsystems, Inc. ("Sun"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On or about November 30, 2007, Sun requested that the United States Patent and

1  Trademark Office ("PTO") conduct an *inter partes* reexamination of all claims of United States
2  Patent No. 6,857,001 ("the '001 patent").

3.  On or about April 7, 2008, the PTO issued an order granting reexamination of all 63 claims of the '001 patent, finding that "[a] substantial new question of patentability (SNQ) affecting claims 1-63" of the '001 patent exists." Attached hereto as **Exhibit A** is a true and correct copy of the April 7, 2008, PTO order granting reexamination of all 63 claims of the '001 patent.

4.  On or about December 14, 2007, Sun requested that the PTO grant reexamination as to all claims of United States Patent No. 6,892,211 ("the '211 patent").

5.  On or about April 2, 2008, the PTO issued an order granting *inter partes* reexamination as to all twenty-four claims of the '211 patent. Attached hereto as **Exhibit B** is a true and correct copy of the April 2, 2008 PTO order granting reexamination as to all twenty-four claims of the '211 patent.

6.  On or about October 25, 2007, Sun requested that the PTO conduct a reexamination of United States Patent No. 5,819,292 ("the '292 patent").

7.  On or about March 18, 2008, the PTO issued an order granting reexamination of the '292 patent, finding that "[a] substantial new question of patentability (SNQ) affecting [independent] claims 1 and 4" of the '292 patent exists. Attached hereto as **Exhibit C** is a true and correct copy of the March 18, 2008 PTO order granting reexamination of the '292 patent.

8.  During the litigation, Sun's counsel became aware of additional important prior art that was not disclosed to the PTO during prosecution of the '292 patent. On April 4, 2008, Sun submitted a second request for reexamination as to claims 4, 8, 11-15 and 20 of the '292 patent based on eleven prior art references.

9.  Attached hereto as **Exhibit D** is a true and correct copy of the most recent PTO statistics regarding *ex parte* reexaminations.

///
///
///

10. Attached hereto as **Exhibit E** is a true and correct copy of the most recent PTO statistics regarding *inter partes* reexaminations.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in East Palo Alto, California, on April 15, 2008.

*Christine K. Corbett*
CHRISTINE K. CORBETT