# EXHIBIT D

UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Ex Parte* Reexamination Filing Data - December 31, 2007

1. Total requests filed since start of ex parte reexam on 07/01/81 .................. 9060[1]

   | | | |
   |---|---|---|
   | a. By patent owner | 3495 | 39% |
   | b. By other member of public | 5400 | 59% |
   | c. By order of Commissioner | 165 | 2% |

2. Number of filings by discipline

   | | | |
   |---|---|---|
   | a. Chemical Operation | 2703 | 30% |
   | b. Electrical Operation | 3023 | 33% |
   | c. Mechanical Operation | 3334 | 37% |

3. Annual Ex Parte Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 1981 | 78 (3 mos.) | 1989 | 243 | 1997 | 376 | 2005 | 524 |
   | 1982 | 187 | 1990 | 297 | 1998 | 350 | 2006 | 511 |
   | 1983 | 186 | 1991 | 307 | 1999 | 385 | 2007 | 643 |
   | 1984 | 189 | 1992 | 392 | 2000 | 318 | 2008 | 165 |
   | 1985 | 230 | 1993 | 359 | 2001 | 296 | | |
   | 1986 | 232 | 1994 | 379 | 2002 | 272 | | |
   | 1987 | 240 | 1995 | 392 | 2003 | 392 | | |
   | 1988 | 268 | 1996 | 418 | 2004 | 441 | | |

4. Number known to be in litigation ................................ 2398   26%

5. Determinations on requests ........................................... 8714

   a. No. granted .................................................. 7998 .......... 92%

      | | |
      |---|---|
      | (1) By examiner | 7885 |
      | (2) By Director (on petition) | 113 |

   b. No. denied .................................................... 716 .......... 8%

      | | |
      |---|---|
      | (1) By examiner | 681 |
      | (2) Order vacated | 35 |

---

[1]Of the requests received in FY 2008, 23 requests have not yet been accorded a filing date, and preprocessing of 3 requests was terminated for failure to comply with the requirements of 37 CFR 1.510. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

6. Total examiner denials (includes denials reversed by Director) .................... 794

    a. Patent owner requester                                    439      55%
    b. Third party requester                                        355      45%

7. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency                                             24.0 (mos.)
    b. Median pendency                                               18.6 (mos.)

8. Reexam certificate claim analysis:

| | Owner Requester | 3rd Party Requester | Comm'r Initiated | Overall |
|---|---|---|---|---|
| a. All claims confirmed | 23% | 29% | 12% | 26% |
| b. All claims cancelled | 7% | 12% | 21% | 10% |
| c. Claims changes | 70% | 59% | 67% | 64% |

9. Total ex parte reexamination certificates issued (1981 - present) .................. 6066

    a. Certificates with all claims confirmed                       1556    26%
    b. Certificates with all claims canceled                         636    10%
    c. Certificates with claims changes                             3874    64%

10. Reexam claim analysis - requester is patent owner or 3rd party; or Comm'r initiated.

    a. Certificates - PATENT OWNER REQUESTER ........................... 2607

        (1) All claims confirmed                                         592    23%
        (2) All claims canceled                                           194    7%
        (3) Claim changes                                                1821    70%

    b. Certificates - 3rd PARTY REQUESTER ................................ 3313

        (1) All claims confirmed                                         946    29%
        (2) All claims canceled                                           413    12%
        (3) Claim changes                                                1954    59%

    c. Certificates - COMM'R INITIATED REEXAM ........................... 146

        (1) All claims confirmed                                         18    12%
        (2) All claims canceled                                           30    21%
        (3) Claim changes                                                98    67%

C:\Documents and Settings\LKryza\My Documents\zkryza\Reexam Reports\REXSTATz xp Dec2007.wpd