# EXHIBIT E



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data - September 30, 2007

1. Total requests filed since start of *inter partes* reexam on 11/29/99 ............... 308[1]

2. Number of filings by discipline

    a. Chemical Operation          76     25%
    b. Electrical Operation       114     37%
    c. Mechanical Operation       118     38%

3. Annual Reexam Filings

   | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
   |---|---|---|---|---|---|---|---|
   | 2000 | 0 | 2002 | 4 | 2004 | 27 | 2006 | 70 |
   | 2001 | 1 | 2003 | 21 | 2005 | 59 | 2007 | 126 |

4. Number known to be in litigation ............... 155 ............... 50%

5. Decisions on requests ............... 272

    a. No. granted ............... 261 ............... 96%

        (1) By examiner            261
        (2) By Director (on petition)  0

    b. No. not granted ............... 11 ............... 4%

        (1) By examiner            8
        (2) Reexam vacated         3

6. Overall reexamination pendency (Filing date to certificate issue date)

    a. Average pendency           28.6 (mos.)
    b. Median pendency            29.7 (mos.)

7. Total inter partes reexamination certificates issued (1999 - present) ............... 11.

    a. Certificates with all claims confirmed    1    9%
    b. Certificates with all claims canceled     9    82%
    c. Certificates with claims changes          1    9%

---

[1] Of the requests received in FY 2007, 3 requests have not yet been accorded a filing date, and preprocessing of one request was terminated, for failure to comply with the requirements of 37 CFR 1.915. See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).