MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff - Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL <br><br> [PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211 <br><br> Date: TBD <br> Time: TBD <br> Courtroom: E, 15th Floor <br> Hon. Elizabeth D. Laporte |

Having considered the papers submitted and arguments presented in support of and in opposition to Sun Microsystems, Inc. ("Sun") Motion For Partial Stay Of The Case Pending Reexamination Of United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211 ("Motion to Stay"), IT IS HEREBY ORDERED that Sun's Motion to Stay is GRANTED. This case shall be stayed with respect to United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211, as to each patent, until the United States Patent and Trademark Office either issues its final office action or

issues a reexamination certificate. At that time, the Court and the parties shall determine whether a further stay is warranted.

IT IS SO ORDERED.

Dated: May ___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE