IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SUN MICROSYSTEMS INC,<br><br>　　　　Defendant.<br>_____/ | No. C-07-06053 EDL<br><br>**ORDER GRANTING IN PART DEFENDANT'S MOTION TO SHORTEN TIME RE: DEFENDANT'S MOTION TO STAY** |

On April 15, 2008, Defendant moved to stay this case pending reexamination of United States patents 5,819,292, 6,857,001 and 6,892,211, and also moved to shorten time to hear that motion. On April 18, 2008, Plaintiff filed an opposition to the motion to shorten time. Good cause appearing, Defendant's motion to shorten time is granted in part. Plaintiff's opposition to Defendant's motion to stay shall be filed no later than April 29, 2008 at noon. Defendant's reply shall be filed no later than May 5. A hearing is scheduled for May 13, 2008 at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 21, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge