MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant/Counterplaintiff. | CASE NO. C-07-06053 EDL (JCS); C-07-05488 EDL (JCS); C-08-1641 EDL (JCS)<br><br>**[PROPOSED] ORDER AND STIPULATION REGARDING EXTENSION TO EXCHANGE SETTLEMENT PROPOSALS** |

Sun Microsystems, Inc. ("Sun") and Network Appliance, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

(1)   No later than April 29, 2008, Sun and NetApp shall each make a settlement proposal, in writing, with a copy to Judge Spero;

(2)   No later than May 6, 2008, Sun and NetApp shall each respond and make a counter-proposal, in writing, with a copy to Judge Spero;

EM\7229418.1

-1-
[PROPOSED] ORDER AND STIPULATION RE EXTENSION
TO EXCHANGE SETTLEMENT PROPOSALS;
USDC CASE NO. C-07-06053; C-07-05488 EDL; C-08-1641 EDL

(3) All other dates set forth in the March 3, 2008 and April 4, 2008 Notices of Settlement Conference and Settlement Conference Orders remain unchanged.

Dated: April 24, 2008

                                        DLA PIPER US LLP

                                        /s/ Christine K. Corbett
                                        MARK D. FOWLER
                                        DAVID ALBERTI
                                        CHRISTINE K. CORBETT
                                        YAKOV M. ZOLOTOREV
                                        CARRIE L. WILLIAMSON
                                        Attorneys for
                                        Sun Microsystems, Inc.

Dated: April 24, 2008                      /s/ Jill J. Ho
                                        Matthew D. Powers
                                        Edward R. Reines
                                        Jeffrey G. Homrig
                                        Jill J. Ho
                                        WEIL, GOTSHAL & MANGES LLP
                                        201 Redwood Shores Parkway
                                        Redwood Shores, CA 94065
                                        Telephone: (650) 802-3000
                                        Facsimile: (650) 802-3100

                                        Attorneys for
                                        Network Appliance, Inc.

IT IS SO ORDERED

Dated: _____

                                        JOSEPH C. SPERO
                                        United States Magistrate Judge

DLA PIPER US LLP
EAST PALO ALTO

EM\7229418.1

-2-
[PROPOSED] ORDER AND STIPULATION RE EXTENSION TO EXCHANGE SETTLEMENT PROPOSALS; USDC CASE NO. C-07-06053; C-07-05488 EDL; C-08-1641 EDL