# EXHIBIT G



UNITED STATES PATENT AND TRADEMARK OFFICE

Commissioner for Patents
United States Patent and Trademark Office
P.O. Box 1450
Alexandria, VA 22313-1450
www.uspto.gov

*Inter Partes* Reexamination Filing Data  - December 31, 2007

1.  Total requests filed since start of *inter partes* reexam on 11/29/99 . . . . . . . . . . . . . . . 353[1]

2.  Number of filings by discipline

    a.  Chemical Operation                                    87    25%
    b.  Electrical Operation                                  132   37%
    c.  Mechanical Operation                                  134   38%

3.  Annual Reexam Filings

| Fiscal Yr. | No. | Fiscal Yr. | No. | Fiscal Yr. | No. |
|------------|-----|------------|-----|------------|-----|
| 2000 | 0 | 2003 | 21 | 2006 | 70 |
| 2001 | 1 | 2004 | 27 | 2007 | 126 |
| 2002 | 4 | 2005 | 59 | 2008 | 45 YTD |

4.  Number known to be in litigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 185 . . . . . . . . . . . . . . . . . 52%

5.  Decisions on requests . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 306

    a.  No. granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 293 . . . . . . 96%

        (1)  By examiner                                      293
        (2)  By Director (on petition)                        0

    b.  No. not granted . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 13 . . . . . . . . . 4%

        (1)  By examiner                                      10
        (2)  Reexam vacated                                   3

6.  Overall reexamination pendency  (Filing date to certificate issue date)

    a.  Average pendency                                      28.5 (mos.)
    b.  Median pendency                                       28.5 (mos.)

7.  Total inter partes reexamination certificates issued (1999 - present) . . . . . . . . . . . . . . . 12

    a.  Certificates with all claims confirmed               1        8%
    b.  Certificates with all claims canceled                9        75%
    c.  Certificates with claims changes                     2        17%

---

[1]Of the requests received in FY 2008, 13 requests have not yet been accorded a filing date, for failure to comply with the requirements of 37 CFR 1.915.  See Clarification of Filing Date Requirements for *Ex Parte* and *Inter Partes* Reexamination Proceedings, Final Rule, 71 Fed. Reg. 44219 (August 4, 2006).

1