# EXHIBIT J

2601.01         MANUAL OF PATENT EXAMINING PROCEDURE

\*\*>



OPTIONAL INTER PARTES REEXAMINATION                    2601.01



Flow chart on page 2600-6 is omitted as it applies only to reexaminations commenced prior to November 2, 2002

OPTIONAL INTER PARTES REEXAMINATION 2601.01

