# EXHIBIT L

# United States Court of Appeals for the Federal Circuit

## Median Time to Disposition in Cases Terminated After Hearing or Submission[1]

Docketing Date[2] to Disposition Date, in Months
FY 1999 - FY 2007

| | FY 99 | FY 00 | FY 01 | FY 02 | FY 03 | FY 04 | FY 05 | FY 06 | FY 07 | Overall Median per Origin |
|---|---|---|---|---|---|---|---|---|---|---|
| District Court | 11.7 | 12.8 | 13.3 | 12.3 | 11.3 | 11.7 | 11.6 | 11.5 | 11.6 | 11.9 |
| Court of Federal Claims | 10.6 | 11.4 | 12.0 | 11.4 | 9.8 | 11.0 | 11.2 | 10.0 | 10.0 | 11.0 |
| Court of International Trade | 12.6 | 13.1 | 14.5 | 14.7 | 11.2 | 12.0 | 11.5 | 11.7 | 11.9 | 12.4 |
| Court of Appeals Veterans Claims | 9.1 | 10.6 | 11.3 | 12.9 | 10.6 | 10.0 | 9.9 | 8.4 | 8.4 | 10.1 |
| Board of Contract Appeals | 12.1 | 13.1 | 12.0 | 11.3 | 12.6 | 9.7 | 10.5 | 11.7 | 10.4 | 11.6 |
| Department of Veterans Affairs | n/a | 15.0 | 19.9 | 11.1 | 13.8 | n/a | 14.4 | 13.7 | 11.3 | 14.3 |
| International Trade Commission | 11.9 | 24.3 | 6.8 | n/a | 17.1 | 16.0 | 16.4 | 15.6 | 13.6 | 15.4 |
| Merit Systems Protection Board | 6.6 | 7.2 | 7.5 | 7.2 | 7.6 | 6.9 | 7.5 | 6.5 | 6.4 | 7.0 |
| Office of Compliance | 12.5 | 7.2 | 10.2 | n/a | 19.6 | 10.1 | 13.3 | 14.0 | n/a | 13.2 |
| Patent and Trademark Office | 9.3 | 10.0 | 10.6 | 10.7 | 9.5 | 9.6 | 10.3 | 10.0 | 9.6 | 9.9 |
| **Overall Median per Fiscal Year** | 9.8 | 10.1 | 11.2 | 10.5 | 9.6 | 10.0 | 9.9 | 9.3 | 9.1 | |

[1] Excludes cross and consolidated appeals, writs, and OPM petitions
[2] Calculated from Date of Docketing or Date of Reinstatement, whichever is later

# United States Court of Appeals for the Federal Circuit

## Caseload Analysis FY 2006 - FY 2007

|  | FY 2007<br>12 Months Ending<br>9/30/2007 | FY 2006<br>12 Months Ending<br>9/30/2006 | % Change |
|---|---|---|---|
| **FILINGS** |  |  |  |
| Total Filings [1] | 1545 | 1773 | -12.9% |
| District Court | 439 | 522 | -15.9% |
| Court of Federal Claims | 188 | 154 | 22.1% |
| Court of Appeals for Veterans Claims | 319 | 384 | -16.9% |
| Court of International Trade | 67 | 58 | 15.5% |
| Merit Systems Protection Board | 389 | 508 | -23.4% |
| Patent & Trademark Office | 52 | 72 | -27.8% |
| Boards of Contract Appeals | 16 | 33 | -51.5% |
| International Trade Commission | 38 | 9 | 322.2% |
| Department of Veterans Affairs | 3 | 3 | 0.0% |
| Office of Compliance | 4 | 0 | 400.0% |
| Writs | 30 | 30 | 0.0% |
| Total Filings per Panel [2] | 386 | 443 | -12.9% |
| **TERMINATIONS** |  |  |  |
| Total Terminations [3] | 1718 | 1461 | 17.6% |
| District Court | 504 | 496 | 1.6% |
| Court of Federal Claims | 185 | 137 | 35.0% |
| Court of Appeals for Veterans Claims | 387 | 119 | 225.2% |
| Court of International Trade | 54 | 67 | -19.4% |
| Merit Systems Protection Board | 436 | 506 | -13.8% |
| Patent & Trademark Office | 69 | 60 | 15.0% |
| Boards of Contract Appeals | 29 | 30 | -3.3% |
| International Trade Commission | 18 | 10 | 80.0% |
| Department of Veterans Affairs | 4 | 3 | 33.3% |
| Office of Compliance | 0 | 4 | -400.0% |
| Writs | 32 | 29 | 10.3% |
| Total Terminations per Panel | 430 | 365 | 17.8% |

[1] Filings: Total number of appeals (including cross- and consolidated appeals) docketed or reinstated during the 12-month review period.

[2] Per panel figures are calculated by dividing by four (the number of three-judge panels of authorized judgeships).

[3] Terminations: Total number of appeals (including cross- and consolidated appeals) terminated during the 12-month review period.

United States Court of Appeals for the Federal Circuit
Caseload Analysis FY 2006 - FY 2007
Page 2

|  | FY 2007 12 Months Ending 9/30/2007 | FY 2006 12 Months Ending 9/30/2006 | % Change |
|---|---|---|---|
| Total Merits Terminations [4] | 797 | 750 | 6.3% |
| District Court | 234 | 210 | 11.4% |
| Court of Federal Claims | 113 | 94 | 20.2% |
| Court of Appeals for Veterans Claims | 78 | 51 | 52.9% |
| Court of International Trade | 34 | 36 | -5.6% |
| Merit Systems Protection Board | 265 | 297 | -10.8% |
| Patent & Trademark Office | 45 | 29 | 55.2% |
| Boards of Contract Appeals | 22 | 22 | 0.0% |
| International Trade Commission | 3 | 5 | -40.0% |
| Department of Veterans Affairs | 2 | 2 | 0.0% |
| Office of Compliance | 0 | 3 | -300.0% |
| Writs | 1 | 1 | 0.0% |
| Percentage of Merits Terminations Orally Argued: [5] | 62.1% | 57.7% |  |
| Dispositions: |  |  |  |
| FCR 36 Summary Orders | 179 | 184 | -2.7% |
| Other Non-Precedential Opinions | 354 | 353 | 0.3% |
| Precedential Opinions | 264 | 213 | 23.9% |
| Percentage of Non-Precedential Dispositions: | 66.9% | 71.6% |  |

## CASE EVENT TIMELINES

Median Time: Docketing to Disposition [6]

|  | | |
|---|---|---|
| All Appeals | 6.6 months | 6.7 months |
| Merits Dispositions | 9.1 months | 9.3 months |
| Median Time: Calendar to Disposition [7] | 1.7 months | 1.6 months |

---

[4] Merits Terminations: Dispositions by three-judge merits panels or by the court en banc based on the merits of a case after presentation in briefs pursuant to FRAP 28. Excludes cross- and consolidated appeals and dispositions by motions panels.

[5] Most appeals where the parties are represented by counsel are argued orally. Pro se appeals are not argued orally.

[6] Median Time Docketing to Disposition: Median number of months between docketing and disposition for appeals terminated during the 12-month review period.

[7] Median Time Calendar to Disposition: Median number of months between oral argument or submission on the briefs and disposition for appeals terminated during the 12-month review period.