# EXHIBIT M

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,001 | 07/27/01 | 6,232,427 | Ordered | 10/17/01 | 10/17/01 | | | | | | | 11/06/03 | 03/02/04 |
| 95/000,002 | 12/17/01 | 6,177,102 | Ordered | 03/06/02 | 03/06/02 | 06/02/03 | 06/22/04 | | | | | 02/08/05 | 07/05/05 |
| 95/000,003 | 01/08/02 | 6,319,526 | Ordered | 04/04/02 | 04/04/02 | 06/23/07 | | | | | | | |
| 95/000,004 | 06/13/02 | 6,352,486 | Ordered | 07/26/02 | 07/26/02 | | | | | | | 12/20/02 | 09/02/03 |
| 95/000,005 | 07/15/02 | 6,328,260 | Ordered | 09/13/02 | 01/16/04 | 02/08/05 | 08/10/05 | | | | | | |
| 95/000,006 | 12/04/02 | 6,357,595 | Ordered | 02/06/03 | 02/06/03 | 10/07/03 | 03/02/04 | 12/09/04 | 03/26/07 | Examiner Affirmed in Part | | | |
| 95/000,007 | 12/16/02 | 6,339,455 | Ordered | 03/12/03 | 03/12/03 | 09/30/05 | | | | | | | |
| 95/000,008 | 12/20/02 | 6,428,113 | Ordered | 02/25/03 | 02/25/03 | 12/17/03 | 09/22/05 | | | | | | |
| 95/000,009 | 01/08/03 | 6,399,670 | Ordered | 04/07/03 | | 04/07/03 | 07/31/03 | 06/29/05 | 03/27/07 | Examiner Affirmed in Part | | | |
| 95/000,010 | 03/12/03 | 6,375,169 | Ordered | 06/11/03 | 06/11/03 | 05/25/04 | 10/04/05 | 09/27/07 | | | 05/19/03 | | |
| 95/000,011 | 04/17/03 | 6,317,592 | Order Vacated | Order Vacated | | | | | | | | | |
| 95/000,012 | 05/08/03 | 6,502,477 | Ordered | 07/22/03 | 07/22/03 | 05/26/04 | 02/17/06 | | | | | 05/09/07 | 07/17/07 |
| 95/000,013 | 05/15/03 | 6,440,481 | Ordered | 07/29/03 | 07/29/03 | 07/19/05 | 02/15/06 | | | | | | |
| 95/000,014 | 05/16/03 | 6,466,690 | Ordered | 07/18/03 | 07/18/03 | 03/06/06 | 01/31/08 | | | | | | |
| 95/000,015 | 05/20/03 | 6,450,477 | Ordered | 07/29/03 | 07/29/03 | 04/12/05 | 09/12/05 | 05/02/07 | | | | | |
| 95/000,016 | 05/21/03 | 6,376,217 | Ordered | 08/08/03 | 08/08/03 | 12/12/05 | 10/05/07 | | | | | | |
| 95/000,017 | 05/20/03 | 6,250,605 | Ordered | 07/29/03 | 07/29/03 | 04/12/05 | 09/12/05 | 05/02/07 | | | | | |
| 95/000,018 | 05/30/03 | 6,386,642 | Ordered | 08/20/03 | 08/20/03 | 11/24/04 | 09/14/05 | 09/28/07 | | | 08/20/03 | | |
| 95/000,019 | 06/03/03 | 6,467,939 | Order Vacated | Order Vacated | | | | | | | | | |
| 95/000,020 | 05/29/03 | 6,317,592 | Ordered | 08/26/03 | 09/28/05 | 02/01/06 | 12/08/06 | 08/24/07 | | | | | |
| 95/000,021 | 06/06/03 | 6,260,984 | Ordered | 08/22/03 | 08/22/03 | | | | | | | | |
| 95/000,022 | 06/06/03 | 6,318,873 | Ordered | 08/22/03 | 08/22/03 | | | | | | | | |
| 95/000,023 | 07/17/03 | 6,354,304 | Ordered | 10/08/03 | 10/08/03 | 09/26/05 | 11/13/06 | | | | | 12/05/07 | |
| 95/000,024 | 07/21/03 | 6,524,031 | Ordered | 10/16/03 | 10/16/03 | 05/17/05 | 11/25/05 | | | | | | |
| 95/000,025 | 08/04/03 | 6,293,319 | Ordered | 10/15/03 | 06/16/04 | 09/15/05 | 01/24/07 | | | | | | |
| 95/000,026 | 09/03/03 | 6,571,920 | Ordered | 11/24/03 | 11/24/03 | 05/17/05 | 09/15/05 | | | | | 04/26/06 | 09/26/06 |
| 95/000,027 | 10/10/03 | 6,577,102 | Ordered | 01/06/04 | 01/06/04 | 05/10/06 | | | | | 10/25/07 | 09/28/07 | 01/01/08 |
| 95/000,028 | 11/13/03 | 6,580,501 | Ordered | 01/20/04 | 01/20/04 | 02/03/05 | 10/20/05 | | | | | | |
| 95/000,029 | 11/14/03 | 6,624,263 | Ordered | 01/21/04 | 01/21/04 | 09/21/06 | 04/19/07 | | | | | 06/27/07 | |
| 95/000,030 | 12/03/03 | 6,508,393 | Ordered | 02/24/04 | 02/24/04 | 03/17/05 | 09/30/05 | 07/18/06 | 02/06/08 | Examiner Affirmed in Part | | | |

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,031 | 12/10/03 | 6,296,304 | Ordered | 03/04/04 | 05/12/04 | 04/19/06 | | | | | | | |
| 95/000,032 | 12/31/03 | 6,330,476 | Ordered | 03/23/04 | 03/23/04 | 09/04/07 | | | | | | | |
| 95/000,033 | 01/06/04 | 6,644,184 | Ordered | 04/05/04 | 07/08/04 | | | | | | | | |
| 95/000,034 | 02/09/04 | D467247 | Ordered | 05/04/04 | 05/04/04 | 12/22/04 | 11/02/07 | | | | | | |
| 95/000,035 | 02/09/04 | 6,471,127 | Ordered | 05/04/04 | 05/04/04 | 02/08/06 | 06/06/07 | | | | | | |
| 95/000,036 | 02/20/04 | 6,656,011 | Ordered | 05/19/04 | 05/19/04 | 05/20/05 | | | | | | 03/22/06 | 07/26/06 |
| 95/000,037 | 02/25/04 | 6,444,872 | Ordered | 05/19/04 | 05/19/04 | | | | | | | | |
| 95/000,038 | 02/27/04 | 6,527,941 | Ordered | 05/04/04 | 05/04/04 | 12/14/05 | 04/06/06 | | | | | | |
| 95/000,039 | 04/16/04 | 6,588,390 | Ordered | 07/13/04 | 07/13/04 | | | | | | | 11/26/07 | |
