# EXHIBIT O

\*\*>

*Ex Parte* Reexamination - PROCEDURE PRIOR TO APPEAL
(applicable rule section)

(1) Request for Reexamination filed (1.510)

(2) Notice of request Published in O.G. (1.11(c))

Substantial New Question? (1.515(a))

No ; reexam is denied → Petition Filed Under 1.515(c)?
  - Yes → Requester petition to Director of the Office to review whether a substantial new question exists (1.515(c))
    - Petition Denied → Reexamination is Terminated
    - Petition Granted → New examiner assigned

Yes → (3) Reexamination ordered (1.525)

Patent owner statement?
  - Yes → (4) Pat. owner statement (1.530(b) & (c)) → Requester reply?
    - Yes → (5) Third party requester reply (1.535)
    - No →
  - No →

Panel review conducted at each stage of examination, other than for non-merits actions such as notices of informality or incomplete response. Appeal conference is panel review prior to Examiner's Answer

(6) Examiner issues Office action (1.104)

All Claims Found Patentable → Notice of Intent to Issue Reexamination Certificate

Patent owner responds to Office action?
  - No Response → Notice of Intent to Issue Reexamination Certificate
  - Yes → (7) Patent Owner response after non-final action (1.111)

Examiner issues action. Is it a final rejection?
  - No → (back to Examiner issues Office action)
  - Yes → (8) Examiner issues final rejection (1.113)

No Response To Final Rejection → Notice of Intent to Issue Reexamination Certificate

(9) Pat. Owner paper after final rejection (1.116)

No Amendment After Final

(10) Examiner considers the paper (1.116)

Examiner reopens Prosecution?
  - Yes → (back to Examiner issues Office action)
  - No → (11) Patent Owner files Notice of Appeal (41.31)

2201 MANUAL OF PATENT EXAMINING PROCEDURE



*Ex Parte* Reexamination – PROCEDURE FROM TIME OF APPEAL
(applicable rule section)