1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   EDWARD R. REINES (Bar No. 135960)
    edward.reines@weil.com
3   JEFFREY G. HOMRIG (Bar No. 215890)
    jeffrey.homrig@weil.com
4   AARON M. NATHAN (Bar No. 251316)
    aaron.nathan@weil.com
5   WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
6   201 Redwood Shores Parkway
    Redwood Shores, CA  94065
7   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100
8
    Attorneys for Plaintiff-Counterclaim Defendant
9   NETAPP, INC.,

10                     IN THE UNITED STATES DISTRICT COURT

11                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13   NETWORK APPLIANCE, INC.,                    Case No. C 07-06053-EDL

14        Plaintiff-Counterclaim Defendant,      **DECLARATION OF JILL J. HO IN
                                                 SUPPORT OF NETAPP, INC.'S
15        v.                                     OPPOSITION TO DEFENDANT SUN
                                                 MICROSYSTEMS, INC.'S MOTION FOR
16   SUN MICROSYSTEMS, INC.                      PARTIAL STAY**

17        Defendant-Counterclaim Plaintiff.

18

19

20

21

22

23

24

25

26

27

28

HO DECL. ISO NETAPP'S OPPOSITION TO SUN'S                    Case No. C 07-06053 EDL
MOTION FOR PARTIAL STAY

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Jill J. Ho, declare:

1.    I am an attorney duly admitted to practice before this Court and an associate with the law firm Weil, Gotshal & Manges LLP, counsel of record for NetApp, Inc. ("NetApp").  The matters referred to in this declaration are based on my personal knowledge and if called as a witness I could, and would, testify competently to those matters.

2.    Both NetApp and Sun Microsystems, Inc. ("Sun") are working diligently to prepare their respective cases in this litigation.

3.    Both parties made their initial disclosures under Rule 26 of the Federal Rules of Civil Procedure as well as their required disclosures under Patent L.R. 3-2 and 3-4.

4.    Both parties have already served interrogatories and responses thereto.  Indeed, NetApp is currently preparing its responses to Sun's second set of interrogatories.

5.    Both parties have already served requests for production and responses thereto. Indeed, NetApp is currently preparing its responses to Sun's third set of requests for production.

6.    Counsel have met and conferred regarding document production and are on the verge of producing documents.  Rolling production of documents is likely to begin in the next few weeks.

7.    Both parties have already noticed depositions for the first two weeks of May.


I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.


Executed on April 29, 2008 at Redwood Shores, California.


*/s/ Jill J. Ho*

Jill J. Ho