1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff-Counterclaim Defendant
9  NETAPP, INC.,

10

11                    UNITED STATES DISTRICT COURT

12                   NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15  NETWORK APPLIANCE, INC.              Case No. 3:07-CV-06053-EDL

16  Plaintiff-Counterclaim Defendant,    **[PROPOSED] ORDER GRANTING
                                         PLAINTIFF NETAPP, INC.'S
17        v.                             ADMINISTRATIVE MOTION TO FILE
                                         UNDER SEAL THE UNREDACTED
18  SUN MICROSYSTEMS, INC.               VERSIONS OF PLAINTIFF NETWORK
                                         APPLIANCE, INC.'S OPPOSITION TO
19  Defendant-Counterclaim Plaintiff.    DEFENDANT SUN MICROSYSTEMS,
                                         INC.'S MOTION FOR PARTIAL STAY
20                                       AND DECLARATION OF DAVID HITZ
                                         IN SUPPORT THEREOF**
21
                                         Judge Elizabeth D. Laporte
22

23

24

25

26

27

28

PROPOSED ORDER GRANTING NETAPP'S
ADMINISTRATIVE MOTION TO FILE UNDER                     Case No. 3:07-CV-06053-EDL
SEAL                                                    SV1:\292922\01\6@0q01!.DOC\65166.0004

As set forth in plaintiff NetApp, Inc.'s Administrative Motion to File Under Seal the Unredacted Versions of Plaintiff NetApp, Inc.'s Opposition to Defendant Sun Microsystems, Inc.'s Motion for Partial Stay and Declaration of David Hitz in Support Thereof, NetApp lodged with the Court the following documents:

- The Unredacted Version of Plaintiff NetApp, Inc.'s Opposition to Defendant Sun Microsystems, Inc.'s Motion for Partial Stay.

- The Unredacted Version of the Declaration of David Hitz in Support of NetApp, Inc.'s Opposition to Defendant Sun Microsystems, Inc.'s Motion for Partial Stay.

Having considered NetApp's Administrative Motion to File Under Seal, and good cause appearing,

IT IS HEREBY ORDERED that the documents listed above are to be filed under seal.

Dated: _____

                                                         Honorable Elizabeth D. Laporte
                                                         U.S. Magistrate Judge