MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK APPLIANCE, INC.,<br><br>    Plaintiff - Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL<br><br>[PROPOSED] ORDER DENYING NETAPP, INC.'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL THE UNREDACTED VERSIONS OF PLAINTIFF NETAPP, INC.'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S MOTION FOR PARTIAL STAY AND DECLARATION OF DAVID HITZ IN SUPPORT THEREOF<br><br>Date: May 13, 2008<br>Time: 2:00 p.m.<br>Courtroom: E, 15th Floor<br>Hon. Elizabeth D. Laporte |
|---|---|

Having considered the papers submitted and arguments presented in support of and in opposition to NetApp, Inc.'s ("NetApp") Administrative Motion to File Under Seal the Unredacted Versions of Plaintiff Sun Microsystems, Inc. ("Sun") Motion For Partial Stay And Declaration of David Hitz In Support Thereof ("Administrative Motion"), IT IS HEREBY ORDERED that NetApp's Administrative Motion is DENIED.

1  IT IS SO ORDERED.

2

3  Dated: May ___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE