MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff – Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL (JCS) <br><br> **SUN MICROSYSTEMS, INC.'S ADMINISTRATIVE MOTION PURSUANT TO CIVIL L.R. 79-5 REGARDING SUN'S REPLY IN SUPPORT OF ITS MOTION FOR PARTIAL STAY** <br><br> Date: May 13, 2008 <br> Time: 2:00 p.m. <br> Courtroom: E, 15th Floor <br> Hon. Elizabeth D. Laporte |

Pursuant to Northern District of California Local Rule 79-5, Sun Microsystems, Inc. ("Sun") submits the following administrative motion regarding Sun's Reply In Support of Its Motion for Partial Stay ("Sun's Reply") and Sun's Objections to the Declarations of David Hitz and Stephen G. Kunin ("Sun's Objections") filed herewith.

Local Rule 79-5(d) states, in relevant part, that "if a party wishes to refer in a memorandum or other filing to information [designated confidential] by another party, the submitting party must file and serve an Administrative Motion for a sealing order...." Because

Sun's Reply and Sun's Objections refer to information submitted on behalf of Network Appliance, Inc. ("NetApp") that has been deemed confidential by NetApp, Sun must file this administrative motion. *However, Sun does not believe that any of the information set forth in Sun's Reply or Sun's Objections should be filed under seal.*

On April 29, 2008, NetApp filed its Administrative Motion to File Under Seal the Unredacted Versions of Plaintiff NetApp, Inc.'s Opposition to Sun Microsystems, Inc.'s Motion for Partial Stay and Declaration of David Hitz in Support Thereof ("NetApp's Administrative Motion"). That same day, Sun opposed NetApp's Administrative Motion. For the reasons set forth in Sun's Opposition to NetApp's Administrative Motion, none of the information NetApp seeks to file under seal is privileged or constitutes a protectable trade secret. L.R. 79-5. In fact, none of the information can even be deemed "confidential." Therefore, NetApp's Opposition and accompanying papers should not be filed under seal. However, because this issue is still under submission by the Court, Sun is required by Local Rule 79-5(d) to file this administrative request.

In short, Sun requests that the Court deny NetApp's Administrative Motion – none of the information in NetApp's Opposition (and Hitz Declaration) and, consequently, in Sun's Reply or Sun's Objections should be filed under seal. If the Court denies NetApp's Administrative Motion, Sun will file an unredacted copy of Sun's Reply and Sun's Objections in the public record.

Dated: May 5, 2008

DLA PIPER US LLP

By /s/ Christine K. Corbett
MARK D. FOWLER
CHRISTINE K. CORBETT
Attorney for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC.