MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff – Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO.  3:07-CV-06053 EDL (JCS) <br><br> **DECLARATION OF GRAHAM LOVELL IN SUPPORT OF SUN MICROSYSTEMS, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211** <br><br> Date: May 13, 2008 <br> Time: 9:00 a.m. <br> Courtroom: E, 15th Floor <br> Hon. Elizabeth D. Laporte |

I, Graham Lovell, declare as follows:

1.  I am currently the Senior Director of Marketing for Storage Servers and Appliances for Sun Microsystems, Inc. ("Sun") and have been since September, 2007. Prior to that, I was employed by Sun from July, 1989 through October, 2006. During that time, I also served as a Senior Director of Marketing and held various director and managerial roles, including managing the market share and

customer appeal of the Solaris operating system. I have personal knowledge of the following facts, and if called as a witness, could and would testify thereto.

2. Sun's Zettabyte File System ("ZFS") was first publicly announced on or about November, 2004. Attached hereto as **Exhibit A** is a true and correct copy of a technical white paper, dated November, 2004, available on Sun's public website, that discusses the ZFS technology.

3. ZFS was first released to the general public with Open Solaris 10, build 27a, on November 16, 2005.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 2, 2008 in Austin, Texas.

*/s/ Graham Lovell*
———————————————
Graham Lovell

EM\7229612.1                                    LOVELL DECL. ISO SUN'S REPLY ISO MOT. FOR PARTIAL STAY