MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>        Plaintiff – Counterclaim Defendant,<br><br>   v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>        Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL (JCS)<br><br>**DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF SUN MICROSYSTEMS, INC.'S REPLY IN SUPPORT OF MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211**<br><br>Date: May 13, 2008<br>Time: 2:00 p.m.<br>Courtroom: E, 15th Floor<br>Hon. Elizabeth D. Laporte |

I, Christine K. Corbett, declare as follows:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper US LLP, attorneys for Sun Microsystems, Inc. ("Sun"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. Neither Sun nor Network Appliance, Inc. ("NetApp") has produced any

1  documents (other than those required to be produced pursuant to the Patent Local Rules).

2      3. NetApp's counsel has been unable to commit to a date certain for the production
3  of documents and has indicated during recent conference calls that it is unsure whether NetApp
4  can even begin a rolling document production on May 9, 2008.

5      4. No depositions have been noticed or taken.

6      5. I have discussed with NetApp's counsel taking a few depositions during the first
7  two weeks of May; however, NetApp's counsel was unable to commit to scheduling any
8  depositions because it was unsure when NetApp would be able to produce documents on behalf
9  of the deponents in response to Sun's document requests.

10      6. The requested depositions have nothing to do with United States Patent Nos.
11  5,819,292, 6,857,001 and 6,892,211.

12      7. NetApp has served only one set of interrogatories and one set of requests for
13  production of documents in the above-titled action.

14      8. While NetApp served its own preliminary infringement contentions three weeks
15  early, all disclosures are now on the same, non-expedited track.

16      9. Sun asked to have this Court resolve the claims at issue because this Court is the
17  appropriate venue, not as part of some purported plan to accelerate the resolution of this case.
18  Attached hereto as **Exhibit A** is a true and correct copy of the Agreed Motion to Transfer filed by
19  Sun and NetApp on or about November, 2007.

20      10. Attached hereto as **Exhibit B** is a true and correct copy of a NetApp document
21  titled "ZFS Best Practices with NetApp" which I printed from NetApp's public website on or
22  about May 5, 2008 at http://media.netapp.com/documents/tr-3603.pdf.

23      I declare under penalty of perjury under the laws of the United States of America that the
24  foregoing is true and correct. Executed on May 5, 2008 in East Palo Alto, California.

*Christine K. Corbett*
Christine K. Corbett