MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant/Counterplaintiff. | CASE NO.  C-07-06053 EDL (JCS)<br><br>**CHART REGARDING REEXAMINATION STATUS OF UNITED STATES PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211** |

Pursuant to the Court's request at the May 13, 2008 hearing on Sun Microsystems, Inc.'s ("Sun") Motion for Partial Stay of the Case Pending Reexamination of United States Patent Nos. 5,819,292, 6,857,001 and 6,892,211, Sun and NetApp, Inc. ("NetApp") jointly provide the following chart regarding the reexamination status of those three patents.

///

///

| Patent No. | Asserted Claims | Claims in Reexamination | Type of Reexamination | Reexamination Status |
|---|---|---|---|---|
| 6,857,001 | 1-6, 20-25, 39-44 | 1-63 | *Inter partes* | Sun filed a request for reexamination as to claims 1-63 based on 12 prior art references.<br><br>On April 4, 2008, the PTO granted reexamination as to claims 1-63 and issued its Initial Office Action, rejecting all 63 claims.<br><br>NetApp's response is due on June 4, 2008. |
| 6,892,211 | 1-3, 9-11, 17-19 | 1-24 | *Inter partes* | Sun filed a request for reexamination as to claims 1-24 based on 13 prior art references.<br><br>On April 2, 2008, the PTO granted reexamination as to claims 1-24.<br><br>No Office Action has been issued yet. |
| 5,819,292 | 4, 8, 11-15, 20 | 1 and 4 | *Ex parte* | Sun filed a request for reexamination as to claims 1-4 and 8-20 based on 6 prior art references.<br><br>On March 18, 2008, the PTO granted reexamination as to claims 1 and 4.<br><br>No Office Action has been issued yet.<br><br>On April 4, 2008, Sun filed a second request for reexamination as to claims 4, 8, 11-15 and 20 based on 11 prior art references.<br><br>The PTO has not yet made a decision on Sun's second request for reexamination. |

DLA PIPER US LLP
EAST PALO ALTO

WEST\21392869.1

-2-

CHART RE REEXAMINATION STATUS OF
U.S. PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211
USDC CASE NO. C-07-06053

Dated: May 13, 2008

DLA PIPER US LLP

/s/ Christine K. Corbett
Mark D. Fowler
Christine K. Corbett

Attorneys for
Sun Microsystems, Inc.

Dated: May 13, 2008

WEIL, GOTSHAL & MANGES LLP

/s/ Jill J. Ho
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho

Attorneys for
NetApp, Inc.

DLA PIPER US LLP
EAST PALO ALTO

WEST\21392869.1

-3-

CHART RE REEXAMINATION STATUS OF
U.S. PATENT NOS. 5,819,292, 6,857,001 AND 6,892,211
USDC CASE NO. C-07-06053