UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**  Date: May 13, 2008
**UNITED STATES MAGISTRATE JUDGE**

Case No:   C-07-06053 EDL

Title:   NETWORK APPLIANCE INC v. SUN MICROSYSTEMS INC

Attorneys:   Plaintiff:   Edward Reines, Aaron Nathan, Jill Ho
             Defendant:  Mark Fowler, Christine Corbett

**Deputy Clerk:**   Lili M. Harrell          **Court Reporter:**  Lydia Zinn
                                             (Time: 9:12am - 9:53am )

**PROCEEDINGS:**                              **RULINGS:**

Defendant's Motion to Stay                    Submitted

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:** [ ] Plaintiff [ ] Defendant [X] Court

**Case Continued to:**

Notes:  Parties to provide joint chart regarding each patent.

cc: