1   MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2   EDWARD R. REINES  (Bar No. 135960)
    edward.reines@weil.com
3   JEFFREY G. HOMRIG (Bar No. 215890)
    jeffrey.homrig@weil.com
4   JILL J. HO (Bar No. 236349)
    jill.ho@weil.com
5   WEIL, GOTSHAL & MANGES LLP
    Silicon Valley Office
6   201 Redwood Shores Parkway
    Redwood Shores, CA  94065
7   Telephone: (650) 802-3000
    Facsimile: (650) 802-3100

8
    Attorneys for Plaintiff-Counterclaim Defendant
9   NETAPP, INC.,

10              IN THE UNITED STATES DISTRICT COURT

11            FOR THE NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

| | |
|---|---|
| 13  NETWORK APPLIANCE, INC., | Case No. C 07-06053-EDL |
| 14      Plaintiff-Counterclaim Defendant, | **DECLARATION OF DAVID HITZ IN SUPPORT OF NETAPP, INC.'S OPPOSITION TO DEFENDANT SUN MICROSYSTEMS, INC.'S MOTION FOR PARTIAL STAY** |
| 15          v. | |
| 16  SUN MICROSYSTEMS, INC. | |
| 17      Defendant-Counterclaim Plaintiff. | |

18

19                    **PUBLIC VERSION**

20

21

22

23

24

25

26

27

28

HITZ DECL. ISO NETAPP'S OPPOSITION TO            Case No. C 07-06053 EDL
SUN'S MOTION FOR PARTIAL STAY

I, David Hitz, declare:

1.    I am one of the co-founders of NetApp, Inc. ("NetApp") and now serve as executive vice president. If called upon as a witness, I could competently testify to the truth of each statement herein.

2.    NetApp is a pioneer in the field of data storage systems. Our innovative storage and data management solutions are used by organizations around the world to store, manage, protect and retain data. Since I founded NetApp in 1992, it has quickly grown to a tremendously successful Fortune 1000 Company that employs over 6,600 employees in 113 worldwide offices. NetApp's revenues exceeded $2.8 billion in fiscal year 2007.

3.    NetApp's patents cover a host of advanced features that greatly enhance the performance, reliability and usability of NetApp's award-winning Data ONTAP® storage operating system and Write Anywhere File Layout (WAFL®) filesystem.

4.    I am a named inventor on United States Patent Nos. 5,819,292 ("the '292 patent"), 6,857,001 ("the '001 patent"), and 6,892,211 ("the '211 patent"), which are directed to NetApp's core WAFL® technology.

5.    Sun's ZFS technology appears to be a conscious reimplementation of NetApp's innovative WAFL filesystem, as admitted by the creators of ZFS: "The file system that has come closest to our design principles, other than ZFS itself, is WAFL . . . the first commercial file system to use the copy-on-write tree of blocks approach to file system consistency." Attached as Exhibit A to this declaration is a true and correct copy of Bonwick, J., et al., "The Zettabyte File System."

6.    NetApp seeks a speedy resolution of this litigation, not only for the normal reasons one would want a major dispute resolved promptly, but for all the specific reasons set forth below. To that important end, NetApp stipulated with Sun to appear before this Court with the goal of a prompt resolution of the disputes.

7.    If the Court grants Sun's motion for a partial stay pending reexamination of the '292, '001, and '211 patents, NetApp will be unduly prejudiced, as described in further detail

below, by the resulting delay in adjudicating whether ZFS infringes those patents.

**Irreparable Harm to NetApp Through Sun's Open Sourcing of ZFS**

8.    Sun has open-sourced ZFS and thereby given away for free NetApp's patented technology to anyone that wants to download a copy.  That means Sun has created infringing computer code and made it easy for software users and software companies everywhere to infringe, instead of having users compensate NetApp for its technology through normal product purchases.  This is not much different from the problems caused when an entity builds a business by distributing for free infringing copies of music.  In both cases, there are practical problems in any attempt to recover the infringing copies or to enforce rights against everyone that has downloaded copies of the infringing software.  One difference is that adoption of ZFS requires time because it is a software program and not just a song.  The next two or three years are very significant for the proliferation of ZFS and it is vital to shut down Sun's distribution promptly.

9.    Because ZFS is open-sourced, NetApp will be unduly prejudiced by a delay in the resolution of this dispute.  This is not an instance of one entity infringing, but a whole industry of infringement being created.  Thus, time is of the essence.  NetApp can never hope to retrieve or erase every copy of ZFS that has ever been downloaded.  We aren't against open source, and we aren't even against non-commercial use of ZFS, but if NetApp must wait years for a decision that ZFS infringes its patents, it will be impossible to put the proverbial horses back into the barn.

