# Exhibit E

| | | **U.S. Patent No. 7,133,964** | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 1, 17, 19, 34, 38, 72 & 78 | "multiple plexes" | **PROPOSED CONSTRUCTION:** No construction necessary, plain and ordinary meaning. To the extent the Court deems a construction necessary, the term means multiple groups of one or more storage units over which data may be mirrored<br><br>**INTRINSIC EVIDENCE**<br>● *See* 4:28-36; 4:50-52; 6:3; 8:7-22; 9:55-64; 10:19-64; 11:15-32; Figs. 2, 8, 10, 11 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "two or more full copies of the file system"<br><br>**EVIDENCE:**<br>● '964 Patent, Col. 1:37-49; Col. 2:11-12; Col. 4:47-52; Col. 5:13-21.<br>● '964 Patent Prosecution History, Submission on or around May 8, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Notice of Allowability mailed on or around May 19, 2006.<br>● Testimony by experts called by Sun, including Drs. Levy and/or Gardner, concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |
| 1, 17, 19, 34, 38, 72 & 78 and 72 | "configuration" and "configuration information" | **PROPOSED CONSTRUCTION FOR "CONFIGURATION":** logical organization of a group of storage units.<br><br>**INTRINSIC EVIDENCE**<br>● *See* abstract; 4:19-22; 5:65-67; 7:8-12; Figs. 2, 8, 10, 11 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of this term to one of skill in the art in the context of its use | **PROPOSED CONSTRUCTION:** "information identifying a disk within the entire collection of disks and describing the entire collection of disks"<br><br>**EVIDENCE:**<br>● '964 Patent at Abstract, Col. 1:37-49; Col. 2:3-4, 9-10, 21-29; Col. 3:51-55, 66-67; Col. 4:1-6; Col. 5:25-37, 58-67; Col. 6:1-11, 26-67; Col. 7:1-27, 32-47; Figs. 4, 5, 7 and accompanying text.<br>● '964 Patent Prosecution History, Office Action mailed February 3, 2006, and references cited therein. |

| | | U.S. Patent No. 7,133,964 | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| | | in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun.<br><br>**PROPOSED CONSTRUCTION FOR "CONFIGURATION INFORMATION":** information indicating the configuration to which a storage unit potentially belongs.<br><br>**INTRINSIC EVIDENCE**<br>● *See* 4:19-22; 5:65-6:12; 7:8-12.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun. | ● '964 Patent Prosecution History, Submission on or around May 8, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Notice of Allowability mailed on or around May 19, 2006.<br><br>● **configuration** in reference to networks, the entire interconnected set of hardware, or the way in which a network is laid out – the manner in which elements are connected. MICROSOFT PRESS COMPUTER DICTIONARY (1991), p. 80.; MICROSOFT PRESS COMPUTER DICTIONARY (1997), 3rd Ed. p. 113.; MICROSOFT PRESS COMPUTER DICTIONARY (2002), 5th ed. p. 123.<br>● Testimony by experts called by Sun, including Drs. Levy and/or Gardner, concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |
| 1, 17, 19, 34, 38, 72 & 78 and 72 | **"collection of storage units" and "collection"** | **PROPOSED CONSTRUCTION:** No construction necessary, plain and ordinary meaning. To the extent the Court deems a construction necessary, the term means one or more units that store data.<br><br>**INTRINSIC EVIDENCE**<br>● *See* 1:12-25; 3:12-13; 3:66-4:7.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of | **PROPOSED CONSTRUCTION:** "two or more physical storage devices"<br><br>**EVIDENCE:**<br>● '964 Patent, Col. 1:12-26, 37-49; Col. 3:51-55, 66-67; Col. 4:1-6; Figs. 2, 6, 8, 9A, 9B, 9E and accompanying text.<br>● Testimony by experts called by Sun, including Drs. Levy and/or Gardner, concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br>● Sun reserves the right to rely on any evidence identified by |

| | | **U.S. Patent No. 7,133,964** | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| | | this term to one of skill in the art in the context of its use in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun. | NetApp. |
| 1, 17, 19, 78 | **"configuration identifier"** | **PROPOSED CONSTRUCTION:** information identifying the configuration to which a storage unit potentially belongs.<br><br>**INTRINSIC EVIDENCE**<br>● *See* 4:19-22; 5:65-6:12; 7:8-12.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "a number assigned to a configuration"<br><br>**EVIDENCE:**<br>● '964 Patent at Abstract, Col. 1:37-49; Col. 2:3-4, 9-10, 21-29; Col. 3:51-55, 66-67; Col. 4:1-6; Col. 5:25-37, 58-67; Col. 6:1-11, 26-67; Col. 7:1-57; Figs. 4, 5, 7 and accompanying text.<br>● '964 Patent Prosecution History, Office Action mailed February 3, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Submission on or around May 8, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Notice of Allowability mailed on or around May 19, 2006.<br>● **configuration** in reference to networks, the entire interconnected set of hardware, or the way in which a network is laid out – the manner in which elements are connected. MICROSOFT PRESS COMPUTER DICTIONARY (1991), p. 80.; MICROSOFT PRESS COMPUTER DICTIONARY (1997), 3rd Ed. p. 113.; MICROSOFT PRESS COMPUTER DICTIONARY (2002), 5th ed. p. 123.<br>● Testimony by experts called by Sun, including Drs. Levy and/or Gardner, concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent. |

| | U.S. Patent No. 7,133,964 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| | | | ● Sun reserves the right to rely on any evidence identified by NetApp. |
| 1, 17, 19, 34, 38, 72 & 78 | **"sequence number"** | **PROPOSED CONSTRUCTION:** No construction necessary, plain and ordinary meaning. To the extent the Court deems a construction necessary, the term means a unique one of an increasing sequence of numbers.<br><br>**INTRINSIC EVIDENCE**<br>● *See* Feb. 3, 2006, Office Action Non-Final Rejection at 3-4.<br><br>**EXTRINSIC EVIDENCE**<br>● Dr. Greg Ganger may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br><br>● NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "a unique number written to each storage device in the plex that increments by one (1) per configuration"<br><br>**EVIDENCE:**<br>● '964 Patent at Abstract, Col. 1:37-49; Col. 2:3-4, 9-10, 21-29; Col. 3:51-55, 66-67; Col. 4:1-6; Col. 5:25-37, 58-67; Col. 6:1-11, 26-67; Col. 7:1-57; Col. 8:7-67; Col. 9:1-9, 27-30; Figs. 4, 5, 7 and accompanying text.<br>● '964 Patent Prosecution History, Office Action mailed February 3, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Submission on or around May 8, 2006, and references cited therein.<br>● '964 Patent Prosecution History, Notice of Allowability mailed on or around May 19, 2006.<br>● Testimony by experts called by Sun, including Drs. Levy and/or Gardner, concerning the meaning of this term to one of skill in the art in the context of its use in the '964 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |