**Exhibit G**

| | U.S. Patent No. 5,761,662 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 1, 4, 6, 7-8, 10-14, 17, 19, 21, 26 | **"a user-defined profile"** | **PROPOSED CONSTRUCTION:** Information associated with a user.<br><br>**INTRINSIC EVIDENCE**<br>• *See* 2:34-35; 2:42-45; 4:20-23; 4:47-49; 6:47-48; 6:61-67; 7:22-60.<br><br>**EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '662 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION**: "a profile created by a user that identifies information of interest to that user"<br><br>**EVIDENCE**:<br>● '662 Patent at Abstract; 2:2-17; col. 2:34-54; col. 4:14-50; col. 5:53-6:10; col. 6:20-8:40; claims 1, 4, 6, 7-8, 10-14, 17, 19, 21, 26; Figs. 4, 5a-b, 6, 7, 8, 9, 10, 11 and accompanying description.<br>● Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '662 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |