**Exhibit H**

| | U.S. Patent No. 5,925,106 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 1, 9, 14, 22, 27, 35 | "domain name" | **PROPOSED CONSTRUCTION:** A third-party-approved name of a website on the internet, i.e. a registered domain name.<br><br>**INTRINSIC EVIDENCE**<br>• *See* 1:54-2:56; 5:33-53; 6:55-59; 7:29-63; 8:5-18.<br><br>**EXTRINSIC EVIDENCE**<br>• Microsoft Computer Dictionary, 3d Ed., (1997): **domain name…** *n.* An address of a network connection that identifies the owner of that address in a hierarchical format: *server.organization.type.* For example, www.whitehouse.gov identifies the Web server at the White House, which is part of the U.S. Government.<br>• **DNS …** *n.* **1.** Acronym for **D**omain **N**ame **S**ystem. The system by which hosts on the Internet have both domain name addresses (such as bluestem.prairienet.org) and IP addresses (such as 192.17.3.4). The domain name address is used by human users and is automatically translated into the numerical IP address, which is used by the packet | **PROPOSED CONSTRUCTION:** "a name that has a numerical IP address associated with it"<br><br>**EVIDENCE**:<br>● '106 Patent at col. 1:54-2:60; col. 5:33-53; col. 7:28-55; Fig. 3B and accompanying description.<br>● '106 Patent Prosecution History: Amendment of 12/15/1997.<br>● **domain name:** in the system of domain names used to identify individual Internet computers, a single word or abbreviation that makes up part of a computer's unique name (such as watt.seas.virginia.edu). Reading from left to right, the parts of a domain name go from specific to general. . ." WEBSTER'S NEW WORLD DICTIONARY OF COMPUTER TERMS, 8th ed. (2000), p. 172.<br>● Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |

# U.S. Patent No. 5,925,106

| Claim No(s). | Claim Term | NetApp's Proposed Construction and Supporting Evidence | Sun's Proposed Construction and Supporting Evidence |
|---|---|---|---|
| | | routing software…<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | |
| 1, 4, 9-10, 14, 17-18, 23-24, 27, 30, 35-36 | "server identification data" | **PROPOSED CONSTRUCTION:** Human-friendly information identifying a specific web server designed not to be intimidating to inexperienced users of the World Wide Web.<br><br>**INTRINSIC EVIDENCE**<br>• *See* Figs 3C, 4B, 4C, 5, 10, and accompanying text; 1:15-18; 1:54-2:3; 2:13-20; 2:24-59; 3:56-67; 5:38-67; 6:1-11; 6:22-59; 7:9-8:18.<br><br>**EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "information that uniquely identifies one server from other servers and can be seen by a user"<br><br>**EVIDENCE**:<br>● '106 Patent at Abstract; col. 2:24-45; col. 5:15-6:59; claims 1, 4, 9-10, 14, 17-18, 23-24, 27, 30, 35-36; Figs. 3B-C, 4B-C and accompanying description.<br>● '106 Patent Prosecution History: Amendment of 12/15/1997.<br>● Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |

| | U.S. Patent No. 5,925,106 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 1, 14, 27 | **"descriptive information about a server"** | **PROPOSED CONSTRUCTION:** Human-friendly information describing a web server designed not to be intimidating to inexperienced users of the World Wide Web.<br><br>**INTRINSIC EVIDENCE**<br>• *See* Figs 3C, 4B, 4C, 5, 10, and accompanying text; 1:15-18; 1:54-2:3; 2:13-20; 2:24-59; 3:56-67; 5:38-67; 6:1-11; 6:22-59; 7:9-8:18.<br><br>**EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "information about a server that is provided to a user and describes or identifies a server to the user (as opposed to the content of files on a server)"<br><br>**EVIDENCE:**<br>● '106 Patent at Abstract; col. 2:24-45; col. 5:15-6:59; claims 1, 14, 27; Figs. 3B-C, 4B-C and accompanying description.<br>● '106 Patent Prosecution History: Amendment of 12/15/1997.<br>● Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '106 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |