Exhibit I

| | U.S. Patent No. 5,941,954 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 1, 15, 28 | **"redirecting a message" / "redirects a message"** | **PROPOSED CONSTRUCTION:** "intercepting and forwarding a message originally intended for another destination" / "intercepts and forwards a message originally intended for another destination"<br><br>**INTRINSIC EVIDENCE**<br>• See 4:7-18; Fig. 1 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "sending a message received by listening to a communications port of a client to a different destination"<br><br>**EVIDENCE:**<br>● '954 Patent at Abstract; col. 1:35-3:8; col. 4:7-42; col. 4:49-5:2; col. 5:25-42; claims 1, 14, 15, 28; Figs. 1, 2 and accompanying description.<br>● Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br>● Sun reserves the right to rely on any evidence identified by NetApp. |
| 1 | **"a message received on the communications port"** | **PROPOSED CONSTRUCTION:** "every message provided to the communications port from an application running within the client"<br><br>**INTRINSIC EVIDENCE**<br>• See 3:66-4:14; Fig. 1 and accompanying text. | **PROPOSED CONSTRUCTION:** Sun contends this phrase does not require construction because the phrase is clear on its face.<br><br>**EVIDENCE:**<br>● '954 Patent at Abstract; col. 1:35-3:8; col. 3:25-32; col. 3:48-4:48; col. 5:3-15; claims 1, 14, 15, 28; Figs. 1, 2 and accompanying description. |

| | U.S. Patent No. 5,941,954 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| | | **EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | • Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |
| 1, 15 | **"between a client and a network resource"** | **PROPOSED CONSTRUCTION:** "directly from a client to a network resource or from a network resource to a client, without any intermediaries"<br><br>**INTRINSIC EVIDENCE**<br>• *See* 3:25-27; 3:33-38; 4:7-14; Fig. 1 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br><br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "from a client to a network resource"<br><br>**EVIDENCE:**<br>• '954 Patent at Abstract; col. 1:35-3:8; col. 3:24-5:2; col. 5:25-42; claims 1, 14, 15, 28; Figs. 1, 2 and accompanying description.<br>• Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |

| | U.S. Patent No. 5,941,954 | | |
|---|---|---|---|
| **Claim No(s).** | **Claim Term** | **NetApp's Proposed Construction and Supporting Evidence** | **Sun's Proposed Construction and Supporting Evidence** |
| 10, 24 | **"hardware platform independent"** | **PROPOSED CONSTRUCTION:** "comprises executable instructions in a programming language, such as Java or Active X, that can be run on different hardware platforms without changing the executable instructions"<br><br>**INTRINSIC EVIDENCE**<br>• See 3:48-50; 5:16-20; Fig. 2 and accompanying text.<br><br>**EXTRINSIC EVIDENCE**<br>• See IBM Dictionary of Computing (1994): **Platform** (1) The operating system environment in which a program runs.<br>• See Microsoft Press Computer Dictionary (1991): **Platform** The foundation technology of a computer system.<br>• Dr. Kevin Almeroth may testify concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br>• NetApp reserves the right to rely on any evidence identified by Sun. | **PROPOSED CONSTRUCTION:** "the same software program can be operated on different hardware configurations"<br><br>**EVIDENCE:**<br>• '954 Patent at col. 2:61-64; col. 4:59-64.<br>• Testimony by Sun's expert, Dr. Kaliski, concerning the meaning of this term to one of skill in the art in the context of its use in the '954 patent.<br>• Sun reserves the right to rely on any evidence identified by NetApp. |