MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant-Counterclaim Plaintiff,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>　　　Plaintiff-Counterclaim Defendant,<br><br>　　　v.<br><br>SUN MICROSYSTEMS, INC.<br><br>　　　Defendant-Counterclaim Plaintiff. | CASE NO.  C-07-06053-EDL<br><br>**SUPPLEMENTAL JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT**<br><br>Claim Construction Hearing:<br>Date:  August 27, 2008<br>Time:  9:00 a.m. |

　　　Pursuant to Northern District of California Patent Local Rule 4-3, NetApp, Inc. (formerly Network Appliance, Inc.) and Sun Microsystems, Inc. ("Sun") jointly submit this Supplemental Joint Claim Construction and Prehearing Statement.

　　　Accompanying this Supplemental Statement are the following revised Exhibits

　　　Revised Exhibit A – Proposed Constructions and Supporting Evidence for the '292 Patent

　　　Revised Exhibit D – Proposed Constructions and Supporting Evidence for the '715 Patent

　　　Revised Exhibit F – Proposed Constructions and Supporting Evidence for the '486 Patent

WEST\21340775.2

-1-
SUPPLEMENTAL JOINT CLAIM CONSTRUCTION & PREHEARING STMT – USDC
CASE NO. C-07-06053 EDL

Revised Exhibit J – Proposed Constructions and Supporting Evidence for the '857 Patent

Revised Exhibit L – Proposed Constructions and Supporting Evidence for the '261 Patent

Revised Exhibit P – Proposed Constructions and Supporting Evidence for the '984 Patent

Revised Exhibit Q – Proposed Constructions and Supporting Evidence for the '630 Patent

Revised Exhibit R – Proposed Constructions and Supporting Evidence for the '095 Patent

Revised Exhibit S – Proposed Constructions and Supporting Evidence for the '303 Patent

Collectively, these revised exhibits contain one additional term for construction (as noted in footnote 1 of the Joint Claim Construction Statement), set forth 13 constructions upon which the parties have reached agreement, and otherwise reflect the parties' discussions during their May 29, 2008 meet and confer conference.  For the Court's convenience, the parties have attributed the same exhibit letter to each patent as was used in the Joint Statement filed May 23.

Dated: May 30, 2008

DLA PIPER US LLP

By /s/ *Christine K. Corbett*
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for
Sun Microsystems, Inc.

Dated: May 30, 2008

WEIL, GOTSHAL & MANGES LLP

 */s/ Jeffrey G. Homrig*
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO

Attorneys for
NetApp, Inc.