UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE, INC.,

       Plaintiff,

       v.

SUN MICROSYSTEMS, INC.,

       Defendant.
_____/

No. C 07-06053 EDL

CLERK'S NOTICE

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the further case management conference scheduled for June 3, 2008 has been **continued to June 4, 2008 at 10:30 a.m.** before Magistrate Judge Laporte in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco.

Dated: June 2, 2008

FOR THE COURT,
Richard W. Wieking, Clerk

by: _____
      Lili M. Harrell
      Courtroom Deputy