UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**   Date: June 4, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**   C-07-06053 EDL

**Title:**   NETWORK APPLIANCE INC v. SUN MICROSYSTEMS INC

**Attorneys:**   Plaintiff:   Edward Reines, Jeffrey Homrig, Jill Ho
                   Defendant:   Mark Fowler, Christine Corbett

**Deputy Clerk:**   Lili M. Harrell        **FTR Digital Recorder:** 10:34am - 11:28am
                                                                       (Time: 54 min)

**PROCEEDINGS:**                                            **RULINGS:**

Further Case Management Conference                          Held

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**   [ ] Plaintiff  [ ] Defendant  [X] Court

**Case Continued to:**

Notes:

cc: