MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant-Counterclaim Plaintiff,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC. | CASE NO. C-07-06053-EDL |
| Plaintiff-Counterclaim Defendant, | **JOINT STATUS REPORT REGARDING DOCUMENT PRODUCTION** |
| v. | |
| SUN MICROSYSTEMS, INC. | |
| Defendant-Counterclaim Plaintiff. | |

Pursuant to the Court's June 5, 2008, Case Management Order, NetApp, Inc. ("NetApp") and Sun Microsystems, Inc. ("Sun") jointly submit this Joint Status Report Regarding Document Production. The parties hereby describe the extent to which the rolling document production is complete, for which custodians it is complete, the extent to which it is not complete, and when completion is expected.

I. **NetApp's Document Production.** [1]

| Custodian | Status |
|---|---|
| David Hitz (inventor) | Partially Complete<br>Expected Completion: July 11 |
| James Lau (inventor) | Partially Complete<br>Expected Completion: July 11 |
| John Edwards (inventor) | Upcoming<br>Expected Completion: July 1 |
| Blake Lewis (inventor) | Upcoming<br>Expected Completion: July 1 |
| Steven Kleiman (inventor) | Partially Complete<br>Expected completion: June 27 |
| Rajesh Sundaram (inventor) | Partially Complete<br>Expected Completion: July 1 |
| Douglas Doucette (inventor) | Partially Complete<br>Expected Completion: June 20 |
| Stephen Strange (inventor) | Partially Complete<br>Expected completion: June 24 |
| Kayuri Patel (inventor) | Complete |
| Mark Muhlestein (inventor) | Complete |
| Brian Pawlowski | Upcoming<br>Expected Completion: July 11 |
| Scott Schoenthal | Upcoming<br>Expected Completion: July 11 |

---

[1] The above schedule was prepared before the parties trimmed down the patents to be considered at the claim construction hearing. Today the parties reduced the number of patents involved in the claim construction process. In light of this development, it may make sense to narrow and/or modify the custodians and schedules.

| Name | Status |
|---|---|
| Sally MacDonald | Upcoming<br><br>Expected Completion: July 25 |
| Gary Ross | Upcoming<br><br>Expected Completion: July 25 |
| Patrick Rogers | Upcoming<br><br>Expected Completion: July 11 |
| Val Bercovici | Upcoming<br><br>Expected Completion: July 11 |
| Jim Korntved | Upcoming<br><br>Expected Completion: July 11 |
| Eric Chuang | Upcoming<br><br>Expected Completion: July 11 |
| Doug Coatney | Upcoming<br><br>Expected Completion: July 25 |
| Jeff Kimmel | Upcoming<br><br>Expected Completion: July 18 |
| Steve Klinker | Upcoming<br><br>Expected Completion: July 18 |
| Sandeep Sachdeva | Upcoming<br><br>Expected Completion: July 18 |
| Steve Miller | Upcoming<br><br>Expected Completion: July 25 |
| Shane Owara | Upcoming<br><br>Expected Completion July 18 |
| Tom Talpey | Upcoming<br><br>Expected Completion: July 18 |

| Victor Engle | Upcoming<br><br>Expected Completion: July 18 |

II. **Sun's Document Production.**

| Custodian | Status |
|---|---|
| Jay Belsan<br>(inventor) | Document production is complete. |
| Susan Copeland<br>(inventor) | Document production is complete. |
| Vasanthan Dasan<br>(inventor) | Document production is complete. |
| Ariel Hendel<br>(inventor) | Document production is complete. |
| Mark J. Hornacek<br>(inventor) | Document production is complete. |
| Michael K. Hosrom<br>(inventor) | Document production is complete. |
| Paula C. Kiser<br>(inventor) | Document production is complete. |
| Shimon Muller<br>(inventor) | Document production is complete. |
| John T. O'Brien<br>(inventor) | Document production is complete. |
| Paul R. Swiatek<br>(inventor) | Document production is complete. |
| Patrick J. Tomsula<br>(inventor) | Document production is complete. |
| Ali Alasti | Document production is complete. |
| Rhett Brikovskis | Document production is complete. |
| Michael Brown | Document production is complete. |
| Graham Lovell | Document production is complete. |
| Kenneth Martin | Document production is complete. |
| Tim Schulte | Document production is complete. |

| | |
|---|---|
| Aaron Young | Document production is complete. |
| Mark Maybee | Document production is substantially complete. Sun anticipates it will complete production for this custodian by June 20, 2008. |
| Seth Goldberg | Document production is substantially complete. Sun anticipates it will complete document production for this custodian by June 20, 2008. |
| Matthew Ahrens | Sun anticipates that it will complete document production by June 30, 2008 |
| Jeff Bonwick | Sun anticipates that it will complete document production for this custodian by June 30, 2008. |
| Brent Bowman | Sun anticipates that it will complete document production for this custodian by June 30, 2008. |
| Margaret Hamburger | Sun anticipates that it will complete document production for this custodian by June 30, 2008. |
| Aisling Scallan | Sun anticipates that it will complete document production for this custodian by June 30, 2008. |
| Timothy Marsland | Sun anticipates that it will complete document production for this custodian by June 30, 2008. |

Dated:  June 11, 2008

DLA PIPER US LLP

   /s/ Carrie L. Williamson
MARK  D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON
Attorneys for
Sun Microsystems, Inc.

Dated:  June 11, 2008

WEIL GOTSHAL & MANGES LLP '

   /s/ Jeffrey G. Homrig
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO
Attorneys for
NetApp, Inc.

DLA PIPER US LLP
EAST PALO ALTO

WEST\21443506.1

-5-
JOINT STATUS REPORT RE: DOC PROD. – USDC CASE NO. C-07-06053 EDL