United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC, | No. C-07-06053 (EDL) |
| Plaintiff, | **ORDER REGARDING CLAIM CONSTRUCTION** |
| v. | |
| SUN MICROSYSTEMS INC, | |
| Defendant. | |

The Court has reviewed the parties' joint report regarding proposed terms for claim construction (Docket No. 79). IT IS HEREBY ORDERED that the parties shall submit briefing on terms one through fourteen for the upcoming claim construction. The Court will not construe proposed terms fifteen through twenty at this time. The Court notes that some terms of the first fourteen numbered consist of two or more phrases that are not precisely identical and relies on the parties' good faith that such terms really may each be treated as one term for purposes of claim construction.

It is FURTHER ORDERED that the parties shall meet and confer about how much time they anticipate needing at the upcoming tutorial and claim construction hearings and how they propose to conduct them. The Court prefers to have experts available for questions by the Court at the claim construction hearing, but is open to the parties' proposals. The Court also prefers to hear both parties' arguments about each term before moving on to a subsequent term. The parties shall notify the Court about these hearing logistics no later than July 14, 2008. The parties may also request a case management conference if they believe that one would be helpful in advance of the claim construction hearing. Finally, if the parties believe that good cause exists for seeking page

1  extensions for the claim construction briefs, they should make such a request in a timely fashion.

3  **IT IS SO ORDERED.**

4  Dated: June 17, 2008

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge