# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# CIVIL MINUTE ORDER

CASE NO.:      C-07-06053 EDL (JCS)                                TIME:  1 h, 15 m

CASE NAME:    *Network Appliance, Inc. v. Sun Microsystems, Inc.*

MAGISTRATE JUDGE JOSEPH C. SPERO       CLERK: Mary Macudzinski-Gomez

DATE:  June 24, 2008                                     COURT REPORTER: not reported

COUNSEL FOR PLAINTIFF(S):                         COUNSEL FOR DEFENDANT(S):

Edward R. Reines                                          Mark Fowler
Jeffrey G. Homrig                                         Clayton Thompson

---

**PROCEEDINGS**

X     SETTLEMENT CONFERENCE

☐     FURTHER SETTLEMENT CONFERENCE

☐     DISCOVERY CONFERENCE

☐     STATUS CONFERENCE RE:

☐     TELEPHONIC CONFERENCE RE:

☐     OTHER:

CASE CONTINUED TO:                    FOR

NOTES:

A Settlement Conference was held; the case did not settle. The parties shall contact the Court to schedule a Further Settlement Conference.