MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterdefendant <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaimant | CASE NO. 3:07-CV-06053 EDL <br><br> **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Judge: Hon. Elizabeth D. Laporte |

Having considered Sun Microsystems, Inc.'s ("Sun") request for leave to exceed the page limit set forth in Local Rule 7-4 and to file a 45-page Opening Claim Construction Brief, it is hereby ordered that Sun may submit an Opening Claim Construction Brief no longer than 45 pages.

**IT IS SO ORDERED.**

Dated: July _3_, 2008.

_____
IT IS SO ORDERED
*Elizabeth D. Laporte*
Judge Elizabeth D. Laporte
UNITED STATES MAGISTRATE JUDGE