# WEIL, GOTSHAL & MANGES LLP

SILICON VALLEY OFFICE
201 REDWOOD SHORES PARKWAY
REDWOOD SHORES, CALIFORNIA 94065
(650) 802-3000
FAX: (650) 802-3100

AUSTIN
BOSTON
BRUSSELS
BUDAPEST
DALLAS
FRANKFURT
HOUSTON
LONDON
MIAMI
NEW YORK
PARIS
PRAGUE
SINGAPORE
WARSAW
WASHINGTON, D.C.

WRITER'S DIRECT LINE
(650) 802-3022
edward.reines@weil.com

July 3, 2008

The Honorable Elizabeth D. Laporte
450 Golden Gate Avenue
Courtroom E, 15th Floor
San Francisco, CA 94102

Re: *Network Appliance, Inc. v. Sun Microsystems, Inc.*
Case No. C-07-06053 EDL

Dear Judge Laporte:

I write concerning the page limits for opening claim construction briefs in the NetApp v. Sun case.

For the same reasons set forth in Sun's letter request, NetApp respectfully requests an increase in the page limit for its Opening Claim Construction brief. Although NetApp believes that 30-35 pages is likely sufficient, the scope of issues to be addressed by each party is roughly the same, and the parties' respective page limits should therefore be equal. In light of the above, NetApp respectfully requests that the Court permit NetApp to file a 45-page Opening Brief.

Respectfully,

Edward R. Reines

SV1:\296488\01\6CRS01!.DOC\65166.0004