MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC. <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC. <br><br> Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL <br><br> **[PROPOSED] ORDER GRANTING NETAPP'S REQUEST TO FOR LEAVE TO EXCEED THE PAGE LIMIT FOR OPENING CLAIM CONSTRUCTION BRIEF** <br><br> Judge Elizabeth D. Laporte |

1    Having considered NetApp's request for leave to exceed the page limit set forth in
2 Local Rule 7-4 and to file a 45-page Opening Claim Construction Brief,
3    IT IS HEREBY ORDERED that NetApp may submit an Opening Claim
4 Construction Brief no longer than 45 pages.

6 Dated: _____

_____
7                                         Honorable Elizabeth D. Laporte
                                         U.S. Magistrate Judge