# Exhibit A

ANTHONY S. ACAMPORA

Personal Information:

| | |
|---|---|
| Born: | December 20, 1946; Brooklyn, N.Y. |
| Home Address: | 6473 Avenida Cresta |
| | La Jolla, CA   92037 |
| Business Address: | University of California, San Diego |
| | Dept. of Electrical and Computer Engineering and |
| | Center for Wireless Communications |
| | Engineering Building Unit One |
| | MC 0409, Room 4608 |
| | 9500 Gilman Drive |
| | La Jolla, CA  92093-0409 |
| Home Telephone: | (619)  459-8123 |
| Business Telephone: | (619)  534-5438 |
| Fax: | (619)  534-1483 |
| Citizenship: | USA |
| email: | acampora@ece.ucsd.edu |

Education:

Ph.D. (E.E.)  Polytechnic Institute of Brooklyn, 1973 (Quantum electronics and nonlinear wave-matter interaction. Doctoral Thesis Title: "Semi-classical Theory of Gaseous Dipolar Media with Application to the Gas Laser")

M.S.E.E.  Polytechnic Institute of Brooklyn, 1970 (Masters Thesis: "Slotted Plasma Waveguide")

B.S.E.E.  Polytechnic Institute of Brooklyn, 1968 (summa cum laude)

Experience:

2008-  University of California, San Diego
Professor Emeritus, Recalled to Research

Responsibilities include limited teaching assignments of advanced graduate course covering all aspects of wireless networks, and continuing research on topics including telecommunication networks, internet communications, wireless communications, network performance and management, and multimedia voice/data/video application of telecommunications.

2000 -2007  University of California, San Diego
            Professor of Electrical and Computer Engineering

            Responsibilities as Professor of Electrical and Computer Engineering
            include teaching of basic courses in telecommunications, original
            research, and supervision of
            graduate students.  Research interests include broadband
            telecommunication networks, the Internet, cellular/wireless access
            systems, optical networks, network performance management, and
            multimedia applications.

1995-1999:  University of California, San Diego
            Professor of Electrical and Computer Engineering, and Director,
            Center for Wireless Communications

            Responsibilities as Director of the Center for Wireless Communications
            included overall technical and administrative management, funding,
            budget allocation, publicity, and direction of a cross-disciplinary
            program of research and education targeted at the emerging needs of
            the cellular and wireless communications industry.  The Center seeks
            to develop a strong university/industrial partnership as needed to
            produce a relevant program of systems and technology-oriented
            research, and places high priority on strategic planning, collaboration,
            technology transfer and the generation of highly trained graduates at
            all degree levels to meet industrial human resources needs.  Topics of
            interest include low power circuitry (radio frequency, analog, and
            digital), antennas and propagation, communication theory (including
            modulation, coding, multiple access, and speech, video, and image
            compression), communications networks (including management and
            control policies, cell handoff, quality of service guarantees, and
            spectrum-sharing strategies) and multimedia applications.  A unifying
            theme for the Center's program is that of Broadband Wireless, that is,
            approaches for extending capabilities and services from the emerging
            broadband wireline infrastructure to the wireless pedestrian and mobile
            domains.  Activities at the center are supported entirely by the
            wireless communications industry, and representatives from
            participating companies are heavily involved in all aspects of the
            Center's operations.

1988-1995:  Columbia University
Professor of Electrical Engineering and Director of the Center for Telecommunications Research, a National Science Foundation Engineering Research Center.

Responsibilities as Professor of Electrical Engineering included teaching of basic and advanced courses in communication theory and networks, original research, and supervision of graduate students.  Research interests included new systems architectures and performance analysis for wireless personal communication networks and high-speed all-optical networks, self-routing broadband packet switching, performance management of broadband multimedia networks, and high- speed applications for telecommunications.

Responsibilities as CTR Director included overall technical and administrative management, funding stabilization, budget allocation, publicity and direction of a cross-disciplinary research center with participation from 25 faculty members, 55 graduate students, eight full-time research scientists and engineers, and six administrative staff members.  Developed CTR vision and strategic plan, and organized five focused cross-disciplinary research projects involving (1) wireless access/personal communications; (2) lightwave networks; (3) network traffic control and fault management strategies for integrated telecommunications; (4) multimedia telecommunications; and (5) digital image/digital TV. These cross-disciplinary projects included fundamental and applied research on new systems and concepts, analytical methodologies, lightwave devices, VLSI, and telecommunications software.  The Center was supported by the National Science Foundation as part of its Engineering Research Center Program and through an Industrial Participants Program involving 27 companies representative of telecommunication carrier, equipment vendor, and user communities.  The annual budget of the CTR was approximately $5M. In addition to management of the research program, CTR-related responsibilities included maintaining and expanding the base of industrial participants, initiating university/industrial collaborative research projects, encouraging technology transfer for the purpose of timely commercial fruition,

and implementation of a cross-disciplinary educational program in telecommunications to produce students meeting the needs of industry.

Organized and initiated a major jointly-defined university/industrial collaborative research project involving CTR and nine of its Industrial Participants. Known as ACORN, this project was targeted toward the lightwave network of the 21st century.  In addition to ACORN project-specific funding, industrial support involved committed manpower and device technologies. The ACORN project produced two "firsts":  the first laboratory implementation of an optically-based self-routing ATM (Asynchronous Transfer Mode) network, and the first working gigabit/sec. ATM network.

Helped to organize two major university-industrial consortia in response to announced Advanced Research Project Agency (ARPA) programs targeted at all-optical networks.  The Optical Network Technology Consortium participants included Columbia University, Bellcore, Hughes Aircraft, and Northern Telecom (principal members), along with United Technologies, Lawrence Livermore National Laboratory and Rockwell. ONTC research was focused on systems architectures, control algorithms, and device technologies for a prototypical all-optical national telecommunications infrastructure.  ONTC funding in the amount of $11.5M was secured for two project phases.

The on-going National Transparent Optical Network Consortium (NTONC) includes University of California (San Diego), Columbia University, Northern Telecom, Hughes Aircraft, Lawrence Livermore National Laboratories, United Technologies, Rockwell, Pac Bel, and Sprint.  NTONC research involves deployment of a multi-wavelength wide area all-optical network spanning the San Francisco Bay area and emulation of geographically wide area optical networks serving very large user populations.  Consortium funding in the amount of $10.8M has been secured.

1968 - 1988:        AT&T Bell Laboratories

1987 - 1988:        Director, Transmission Technology Laboratory.
                    Managed an organization of 80 people, consisting of three
                    Department Heads, eight Technical Supervisors, 49 engineers and

scientists (all with PhDs or MS degrees), and 20 support personnel. Responsible for a broad spectrum of forward-looking work involving broadband data networking, design and application of digital signal processors, broadband document storage and retrieval services, optical switching and networking, and high resolution real-time graphics.

The scope of work included establishment of fundamental theoretical performance limits, the formulation of innovative system concepts to approach these limits, and the prototype implementation of key elements for the purpose of technical feasibility demonstration.

1983 - 1987:     Department Head, Network Systems Research Department. Managed an organization of nine research staff members (all PhDs) with a supporting staff of four. Responsibilities included basic and applied research on broadband multiuser networks using wire, radio, electronics, and lightwave technologies for local and metropolitan area application.  Emphasis was placed on packet communications for integrating voice, data, image, and video services.  Department performed much pioneering work in telecommunication networking and published extensively.

1981 - 1983:     Supervisor, Data Theory Group.  Responsible for basic theoretical studies in the field of data communications, including modulation and coding, adaptive filtering, and media access schemes for channel sharing among bursty computer traffic sources.

1974 - 1981:     Member of Technical Staff, Satellite Systems Research Department. Performed basic and applied research in the field of high capacity digital satellite systems, including modulation and coding theory, time division multiple access methods, and efficient frequency re-use techniques.  Work focused on advanced concepts for multiple scanning spot beam systems which combine the power advantage of highly directive spot beam antennas, the capacity advantage of frequency re-use among the spot beams, and the universal service capability of an area coverage system.  Also worked on innovative approaches for sharing satellite resources to overcome rain fading at frequencies about 10 Ghz.  Collectively, these techniques defined the direction for next generation satellite systems.

1968 - 1974:          Member of Technical Staff, SAFEGUARD Radar laboratory.
                      Responsible for radar system design and analysis, including   high
                      power microwave transmitters and radar signal processing
                      algorithms. Also worked on waveguide breakdown phenomena at
                      high power levels and techniques to overcome the same, and on
                      the implementation of high power coherent burst waveforms.

Major Technical Contributions:

Networks for Wireless Access - Developed systems approaches for extending
bandwidth-upon-demand broadband service into the wireless cellular environment,
including packet-based media access strategies which insure high link-level
availability in a harsh multipath fading environment, and a novel "virtual tree"
approach to permit deployment of high capacity microcells/picocells while
avoiding the need for call processor involvement to handle the commensurate
surge in cell hand-off requests.

Broadband Communications Networks - Guided and contributed to pioneering work
on local and metropolitan area packet networks.  Proposed a short-bus local area
network architecture which permits perfect capture media access with priority
contention to integrate diverse traffic types by avoiding the long propagation
delay associated with distributed networks.  Contributed to the theory and
understanding of high-performance space-division packet switching.  Proposed and
promoted an architecture for a nationwide all-optical telecommunications
infrastructure suitable for bandwidth-intensive multimedia applications.  This
architecture, known as multihop, solves a major problem by tapping, for the first
time, the vast bandwidth potential of lightwave technology (tens of terahertz)
through network ports constrained in speed by electronic technology (several
gigabits/sec.).  Developed and promoted an understanding of the potential of
passive, all-optical networks.  Originated pioneering work on complexity
managment which exploits the enormous bandwidth potential of VLSI-based
packet switches and optical communication links to simplify management and
control software.  Formulated theory of re-arrangeable optical networks using
wavelength agility for network optimization.  Conceived novel packet
compression/expansion technique to further exploit optical spectrum for
telecommunications.  Proposed Free Space Optical Mesh as a highly reliable, easily
deployed, inexpensive last-mile technology to deliver ultra-broadband services to
small, medium, and large businesses, residential subscribers.  The FSO mesh

technology may also be applied for cellular/wireless data backhaul.  Co-founded AirFiber, Inc., to commercialize the FSO mesh.


