# Exhibit B

**Materials Reviewed**

1. Agreed Constructions, Supplemental Joint Claim Construction and Prehearing Statement, Exh. Q [Document No. 74-8].

2. U.S. Patent No. 6,873,630