# Exhibit C

## Case History for Anthony Acampora

Comverse Systems vs. Priority Call Management
- District of Massachusetts, Case No. CV 12259 DPW
- Activity: Deposition
- Representing: Comverse Systems
- Filed: Nov. 5, 1998

Ericsson, Inc. vs. Harris Corp.
- Northern District of Texas, Case No. 3:98-CV-2903-M
- Activity: Deposition, Markman and trial testimony
- Representing: Harris Corp.
- Filed: Dec. 10, 1998

Alcatel vs. Cisco Systems, Inc.
- Northern District of California, Case No. 00-05799 SVW (N.D. Cal)
- Activity: Deposition, Markman testimony
- Representing: Cisco Systems, Inc.
- Filed: May 31, 2000

GTE Wireless vs. AT&T Wireless and Nokia
- Northern District of Washington, Case No. C99-1737Z
- Activity: Deposition
- Representing: GTE Wireless
- Filed: Sep. 9, 2001

Broadcom vs. Agere
- Eastern District of Pennsylvania Case No. 03-3138
- Activity: Deposition
- Representing: Broadcom
- Filed: May 16, 2003

Papyrus Technology Corporation vs. New York Stock Exchange, Inc.
- Southern District of New York, Case No. 04 CV 625 (RCC)
- Activity: Deposition
- Representing: Papyrus Technology Corporation
- Filed: Jan. 27, 2004

Tantivy Communications, Inc. vs. Lucent Technologies, Inc.
- Eastern District of Texas, Marshall Division, Case No. 2-04CV-79 (TJW)
- Activity: Deposition and Markman Testimony
- Representing: Tantivy
- Filed: Mar. 1, 2004

Raytheon vs. McData Corp, Overland Storage, Inc., Qualstar Corp., QLogic Corp., Ricoh Corp., Spectra Logic Corp., and Veritas Software Corp.
- Eastern District of Texas, Civil Action No. 2:03 CV 13 (TJW) (E.D. Tex.)
- Activity: Deposition
- Representing: McData, et al.
- Filed: May 24, 2004

Telcordia Technologies, Inc. vs. Alcatel USA, Lucent Technologies, Inc., and Cisco Systems, Inc.,
- District of Delaware, Civil Action No. 04-876-GMS
- Activity: Deposition and trial testimony
- Representing: Cisco Systems, Inc. , et al.
- Filed: Jul. 16, 2004

Telcordia Technologies, Inc. vs. Alcatel USA, Lucent Technologies, Inc., PMC Sierra, Cisco Systems, Inc., and US International Trade Commission
- Investigation No. 337-TA-574
- Representing: Cisco Systems, Inc., et al.
- Activity: Deposition

Cisco Systems, Inc. vs. Connectel LLC
- Eastern District of Texas, Civil Action No. 2-04-CV-396 LED
- Activity: Deposition
- Representing: Cisco Systems, Inc.
- Filed: Nov. 2, 2004

Visto Corporation vs. Microsoft Corporation
- Eastern District of Texas, Civil Action No. 2:05-CV-546 (DJF)
- Activity: Deposition
- Representing: Microsoft Corporation
- Filed: Dec. 14, 2005

800 Adept vs. AT&T Mobility, Cellco Partnership, Sprint Nextel Corp, Sprint Spectrum LP, Nextel Communications of the Mid Atlantic, Inc., Nextel of New York, Inc., Nextel South Corp., Nextel of Texas, Inc., Nextel West Corp., Nextel Operations, Inc., and T-Mobile USA, Inc.
- Eastern District of Texas, 5:2007-CV-00023
- Activity: Deposition
- Representing: AT&T Mobility, et al.
- Filed: Feb. 6, 2007