| 95/000,040 | 04/21/04 | 6,623,378 | Ordered | 07/15/04 | 07/15/04 | 01/24/07 | 09/20/07 | | | | | 01/10/06 | 06/19/07 |
| 95/000,041 | 05/03/04 | 6,520,297 | Ordered | 08/02/04 | 08/02/04 | | | | | | | | |
| 95/000,042 | 05/14/04 | 6,605,751 | Ordered | 08/04/04 | 08/04/04 | | | | | | | | |
| 95/000,043 | 05/26/04 | 6,721,743 | Ordered | 07/14/04 | 07/14/04 | 03/08/07 | 02/11/08 | | | | | | |
| 95/000,044 | 06/03/04 | 6,698,567 | Ordered | 07/30/04 | 07/30/04 | 04/07/06 | | | | | | | |
| 95/000,045 | 06/04/04 | 6,681,652 | Ordered | 08/25/04 | 08/25/04 | 02/07/06 | 05/24/06 | | | | | | |
| 95/000,046 | 06/05/04 | 6,490,737 | Ordered | 08/31/04 | 08/31/04 | 09/27/07 | | | | | | | |
| 95/000,047 | 06/24/04 | 6,520,401 | Ordered | 09/16/04 | 09/16/04 | 08/02/05 | 11/01/05 | | | | | 03/03/06 | 08/02/06 |
| 95/000,048 | 08/23/04 | 6,343,901 | Ordered | 11/18/04 | 11/18/04 | 09/27/07 | 02/26/08 | | | | | | |
| 95/000,049 | 08/27/04 | 6,651,618 | Ordered | 11/23/04 | 11/23/04 | 09/22/05 | 09/25/07 | | | | | | |
| 95/000,050 | 09/17/04 | 6,688,280 | Ordered | 12/10/04 | 12/10/04 | | | | | | | | |
| 95/000,051 | 09/23/04 | 6,518,733 | Ordered | 12/08/04 | 12/08/04 | | | | | | | | |
| 95/000,052 | 09/23/04 | 6,636,021 | Ordered | 12/08/04 | 12/08/04 | 01/26/07 | | | | | | | |
| 95/000,053 | 09/30/04 | 6,425,407 | Ordered | 12/14/04 | 03/08/06 | 09/29/06 | 09/12/07 | | | | | | |
| 95/000,054 | 10/13/04 | 6,303,978 | Ordered | 01/11/05 | 06/29/05 | | | | | | | | |
| 95/000,055 | 10/14/04 | 6,381,942 | Ordered | 12/21/04 | 12/21/04 | 06/03/05 | 07/08/06 | | | | 10/25/07 | 10/01/07 | |
| 95/000,056 | 10/13/04 | 6,641,334 | Ordered | 12/16/04 | 06/13/05 | 02/23/07 | | 02/20/07 | | | | 02/04/08 | |
| 95/000,057 | 10/18/04 | 6,769,440 | Ordered | 01/12/05 | 09/28/05 | 09/12/07 | | | | | | | |
| 95/000,058 | 10/28/04 | 6,551,415 | Ordered | 01/12/05 | 09/28/06 | 04/11/07 | 09/19/07 | | | | | 02/05/08 | |
| 95/000,059 | 11/02/04 | 6,616,382 | Ordered | 01/28/05 | 01/28/05 | | | | | | | | |
| 95/000,060 | 11/15/04 | 6,679,619 | Ordered | 02/03/05 | 02/03/05 | | | | | | | | |
| 95/000,061 | 12/01/04 | 6,575,260 | Ordered | 02/28/05 | 03/09/06 | | | | | | | | |
| 95/000,062 | 12/03/04 | 6,653,104 | Ordered | 02/28/05 | 03/17/05 | 09/25/07 | | | | | | | |
| 95/000,063 | 12/03/04 | 6,573,875 | Ordered | 02/28/05 | 05/03/05 | | | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,064 | 12/06/04 | 6,767,487 | Ordered | 03/02/05 | 03/02/05 | 09/12/05 | 04/17/06 | 11/19/07 | | | | | |
| 95/000,065 | 12/08/04 | 6,155,906 | Ordered | 03/07/05 | 03/15/05 | | | | | | | | |
| 95/000,066 | 12/17/04 | 6,789,673 | Ordered | 02/28/05 | 04/21/05 | 02/02/06 | 11/17/06 | | | | | | |
| 95/000,067 | 12/20/04 | 6,554,446 | Ordered | 03/21/05 | 03/21/05 | | | | | | | | |
| 95/000,068 | 12/27/04 | 6,531,537 | Ordered | 03/08/05 | 03/08/05 | 09/29/06 | 09/18/07 | | | | | | |
| 95/000,069 | 12/03/04 | 6,789,673 | Ordered | 02/28/05 | 04/21/05 | 02/02/06 | 11/17/06 | | | | | | |
| 95/000,070 | 01/07/05 | 6,553,611 | Ordered | 03/15/05 | 03/15/05 | | | | | | | | |
| 95/000,071 | 01/26/05 | 6,330,941 | Ordered | 04/05/05 | 04/05/05 | 06/07/06 | 09/25/07 | | | | | | |
| 95/000,072 | 01/26/05 | 6,523,680 | Ordered | 04/18/05 | 04/18/05 | 06/07/06 | 09/25/07 | | | | | | |
| 95/000,073 | 01/31/05 | 6,720,005 | Ordered | 04/21/05 | 04/21/05 | 07/18/06 | 07/16/07 | | | | | | |
| 95/000,074 | 01/31/05 | 6,680,306 | Ordered | 04/12/05 | 04/12/05 | | | | | | | | |
| 95/000,075 | 02/01/05 | 6,718,359 | Ordered | 04/19/05 | 04/19/05 | 09/26/05 | 02/03/06 | | | | | | |
| 95/000,076 | 02/17/05 | 6,578,736 | Ordered | 04/05/05 | 05/26/06 | 09/17/07 | 02/25/08 | | | | | | |
| 95/000,077 | 02/18/05 | 6,715,639 | Ordered | 04/05/05 | 05/26/06 | 09/17/07 | 02/25/08 | | | | | | |
| 95/000,078 | 02/23/05 | 6,671,223 | Ordered | 05/19/05 | 05/19/05 | 10/02/07 | | | | | | | |
| 95/000,079 | 02/28/05 | 6,444,283 | Ordered | 05/11/05 | 05/11/05 | 11/09/05 | | | | | | | |
| 95/000,080 | 03/01/05 | 6,644,120 | Ordered | 05/11/05 | 05/11/05 | | | | | | 10/03/07 | | |
| 95/000,081 | 03/03/05 | 6,507,956 | Ordered | 05/18/05 | 09/20/05 | 01/04/07 | | | | | 10/05/05 | | |
| 95/000,082 | 03/07/05 | D471672 | Denied | 05/11/05 | | | | | | | | | |