**Irreparable Harm to NetApp's Market Position**

10.    It is my understanding that Sun has recently started marketing the Sun Fire X4500 server, which runs OpenSolaris and ZFS.  The Sun Fire X4500 directly competes with NetApp products                                **REDACTED**                                The longer the issues in this litigation remain unresolved, the greater the risk of erosion of NetApp's market share which could create incalculable damage that is difficult to remedy.

11.    Because Sun is exploiting NetApp's patented technology for free and creating interest in ZFS by giving it away for free, it does not have to cover the true cost of incorporating ZFS into the Sun Fire X4500 and marketing it.  Sun is thus able to undercut NetApp's pricing on

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

a per gigabyte basis, like any counterfeiter.  This negatively affects NetApp's ability to compete in the storage space.  In responding to normal market pressures, NetApp would have to consider shrinking its normal profit margins.    Reduced profit margins in this marketplace can be permanent and difficult to quantify.

12.    I expect that within the next 3-5 years, Sun will introduce other data storage products incorporating ZFS and potentially copying other proprietary features developed by NetApp.  In my experience, the market landscape for technology companies shifts quickly.  A delay of even a few years can be equivalent to several product lifetimes.

13.    Sun is not the only company that could potentially hurt NetApp's market position. Because Sun freely licenses ZFS to other companies, it is possible that the entire competitive profile of the data storage market might change within the next 3-5 years.

# REDACTED

14.    Moreover, because ZFS is open-sourced, it lowers the barrier to entry for startup companies to bring products incorporating ZFS technology to market and start competing with NetApp.  Indeed, because Sun is distributing ZFS at no cost, it dramatically lowers the product development costs for any company, not just startups.

15.    If NetApp were forced to wait for years until the conclusion of the reexamination proceedings, the sheer number of potential competitors in the data storage space at that time could effectively prevent NetApp from enforcing its patents after the reexamination process has been completed.

**Irreparable Harm to NetApp's Reputation**

16.    NetApp has developed a loyal customer base by being an innovator in the field of data storage systems.  NetApp's patents cover features that have become known as signature features of NetApp products.  The incorporation of NetApp's proprietary features in ZFS dilutes the unique position in the marketplace that NetApp currently enjoys.

17.    Sun has launched a communications campaign to disparage NetApp by publicly accusing NetApp of attempting to stifle the open source community by asserting its patents to stop Sun's infringement.  Indeed, Sun's CEO has openly called NetApp a patent troll.  Attached as Exhibit B is a true and correct copy of the website http://blogs.sun.com/jonathan/date/200710, which purports to be Jonathan Schwartz's October 24, 2007 blog entry.

18.    The longer this litigation continues and the more Sun encourages others to use ZFS, the more established the use of ZFS may become and the more disruptive NetApp's future attempts to enforce its patents will be.  NetApp could be blamed for that disruption, which could result in even further harm to NetApp's reputation.  Sun is obviously attempting to exploit this problem for NetApp and allowing it to further protract NetApp's assertion of the '292, '001, and'211 patents would provide it with an unfair ability to attack NetApp.

19.    I am painfully aware that IP litigation is not favorably viewed by many members of the open source community.  Indeed, the mere participation in a lawsuit can bear a reputational cost.  Aside from the obvious monetary costs of protracted litigation and the distraction of resources from normal business functions, if the Court grants Sun's motion for a partial stay, NetApp will suffer irreparable harm to its reputation because it will prolong this whole matter rather than allowing for a prompt disposition.

**Irreparable Harm to the Open Source Community/Public Interest**

20.    If it remains unsettled whether ZFS infringes NetApp's patents, users of ZFS may also be harmed by the delay, particularly if members of the open source community are misled by Sun into believing that NetApp's patents are invalid.  It certainly doesn't help the open source movement to give away code that infringes someone else's patent rights.  It is possible that

adopters of ZFS will invest substantially in ZFS in developing their businesses and technology only to have to abandon those investments when infringement is established. Others will await resolution of this litigation before determining what they can and cannot do with ZFS. The sooner we determine the true status of ZFS, the better it will be for everyone.

\*      \*      \*

21.    The information contained in this declaration pertains to NetApp's confidential business strategies and analysis of the storage systems market. There is a risk that NetApp would be adversely affected if the contents of this declaration were not protected from disclosure and misuse. For example, to the extent that startups or vendors currently distributing servers equipped with Solaris are not already considering integrating ZFS into products and becoming new competitors of NetApp, the concens expressed herein could become a self-fulfilling prophesy if not filed under seal.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on April 29, 2008 at Sunnyvale, California.

David Hitz