High Capacity Digital Satellite Systems - Contributed a basic understanding of the factors and fundamental limits governing throughput in multibeam frequency re-use systems, and proposed several innovative system architectures to approach these limits.  Proposed a multiple scanning spot beam system which dynamically matches satellite resources to terrestrial traffic patterns, producing both a ten-fold increase in system capacity and a ten-fold increase in link power margin.  Proved a basic theorem governing the non-conflicting assignability of terrestrial traffic to multiple satellite transponders which has since found general applicability to switching systems.  Proposed a scheme for dynamically allocating a limited pool of shared satellite resources among a large number of ground stations to relieve local rain fade events and showed that this provides yet an additional ten-fold increase in capacity.  The above contributions appeared as major elements of NASA's advanced technology satellite program.

Major Managerial Accomplishments:

Identified several emerging topics deserving of focused research efforts, including Local Area Networks, Metropolitan Area Networks, Broadband Packet Switching, Multiuser Lightwave Communication Networks, and Universal Network Access.  Organized, secured funding for, contributed to, and managed major research initiatives on the above topics involving basic theoretical understanding, innovative system concepts, feasibility demonstrations, and applications.  Each of these initiatives has, in general, produced several major technological innovations (see also Publications and Patents).

Initiated general personnel practices encouraging research staff members to plan and organize their research goals and work programs.  These plans have had substantial benefit with regard to work program directions, expected pace of accomplishment, identification of emerging topics to pursue, and termination of effort in mature fields no longer requiring major research coverage.  Encouraged ample flexibility to change directions in response to new ideas and opportunities.  Raised levels of expectations, regarding both management and subordinates, resulting in enhanced productivity.  Many colleagues and former subordinates enjoy world-wide reputations in their fields.  The quality of research accomplishment has improved steadily, as has the ability to attract and retain top-notch research talent.

Successfully coupled state-of-the-art device technology with major system architectural innovations to produce several major research breakthroughs. Served for ten years on AT&T Bell Laboratories' Cooperative Research Fellowship Program Committee. This program provides tuition, living stipend, and mentoring for Ph.D. students who are members of minority groups. Approximately 30 students participated in the program during any given year.

Funding:

A)   NSF Engineering Research Center Program.

NSF Engineering Research Center funding was based upon comprehensive annual reports and site visits, and evidence of strong cross-disciplinary research accomplishments, active industrial participation, and student involvement at all degree levels must be apparent. In addition to these thorough annual reviews, an exhaustive evaluation was conducted every third year to assess suitability for grant renewal. Industrial funding (much more volatile) was based upon accomplishment and long-term strategic value of the Center's programs.

- 1988-1989. Prepared annual reports (each approximately 100 pages) and organized NSF site visits leading to the awarding of $6.8M from NSF (two-year total) for 1989 and 1990 calendar year.

- 1990. Prepared renewal proposal (100 pages) and organized successful NSF site visit which resulted in a $14.7M renewal grant over a five-year period (1991-1996).

- 1991-1994. Prepared annual reports (108, 55, 40, and 30 pages, respectively) and organized NSF site visits to secure NSF funding of $11M total for 1992, 1993, 1994 and 1995 calendar years (part of 5-year grant requiring annual re-commitment).

B)   Industrial

- 1989-1995. Secured industrial funding of $10.7M (total) through CTR's Industrial Participants Program involving 27 companies. Program involved three-year commitment per company. Most industrial contracts extend beyond 1995. Many Industrial Participants have previously renewed for second or third three-year commitments.

- 1995- 1999.  Participated in the organization of UCSD's Center for Wireless Communications and serving as Director from July, 1995, to Nov., 1999.  The CWC is funded entirely by industrial grants in the amount of approximately $1M annually.

C)    Other

- 1991-1995.  Participated in the organization of the Optical Network Technology Consortium (ONTC) involving Columbia University and six companies. Secured ARPA funding of $11.5M total for 3 years ($750K to Columbia). Participating in preparation of follow-up proposal, in progress.

- 1994-1995.  Participated in the organization of the National Transparent Optical Network Consortium (NTONC) involving the University of California (San Diego), Columbia University, and seven companies.  Secured ARPA funding of $10.8M total for 3 years ($360K to UCSD and Columbia).

- 1999-2001. Co-investigator, In-home Ad-hoc Networks, State of California Communications Research Initiative ($194,476 total)

- 1999-2001. Co-investigator, Space-Time Processing for Mobile Communications, State of California Communications Research Initiative ($213,396 total)

- 1999-2001. Co-investigator, Enhanced Coverage for Wireless Systems, State of California Communications Research Initiative ($271,915 total)

- 1999-2001, Principal Investigator, Universal Wireless Communications, State of California Communications Research Initiative ($279,153 total)

- 1999-2001. Principal Investigator, Wireless Access to the Internet, State of California Communications Research Initiative ($245,962 total)

- 2001-2002. Principal Investigator, various projects, Center for Wireless Communications ($100,000 total)

- 2003-2006. Principal Investigator, various projects, Center for Wireless Communications ($300,000 total)

- 2004-2006 Principle Investigator, Mesh-Based Last-Mile Networks, Center for Networked Systems

Honors:

1995 IEEE Frederick Elersick Award for Best Paper appearing in IEEE Communications Magazine.  Paper title:  "The Scalable Lightwave Network," Dec. 1994.

Fellow, Institute of Electrical and Electronic Engineers (IEEE) (1988), cited for contributions to high capacity digital satellite systems and broadband local communication networks.

Listed, Who's Who in America (1988-present).

Listed, Who's Who Register of Business Leaders.

Sigma Xi (1968).

Eta Kappa Nu (1968).

Professional Activities:

Delivered invited testimony to U.S. House of Representatives Subcommittee on Science, on the role of basic research in economic competitiveness (1991).

Member, IEEE Communications Society Board of Governors, 1990-92.

General Chairman, IEEE International Workshop on Mobile Multimedia Communications (1999).

General Chairman, International Conference on Universal Personal Communications (1997).

General Chairman, Third IEEE Workshop on Metropolitan Area Networks (1989).

Tutorial Chairman, IEEE INFOCOM Conference (1988).

General Chairman, First IEEE Workshop on Space Communications (1981).

Editor for Local Lightwave Networks, IEEE Transactions on Communications (1987, 1988).

Editor for Satellite and Space Communications, IEEE Transactions on Communications (1983-1986).

Organized new IEEE-Sponsored workshops on VLSI in Communications (1981) and Metropolitan Area Networks (1986).

Member, Technical Program Committee, IEEE National Telecommunications Conference (1981), IEEE INFOCOM (1983, 1988, 1990, 1991, 1992), IEEE Workshops on Metropolitan Area Networks (1986, 1987, 1990, 1991, 1992, 1993).

Participated in two NSF workshops to chart future research directions in communications and networks (1990, 1992).

Advisory Board, Columbia Informatics and Telecommunications Institute (1989-1995).

Invention Advisory Committee, Liberty Science Center (1991-2000).

Organized and chaired numerous technical sessions at International Communications Conferences, Global Telecommunications Conferences, Communication Theory Workshops, INFOCOM Conferences, Eastern Communication Forum, International Workshop on Digital Communications, European Wireless Conference

Participated in NSF Networking Panel for Proposal Review (2002)

Committee Member, National Research Council Computer Science and Telecommunications Board Project on "The Intent in the Evolving Telecommunications Infrastructure" (1998 – 1999)

Publications (Textbook)

<u>An Introduction to Broadband Networks: LANs, MANs, ATM, B-ISDN, and Optical Networks for Integrated Multimedia Telecommunications</u>, published by Plenum Publishing Corporation (N.Y.), 1994.

Publications (Book Chapters)

M. Naghshineh, M. Schwartz, and A.S. Acampora, "Issues in Wireless Access Broadband Networks," *Wireless Information Networks*, Kluwer Academic Publications, 1995.

A.S. Acampora, "Architectures for Hardware and Software Scalable Multiwavelength Networks," *Photonic Networks*, published by Springer-Verlag, 1997.

A.S. Acampora, S.V. Krishnamurthy, and M. Zorzi, "Media Access Protocols for Use with Smart Adaptive Array Antennas to Enable Wireless Multimedia Communications", *Wireless Networks*, Springer-Verlag, 1998.

A.S. Acampora, J.S. Reddy, R. A. Gholmieh, and H. Jin, "Role of Software Defined Radio in Wireless Access to the Internet" 12th Tyrrhenian International Workshop on Digital Communications, September 2000; also reproduced in "Software Radio," Springer – Verlag, 2001.

Publications (Archive Journals):

<u>Digital Multibeam Communication Satellite Systems</u>

A.S. Acampora, "Reliability Considerations for Multiple Spot Beam Communication Satellites," Bell System Technical Journal, Vol. 56, No. 4, April 1977, pp 575-596. Proposed and studied several highly efficient transponder sparing techniques to greatly improve overall multi-transponder satellite reliability.

A.S. Acampora, "Spectral Sharing in Hybrid Spot and Area Coverage Satellite Systems via Channel Coding Techniques," Bell System Technical Journal, Vol. 57, No. 7, Part 2, Sept. 1978, pp 2613-2632. Proposed and studied channel coding to permit universal coverage of the Continental United States from a geosynchronous satellite employing overlapping spot and wide-area beams.

A.S. Acampora and B.R. Davis, "Efficient Utilization of Satellite Transponders via Time-Division Multibeam Scanning," Bell System Technical Journal, Vol. 57, No. 8, Oct. 1978, pp 2901-2914.  Describes a new communication satellite system architecture invented and patented by Acampora to provide universal coverage over a wide area by means of a plurality of high capacity scannable spot beams.  Also contains proof of a theorem governing necessary and sufficient conditions for the assignment of terrestrial traffic to transponders.  This fundamental theorem has since been widely applied to a variety of terrestrial switching systems.