| 95/000,083 | 03/07/05 | D478188 | Denied | 06/03/05 | 06/03/05 | | | | | | | | |
| 95/000,084 | 03/21/05 | 6,543,505 | Ordered | 06/03/05 | 06/03/05 | 07/02/07 | 08/17/07 | | | | | 02/13/08 | |
| 95/000,085 | 03/29/05 | 6,872,152 | Ordered | 06/07/05 | 06/07/05 | 01/25/07 | | | | | | | |
| 95/000,086 | 04/01/05 | D467270 | Ordered | 06/07/05 | 06/10/05 | 11/14/05 | 03/08/06 | | | | | | |
| 95/000,087 | 04/05/05 | 6,528,666 | Ordered | 06/10/05 | 06/01/05 | 09/25/07 | | | | | | | |
| 95/000,088 | 04/13/05 | 6,659,866 | Ordered | 06/01/05 | 06/01/05 | 03/02/06 | | | | | | | |
| 95/000,089 | 04/15/05 | 6,643,765 | Ordered | 06/01/05 | 07/18/05 | 07/02/07 | | | | | | | |
| 95/000,090 | 05/02/05 | 6,298,715 | Ordered | 07/18/05 | 07/29/05 | | | | | | 06/05/07 | | |
| 95/000,091 | 05/02/05 | 6,377,066 | Ordered | 07/29/05 | 06/29/05 | | | | | | 06/05/07 | | |
| 95/000,092 | 05/05/05 | 6,611,662 | Ordered | 06/29/05 | | | | | | | | | |
| 95/000,093 | 05/17/05 | 6,424,333 | Ordered | 08/17/05 | 07/12/05 | | | | | | | 10/25/05 | |
| 95/000,094 | 05/19/05 | 6,275,213 | Ordered | 08/17/05 | 07/12/05 | | | | | | 09/21/07 | | |
| 95/000,095 | 05/23/05 | 6,689,336 | Ordered | 07/12/05 | 08/16/05 | | | | | | | | 08/01/06 |
| 95/000,096 | 06/10/05 | 6,723,412 | Ordered | 08/16/05 | | 02/02/06 | | | | | | | |

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,097 | 06/06/05 | 6,864,766 | Ordered | 09/01/05 | | 10/25/05 | 02/17/06 | | | | | | |
| 95/000,098 | 06/10/05 | 6,729,932 | Ordered | 07/29/05 | 07/29/05 | 12/19/05 | 02/15/06 | 10/18/07 | | | | | |
| 95/000,099 | 06/13/05 | 6,565,088 | Ordered | 09/02/05 | 09/02/05 | | | | | | | | |
| 95/000,100 | 06/28/05 | 6,725,356 | Ordered | 09/08/05 | 09/08/05 | | | | | | | | |
| 95/000,101 | 06/30/05 | 6,695,135 | Denied | 09/22/05 | | | | | | | 02/22/06 | | |
| 95/000,102 | 07/28/05 | 6,341,218 | Ordered | 09/14/05 | 09/14/05 | | | | | | | | |
| 95/000,103 | 08/01/05 | 6,871,356 | Ordered | 09/29/05 | | 09/29/05 | 02/17/06 | 11/20/07 | | | | | |
| 95/000,104 | 08/12/05 | 6,612,713 | Ordered | 09/28/05 | 09/28/05 | | | | | | | | |
| 95/000,105 | 08/17/05 | 6,387,499 | Ordered | 10/18/05 | 10/18/05 | 08/07/06 | | | | | 06/27/07 | | |
| 95/000,106 | 08/22/05 | 6,857,712 | Denied | 11/16/06 | | | | | | | 02/22/06 | | |
| 95/000,107 | 08/22/05 | 6,547,873 | Denied | 11/09/05 | | | | | | | 02/22/06 | | |
| 95/000,108 | 08/30/05 | 6,936,104 | Denied | 10/20/05 | | | | | | | | | |
| 95/000,109 | 09/06/05 | 6,418,532 | Ordered | 11/21/05 | 11/21/05 | 04/12/06 | 02/23/07 | | | | | 05/17/07 | |
| 95/000,110 | 09/08/05 | 6,833,012 | Ordered | 11/17/05 | 11/17/05 | 06/28/06 | | | | | | 10/09/07 | 12/25/07 |
| 95/000,111 | 09/16/05 | 6,116,477 | Ordered | 11/22/05 | 11/22/05 | 04/21/06 | 06/12/07 | | | | | | |
| 95/000,112 | 09/20/05 | 6,530,807 | Ordered | 11/17/05 | 12/13/05 | | | | | | | | |
| 95/000,113 | 10/19/05 | 6,676,290 | Ordered | 12/21/05 | 12/21/05 | 11/21/07 | | | | | | | |
| 95/000,114 | 11/04/05 | 6,712,352 | Ordered | 01/23/06 | 01/23/06 | 08/03/07 | | | | | | | |
| 95/000,115 | 11/28/05 | 6,523,333 | Ordered | 01/19/06 | 01/19/06 | | | | | | | | |
| 95/000,116 | 11/23/05 | 6,553,794 | Ordered | 01/25/06 | 01/25/06 | 05/22/07 | 09/20/07 | | | | | 07/02/07 | 01/22/08 |
| 95/000,117 | 12/23/05 | D504126 | Ordered | 03/03/06 | 03/03/06 | | | | | | | | |
| 95/000,118 | 01/10/06 | 6,696,316 | Ordered | 03/20/06 | 03/20/06 | 11/23/07 | | | | | | | |
| 95/000,119 | 01/13/06 | 6,767,247 | Ordered | 03/09/06 | 06/08/06 | | | | | | | | |
| 95/000,120 | 01/17/06 | 6,210,293 | Ordered | 04/07/06 | 02/27/07 | | | | | | | | |
| 95/000,121 | 01/17/06 | 6,503,156 | Ordered | 04/07/06 | 02/27/07 | | | | | | | | |
| 95/000,122 | 01/17/06 | 6,506,130 | Ordered | 04/06/06 | 01/30/07 | | | | | | | | |
| 95/000,123 | 01/17/06 | 6,595,873 | Ordered | 04/06/06 | 01/30/07 | | | | | | | | |
| 95/000,124 | 01/23/06 | 6,838,618 | Ordered | 04/13/06 | 08/11/06 | | | | | | | | |
| 95/000,125 | 01/25/06 | 6,622,355 | Ordered | 04/06/06 | 04/06/06 | | | | | | | | |
| 95/000,126 | 01/25/06 | 6,441,496 | Ordered | 03/20/06 | 03/20/06 | 11/05/07 | | | | | | | |
| 95/000,127 | 01/30/06 | 6,662,956 | Ordered | 03/24/06 | 03/24/06 | 02/15/08 | | | | | | | |