A.S. Acampora, "Digital Error Rate Performance of Active Phased Array Satellite Systems," IEEE Trans. Antennas and Propagation, Vol. AP-26, No. 6, Nov. 1978, pp 833-842.  Computes intermodulation distortion and bit error rate caused by nonlinear amplification of signals in a multi-beam phased array satellite system.

A.S. Acampora, C. Dragone, and D.O. Reudink, "A Satellite System with Limited Scan Spot Beams," IEEE Trans. Communications, Vol. COM-27, No. 10, Oct. 1979, pp 1406-1415.  Applies a fundamental theorem, previously proven by Acampora, to yield a practical way to implement the multiple scanning spot beam concept.

A.S. Acampora and R.E. Langseth, "Baseband Processing in a High Speed Burst Modem for a Satellite Switched Time-Division-Multiple-Access System," IEEE Trans. Communications, Vol. COM-27, No. 10, Oct. 1979, pp 1496-1503.  Presents block diagram designs and analysis of the modules needed to synchronize and process signals under the unique constraints imposed by high-speed operation.

A.S. Acampora, "A Shared Resource Time-Division-Multiple-Access Approach to Increase the Rain Margin of 12/14 Ghz Satellite Systems," Bell System Technical Journal, Vol. 58, No. 9, Nov. 1979, pp 2097-2111.  Presents a new technique to overcome rain fading in satellite systems by sharing and dynamically deploying a small pool of reserved time slots to those ground stations suffering local fade events.  The basic technique was shown to reduce the required space platform power by 90%, representing an order-of-magnitude saving of this extremely expensive and fundamentally limiting spacecraft component.

A.S. Acampora and J.T. Curry, "Frame Synchronization Concept for Time-Division-Multiple-Access Burst Modems," IEEE Trans. Aerospace and Electronic Systems, Vol. AES-16, No. 2, March 1980, pp 169-179.  Presents analytical and

experimental results for a high-speed frame synchronizer built and tested in the laboratory.

A.S. Acampora, "The Ultimate Capacity of Frequency Re-Use Communication Satellites," Bell System Technical Journal, Vol. 59, No. 7, Sept. 1980, pp 1089-1122.  Derives a rigorous information-theoretic bound on the informational throughput, or capacity, achievable by a multi-beam satellite constrained by power, bandwidth, and satellite antenna aperture dimensions (beamwidth).

A.S. Acampora, "Rain Margin Improvement Using Resource Sharing in 12 Ghz Satellite Downlinks," Bell System Technical Journal, Vol. 60, No. 2, Feb. 1981, pp 167-192.  Analytically derives the additional rain margin provided via sharing of a small pool of transponder time slots among geographically dispersed ground stations when accounting for real rain fade statistics and correlations.

D.O. Reudink, A.S. Acampora, and Y.S. Yeh, "The Transmission Capacity of Multi-Beam Communication Satellites," Proceedings IEEE, Vol. 69, No. 2, Feb. 1981, pp 209-225.  Describes and analyzes the practical limitations on informational throughput delivered by a multi-beam geosynchronous satellite under power, antenna size, and bandwidth constraints, and subject to intersatellite interference, rain fading, and non-uniform terrestrial traffic patterns.

A.S. Acampora, "The Use of Resource Sharing and Coding to Increase the Capacity of Digital Satellites," IEEE J. Sel. Topics in Communications, Vol. SAC-1, No. 1, Jan. 1983, pp 132-142.  Proposes and studies a generalized technique using adaptive forward error correcting coding for sharing a small pool of unused time slots to protect a large number of ground stations against rain fades.  Contains a rigorous analysis involving coding gain and rain fade statistics to show a ten-fold improvement in informational throughput achievable by use of this technique.

Broadband Communication Networks

A.S. Acampora and M.G. Hluchyj, "A New Local Area Network Architecture Using a Centralized Bus," IEEE Communications Mag., Vol. 22, No. 8, Aug. 1984, pp 12-21.  Describes a short bus Local Area Network which integrates voice and data, achieves perfect capture, and is shown, by analysis, to provide the best throughput-delay performance possible.

A.S. Acampora, M.G. Hluchyj, C.D. Tsao, "A Centralized Bus Architecture for Local Area Networks," Journal of Telecomm. Networks, Vol. 3, No. 2, Summer 1984, pp 89-102.  Elaborates upon the architecture and performance advantages of centrally located short bus Local Area Networks.

K.Y. Eng and A.S. Acampora, "Fundamental Conditions Governing Time-Division-Multiplex Switching Assignments in Terrestrial and Satellite Networks," IEEE Trans. Communications, Vol. COM-35, No. 7, July 1987.  Establishes necessary and sufficient conditions governing traffic assignability to the ports of a multi-stage Time Division Switch.

Y.S. Yeh, M.G. Hluchyj, and A.S. Acampora, "The Knockout Switch:  A Simple Modular Architecture for High Performance Packet Switching," J. Selected Areas in Communications, Vol. SAC-5, No. 8, Oct. 1987, pp 1274-1283.  Proposes and analytically studies a new space division packet switch based on a fully connected architecture to achieve the irreducible delay-throughput performance arising from congestion at the output port only.  The overall complexity is controlled by a novel tournament-like contention resolution 1 scheme.  Reprinted in Performance Evaluation of High Speed Switching Fabrics and Networks, IEEE Press, ed. T. Robertazzi, 1992.

A.S. Acampora, M.G. Hluchyj, and M.J. Karol, "Terabit Lightwave Networks: The Multihop Approach," AT&T Technical Journal, Vol. 66, No. 6, Nov./Dec. 1987, pp 21-34.  Describes a novel lightwave network architecture, originally conceived by Acampora, which for the first time, taps the vast bandwidth potential of lightwave technology through speed constrained electro-optic ports.  This approach solves a long-standing problem in broadband lightwave networks and permits a one-thousand fold increase in deliverable informational throughput compared against alternative approaches.

A.S. Acampora and K.Y. Eng, "A Decoupled Approach for Fast Time Division Multiplex Assignment in Constrained Hierarchical Systems," IEEE Trans. Communications, Vol. COM-36, No. 5, May 1988, pp 636-640.  Describes a new switching architecture using frame memories to decouple the inbound and outbound assignments, thereby reducing a very difficult two-dimensional matrix search into two trivially simple one-dimensional searches.

A.S. Acampora and M.J. Karol, "An Overview of Lightwave Packet Networks," IEEE Network Magazine, Vol. 3, No. 1, Jan. 1989.  Describes opportunities,

constraints, and novel architectures to realize the capacity potential of lightwave networks through speed-constrained electro-optic ports.

A.S. Acampora, "A High Capacity Metropolitan Area Network Using Lightwave Transmission and Time Multiplexed Switching," IEEE Trans. Communications, Vol. COM-38, No. 10, Oct. 1990.  Presents a combined time and wavelength multiplexed architecture to achieve extremely high capacity in a centrally located switch.  Proves a basic theorem governing traffic assignability and applies this to show that with no loss of performance, each wavelength can be separately switched, thereby greatly reducing the bandwidth required and the dimensionality of the switch.

J.F. Labourdette and A.S. Acampora, "Logically Rearrangeable Multihop Lightwave Networks," IEEE Trans. Communications, Vol. 39, No. 8, Aug. 1991. Identifies the independence between physical topology and logical wavelength connectivity in multihop lightwave networks and presents and studies heuristic techniques to match connectivity with traffic patterns.

A.S. Acampora and S.I.A. Shah, "Multihop Lightwave Networks:  A Comparison of Store & Forward and Hot Potato Routing," IEEE Trans. Communications, Vol. 40, No. 6, June 1992. Derives the probability distribution for the number of hops and demonstrates a hot potato throughput degradation factor of 3 to 4 relative to store & forward.

A.S. Acampora and J.F. Labourdette, "A Traffic-Handling Comparison of Centralized and Distributed ATM Switching Systems," accepted, IEEE Trans. Comm. Shows how traffic nonuniformities can be exploited to improve the throughput of distributed, wide area optical multihop networks and to produce a call blocking performance essentially equal to that of a large centralized switch.

Z.-S. Zhang and A.S. Acampora, "Analysis of Multihop Lightwave Networks with Hot Potato Routing and Optical Packet Compression," submitted to IEEE Trans. Comm.

A.S. Acampora, "Intelligent Optical Networks: Research, Education, and Industrial Programs at the Center for Telecommunications Research," Proc. IEEE, Vol. 81, No. 1, Jan. 1993.  Describes the various programs underway at CTR--their organization, cross-disciplinary dependencies, industrial involvement, and strategic planning evolution; technically highlights optical networks and broadband cellular access.

C.A. Brackett and A.S. Acampora, et al., "A Scalable Multiwavelength Multihop Optical Network," IEEE J. Lightwave Tech., Vol. 11, No. 516, May/June 1993, special issue on Broadband Optical Networks. Describes and studies an approach employing wavelength re-use for modular optical networks, scalable to national scope.

R. Gidron and A.S. Acampora, "A User Tunable Access Lightwave Network," IEEE J. Lightwave Tech., Vol 11, No. 5/6, May/June 1993. Presents a novel technique for reconfiguring an optical network in response to changing traffic patterns by reassigning users to different access stations, thereby avoiding transient service disruptions during reconfiguration phase.

R. Chipalkatti, Z.-S. Zhang, and A.S. Acampora, "Protocols for Optical Star Coupler Network using WDM: Performance and Complexity Studies," IEEE J. Sel. Areas Comm., Vol. 11, No. 4, May 1993, special issue on Gigabit Protocols. Discusses systems issues associated with coordination among stations in a packet network using rapid wavelength agility, and contrasts performance of several protocols.

S.D. Elby and A.S. Acampora, "Wavelength-Based Cell Switching in ATM Mutlihop Lightwave Networks," accepted, Computer Networks and ISDN Systems, Vol. 26, 1994. Presents an algorithm which exploits limited tunability of semiconductor lasers and "don't care" states of multihop networks to vastly improve optical fanout, network throughput, and end-to-end delay.