| 95/000,128 | 02/01/06 | 6,840,088 | Ordered | 04/14/06 | 04/14/06 | | | | | | | | |
| 95/000,129 | 02/10/06 | 6,377,179 | Ordered | 04/13/06 | 04/13/06 | | | | | | | | |

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,130 | 02/07/06 | 6,672,059 | Ordered | 04/04/06 | 04/04/06 | | | | | | | | |
| 95/000,131 | 02/14/06 | 6,614,729 | Ordered | 03/31/06 | 03/31/06 | | | | | | | 03/06/07 | 09/11/07 |
| 95/000,132 | 03/03/06 | 6,808,888 | Ordered | 04/24/06 | 04/24/06 | 11/06/06 | 04/09/07 | | | | | | |
| 95/000,133 | 03/09/06 | 6,685,585 | Ordered | 05/12/06 | 05/12/06 | 08/09/07 | | | | | | | |
| 95/000,134 | 03/10/06 | 6,769,436 | Ordered | 05/02/06 | 05/02/06 | 04/18/07 | | | | | | 08/16/07 | |
| 95/000,135 | 03/13/06 | 6,951,211 | Ordered | 05/26/06 | 11/14/06 | | | | | | | | |
| 95/000,136 | 03/14/06 | 6,299,793 | Ordered | 05/05/06 | 05/05/06 | 02/09/07 | | | | | | | |
| 95/000,137 | 03/20/06 | 6,830,358 | Ordered | 06/07/06 | 06/07/06 | | | | | | | | |
| 95/000,138 | 03/23/06 | 6,645,742 | Ordered | 05/22/06 | 05/22/06 | 01/26/07 | 11/29/07 | | | | | | |
| 95/000,139 | 03/29/06 | 6,735,874 | Ordered | 06/19/06 | 06/19/06 | | | | | | | | |
| 95/000,140 | 03/30/06 | 6,757,574 | Ordered | 06/01/06 | 07/03/06 | | | | | | | | |
| 95/000,141 | 04/03/06 | 6,427,811 | Denied | 06/22/06 | | | | | | | | | |
| 95/000,142 | 04/10/06 | 6,629,840 | Ordered | 06/13/06 | 06/13/06 | | | | | | | | |
| 95/000,143 | 04/13/06 | 7,022,332 | Ordered | 06/12/06 | 06/12/06 | 04/27/07 | 01/16/08 | | | | | | |
| 95/000,144 | 04/14/06 | 7,001,951 | Ordered | 06/16/06 | 06/16/06 | 04/11/07 | | | | | | | |
| 95/000,145 | 04/24/06 | 6,501,966 | Ordered | 06/21/06 | 06/21/06 | 02/05/08 | | | | | | | |
| 95/000,146 | 06/19/06 | 6,838,235 | Ordered | 08/30/06 | 08/30/06 | 07/16/07 | 11/19/07 | | | | | | |
| 95/000,147 | 09/08/06 | 6,979,468 | Ordered | 11/22/06 | 11/22/06 | | | | | | 06/15/07 | | |
| 95/000,148 | 11/22/06 | 6,783,054 | Ordered | 02/16/07 | 10/27/06 | | | | | | | | |
| 95/000,149 | 08/21/06 | 6,503,773 | Ordered | 10/27/06 | 08/30/06 | | | | | | | | |
| 95/000,150 | 06/26/06 | 6,846,715 | Ordered | 08/30/06 | 10/26/06 | | | | | | | | |
| 95/000,151 | 08/04/06 | 6,285,746 | Ordered | 10/02/06 | 08/31/06 | 02/13/08 | | | | | | | |
| 95/000,152 | 05/10/06 | 6,673,604 | Ordered | 07/27/06 | 09/13/06 | 09/05/07 | | | | | | | |
| 95/000,153 | 07/17/06 | 6,753,013 | Ordered | 09/13/06 | 03/30/07 | 02/25/08 | | | | | | | |
| 95/000,154 | 07/17/06 | 7,029,913 | Ordered | 09/29/06 | 12/07/06 | 09/21/07 | | | | | | | |
| 95/000,155 | 09/19/06 | 6,784,901 | Ordered | 12/07/06 | 10/03/06 | | | | | | | | |
| 95/000,156 | 07/19/06 | 6,598,564 | Ordered | 10/03/06 | | | | | | | | | |
| 95/000,157 | 09/13/06 | 6,730,333 | Ordered | 11/21/06 | 10/06/06 | | | | | | | | |
| 95/000,158 | 07/21/06 | 6,518,644 | Denied | 10/24/06 | | | | | | | 09/20/07 | | |
| 95/000,159 | 07/27/06 | D487627 | Ordered | 09/13/06 | 09/13/06 | 09/18/07 | | | | | | | |
| 95/000,160 | 07/28/06 | 6,221,392 | Ordered | 10/25/06 | 05/04/07 | | | | | | | | |
| 95/000,161 | 07/28/06 | 6,543,447 | Ordered | 12/18/06 | 12/18/06 | | | | | | | | |
| 95/000,162 | 10/17/06 | 7,096,977 | Ordered | | | | | | | | | | |

3/3/2008

Page 5 of 12

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,163 | 09/18/06 | 6,428,371 | Ordered | 12/08/06 | | | | | | | | | |
| 95/000,164 | 10/06/06 | 7,052,301 | Ordered | 12/08/06 | 12/08/06 | | | | | | | 11/16/07 | |
| 95/000,165 | 09/21/06 | 6,550,701 | Ordered | 11/01/06 | | | | | | | | | |
| 95/000,166 | 10/12/06 | 6,426,916 | Ordered | 12/26/06 | | | | | | | | | |
| 95/000,167 | 08/07/06 | 6,874,090 | Terminated | Terminated | | | | | | | | | |
| 95/000,168 | 07/31/06 | 7,048,472 | Ordered | 10/27/06 | | | | | | | 11/01/06 | | |
| 95/000,169 | 09/05/06 | 6,826,661 | Ordered | 10/31/06 | 10/31/06 | | | | | | | | |
| 95/000,170 | 08/11/06 | 6,703,144 | Ordered | 10/26/06 | 10/26/06 | 09/21/07 | | | | | | | |
| 95/000,171 | 08/03/06 | 6,594,565 | Ordered | 10/16/06 | 10/16/06 | 10/22/07 | | | | | | 02/05/08 | |
| 95/000,172 | 07/18/06 | 6,685,469 | Ordered | 10/13/06 | 05/14/07 | 09/24/07 | | | | | | | |
| 95/000,173 | 08/01/06 | 6,529,685 | Ordered | 09/29/06 | 09/29/06 | | | | | | | | |