Z.S. Zhang and A.S. Acampora, "Performance Analysis of Multihop Lightwave Networks with Hot Potato Routing and Distance-Age Priorities," IEEE Trans, Communications, Vol. 42, No. 8, Aug. 1994. Presents an analysis of achievable delay and throughput for various priority schemes based on package age and distance from destination.

J.F. Labourdette, G. Hart, and A.S. Acampora, "Branch-Exchange Sequences for Reconfigurable Lightwave Networks," IEEE Trans. Communications, Vol. 42, No. 10, Oct. 1994. Describes how a target multihop optical network topology can be achieved from an original configuration via a sequence of minimally-disruptive two link Branch Exchange Operations.

A.S. Acampora, "The Scalable Lightwave Network," IEEE Communications Magazine, Vol. 32, No. 12, Dec. 1994. Presents a novel architectural approach

for distributed multihop lightwave networks in which both the required amount of hardware and the complexity of the call routing and reconfiguration algorithms scale in direct proportion to the number of users, such that the necessary configuration and computational complexity per user are constants, even for very large networks.

A.S. Acampora and J.F. Labourdette, "A Traffic Handling Comparision of Centralized and Distributed ATM Switching Systems," IEEE Trans. Communications, Vol. 43, No. 6, June 1995.  Shows how a multihop lightwave network can be operated as a geographically distributed ATM Switch, and demonstrates that performance compares favorably to the best achievable by an ideal centralized switch with output queueing.

Z. S. Zhang and A.S. Acampora, "A Heuristic Wavelength Assignment Algorithm for Multihop WDM Networks With Wavelength Routing and Wavelength Re-Use," IEEE/ACM Trans. Networking, Vol. 3, No. 3, June 1995.  Presents a heuristic strategy for assigning a limited number of wavelengths among multihop access stations in accordance with point-to-point traffic nonuniformities, and shows that ATM call handling performance compares favorably to the best possible from an idealized centralized switch with output queueing.

Z.S. Zhang, D. Guo, and A.S. Acampora, "Logarithmically Scalable Routing Algorithms in Large Optical Networks," Journal of High Speed Networks, Vol. 4, No. 1, 1995.  Presents a multihop lightwave network topology and virtual connection routing algorithms of complexity which scales logarithmically with number of users, and demonstrates performance which compares favorably to the best possible from an ideal centralized switch with output queueing.

M. Kovacevic and A.S. Acampora, "On the Benefits of Wavelength Translation in All-Optical Clear Channel Networks," IEEE Journal Selected Areas in Communications, issue on Optical Networks, Vol. 14, No. 5, June 1996.  Compares the capacity of clear-channel optical networks for a system allowing direct optical wavelength translation against that of a system constrained by fixed wavelength assignment.

D. Guo and A.S. Acampora, "Scalable Multihop WDM Passive Ring with Optimal Wavelength Assignment and Adaptive Wavelength Routing,"  IEEE Journal Lightwave Technology, June 1996.

M. Kovacevic and A.S. Acampora, "Electronic Wavelength Translation in Optical Networks," IEEE Journal Lightwave Technology, special issue on Multiwavelength Optical Technology and Networks, Vol. 14, No. 6, June 1996. Compares the capacity of fixed wavelength optical networks against that of networks permitting wavelength translation via electro-optic conversion.

A.. Acampora, Architectures for Hardware and Software Scalable Multiwavelength Networks," Photonic Networks, published by Springer-Verlag, 1997.

A. S. Acampora and D. Guo, "An Information Theoretic Bound for the Capacity of Multihop Lightwave Networks with Non-Uniform Traffic Patterns," J. High Speed Networks, Vol. 6, No. 2, 1997. An upper bound on the achievable capacity for any multihop lightwave network is supporting arbitrarily non-uniform traffic among the networked access stations found from information-theoretic first principles.

Wireless Access for Personal Communications

A.S. Acampora and J.H. Winters, "A Wireless Network for Wideband Indoor Communications," J. Selected Topics in Communications, Vol. SAC-5, No. 5, June 1987, pp 796-805. Proposes and studies a radio-based indoor packet communication system using path diversity and resource sharing to overcome the harsh indoor multipath environment.

A.S. Acampora and J.H. Winters, "System Application for Wireless Indoor Communications," IEEE Communications Mag., Vol. 25, No. 8, Aug. 1987, pp 11-20. Investigates impairments to radio communications within buildings, and proposes solutions offering wideband voice and data packet services.

A.S. Acampora, T.S. Chu, C. Dragone, and M.J. Gans, "A Metropolitan Area Radio System Using Scanning Pencil Beams," IEEE Trans. Communications, Vol. COM-39, No. 1, Jan. 1991. Proposes a high capacity city-wide radio network in which small remote stations are interconnected via a centrally located base station deploying a raster of narrow pencil beams which completely span the service region.

Z.-S. Zhang and A.S. Acampora, "Performance of a Modified Polling Strategy for Broadband Wireless Access in a Harsh Fading Environment," Telecommunication

Systems, Vol. 1, No. 3, 1993. Proposes and studies a novel medium access strategy suitable for cellular-based wireless packet access.

Z.-S. Zhang and A.S. Acampora, "A Throughput/Delay Comparison: Narrowband vs. Broadband Wireless LANs," IEEE Trans. on Vehicular Technology, Vol. 42, No. 3, Aug. 1993.  Shows that the expected performance advantage of broadband access cannot always be achieved due to processing bottlenecks in the mobile user's shared server.

A.S. Acampora and M. Naghshineh, "An Architecture and Methodology for Mobile Executed Cell Hand-off in Wireless ATM Networks," IEEE Journal Selected Areas Communications, SAC-12, No. 8, Oct. 1994.  Presents and analyzes a new concept called the Virtual Connection Tree for permitting frequent radio cell hand-off, as expected in a high-speed, packet-oriented microcellular environment, without involving the network call processing computer for each hand-off event.

A.S. Acampora and M. Naghshineh, "Control and Quality-of-Service Provisioning in High Speed Microcellular Systems," IEEE Personal Communications, Vol. 1, No. 2, Second Quarter 1994.  Presents analytical results of hand-off induced call dropping in a cellular radio network, including admission rules which guarantee specified call dropping/call blocking probabilities.

M. Naghshineh, M. Schwartz, and A. S. Acampora, Issues in Wireless Access Broadband Networks," Wireless Information Networks, Kluwer Academic Publications, 1995.

A.. Acampora, "Wireless ATM: A Perspective on Issues and Prospects," IEEE Personal Comm., Aug. 1996. Examines key issues in the delivery of ATM service over a cellular network, and proposes solutions for rapid cell hand-off, QOS maintenance, stabilization of the radio link, and media access.

M. Naghshineh and A.S. Acampora, "Design and Control of Micro-Cellular Networks with QOS Provisioning for Real Time Traffic," Journal High Speed Networks, Vol. 5, No. 1, 1996. Presents new analytical methodology and performance results for admission control of cellular/PCS connections requiring real-time information delivery, based on the use of a cell cluster concept.

M. Naghshineh and A. S. Acampora, "QoS Provisioning in Micro-Cellular Networks Supporting Multiple Classes of Traffic", Wireless Networks, Vol. 2, No. 3, Aug.

1996.  Introduces an adaptive call admission policy and analytical methodology for studying wireless networks which guarantees different service quality to different traffic classes.

M. Naghshineh and A. S. Acampora, "Design and Control of Micro-Cellular Networks with QoS Provisioning for Data Traffic", Wireless Networks, Vol. 3, No. 4, 1997.  Provides a call admission policy for cellular IPCS networks in which bursty-traffic-oriented virtual connections share some plurality of microcells. QoS guarantees are maintained as users roam among microcells.

F. Borgonovo, L. Fratta, M. Zorzi, and A Acampora, "Capture Division Packet Access:  A New Cellular Access Architecture for Future PCNs," *IEEE Comm*. Mag., Vol. 3, No. 6, Sept. 1996.

A. S. Acampora, S. V. Krishnamurthy, and M. Zorzi, "Media Access Protocols for Use with Smart Adaptive Array Antennas to Enable Wireless Multimedia Communications", in *Wireless Networks*, Springer-Verlag, 1998.

M. Naghshineh and A. S. Acampora, "Design and Control of Micro-Cellular Networks with QoS Provisioning for Data Traffic", *Wireless Networks*, Vol. 3, No. 4, 1997.

A. S. Acampora, S. Bloom, and S. Krishnamurthy, "Uninet:  A Hybrid Approach for Universal Broadband Access Using Small Radio Cells Interconnected by Free-Space Optical Links," *J. on Selected Areas in Communications*, Vol. 16, No. 6, Aug. 1998.

A. Acampora, "An Overview of UCSD's Center for Wireless Communications", IEEE *Personal Communications Magazine*, Oct. 1999.

A.  Acampora and S. V. Krishnamurthy, "A Broadband Wireless Access Network Based on Mesh Connected Free-Space Optical Links", IEEE *Personal Communications Magazine*, Oct. 1999.

A. Acampora and S Krishnamurthy, "A New Adaptive MAC Protocol for Broadband Packet Networks in Harsh Fading and Interference Environments", IEEE/ACM Transactions on Networking, Vol.8, No. 3, June 2000.

S.V. Krishnamurthy, A.S. Acampora, and M. Zorzi, "Polling-Based Media Access

Protocols for Use with Smart Adaptive Array Antennas," IEEE/ACM Trans. Networking Vol. 9, No. 2, April 2001.

A.S. Acampora, R. A. Gholmieh, and S. V. Krishnamurthy, "On Tolerating Single Link, Double Link, and Nodal Failures in Symmetric Grid Networks," Wireless Communication and Networking Conference, September, 2000; Journal of High Speed Networks, Vol. 11, No. 1, April 2002.

S.V. Krishnamurthy, A.S. Acampora, and M. Zorzi, "On the Radio Access Capacity of TDMA and CDMA for Broadband Wireless Packet Communication," IEEE Trans. Veh. Tech., Vol 52, No. 1, January 2003

A.S. Acampora, "Last Mile by Laser," Scientific American, July 2002.