| 95/000,174 | 08/16/06 | 6,838,728 | Ordered | 10/26/06 | 10/26/06 | | | | | | | | |
| 95/000,175 | 08/03/06 | 6,900,094 | Ordered | 10/31/06 | 10/31/06 | | | | | | | 05/22/07 | 09/25/07 |
| 95/000,176 | 09/06/06 | 6,890,906 | Ordered | 11/15/06 | 11/15/06 | | | | | | | | |
| 95/000,177 | 11/09/06 | 6,864,115 | Ordered | 01/10/07 | 01/10/07 | | | | | | | | |
| 95/000,178 | 10/06/06 | 6,324,120 | Ordered | 12/26/06 | | | | | | | | | |
| 95/000,179 | 09/18/06 | 6,405,669 | Ordered | 12/08/06 | | | | | | | | | |
| 95/000,180 | 09/28/06 | 6,750,130 | Ordered | 12/07/06 | 12/07/06 | | | | | | | | |
| 95/000,181 | 11/14/06 | 6,609,034 | Ordered | 01/29/07 | 01/29/07 | | | | | | | | |
| 95/000,182 | 10/19/06 | 6,644,595 | Ordered | 01/10/07 | 02/29/08 | | | | | | | | |
| 95/000,183 | 10/04/06 | 6,182,184 | Ordered | 12/26/06 | | | | | | | | | |
| 95/000,184 | 11/21/06 | 6,938,709 | Ordered | 02/08/07 | 04/13/07 | | | | | | | | |
| 95/000,185 | 12/04/06 | 6,357,193 | Ordered | 02/23/07 | 03/09/07 | | | | | | | | |
| 95/000,186 | 11/15/06 | 6,760,749 | Ordered | 01/26/07 | 07/27/07 | | | | | | | | |
| 95/000,187 | 11/29/06 | 6,739,874 | Ordered | 02/23/07 | 07/27/07 | | | | | | | | |
| 95/000,188 | 11/29/06 | 7,018,213 | Ordered | 02/26/07 | 02/23/07 | 07/20/07 | 12/13/07 | | | | | | |
| 95/000,189 | 11/29/06 | 7,029,283 | Ordered | 02/23/07 | | | | | | | | | |
| 95/000,190 | 11/17/06 | 6,496,216 | Ordered | 02/03/07 | | | | | | | | | |
| 95/000,191 | 11/29/06 | 7,006,786 | Ordered | 02/26/07 | | 07/23/07 | 12/13/07 | | | | | | |
| 95/000,192 | 11/17/06 | 6,757,055 | Ordered | 02/03/07 | | | | | | | | | |
| 95/000,193 | 10/17/06 | 6,697,476 | Ordered | 01/10/07 | 03/23/07 | | | | | | | | |
| 95/000,194 | 01/12/07 | 6,649,480 | Ordered | 03/23/07 | | | | | | | | | |
| 95/000,195 | 02/14/07 | 6,364,302 | Ordered | 04/18/07 | | 04/18/07 | 02/25/08 | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,196 | 01/26/07 | 6,521,831 | Ordered | 04/13/07 | 04/13/07 | | | | | | | | |
| 95/000,197 | 11/22/06 | 6,366,522 | Ordered | 02/07/07 | | | | | | | | | |
| 95/000,198 | 11/22/06 | 6,633,187 | Ordered | 02/03/07 | 03/01/07 | | | | | | | | |
| 95/000,199 | 12/01/06 | 6,988,138 | Ordered | 02/24/07 | | | | | | | | | |
| 95/000,200 | 11/29/06 | 6,994,585 | Ordered | 02/22/07 | 03/26/07 | | | | | | | | |
| 95/000,201 | 12/08/06 | 6,763,345 | Ordered | 03/01/07 | 10/03/07 | | | | | | | | |
| 95/000,202 | 01/17/07 | 6,329,636 | Ordered | 04/10/07 | 04/10/07 | | | | | | | | |
| 95/000,203 | 01/16/07 | 6,987,242 | Ordered | 04/10/07 | 04/10/07 | | | | | | | | |
| 95/000,204 | 01/17/07 | 6,815,639 | Ordered | 04/10/07 | 04/10/07 | | | | | | | | |
| 95/000,205 | 02/02/07 | 7,049,546 | Ordered | 04/10/07 | 04/10/07 | | | | | | | | |
| 95/000,206 | 12/13/06 | 6,753,035 | Ordered | 03/08/07 | | | | | | | | | |
| 95/000,207 | 12/12/06 | 6,536,352 | Ordered | 03/13/07 | 03/13/07 | | | | | | | 11/05/07 | 02/12/08 |
| 95/000,208 | 12/20/06 | 6,566,285 | Ordered | 03/12/07 | 03/12/07 | | | | | | | | |
| 95/000,209 | 01/25/07 | 6,984,791 | Ordered | 04/13/07 | 04/13/07 | 11/01/07 | | | | | | | |
| 95/000,210 | 01/03/07 | 7,156,100 | Terminated | Terminated | | | | | | | 06/12/07 | | |
| 95/000,211 | 01/08/07 | 6,961,773 | Ordered | 03/23/07 | | | | | | | | | |
| 95/000,212 | 01/09/07 | 7,089,224 | Ordered | 03/21/07 | 05/29/07 | | | | | | | 02/13/08 | |
| 95/000,213 | 01/09/07 | 7,081,542 | Ordered | 03/30/07 | 05/23/07 | | | | | | | | |
| 95/000,214 | 04/24/07 | 6,347,997 | Ordered | 07/17/07 | 07/17/07 | | | | | | | | |
| 95/000,215 | 02/15/07 | 6,974,845 | Ordered | 04/27/07 | 04/27/07 | | | | | | | | |
| 95/000,216 | 01/31/07 | 6,849,827 | Ordered | 04/10/07 | 04/10/07 | | | | | | | | |
| 95/000,217 | 05/07/07 | 6,344,791 | Ordered | 08/01/07 | | | | | | | | | |
| 95/000,218 | 01/23/07 | RE39465 | Ordered | 04/12/07 | 04/12/07 | 02/29/08 | 01/14/08 | | | | | | |
| 95/000,219 | 03/08/07 | 7,169,418 | Ordered | 06/07/07 | | 06/07/07 | | | | | | | |
| 95/000,220 | 05/04/07 | 6,400,303 | Ordered | 07/26/07 | | | | | | | | | |
| 95/000,221 | 05/04/07 | 6,906,700 | Ordered | 07/12/07 | | | | | | | | | |
| 95/000,222 | 05/10/07 | 6,344,791 | Ordered | 08/02/07 | 07/18/07 | | | | | | | | |