H. Jin and A. Acampora, "Bounds on the Outage Constrained Capacity Region of Space Division Multiple Access Radio Systems," European Journal of Applied Signal Processing, vol 2004, No. 9, pp 1288-1298, Aug. 2004

H. Jin and A Acampora, "A Reservation-Based Media Access (MAC) Protocol Design for Cellular Systems Using Smart Antennas – Part 1. Flat Fading," IEEE Transactions on Wireless Networking, Vol. 4, No. 2, pp 792-801, March 2005

H. Jin and A. Acampora, "Performance of a Tree Based Collision Resolution Algorithm in Cellular Systems with Smart Antennas," IEEE Trans. Wireless Networking, Vol. 6, No. 3, March 2007, pp 1143-1151

S.Bhardwaj, R.J. Williams, and A.S. Acampora,  "On the Performance of Two-User MIMO Downlink System in Heavy Traffic,"  IEEE Trans. Information Theory, Vol. 53, No. 5, May 2007,  pp 1851-1859

Communication Theory, Modulation, and Coding

A.S. Acampora, "Maximum - Likelihood Decoding of Binary Convolution Codes on Band-Limited Satellite Channels," IEEE Trans. Communications, Vol. COM-26, No. 6, June 1978, pp 766-776.  Presents and analytically studies a generalized algorithm to optimally equalize a band-limited channel while decoding a convolution code.

A.S. Acampora and R.P. Gilmore, "Analog Viterbi Decoding for High Speed Digital Satellite Channels," IEEE Trans. Communications, Vol. COM-26, No. 10, Oct. 1978, pp 1463-1470. Proposes, analytically studies, and presents measurements made on a laboratory implementation of channel decoder capable of high speed operation by virtue of analog (as opposed to digital) signal processing.

A.S. Acampora, "Analysis of Maximum - Likelihood Sequence Estimation Performance for Quadrature Amplitude Modulation," Bell System Technical Journal, Vol. 60, No. 6, July/Aug. 1981, pp 865-885. Analytically studies the performance of an optimum detector for band-limited channels, and shows feasibility of symbol-by-symbol signaling at rates approaching the Shannon limit.

A.S. Acampora, "Bit Error Rate Bounds for Viterbi Decoding with Modem Implementation Errors," IEEE Trans. Communications, Vol. COM-30, No. 1, Jan. 1982, pp 129-134. Analytically studies the performance of standard decoding algorithms on real channels subject to timing and carrier phase recover error, intersymbol interference, co-channel interference, and other sources of degradation, and shows the surprising result that the coding gain on real channels, in general, exceeds that predicted for the ideal channel subject only to additive white Gaussian noise.

A.S. Acampora and J.H. Winters, "Three Dimensional Ultrasonic Vision for Robotic Applications," IEEE Trans. Pattern Analysis and Machine Intelligence, Vol. 11, No. 3, June 1989. Proposes an ultrasonic vision system based on transmission of short pulses and rigorously derives an information theoretic bound on the number of three dimensional objects which can be resolved subject to constraints on the power, pulse bandwidth, and dimensions of the ultrasonic receiving aperture.

A.S. Acampora and J.H. Winters, "Cutoff Rates for Convolutional Codes on Channels Impaired by Peak and Variance Constrained Interference," submitted to IEEE Trans. Communications (in revision). Derives a rigorous bound on the cutoff rate for channels impaired by both additive Gaussian noise and non-Gaussian interference subject only to bounds on the average power and peak deviation of the interference.

Radar Systems, Signal Processing, and Electrodynamics

A.S. Acampora and P.T. Sproul, "Waveguide Breakdown Effects at High Average Power and Long Pulse Length," Bell System Technical Journal, Vol. 51, No. 9, Nov. 1972, pp 2065-2091.  Identifies radar pulse average power, rather than peak power alone, as a contributor to microwave breakdown in waveguide filled with pressurized dielectric gas, and presents experimental results pertaining to a controlled procedure for eliminating this thermal source of degradation.

A.S. Acampora, "High Power Radar Implementation of Coherent Waveforms," IEEE Trans. Aerospace and Electronic Systems, Vol. AES-12, No. 4, July 1976, pp 444-450.  Proposes the use of an adaptive transmitter loop to precisely control the amplitudes and phases of the successive sub-pulses of a coherent burst radar waveform, and analytically studies the resulting clutter rejection properties of the waveform.

A.S. Acampora and P.E. Serafim, "Semiclassical Theory of Gaseous Dipolar Media with Application to the Gas Laser," Physical Review A, Vol. 21, No. 6, June 1980, pp 1991-1999.  Introduces a new analytical methodology to study collective non-linear interactions between a classical electromagnetic field and the quantum mechanically described molecules of a dielectric gas, and applies this to study the behavior of a gas laser.

Publications (Refereed Conferences with full-length papers published in Conference Records):

A.S. Acampora, "The Implementation of Coherent Burst Waveforms in High Power Radars," Twentieth Annual Tri-Service Radar Symposium, West Point, 1974.

A.S. Acampora, "Digital Error Rate Performance of Active Phased Array Satellite Systems," 1976 Antennas and Propagation International Symposium, Amherst, MA.

A.S. Acampora, "Maximum - Likelihood Decoding of Binary Convolution Codes on Band-Limited Satellite Channels," 1976 National Telecommunications Conference, Dallas.

D.O. Reudink, Y.S. Yeh, and A.S. Acampora, "Spectral Re-Use in 12 Ghz Satellite Communication Systems," 1977 International Conference on Communications, Chicago.

D.O. Reudink, Y.S. Yeh, and A.S. Acampora, "Efficient Utilization of Satellite Spectral Bands," 1977 National Telecommunications Conference, Los Angeles.

A.S. Acampora and R.P. Gilmore, "Analog Viterbi Decoding for High Speed Digital Satellite Channels," 1977 National Telecommunications Conference, Los Angeles.

A.S. Acampora, "Channel Coding for Digital Communication Satellites," Seventh American Institute of Aeronautics and Astronautics Communication Satellite Systems Conference, San Diego, 1978.

D.O. Reudink, Y.S. Yeh, and A.S. Acampora, "A Phased Array for a 12/14 Ghz TDMA Transponder," 1978 IEEE Eascon, Washington.

A.S. Acampora and R.E. Langseth, "Baseband Processing in a High Speed Burst Modem for a Satellite Switched TDMA System," Fourth International Conference on Digital Satellite Communications, Montreal, 1978.

D.O. Reudink, A.S. Acampora, and Y.S. Yeh, "Methods for Achieving High Capacity Universal Service Satellites," 1978 National Telecommunications Conference, Birmingham, AL.

A.S. Acampora and R.E. Langseth, "A 300 Megabaud Frame Synchronizer and Interface Design for Variable Capacity TDMA Ground Terminals," 1979 International Communications Conference, Boston.

A.S. Acampora, "Capacity Bounds for a Multi-Beam Satellite Network," 1979 National Telecommunications Conference,  Washington.

A.S. Acampora, "Spot Beam Frequency Re-Use Techniques for Broadcast Satellites," 1980 International Communications Conference, Seattle.

A.S. Acampora, L.J. Greenstein, G. Vannucci, and Y.S. Yeh, "Burst Modem Synchronization at Low CNR Levels," 1980 National Telecommunications Conference, Houston.

A.S. Acampora, D.O. Reudink, and Y.S. Yeh, "Digital Satellites with Time and Frequency Divided Channels," 1981 National Telecommunications Conference, New Orleans.

A.S. Acampora, M.G. Hluchyj, and C.D. Tsao, "A Centralized Bus Architecture for Local Area Networks," 1983 International Communications Conference, Boston.

A.S. Acampora, M.G. Hluchyj, and C.D. Tsao, "Performance of a Centralized Bus Local Area Network," 1983 Local Network Conference, New York.

A.S. Acampora and K.Y. Eng, "A Decoupled Approach for Fast TDM Assignment in Constrained Hierarchical Systems," 1986 Global Telecommunications Conference, Houston.

A.S. Acampora, M.G. Hluchyj, and Y.S. Yeh, "The KNOCKOUT Switch: A Simple Modular Architecture for High Performance Packet Switching," International Switching Symposium, Phoenix, 1987

A.S. Acampora, "A Multichannel Multihop Local Lightwave Network," 1987 Global Telecommunications Conference, Tokyo.

A.S. Acampora, M.G. Hluchyj, M.J. Karol, "Multihop Lightwave Networks: A New Approach to Achieve Terabit Capacities," 1988 International Communications Conference, Philadelphia.

J.F. Labourdette and A.S. Acampora, "Wavelength Agility in Multihop Lightwave Networks," IEEE INFOCOM '90, San Francisco.

A.S. Acampora and S.I.A. Shah, "A Packet Compression/Expansion Approach for Very High Speed Optical Networks," Int'l. Telecomm. Symposium Conference Record, Sept. 1990, Rio de Janeiro.

A.S. Acampora and J.F. Labourdette, "Logically Re-Arrangeable Multihop Lightwave Networks," 1991 Optical Fiber Conference Record, Feb. 1991, San Diego.

J.F. Labourdette and A.S. Acampora, "Reconfigurable Multihop Networks with Wavelength Constraints," IEEE Globecom '90 Conference Record, Dec. 1990, San Diego.

Z.-S. Zhang and A.S. Acampora, "Analysis of Multihop Lightwave Networks," IEEE Globecom '90 Conf. Record, Dec. 1990, San Diego.

A.S. Acampora and S.I.A. Shah, "Multihop Lightwave Networks: A Comparison of Store-and-Forward and Hot Potato Routing," IEEE INFOCOM '91, April 1991, Bal Harbor.

Z.-S. Zhang and A.S. Acampora, "Performance Analysis of Multihop Lightwave Networks with Hot Potato Routing and Distance-Age Priorities," IEEE INFOCOM, April 1991, Bal Harbor.

A.S. Acampora and J.-F. Labourdette, "Reconfiguration Phase in Rearrangeable Multihop Lightwave Networks," SPIE Conference Record, Sept. 1991, Boston.