| 95/000,223 | 05/10/07 | 6,343,991 | Ordered | 07/18/07 | 01/31/08 | | | | | | | | |
| 95/000,224 | 05/10/07 | 6,563,415 | Ordered | 06/15/07 | 02/12/08 | | | | | | | | |
| 95/000,225 | 05/10/07 | 6,351,205 | Ordered | 06/26/07 | 02/12/08 | | | | | | | | |
| 95/000,226 | 04/19/07 | 6,351,205 | Ordered | 06/04/07 | 06/05/07 | 02/19/08 | | | | | | | |
| 95/000,227 | 02/09/07 | 6,433,419 | Ordered | 05/04/07 | | | | | | | | | |
| 95/000,228 | 02/12/07 | 6,979,117 | Ordered | 05/07/07 | 05/07/07 | | | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,229 | 02/15/07 | 6,465,893 | Ordered | 05/04/07 | 05/04/07 | 02/15/08 | | | | | | | |
| 95/000,230 | 04/19/07 | 6,563,415 | Ordered | 06/04/07 | 01/31/08 | | | | | | | | |
| 95/000,231 | 03/30/07 | 7,007,439 | Ordered | 04/24/07 | 04/24/07 | 02/27/08 | | | | | | | |
| 95/000,232 | 03/21/07 | 7,022,993 | Ordered | 05/17/07 | 08/03/07 | | | | | | | | |
| 95/000,233 | 03/13/07 | 6,791,088 | Ordered | 05/17/07 | 06/26/07 | | | | | | | | |
| 95/000,234 | 04/26/07 | 6,857,971 | Ordered | 07/16/07 | 07/16/07 | | | | | | 10/12/07 | | |
| 95/000,235 | 02/27/07 | 6,919,001 | Ordered | 04/20/07 | 04/20/07 | | | | | | | | |
| 95/000,236 | 06/11/07 | 6,786,546 | Ordered | 09/05/07 | 09/05/07 | | | | | | | | |
| 95/000,237 | 03/06/07 | 7,105,091 | Ordered | 05/07/07 | 05/07/07 | | | | | | | | |
| 95/000,238 | 04/20/07 | 6,777,014 | Ordered | 06/29/07 | 06/29/07 | | | | | | | | |
| 95/000,239 | 05/30/07 | 7,142,347 | Ordered | 08/01/07 | 08/01/07 | | | | | | | | |
| 95/000,240 | 04/24/07 | 6,795,605 | Ordered | 06/26/07 | 10/01/07 | | | | | | | | |
| 95/000,241 | 03/20/07 | 6,928,852 | Ordered | 04/27/07 | | | | | | | | | |
| 95/000,242 | 04/12/07 | 6,429,210 | Ordered | 07/06/07 | 08/14/07 | | | | | | | | |
| 95/000,243 | 06/13/07 | 7,100,061 | Ordered | 06/26/07 | 06/26/07 | | | | | | | | |
| 95/000,244 | 04/26/07 | 6,336,312 | Ordered | 07/16/07 | 07/16/07 | | | | | | | | |
| 95/000,245 | 04/26/07 | 6,336,311 | Ordered | 07/16/07 | 07/16/07 | | | | | | | | |
| 95/000,246 | 03/22/07 | 6,756,258 | Ordered | 06/05/07 | 08/13/07 | | | | | | | | |
| 95/000,247 | 03/30/07 | 6,432,133 | Ordered | 04/24/07 | | | | | | | | | |
| 95/000,248 | 05/09/07 | 6,924,413 | Ordered | 08/01/07 | 11/21/07 | | | | | | | | |
| 95/000,249 | 03/28/07 | 7,142,347 | | | | | | | | | | | |
| 95/000,250 | 06/28/07 | 6,452,863 | Ordered | 09/05/07 | | | | | | | | | |
| 95/000,251 | 09/20/07 | 6,721,178 | Ordered | 11/01/07 | 11/01/07 | | | | | | | | |
| 95/000,252 | 04/13/07 | 6,910,601 | Terminated | Terminated | | | | | | | 07/26/07 | | |
| 95/000,253 | 04/11/07 | 7,189,110 | Ordered | 07/06/07 | 12/04/07 | | | | | | | | |
| 95/000,254 | 05/30/07 | 6,675,788 | Ordered | 08/08/07 | | | | | | | | | |
| 95/000,255 | 07/20/07 | 6,750,386 | Ordered | 10/05/07 | | | | | | | | | |
| 95/000,256 | 05/17/07 | 6,979,117 | | | | | | | | | | | |
| 95/000,257 | 07/03/07 | 6,430,668 | Ordered | 08/22/07 | 11/20/07 | | | | | | | | |
| 95/000,258 | 05/08/07 | 7,195,517 | Ordered | 07/20/07 | 11/05/07 | | | | | | | | |
| 95/000,259 | 05/10/07 | 6,850,464 | Ordered | 08/03/07 | 08/03/07 | | | | | | | | |
| 95/000,260 | 06/22/07 | 6,939,348 | Ordered | 08/16/07 | 08/16/07 | | | | | | | | |
| 95/000,261 | 05/07/07 | 6,590,220 | Ordered | 07/20/07 | 08/16/07 | | | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,262 | 05/10/07 | 6,554,861 | Ordered | 07/16/07 | 07/16/07 | | | | | | | | |
| 95/000,263 | 05/17/07 | 7,067,556 | Ordered | 07/31/07 | | | | | | | | | |
| 95/000,264 | 06/18/07 | 7,186,251 | Ordered | 09/10/07 | 09/10/07 | | | | | | | | |
| 95/000,265 | 05/29/07 | 7,222,614 | Ordered | 08/03/07 | 08/03/07 | | | | | | | | |
| 95/000,266 | 07/11/07 | 6,716,459 | Ordered | 09/26/07 | 09/26/07 | | | | | | | | |
| 95/000,267 | 06/05/07 | 7,056,954 | Ordered | 08/29/07 | 08/29/07 | | | | | | | | |
| 95/000,268 | 06/19/07 | 7,026,164 | Ordered | 08/14/07 | 08/14/07 | 01/16/08 | | | | | | | |
| 95/000,269 | 06/21/07 | 6,829,473 | Ordered | 08/16/07 | | | | | | | | | |
| 95/000,270 | 06/26/07 | 7,131,819 | Ordered | 08/17/07 | | | | | | | | | |
| 95/000,271 | 06/25/07 | 6,447,485 | Ordered | 09/21/07 | 09/21/07 | | | | | | | | |
| 95/000,272 | 06/27/07 | 6,630,645 | Ordered | 08/02/07 | 08/02/07 | | | | | | | | |