R. Gidron, S.D. Elby, A.S. Acampora, J.B. Georges and K.Y. Lau, "Teranet: A Multi-Gigabit per Second Hybrid Circuit/Packet Switched Lightwave Network," SPIE Conference Record, Sept. 1991, Boston.

Z. Zhang and A.S. Acampora, "Performance of a Modified Polling Strategy for Broadband Wireless LANs in a Harsh Fading Environment," IEEE GLobecom '91 Conference Record, Dec. 1991, Phoenix.

A.S. Acampora and J.-F. Labourdette, "A Traffic Handling Comparison of Centralized and Distributed ATM Switching Systems," IEEE Globecom '91 Conference Record, Dec. 1991, Phoenix.

R. Gidron and A.S. Acampora, "Design and Implementation of a Distributed Switching Node for a Multihop ATM Network," IEEE Globecom '91 Conference Record, Dec. 1991, Phoenix.

R. Chipalkatti, Z. Zhang, A.S. Acampora, "High Speed Communication Protocols for Optical Star Coupler Networks Using WDM," IEEE INFOCOM '92, Florence.

J.-F. Labourdette, A.S. Acampora and G.W. Hart, "Reconfiguration Algorithms for Rearrangeable Lightwave Networks," IEEE INFOCOM '92, Florence.

A.S. Acampora, S.I.A. Shah and Z. Zhang, "Performance Analysis of Hot-Potato Routing for Multiclass Traffic in Multihop Lightwave Networks," IEEE INFOCOM '92, Florence.

R. Gidron, A.S. Acampora and A. Temple, "Project ACORN: A Distributed Approach to ATM Networks," IEEE INFOCOM '92, Florence.

Z.-S. Zhang and A.S. Acampora, "Effects on On-Off Distributions on the Cell Loss Probability in ATM Networks," IEEE Globecom '92, Orlando, Dec. 1992.

S.D. Elby and A.S. Acampora, "Wavelength-Based Cell Switching in ATM Multihop Optical Networks," IEEE INFOCOM '93, San Francisco, March 1993.

J.F.-P. Labourdette and A.S. Acampora, "Logical Clustering for the Optimization and Analysis of a Rearrangeable Distributed ATM Switch," IEEE INFOCOM '93, San Francisco, March 1993.

M. Naghshineh and A.S. Acampora, "Wireless ATM Networks," Sixth IEEE Workshop on Local and Metropolitan Area Networks," San Diego, Oct. 1993.

Z. Zhang and A.S. Acampora, "Equivalent Bandwidth for Heterogeneous Sources in ATM Networks," 1994 IEEE Int'l Comm. Conf.

Z. Zhang and A.S. Acampora, "A Heuristic Wavelength Assignment Algorithm for Multihop WDM Networks with Wavelength Routing and Wavelength Re-Use," IEEE INFOCOM 1994.

A.S. Acampora and M. Naghshineh, "An Architecture and Methodology for Mobile Executed Cell Hand-Off in Wireless ATM Networks," 1994 Zurich Conf. Digital Comm., March 1994.

A.S. Acampora and M. Naghshineh, "Design and Control of Micro-cellular Networks with Quality-of-Service Provisioning for Real-Time Traffic," Third Int'l Conf. on Universal Personal Communications, San Diego, Sept. 1994.

M. Kovacevic, A.S. Acampora and G. Brown, "Analysis of Bidirectional Manhattan Networks with Uplinks," Proc. of International Conference on Computer Communications and Networks (ICCCN), pp. 302-308, San Francisco, California, September 1994.

M. Naghshineh and A.S. Acampora, "Control and QOS Provisioning in Microcellular Networks Supporting Multimedia Traffic," IEEE INFOCOMM '95, Boston, April 1995.

M. Kovacevic and A. S. Acampora, "On Wavelength Translation in All-Optical Networks," Proc. of IEEE INFOCOMM '95, Vol. 2, pp.413-422, Boston, Massachusetts, April 1995.

S. Jagannath, M. Kovacevic and A. S. Acampora, "Clear Channel Strategies for a Scalable Wide-Area Network," SPIE '95 Symposium, Philadelphia, PA, October 1995.

M. Kovacevic and A.S. Acampora, "Electronic Wavelength Translation in Optical Networks," IEEE Globecom '95, Singapore, November 1995.

A. S. Acampora and S. V. Krishnamurthy, "A New Adaptive MAC Layer Protocol for Wireless ATM Networks in Harsh Fading and Interference Environments," IEEE Intl. Conf. Universal Personal Comm., San Diego, Oct. 1997.

S. Krishnamurthy, A. S. Acampora, and M. Zorzi, "A Capacity Comparison of TDMA and CDMA for Broadband Wireless Packet Access", Conference Record, Personal Indoor and Radio Mobile Communications Conference, Boston, Sept., 1998.

S. Krishnamurthy, A. S. Acampora, and M. Zorzi, "Polling Based Media Access Protocols for Use With Smart Adaptive Array Antennas", Conference Record, International Conference on Universal Personal Communications, Florence, Oct., 1998.

Q. Gao and A. Acampora, "Routing and Handoff Support for a Novel Wireless Broadband Access Network (UNINET), Conference Record, IEEE Globecom, Rio de Janeiro, Dec. 1999.

Q. Gao and A.S. Acampora, "A Virtual Home Agent Based Route Optimization for Mobile IP," Wireless Communication and Networking Conference, September, 2000.

A.S. Acampora, C.F. Chiasserini, R.A. Gholmieh, and M. Zorzi, "Capacity of Broadband Wireless Local Coop Systems," Wireless Communication and Networking Conference, September, 2000

A.Acampora, J. Soma-Reddy, H. Jin, and R.Gholmieh, "Role of Software Defined Radio in Wireless Access to the Internet," 12th Tyrrhenian Workshop on Digital Communications, Sept. 2000

A.S. Acampora and J. Reddy, "Lossless Handoff in Microcellular Networks for Wireless Internet Access," PIMRC 2000 (London) September 2000.

A.S. Acampora, R.A. Gholmieh, and S. Krishnamurthy, "On Tolerating Single Link, Double Link, and Nodal Failures in Symmetric Grid Networks," Wireless Communications and Networking Conference 2000

J. Soma-Reddy and A.S. Acampora, "Fast Handoffs in IP-Based Cellular Networks," IP-Based Cellular Networks Conference, Paris, May 2001.

M. Zorzi and A.S. Acampora, "On the Effect of Smart Antennas on Error Statistics and TCP Performance," Proc. Veh. Tech. Conf. VTC 2001, Rhodes (Greece), May 2001

J. Soma-Reddy and A.S. Acampora, "Micromobility Strategies for IP Based Cellular Networks," 13th Tyrrhenian Workshop on Digital Communications, Sept. 2001, Taormina, Italy.

S.V. Krishnamurthy and A.S. Acampora, "Capacity of a Multihop Mesh Arrangement of Radio Cells Connected by Free-Space Optical Links," PIMRC 2001, San Diego, October 2001.

H. Jin and A.S. Acampora, "Performance of a MAC Protocol for Multicell Cellular Systems with Space-Time Processing," European Wireless Conference 2002, Florence, Feb. 2002.

Q. Gao and A.S. Acampora, "Connection–Tree-Based Micro-Mobility Management for IP-Centric Mobile Networks," IEEE Int'l Conference on Communications, April 2002.

A.S. Acampora and R. Gholmieh, "A Heuristic, Fair, and Power Efficient Scheduler for Multicode Packet CDMA," First Int'l Workshop on Wired/Wireless Internet Communications, June 2002, Las Vegas

Q. Gao and A.S. Acampora, "Performance Comparison of Admission Control Strategies for Packet Switch Wireless networks," Wireless Communications and Networks Conference, 2002.

Q. Gao and A.S. Acampora, "A Virtual Home-Based Routing Optimization for Mobile IP," Wireless Communication and Networks Conference, 2002.

H. Jin and A. Acampora, "Performance of Tree-Based Fast Collision Algorithm for Random Access with Smart Antennas," Wireless Communications and Networking Conference 04, Vol. 2, pp722-726, Atlanta, March 2003

Y. Tokhoz and A. Acampora, "Improving Connectivity and Power Efficiency in Wireless Ad-hoc Networks Through Agent Nodes," IEEE Int'l Conf. Mobile Ad-hoc and Sensor Networks, pp 751-756, Nov. 2005

A.. Acampora, M.Y. Tan, and L. Ip, "Fundamental Bounds on the Capacity of Ad-hoc Networks with Conventional Hop-by-Hop Routing", 2007 Tyrrhenian Conference on Digital Communications, Ischia, Italy, Sept. 2007

A.Acampora and M.Y. Tan, "Capacity Estimation of Peer-to-Peer Networks on A Flow Deviation Approach", IEEE Int'l Symposium on Personal, Indoor, and Mobile Radio Communications, Athens, Greece, Sept. 2007

A. Acampora and L. Ip, "Information- Theoretic Bounds on the Capacity of Per-to-Peer Networks With Hop-by-Hop Routing", IEEE Int'l Symposium on Personal, Indoor, and Mobile Radio Communications, Athens, Greece, Sept. 2007

<u>Invited Conference and Workshop Presentations:</u>

A.S. Acampora, "Capacity Limitations of Frequency Reuse Satellite Systems," 1979 IEEE International Symposium on Information Theory, Grignano, Italy.

A.S. Acampora, "The Effectiveness of Resource Sharing to Increase the Rain Margin of Satellite Systems," Italian PTT, Rome, 1979.

A.S. Acampora, "High Capacity Universal Service Satellite Systems," Columbia University EE Seminar, New York, 1979.

A.S. Acampora, "Digital Communication Satellites," NJIT Seminar, Newark, NJ, 1979.

A.S. Acampora and Y.S. Yeh, "Universal Coverage Communication Satellites," IEEE Information Theory Seminar, Washington, 1980.

A.S. Acampora, "Toward Optimal Design of Digital Communication Satellites," IEEE Communication Society Seminar, New York, 1980.

A.S. Acampora, "High Capacity Satellite Systems Matched to Terrestrial Traffic Patterns," Princeton University Seminar,  1981.