| 95/000,273 | 07/10/07 | 7,178,702 | Ordered | 09/26/07 | 09/26/07 | | | | | | | | |
| 95/000,274 | 07/11/07 | 6,707,264 | Ordered | 08/08/07 | | | | | | | | | |
| 95/000,275 | 06/18/07 | 6,813,699 | Ordered | 08/22/07 | 11/19/07 | | | | | | | | |
| 95/000,276 | 07/09/07 | 6,924,264 | Ordered | 10/03/07 | 01/17/08 | | | | | | | | |
| 95/000,277 | 07/17/07 | 6,431,983 | Ordered | 10/01/07 | 02/29/08 | | | | | | | | |
| 95/000,278 | 07/12/07 | 7,065,417 | Ordered | 09/28/07 | 11/08/07 | | | | | | | | |
| 95/000,279 | 07/17/07 | 6,832,958 | Ordered | 09/21/07 | | 09/21/07 | | | | | | | |
| 95/000,280 | 07/17/07 | 6,620,046 | Ordered | 09/14/07 | 09/14/07 | | | | | | | | |
| 95/000,281 | 08/01/07 | 6,721,178 | Terminated | Terminated | | | | | | | 10/01/07 | | |
| 95/000,282 | 08/02/07 | 6,514,531 | Ordered | 10/26/07 | | | | | | | | | |
| 95/000,283 | 08/07/07 | 6,501,234 | Ordered | 10/26/07 | 10/16/07 | | | | | | | | |
| 95/000,284 | 08/06/07 | 6,733,241 | Ordered | 10/16/07 | 10/16/07 | | | | | | | | |
| 95/000,285 | 09/21/07 | 7,097,719 | Ordered | 12/19/07 | 12/19/07 | | | | | | | | |
| 95/000,286 | 08/31/07 | 6,460,042 | Denied | 11/19/07 | | | | | | | | | |
| 95/000,287 | 11/23/07 | 7,255,851 | Ordered | 01/25/08 | | | | | | | | | |
| 95/000,288 | 01/15/08 | 6,547,764 | Ordered | 02/29/08 | 02/29/08 | | | | | | | | |
| 95/000,289 | 08/21/07 | 6,974,084 | Ordered | 11/09/07 | | | | | | | 02/26/08 | | |
| 95/000,290 | 09/26/07 | 6,501,906 | Terminated | Terminated | | | | | | | | | |
| 95/000,291 | 10/01/07 | 6,804,129 | Ordered | 11/09/07 | 11/14/07 | | | | | | | | |
| 95/000,292 | 09/04/07 | 6,910,601 | Ordered | 11/14/07 | | | | | | | | | |
| 95/000,293 | 08/21/07 | 6,947,702 | Ordered | 10/26/07 | 10/26/07 | | | | | | | | |
| 95/000,294 | 08/30/07 | 7,152,413 | Ordered | 10/04/07 | 10/04/07 | | | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,295 | 08/03/07 | 6,687,745 | Ordered | 10/26/07 | | | | | | | | | |
| 95/000,296 | 09/20/07 | 6,991,169 | Ordered | 12/12/07 | | | | | | | | | |
| 95/000,297 | 09/12/07 | 6,865,604 | Ordered | 11/19/07 | 01/04/08 | | | | | | | | |
| 95/000,298 | 09/12/07 | 6,880,004 | Ordered | 11/19/07 | 01/04/08 | | | | | | | | |
| 95/000,299 | 09/12/07 | 6,871,229 | Ordered | 11/19/07 | | 01/04/08 | | | | | | | |
| 95/000,300 | 08/31/07 | 7,109,042 | Ordered | 11/17/07 | 02/07/08 | | | | | | | | |
| 95/000,301 | 10/02/07 | 6,660,297 | Ordered | 12/21/07 | 12/21/07 | | | | | | | | |
| 95/000,302 | 09/17/07 | 6,605,308 | Ordered | 12/10/07 | 12/10/07 | | | | | | | | |
| 95/000,303 | 09/21/07 | 6,857,712 | Denied | 12/14/07 | | | | | | | | | |
| 95/000,304 | 10/05/07 | 6,640,872 | Ordered | 12/14/07 | 12/14/07 | | | | | | 01/28/08 | | |
| 95/000,305 | 10/05/07 | 7,021,515 | Terminated | Terminated | | | | | | | | | |
| 95/000,306 | 01/04/08 | 6,852,191 | Ordered | 02/22/08 | 02/29/08 | | | | | | | | |
| 95/000,307 | 10/14/07 | 7,281,527 | Ordered | 12/04/07 | 12/04/07 | | | | | | | | |
| 95/000,308 | 10/24/07 | 6,399,002 | Ordered | 12/10/07 | 12/10/07 | | | | | | | | |
| 95/000,309 | 10/19/07 | D484637 | Ordered | 01/16/08 | 01/16/08 | | | | | | | | |
| 95/000,310 | 10/24/07 | 6,830,766 | Ordered | 01/22/08 | | | | | | | | | |
| 95/000,311 | 10/24/07 | 6,827,955 | Ordered | 01/22/08 | | | | | | | | | |
| 95/000,312 | 10/24/07 | 7,054,547 | Ordered | 01/08/08 | | | | | | | | | |
| 95/000,313 | 10/31/07 | 6,925,469 | Ordered | 01/29/08 | 02/13/08 | | | | | | | | |
| 95/000,314 | 11/06/07 | D499385 | Ordered | 02/05/08 | | | | | | | | | |
| 95/000,315 | 11/06/07 | D491538 | Denied | 02/05/08 | | | | | | | | | |
| 95/000,316 | 11/06/07 | D490784 | Denied | 02/05/08 | | | | | | | | | |
| 95/000,317 | 11/06/07 | D503388 | Ordered | 02/05/08 | | | | | | | | | |
| 95/000,318 | 11/07/07 | 6,387,081 | Terminated | Terminated | | | | | | | | 01/28/08 | | |
| 95/000,319 | 11/06/07 | 6,429,231 | | | | | | | | | | | |
| 95/000,320 | 11/21/07 | 6,870,820 | Ordered | 12/28/07 | 12/28/07 | | | | | | | | |
| 95/000,321 | 11/21/07 | 6,785,370 | Denied | 02/08/08 | | | | | | | | | |
| 95/000,322 | 11/21/07 | 6,728,345 | Ordered | 02/11/08 | 02/11/08 | | | | | | | | |
| 95/000,323 | 11/21/07 | 7,010,109 | Ordered | 02/12/08 | 02/12/08 | | | | | | | | |