A.S. Acampora, "Resource Sharing: A New Approach to Improve Satellite Rain Outage," Twentieth General Assembly of the International Union of Radio Science, Washington, 1981.

A.S. Acampora, "New Results on Signaling Over Strongly Bandlimited Channels," IEEE Communication Theory Workshop, Arizona, 1982.

A.S. Acampora and D.O. Reudink, "A Systems Oriented Approach to Overcome Satellite Channel Impairments," Twenty-first General Assembly of the International Union of Radio Science, Florence, Italy, 1984.

A.S. Acampora, "A Centralized Bus Architecture for Local Area Networks," Polytechnic Institute of New York Telecommunications Seminar, New York, 1984.

A.S. Acampora and J.H. Winters, "Cutoff Rates for Convolution Codes on Channels Constrained by Peak and Variance Constrained Interference," 1985 IEEE International Information Theory Symposium, Brighton, England.

A.S. Acampora, "An Introduction to Communication Systems," Annenberg School, University of Pennsylvania, 1985.

A.S. Acampora, "A Multichannel Multihop Local Lightwave Network," First Advanced Computer Communications Workshop, Lake Arrowhead, CA, 1987.

A.S. Acampora, "Local Lightwave Communication Networks," Polytechnic University Seminar, New York, 1987.

A.S. Acampora, "A Multichannel Multihop Local Lightwave Network," First Workshop on Packetized Video Communications, Columbia University, New York, 1987.

A.S. Acampora, "Multihop Lightwave Networks: Terabit Capacities for Metropolitan Area Networks," Second IEEE Workshop on Metropolitan Area Networks, Taipai, Taiwan, 1987.

A.S. Acampora and M.J. Karol, "Terabit Lightwave Networks," Princeton University Communications Seminar, 1988.

A.S. Acampora, "An Overview of Lightwave Communications," Manhattan College Fischbach Lecture Series, 1988.

A.S. Acampora, "All-Optical Networks," George Mason University, 1989 Symposium on Telecommunications.

A.S. Acampora, "Broadband Application Opportunities with All-Optical Networks,"  IEEE INFOCOM '89 Panel Session.

A.S. Acampora, "Optical Access Networks," MCI Symposium, 1989.
A.S. Acampora, "Terabit Lightwave Networks," University of Pennsylvania Telecommunications Lecture Series, 1990.

A.S. Acampora, "Cross-Disciplinary Research," Engineering Research Symposium, 1990.

A.S. Acampora, "An Overview of Lightwave Networks," University of Maryland Symposium on Very High Speed Networks, 1990.

A.S. Acampora, "Architecture and Technology for Terabit Lightwave Networks," DOD Fiber Optics Conference, 1990.

A.S. Acampora, "Terabit Lightwave Networks: Project ACORN," Eastern Communication Forum, May 1990, Boston.

A.S. Acampora, "Wireless Access Local Area Networks," Eastern Communication Forum, May 1990, Boston.

A.S. Acampora, S. Elby, K. Lau and S.I.A. Shah, "All-Optical Packet Switched Networks: Limitations and Potential," IEEE Summer Topical Meeting on Photonic Networks, July 1990, Monterey.

A.S. Acampora, "Issues in Multiuser Lightwave Networks," Photonics Networks '90, Oct. 1990, Montibello, Canada.

A.S. Acampora, "Broadband Applications for Lightwave Networks," Photonic Networks '90, Oct. 1990, Montibello, Canada.

A.S. Acampora, "Multiuser Lightwave Networks," International Teletraffic Conference Oct. 1990, Morristown, NJ.

A.S. Acampora, "Multiuser Lightwave Networks," IEEE Computer Communications Workshop, Nov. 1990, Captiva, FL.

A.S. Acampora, "Education at an Engineering Research Center," 1990 Communications Forum, Dec. 1990, Orlando, FL.

A.S. Acampora, "All-Optical Networking," 1990 Int'l. Comm. Conf., April 1990, Atlanta, GA.

A.S. Acampora, "Terabit Lightwave Networks," IEEE Central Jersey Section, May 1990, Holmdel, NJ.

A.S. Acampora, "Progress in Research at the CTR," Contel Technology Center, July 1990, Reston, VA.

A.S. Acampora, "Organization and Management of Passive Optical Networks," Bell Northern Distinguished Speaker Lecture, Jan. 1991, Ottawa.

A.S. Acampora, "Management of a Re-Arrangeable Optical Network," 1991 Workshop on Gigabit Networks, Feb. 1991, Washington, D.C.

A.S. Acampora, "Issues in Lightwave Networks," DARPA Workshop on Optical Networks, Feb. 1991, Washington, D.C.

A.S. Acampora, "Signal-to-Noise Analysis of an Optical Packet Compression/Expansion Technique," IEEE Communication Theory Workshop, July 1991, Rhodes, Greece.

A.S. Acampora, "Management and Control of All-Optical Networks," Gigabit Network Symposium, July 1991, Washington.

A.S. Acampora, "Application of Wavelength Agility to Distributed ATM Switching on a 'Passive' Optical Medium," IEEE Computer Communications Workshop, Oct. 1991, Monterey.

A.S. Acampora, "Toward an All-Optical Telecommunications Infrastructure," GTE Technical Executive Management Meeting, Dec. 1991, Tampa.

A.S. Acampora, "Optical Networks: Facts, Myths and Reality," invited paper, 1992 Optical Fiber Conference, San Jose, Feb. 1992.

A.S. Acampora, "All-Optical Networks," invited paper, IEEE Workshop on Metropolitan Area Networks, Taormina, Italy, May 1992.

A.S. Acampora, "Toward an All-Optical Telecommunications Infrastructure," LEOS Summer Topical Meeting on Optical Networks, Santa Barbara, Aug. 1992.

S.D. Elby and A.S. Acampora, "Use of Limited Wavelength Agility in Multihop Lightwave Networks," LEOS Summer Topical Meeting on Optical Networks, Santa Barbara, Aug. 1992.

A.S. Acampora, "WDM-Based Optical Networks," 1993 Optical Fiber Conference, San Jose, Feb. 1993.

A.S. Acampora, "Who Needs All-Optical Networks?", panel session, IEEE INFOCOM '93, San Francisco.

A.S. Acampora, "A Model System for Third Generation Personal Wireless Communications," Telecomm. Research Seminar, Center for Advanced Technology in Telecommunications, Polytechnic University, Dec. 3, 1992.

A.S. Acampora and M. Naghshineh, "Wireless ATM Networks," 6th IEEE LAN/MAN Workshop, San Diego, Oct. 1993.

A.S. Acampora and M. Naghshineh, "An Architecture and Methodology for Mobile Executed Cell Hand-off in Wireless ATM Networks," 8th IEEE Workshop on Computer Comm., San Diego, Oct. 1993.

A.S. Acampora, "Toward an All-Optical Telecommunications Infrastructure," ARPA Principal Investigators Conf., Santa Rosa, Aug. 1993.

A.S. Acampora, Packet Access in Third Generation Personal Wireless Networks," AT&T Bell Laboratories, Feb. 1994.

M. Naghshineh and A.S. Acampora, "Issues in Wireless Access Broadband Networks," Fifth WINLAB Workshop on Third Generation Wireless Networks, April 1995, New Brunswick.

A.S. Acampora, "Trends in Broadband Wireless Access," IEEE San Diego Sectional Meeting, Dec. 1995, San Diego.

A.  Acampora, S.V. Krishnamurthy, and M. Zorzi, "Media Access Protocols for use with Smart Adaptive Array Antennas to Enable Wireless Multimedia Applications", 9th Tyrhennian Conference on Digital Communications, Lerici, Italy, Sept. 1997.

A.Acampora, "Strategies for Universal Wireless Access", Workshop on Multi-Access, Mobility and Teletraffic for Wireless Communications, Venice,Oct.1999

A.Acampora and L. Du, "Free-Space Optical Networks: Some Capacity Considerations," IEEE LEOS Summer Topicals Meeting, San Diego, July 2005

A.Acampora, R. Tamari, and S. Bhardwaj, "A Best-Case Performance Comparison of Cellular Data Networks with Cooperating and Non-Cooperating Base Stations," Workshop on Cooperative Coomunications, Wireless Internet Center for Advanced Technology, Polytechnic University, Brooklyn, NY, Oct. 2005

A.Acampora, "Quality-of-Service Considerations for Cellular and Ad-hoc Wireless Networks," 4th Int'l Telecom Networking Workshop IT-NEWS (QoS-IP) 2008, Venice, Italy Feb.13-15, 2008

Courses/Seminars Taught at Columbia University:

EE.E9701: Communication Systems and Networks (Autumn 1988, Autumn, 1989, Autumn 1990, Autumn 1991, Autumn 1992, Autumn 1993).

EE.E4702:  Communications Theory and Networks (Spring 1989, Spring 1990, Spring 1991, Spring 1992, Spring 1994).

Courses/Seminars Taught at UCSD:

ECE 151:  Probability and Statistics for Engineers (Spring 1996)

ECE 257B:  Wireless Networks (Spring 1996, Winter 1997, Winter 2000, Winter 2003, Winter 2004, Winter 2005, Winter 2006, Winter 2007, Winter 2008)

ECE 109:  Probability and Statistics for Engineers (Spring 1997, Winter 1998, Winter 1999, Winter 2000, Winter 2001, Winter 2002, Winter 2003 Winter 2004, Winter 2005, Winter 2006)

ECE 153 Probability and Random Processes (Spring 2003, Spring 2004, Fall 2004, Spring 2006)

External Courses:

Developed and regularly offer multi-day intensive short courses to practicing engineers on the topics of Modern Telecommunications, Cellular Systems, and Broadband Networks.  All three have been offered nationally and internationally numerous times over the past ten years.