| 95/000,324 | | 6,857,001 | | | | | | | | | | | |
| 95/000,325 | 12/03/07 | 7,165,175 | | | | | | | | | | | |
| 95/000,326 | 12/04/07 | 7,214,017 | Ordered | 02/27/08 | 02/27/08 | | | | | | | | |
| 95/000,327 | 12/11/07 | 7,281,842 | | | | | | | | | | | |

Page 10 of 12

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/000,328 | 01/14/08 | 6,982,211 | | | | | | | | | | | |
| 95/000,329 | 12/17/07 | 7,278,758 | Ordered | 02/12/08 | | | | | | | | | |
| 95/000,330 | 12/17/07 | 7,236,821 | Ordered | 01/30/08 | 01/30/08 | | | | | | | | |
| 95/000,331 | 12/31/07 | 6,709,694 | | | | | | | | | | | |
| 95/000,332 | 01/08/08 | 7,228,383 | | | | | | | | | | | |
| 95/000,333 | 01/18/08 | 7,096,212 | | | | | | | | | | | |
| 95/000,334 | 01/11/08 | 6,915,823 | Ordered | 02/27/08 | | 02/27/08 | | | | | | | |
| 95/000,335 | 01/11/08 | 6,877,530 | | | | | | | | | | | |
| 95/000,336 | 01/11/08 | 7,240,699 | | 02/29/08 | | | | | | | | | |
| 95/000,337 | 01/04/08 | 6,805,891 | Ordered | | | | | | | | | | |
| 95/000,338 | 01/15/08 | 6,922,181 | | | | | | | | | | | |
| 95/000,339 | 01/18/08 | 7,281,842 | | | | | | | | | | | |
| 95/000,340 | 01/30/08 | 7,260,447 | | | | | | | | | | | |
| 95/000,341 | 02/01/08 | 6,833,016 | | | | | | | | | | | |
| 95/000,342 | 02/01/08 | 7,117,902 | | | | | | | | | | | |
| 95/000,343 | 02/01/08 | 7,127,464 | | | | | | | | | | | |
| 95/000,344 | 02/06/08 | 7,283,519 | | | | | | | | | | | |
| 95/000,345 | 02/11/08 | 7,017,622 | | | | | | | | | | | |
| 95/000,346 | 02/13/08 | 6,234,853 | | | | | | | | | | | |
| 95/000,347 | 02/19/08 | 7,113,152 | | | | | | | | | | | |
| 95/000,348 | 02/19/08 | | | | | | | | | | | | |
| 95/000,349 | 02/20/08 | 6,873,065 | | | | | | | | | | | |
| 95/001,001 | 09/07/07 | 7,145,902 | Ordered | 11/27/07 | 11/27/07 | | | | | | | | |
| 95/001,002 | 09/06/07 | 6,460,042 | Ordered | 11/30/07 | 11/30/07 | | | | | | | | |
| 95/001,003 | 09/06/07 | 6,397,136 | ordered | 11/21/07 | | | | | | | | | |
| 95/001,004 | 09/14/07 | 6,459,806 | | | | | | | | | | | |
| 95/001,005 | 09/19/07 | 6,905,486 | Ordered | 12/10/07 | 12/10/07 | | | | | | | | |
| 95/001,006 | 09/19/07 | 6,853,084 | Ordered | 11/05/07 | 11/05/07 | | | | | | | | |
| 95/001,007 | | | | | | | | | | | | | |
| 95/001,008 | 10/01/07 | 6,715,020 | Ordered | 12/19/07 | 02/15/08 | | | | | | | | |
| 95/001,009 | 10/02/07 | 6,939,052 | | 12/04/07 | 12/04/07 | | | | | | | | |
| 95/001,010 | 10/23/07 | 7,090,906 | Ordered | 01/17/08 | | | | | | | | | |
| 95/001,011 | 10/11/07 | 6,325,414 | Ordered | 01/07/08 | | | | | | | | | |

3/3/2008

Inter Partes Reexam Statistics

| Control No. | Filing Date | Patent No. | Determination | Determination Date | Initial OA | Action Closing Prosecution | Right of Appeal Notice | Examiner's Answer | BPAI Decision | Decision Outcome | Terminated | Notice of Intent to Issue Certificate | Certificate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 95/001,012 | 10/11/07 | 6,942,248 | Ordered | 01/09/08 | | | | | | | | | |
| 95/001,013 | 10/11/07 | 6,697,295 | Ordered | 01/09/08 | | | | | | | | | |
| 95/001,014 | 02/01/08 | 7,148,803 | Ordered | | | | | | | | | | |
| 95/001,015 | 02/01/08 | 6,365,204 | | | | | | | | | | | |
| 95/001,016 | 11/16/07 | 7,208,170 | Ordered | 01/24/08 | 01/16/08 | | | | | | | | |
| 95/001,017 | 12/07/07 | 7,108,689 | Ordered | 02/08/08 | 02/08/08 | | | | | | | | |
| 95/001,018 | 12/07/07 | 6,928,479 | | | | | | | | | | | |
| 95/001,019 | 12/12/07 | 6,533,078 | | | | | | | | | | | |
| 95/001,020 | 12/21/07 | 7,090,906 | | | | | | | | | | | |
| 95/001,021 | 12/26/07 | 7,110,562 | | | | | | | | | | | |
| 95/001,022 | 12/26/07 | 7,016,512 | | | | | | | | | | | |
| 95/001,023 | 12/26/07 | | | | | | | | | | | | |
| 95/001,024 | 12/31/07 | 6,853,714 | | | | | | | | | | | |
| 95/001,025 | | | | | | | | | | | | | |
| 95/001,026 | 01/24/08 | 6,378,020 | | | | | | | | | | | |
| 95/001,027 | 01/24/08 | 7,250,464 | | | | | | | | | | | |
| 95/001,028 | 01/30/08 | 6,991,298 | Ordered | 02/27/08 | 02/27/08 | | | | | | | | |
| 95/001,029 | 02/29/08 | 6,459,806 | | | | | | | | | | | |
| 95/001,030 | 02/11/08 | 6,985,494 | | | | | | | | | | | |
| 95/001,031 | 02/14/08 | | | | | | | | | | | | |
| 95/001,032 | 02/15/08 | | | | | | | | | | | | |

Page 12 of 12