Doctoral Students:

J.F. Labourdette:  Wavelength agile re-arrangeable lightwave networks

S.I.A. Shah:  Very high speed lightwave networks

R. Khayata:  Broadband radio Local Area Networks

R. Gidron:  Traffic control in lightwave networks

D. Seidman:  Optical network logical topologies and traffic flow).

S. Elby:  Multihop networks with rapidly tunable elements.

M. Naghshineh:  Handoff, registration, and traffic management in ATM-based wireless personal networks.

N. Jaganath:  Scalable management algorithms for multihop optical networks.

D.-Y. Guo:  Logical hierarchies for scalable optical networks.

S. Krishnamurthy: Broadband wireless access networks.

P. Adhikari:  Broadband wireless access networks.

Q. Gao:  Broadband wireless access networks.

R. Gholmieh:  Multicode CDMA for improved coverage

J. Reddy:  Wireless access to the Internet

Y. Tokgoz:  Wireless networks for the home and office

H. Jin :  Adaptive Antennas for improved capacity

S.Bhardwaj:  Wireless Networks with Cooperative Nodes

L. Du:  Broadband Wireless Access Networks

V.Menon:  Ad-hoc Wireless Networks

Michael Tan :  Ad-hoc Wireless Networks

Patents Issued:

| U.S. Patent No. | Title | Issue Date |
|---|---|---|
| 4,087,787 | Decoder for Implementing An Approximation of the Viterbi Algorithm Using Analog Processing Techniques | May 2, 1978 |
| 4,145,658 1979 (co-inventors: D.O Reudink, Y.S. Yeh) | Method and Apparatus for Cancelling Interference Between Area Coverage and Spot Coverage Antenna Beams | Mar. 20, |
| 4,163,942 (co-inventors: D.O. Reudink, | Method and Apparatus for Effecting Communication with Receivers Disposed in Blackout Regions Formed by Concurrently Transmitted Overlapping Global and Spot | Aug. 7, 1979 |

| Y.S. Yeh | Beams | |
|---|---|---|
| 4,178,550 (co-inventors: D.O. Reudink, Y.S. Yeh) | Method and Apparatus to Permit Substantial Cancellation of Interference Between a Received First and Second Signal | Dec. 11, 1979 |
| 4,232,197 (co-inventor: R.E. Langseth) | Processor For a TDMA Burst Modem | Nov. 4, 1980 |
| 4,232,266 | Technique for Sharing a Plurality of Transponders Among a Same or Larger Number of Channels | Nov. 4, 1980 |
| 4,252,999 1981 (co-inventors: R.E. Langseth, D.O. Reudink, Y.S. Yeh) | Signaling and Ranging Technique for a TDMA Satellite Communication System | Feb. 24, |
| 4,301,533 1981 (co-inventor: D.O. Reudink) | Technique for Increasing the Rain Margin of a TDMA Satellite Communication System | Nov. 17, |
| 4,309,764 | Technique for Increasing the Rain Margin of a Satellite Communication System | Jan. 5, 1982 |
| 4,315,262 (co-inventor: D.O. Reudink) | Satellite Communication System with a Plurality of Limited Scan Spot Beams | Feb. 9, 1982 |
| 4,381,562 | Broadcast Type Satellite Communication Systems | Apr. 26, 1983 |
| 4,425,639 | Satellite Communications System with | Jan. 10, 1984 |

| | | |
|---|---|---|
| (co-inventors: D.O. Reudink, Y.S. Yeh) | Frequency Channelized Beams | |
| 4,495,619 | Transmitter and Receiver Using Sharing and Coding for Increased Capacity | Jan. 22, 1985 |
| 4,593,282 (co-inventors: M.G. Hluchyj, C.D. Tsao) | Network Protocol For Integrating Synchronous and Asynchronous Traffic on a Common Serial Data Bus | June 3, 1986 |
| 4,638,476 (co-inventor: M.J. Gans) | Technique for Dynamic Resource Allocation in a Communication System | Jan. 20, 1987 |
| 4,726,040 | A Burst Demodulator | Feb. 16, 1988 |
| 4,730,310 (co-inventors: T.S. Chu, C. Dragone, M.J. Gans) | Terrestrial Communications System | Mar. 8, 1988 |
| 4,730,305 (co-inventor: K.Y. Eng) | Fast Assignment Technique for Use in a Switching Arrangement | Mar. 8, 1988 |
| 4,760,570 (co-inventors: M.G. Hluchyj, Y. S. Yeh) | The N x N "Knockout" Switch for High Performance Packet Switching Systems | July 26, 1988 |
| 4,789,983 | Wireless Network for | Dec. 6, 1988 |

| | | |
|---|---|---|
| (co-inventor: J.H. Winters) | Wideband Indoor Communications | |
| 4,914,648 (co- inventors: M.G. Hluchyj and M.J. Karol) | Multichannel Communication Multihop Lightwave Network | April 3, 1990 |
| 5,121,240 | Optical Packet Time Compression and Expansion | June 9, 1992 |
| 5,487,065 23,1996 (co-inventor: M. Nagshineh) | Method and Apparatus for Supporting Mobile Communications in Asynchronous Transfer Mode Based Networks | Jan. |
| 5,497,504 (co-inventor: M. Nagshineh) | System and Method for Connection Control in Mobile Communications | Mar. 5, 1996 |
| 5,528,583 18,1996 (co-inventor: M. Nagshineh) | Method and Apparatus for Supporting Mobile Communications in Mobile Communications Networks | Jun. |
| 5,530,575 25,1996 (co-inventor: G.C. Brown) | Systems and Methods for Employing a Recursive Mesh Network with Extraplanar Links | Jun. |
| 5,553,074 | Transmission Format in Packet Based Communications | Sep. 3, 1996 |
| 5,590,125 31,1996 (co-inventor: M. Nagshineh) | Method and Apparatus for Supporting Mobile Communications in Asynchronous Transfer Mode Based Networks | Dec. |
| 5,697,066 | Media Access Protocol for Packet Access Within a Radio Cell | Dec. 9, 1996 |

6,049,593          Hybrid Universal Broadband Telecommunications     April 11, 2000
                   Using Small Radio Cells Interconnected by Free-
                   Space Optical Links

6,314,163B1              Hybrid Universal Broadband Telecommunications          Nov.
6, 2001
                   Using Small Radio Cells Interconnected by Free-
                   Space Optical Links

6,751,455 B1       Power and Bandwidth Adaptive In-Home Wireless     June15,
                   2004 Communications System With Power Grid Powered
                   Agents and Battery Powered Clients

7,197,326 B2       Adaptive Local Wireless Communication System     Mar. 27, 2007

# Exhibit B

**Materials Reviewed**

1.  Agreed Constructions, Supplemental Joint Claim Construction and Prehearing Statement, Exh. Q [Document No. 74-8].

2.  U.S. Patent No. 6,873,630

# Exhibit C

## Case History for Anthony Acampora

Comverse Systems v. Priority Call Management
- District of Massachusetts, Case No. CV 12259  DPW
- Activity: Deposition
- Representing: Comverse Systems
- Filed: Nov. 5, 1998

Ericsson, Inc. vs. Harris Corp.
- Northern District of Texas, Case No. 3:98-CV-2903-M
- Activity: Deposition, Markman and trial testimony
- Representing: Harris Corp.
- Filed: Dec. 10, 1998

Alcatel vs. Cisco Systems, Inc.
- Northern District of California, Case No. 00-05799 SVW  (N.D. Cal)
- Activity: Deposition, Markman testimony
- Representing: Cisco Systems, Inc.
- Filed: May 31, 2000

GTE Wireless vs. AT&T Wireless and Nokia
- Northern District of Washington, Case No. C99-1737Z
- Activity: Deposition
- Representing: GTE Wireless
- Filed: Sep. 9, 2001

Broadcom vs. Agere
- Eastern District of Pennsylvania  Case No. 03-3138
- Activity: Deposition
- Representing: Broadcom
- Filed: May 16, 2003

Papyrus Technology Corporation v. New York Stock Exchange, Inc.
- Southern District of New York, Case No. 04 CV 625 (RCC)
- Activity: Deposition
- Representing: Papyrus Technology Corporation
- Filed: Jan. 27, 2004

Tantivy Communications, Inc. v. Lucent Technologies, Inc.
- Eastern District of Texas, Marshall Division, Case No. 2-04CV-79 (TJW)
- Activity: Deposition and Markman Testimony
- Representing: Tantivy
- Filed: Mar. 1, 2004

Raytheon vs. McData Corp, Overland Storage, Inc., Qualstar Corp., QLogic Corp., Ricoh Corp., Spectra Logic Corp., and Veritas Software Corp.
- Eastern District of Texas, Civil Action No. 2:03 CV 13 (TJW)  (E.D. Tex.)
- Activity: Deposition
- Representing: McData, et al.
- Filed: May 24, 2004

Telcordia Technologies, Inc. v. Alcatel USA, Lucent Technologies, Inc., and Cisco Systems, Inc.,
- District of Delaware, Civil Action No. 04-876-GMS
- Activity: Deposition and trial testimony
- Representing: Cisco Systems, Inc. , et al.
- Filed: Jul. 16, 2004

Telcordia Technologies, Inc. v. Alcatel USA, Lucent Technologies, Inc., PMC Sierra, Cisco Systems, Inc., and US International Trade Commission
- Investigation No. 337-TA-574
- Representing: Cisco Systems, Inc., et al.
- Activity: Deposition

Cisco Systems, Inc. v. Connectel LLC
- Eastern District of Texas, Civil Action No. 2-04-CV-396 LED
- Activity: Deposition
- Representing: Cisco Systems, Inc.
- Filed: Nov. 2, 2004

Visto Corporation v. Microsoft Corporation
- Eastern District of Texas, Civil Action No. 2:05-CV-546 (DJF)
- Activity: Deposition
- Representing: Microsoft Corporation
- Filed: Dec. 14, 2005

800 Adept v.  AT&T Mobility, Cellco Partnership, Sprint Nextel Corp, Sprint Spectrum LP, Nextel Communications of the Mid Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., Nextel of Texas, Inc., Nextel West Corp., Nextel Operations, Inc., and T-Mobile USA, Inc.
- Eastern District of Texas, 5:2007-CV-00023
- Activity: Deposition
- Representing: AT&T Mobility, et al.
- Filed: Feb. 6, 2007