# Exhibit A

# Kevin C. Almeroth

Associate Dean, College of Engineering
Professor, Department of Computer Science
University of California
Santa Barbara, CA 93106-5110
(805)893-2777 (office)
(805)893-8553 (fax)
almeroth@cs.ucsb.edu (email)
http://www.cs.ucsb.edu/~almeroth (WWW URL)

## Education

| | | | |
|---|---|---|---|
| **Ph.D.** | June 1997 | *Georgia Institute of Technology* | Computer Science |

*Dissertation Title*: Networking and System Support for the Efficient,
Scalable Delivery of Services in Interactive Multimedia Systems

*Minor*: Telecommunications Public Policy

| | | | |
|---|---|---|---|
| **M.S.** | June 1994 | *Georgia Institute of Technology* | Computer Science |

*Specialization*: Networking and Systems

| | | | |
|---|---|---|---|
| **B.S.(high honors)** | June 1992 | *Georgia Institute of Technology* | Computer Science |

*Minors*: Economics, Technical Communication, American Literature

## Employment History

| | | |
|---|---|---|
| Associate Dean | College of Engineering University of California Santa Barbara, CA | Mar 2007 -- present |
| Professor | Department of Computer Science University of California | Jul 2005 -- present |

|  |  |  |
|---|---|---|
|  | Santa Barbara, CA |  |
| Vice Chair | Department of Computer Science University of California Santa Barbara, CA | Jul 2000 -- Nov 2005 |
| Associate Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 2001 -- Jun 2005 |
| Assistant Professor | Department of Computer Science University of California Santa Barbara, CA | Jul 1997 -- Jun 2001 |
| Graduate Researcher | Broadband Telecommunications Center Georgia Center for Adv Telecom Tech Atlanta, GA | Sep 1996--Jun 1997 |
| Graduate Intern | IBM T.J. Watson Research Labs Hawthorne, NY | Jun 1995--Sep 1995 |
| Support Specialist | Office of Information Technology Georgia Institute of Technology Atlanta, GA | Sep 1995--Jun 1997 |
| Research Assistant | College of Computing Georgia Institute of Technology Atlanta, GA | Jan 1994--Mar 1994 |
| Graduate Intern | Hitachi Telecommunications Norcross, GA | Jun 1992--Sep 1992 |

## Industry Technical Advising

|  |  |  |
|---|---|---|
| Board of Advisors | Airplay Inc. San Francisco, CA | Jun 2005 -- present |
| Consultant | Lockheed Martin Corporation San Jose, CA | Jan 2004 -- present |

| Board of Directors | Techknowledge Point Santa Barbara, CA | May 2001 - - present |
| Technical Advisory Board | Occam Networks, Inc. Santa Barbara, CA | May 2000 - - present |
| Board of Advisors | Santa Barbara Technology Group Santa Barbara, CA | Sep 2000 -- Dec 2004 |
| Board of Directors | Virtual Bandwidth, Inc. Santa Barbara, CA | Nov 2000 -- Jun 2001 |
| Board of Advisors & Affiliated Scientist | Digital Fountain San Francisco, CA | Jan 2000 -- Dec 2001 |
| Senior Technologist | IP Multicast Initiative, Stardust Forums Campbell, CA | Jun 1998 -- Dec 2000 |

# I. Teaching

## A. Courses Taught

| CS 176A | Intro to Computer Communication Networks | Fall 1997, Fall 1998, Fall 2002, Fall 2003, Fall 2004, Spring 2005, Spring 2006, Spring 2007 |
| CS 176B | Network Computing | Winter 2000, Winter 2001, Winter 2002 |
| MAT 201B | Media Networks and Services | Fall 1999, Fall 2000, Fall 2001, Fall 2003 |
| CS 276 | Distributed Computing and Computer Networks | Winter 1999, Spring 2000, Fall 2002, Fall 2005 |
| CS 290I | Networking for Multimedia Systems | Winter 1998, Spring 1999, Fall 2004 |

| CS 595N | Technology and Society | Winter 2005, Fall 2005, Spring 2007, Fall 2007 |
| CS 595N | Economic Systems Seminar | Winter 2004, Spring 2004, Winter 2005, Spring 2005, Fall 2005, Spring 2006 |
| CS 595N | Networking Seminar | Winter 1999, Fall 1999, Winter 2003 |
| CS 595N | Wireless Networking & Multimedia Seminar | Fall 2000 |
| CS 595I | Systems Design and Implementation Seminar | Fall 1999, Fall 2000, Winter 2001, Spring 2001, Winter 2002, Spring 2002 |

## B. Other Teaching Experience

- *The Evolution of Advanced Networking Services: From the ARPAnet to Internet2*, Instructor, Summer 2001. Short course taught at Escuela de Ciencias Informatica (ECI) sponsored by the Universidad de Buenos Aires.

- *Johns Hopkins Center for Talented Youth*, Instructor, Summer 1994. CTY is a program to teach gifted high school students the fundamentals of computer science.

- *Georgia Institute of Technology*, Graduate Teaching Assistant, Sep 1994--Sep 1996. Worked as a TA for 12 quarters teaching 7 different courses (4 undergraduate and 3 graduate).

## C. Ph.D. Students Advised [8 graduated and 5 current]

13. Brett Stone-Gross
    Research Area: *Wireless Network Security*
    Date Started: Fall 2006
12. Mike Wittie
    Research Area: *Military Communication Networks*
    Date Started: Spring 2006
11. Gayatri Swamynathan
    Research Area: *Economics for Networked Systems*
    Date Started: Fall 2003
10. Hangjin Zhang
    Research Area: *Teaching, Education, and Classroom Applications*
    Date Started: Fall 2002
9. Allan Knight
    Research Area: *Networking and Text/Voice/Image Translation*
    Date Started: Fall 2002

8. Amit Jardosh (co-advised with E. Belding-Royer)
   Dissertation Title: *Adaptive Large-Scale Wireles Networks: Measurements, Protocol Designs, and Simulation Studies*
   Date Started: Spring 2003
   Date Graduated: Fall 2007
   First Position: ???
7. Khaled Harras
   Dissertation Title: *Protocol and Architectural Challenges in Delay and Disruption Tolerant Networks*
   Date Started: Fall 2002
   Date Graduated: Summer 2007
   First Position: Assistant Professor, Carnegie Mellon University
6. Krishna Ramachandran (co-advised with E. Belding-Royer)
   Dissertation Title: *Design, Deployment, and Management of High-Capacity Wireless Mesh Networks*
   Date Started: Fall 2003
   Date Graduated: Winter 2006
   First Position: Research Scientist, Citrix Online
5. Robert Chalmers
   Dissertation Title: *Improving Device Mobility with Intelligence at the Network Edge*
   Date Started: Spring 1999
   Date Graduated: Summer 2004
   First Position: President and CEO, Limbo.net
4. Prashant Rajvaidya
   Dissertation Title: *Achieving Robust and Secure Deployment of Multicast*
   Date Started: Winter 1999
   Date Graduated: Spring 2004
   First Position: President and CTO, Mosaic Networking
3. Sami Rollins
   Dissertation Title: *Overcoming Resource Constraints to Enable Content Exchange Applications in Next-Generation Environments*
   Date Started: Spring 1999
   Date Graduated: Spring 2003
   First Position: Assistant Professor, Mount Holyoke College
2. Srinivasan Jagannathan
   Dissertation Title: *Multicast Tree-Based Congestion Control and Topology Management*
   Date Started: Fall 1999
   Date Graduated: Spring 2003
   First Position: Consultant, Kelly & Associates
1. Kamil Sarac
   Dissertation Title: *Supporting a Robust Multicast Service in the Global Infrastructure*

Date Started: Spring 1998
Date Graduated: Spring 2002
First Position: Assistant Professor, UT-Dallas

## D. M.S. Students Advised (Thesis/Project Option) [17 graduated and 0 current]

17. Brian Weiner
   Research Area: *VoIP-over-TCP Stream Resiliency*
   Date Graduated: Fall 2007
16. Avijit Sen Mazumder
   Research Area: *Facilitating Robust Multicast Group Management*
   Date Graduated: Fall 2005
15. Rishi Matthew
   Thesis Title: *Providing Seamless Access to Multimedia Content on Heterogeneous Platforms*
   Date Graduated: Summer 2004
14. Camden Ho
   Research Area: *Tools and Techniques for Wireless Network Management*
   Date Graduated: Spring 2004
13. Amit Jardosh (co-advised with E. Belding-Royer)
   Research Area: *Realistic Environment Models for Mobile Network Evaluation*
   Date Graduated: Spring 2004
12. Nitin Solanki
   Research Area: *SongWand: A Wireless Barcode Scanner Using Bluetooth Technology*
   Date Graduated: Winter 2004
11. Vrishali Wagle (co-advised with E. Belding-Royer)
   Research Area: *An Ontology-Based Service Discovery Mechanism*
   Date Graduated: Winter 2004
10. Uday Mohan
   Thesis Title: *Scalable Service Discovery in Mobile Ad hoc Networks*
   Date Graduated: Spring 2003
9. Krishna Ramachandran
   Thesis Title: *Ubiquitous Multicast*
   Date Graduated: Spring 2003
8. John Slonaker
   Thesis Title: *Inductive Loop Signature Acquisition Techniques*
   Date Graduated: Spring 2002
7. Mohammad Battah
   Thesis Title: *Dedicated Short-Range Communications Intelligent Transportation Systems Protocol (DSRC-ITS)*
   Date Graduated: Spring 2002

6. Kevin Vogel
   Thesis Title: *Integrating E-Commerce Applications into Existing Business Infrastructures*
   Date Graduated: Spring 2001
5. Sami Rollins
   Thesis Title: *Audio XmL: Aural Interaction with XML Documents*
   Date Graduated: Winter 2000
4. Andy Davis
   Thesis Title: *Stream Scheduling for Data Servers in a Scalable Interactive TV System*
   Date Graduated: Spring 1999
3. David Makofske
   Thesis Title: *MHealth: A Real-Time Graphical Multicast Monitoring Tool*
   Date Graduated: Winter 1999
2. Prashant Rajvaidya
   Thesis Title: *MANTRA: Router-Based Monitoring and Analysis of Multicast Traffic*
   Date Graduated: Winter 1999
1. Alex DeCastro (co-advised with Yuan-Fang Wang)
   Thesis Title: *Web-Based Collaborative 3D Modeling*
   Date Graduated: Winter 1998

## E. Teaching Awards

2006-2007 UCSB Academic Senate Distinguished Teaching Award
2004-2005 Computer Science Outstanding Faculty Member
2000-2001 UCSB Spotlight on Excellence Award
1999-2000 Computer Science Outstanding Faculty Member (co-recipient)
1998-1999 Computer Science Outstanding Faculty Member (co-recipient)
1997-1998 Computer Science Outstanding Faculty Member

# II. Research

# A. Journal Papers, Magazine Articles, Books, and Book Chapters

1. K. Harras and K. Almeroth, "Controlled Flooding in Disconnected Sparse Mobile Networks", <u>Wireless Communications and Mobile Computing (WCMC)</u>, vol. xx, num. xx, pp. xx-xx, Month 2008.

2.  G. Swamynathan, B. Zhao, and K. Almeroth, "Exploring the Feasibility of Proactive Reputations", <u>Concurrency and Computation: Practice and Experience, Special Issue on Recent Advances in Peer-to-Peer Systems and Security</u>, vol. xx, num. xx, pp. xx-xx, Month 2008.

3.  A. Knight, K. Almeroth, and B. Bimber, "Design, Implementation and Deployment of PAIRwise", <u>Journal of Interactive Learning Research (JILR)</u>, vol. xx, num. xx, pp. xx-xx, Month 2008.

4.  G. Swamynathan, B. Zhao, and K. Almeroth, "Exploring the Feasibility of Proactive Reputations", <u>Concurrency and Computation: Practice and Experience</u>, vol. xx, num. xx, pp. xx-xx, Month 2008.

5.  M. Bulger, R. Mayer, K. Almeroth, and S. Blau, "Measuring Learner Engagement in Computer-Equipped College Classrooms", <u>Journal of Educational Multimedia and Hypermedia</u>, vol. xx, num. xx, pp. xx-xx, Month 2008.

6.  R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Overestimation Bias in Self-reported SAT Scores", <u>Educational Psychology Review</u>, vol. 19, num. 4, pp. 443-454, Month 2007.

7.  P. Namburi, K. Sarac and K. Almeroth, "Practical Utilities for Monitoring Multicast Service Availability", <u>Computer Communications Special Issue on Monitoring and Measurement of IP Networks</u>, vol. 29, num. 10, pp. 1675-1686, June 2006.

8.  H. Lundgren, K. Ramachandran, E. Belding-Royer, K. Almeroth, M. Benny, A. Hewatt, A. Touma and A. Jardosh, "Experience from the Design, Deployment and Usage of the UCSB MeshNet Testbed", <u>IEEE Wireless Communications</u>, vol. 13, num. 2, pp. 18-29, April 2006.

9.  R. Chalmers, G. Krishnamurthi and K. Almeroth, "Enabling Intelligent Handovers in Heterogeneous Wireless Networks", <u>Mobile Networks and Applications (MONET)</u>, vol. 11, num. 2, pp. 215-227, April 2006.

10. R. Mayer, K. Almeroth, B. Bimber, D. Chun, A. Knight and A. Campbell, "Technology Comes to College: Understanding the Cognitive Consequences of Infusing Technology in College Classrooms", <u>Educational Technology</u>, vol. 46, num. 2, pp. 48-53, March-April 2006.

11. A. Garyfalos and K. Almeroth, "A Flexible Overlay Architecture for Mobile IPv6 Multicast", <u>Journal on Selected Areas in Communications (JSAC) Special Issue on Wireless Overlay Networks Based on Mobile IPv6</u>, vol. 23, num. 11, pp. 2194-2205, November 2005.

12. K. Sarac and K. Almeroth, "Monitoring IP Multicast in the Internet: Recent

Advances and Ongoing Challenges", <u>IEEE Communications</u>, vol. 43, num. 10, pp. 85-91, October 2005.

13.  K. Sarac and K. Almeroth, "Application Layer Reachability Monitoring for IP Multicast", <u>Computer Networks</u>, vol. 48, num. 2, pp. 195-213, June 2005.

14.  S. Rollins and K. Almeroth, "Evaluating Performance Tradeoffs in a One-to-Many Peer Content Distribution Architecture", <u>Journal of Internet Technology</u>, vol. 5, num. 4, pp. 373-387, Fall 2004.

15.  A. Jardosh, E. Belding-Royer, K. Almeroth and S. Suri, "Real-world Environment Models for Mobile Network Evaluation", <u>Journal on Selected Areas in Communications Special Issue on Wireless Ad hoc Networks</u>, vol. 23, num. 3, pp. 622-632, March 2005.

16.  K. Sarac and K. Almeroth, "Tracetree: A Scalable Mechanism to Discover Multicast Tree Topologies in the Network", <u>IEEE/ACM Transactions on Networking</u>, vol. 12, num. 5, pp. 795-808, October 2004.

17.  K. Sarac and K. Almeroth, "A Distributed Approach for Monitoring Multicast Service Availability", <u>Journal of Network and Systems Management</u>, vol. 12, num. 3, pp. 327-348, September 2004.

18.  P. Rajvaidya, K. Ramachandran and K. Almeroth, "Managing and Securing the Global Multicast Infrastructure", <u>Journal of Network and Systems Management</u>, vol. 12, num. 3, pp. 297-326, September 2004.

19.  P. Rajvaidya and K. Almeroth, "A Study of Multicast Routing Instabilities", <u>IEEE Internet Computing</u>, vol. 8, num. 5, pp. 42-49, September/October 2004.

20.  D. Johnson, R. Patton, B. Bimber, K. Almeroth and G. Michaels, "Technology and Plagiarism in the University: Brief Report of a Trial in Detecting Cheating", <u>Association for the Advancement of Computing in Education (AACE) Journal</u>, vol. 12, num. 3, pp. 281-299, Summer 2004.

21.  R. Chalmers and K. Almeroth, "A Security Architecture for Mobility-Related Services", <u>Journal of Wireless Personal Communications</u>, vol 29, num. 3, pp. 247-261, June 2004.

22.  S. Rollins and K. Almeroth, "Lessons Learned Deploying a Digital Classroom", <u>Journal of Interactive Learning Research (JILR)</u>, vol. 15, num. 2, pp. 169-185, April 2004.

23.  B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Pricing for Content in the Internet", <u>Computer Communications</u>, vol. 27, num. 6, pp. 522-528, April 2004.

24. S. Jagannathan and K. Almeroth, "A Dynamic Pricing Scheme for E-Content at Multiple Levels-of-Service", <u>Computer Communications</u>, vol. 27, num. 4, pp. 374-385, March 2004.

25. K. Almeroth, "Using Satellite Links in the Delivery of Terrestrial Multicast Traffic", <u>Internetworking and Computing over Satellites</u>, Kluwer Academic Publishers, 2003.

26. R. Chalmers and K. Almeroth, "On the Topology of Multicast Trees", <u>IEEE/ACM Transactions on Networking</u>, vol. 11, num. 1, pp. 153-165, January 2003.

27. S. Jagannathan, J. Nayak, K. Almeroth, and M. Hofmann, "On Pricing Algorithms for Batched Content Delivery Systems", <u>Electronic Commerce Research and Applications Journal</u>, vol. 1, num. 3-4, pp. 264-280, Fall 2002.

28. D. Makofske and K. Almeroth, "<u>Multicast Sockets: Practical Guide for Programmers</u>", *Morgan Kaufmann Publishers*, November 2002.

29. S. Jagannathan and K. Almeroth, "Price Issues in Delivering E-Content On-Demand", <u>ACM Sigecom Exchanges</u>, vol. 3, num. 2, pp. 18-27, May 2002.

30. D. Makofske and K. Almeroth, "From Television to Internet Video-on-Demand: Techniques and Tools for VCR-Style Interactivity", <u>Software: Practice and Experience</u>, vol. 31, num. 8, pp. 781-801, July 2001.

31. K. Sarac and K. Almeroth, "Supporting Multicast Deployment Efforts: A Survey of Tools for Multicast Monitoring", <u>Journal on High Speed Networking</u>, Special Issue on Management of Multimedia Networking, vol. 9, num. 3/4, pp. 191-211, March 2001.

32. K. Almeroth, "Adaptive, Workload-Dependent Scheduling for Large-Scale Content Delivery Systems", <u>Transactions on Circuits and Systems for Video Technology</u>, *Special Issue on Streaming Video*, vol. 11, num. 3, pp. 426-439, March 2001.

33. D. Makofske and K. Almeroth, "Real-Time Multicast Tree Visualization and Monitoring", <u>Software: Practice and Experience</u>, vol. 30, num. 9, pp. 1047-1065, July 2000.

34. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of WWW Pages", <u>Electronic Commerce Technology Trends: Challenges and Opportunities</u>, IBM Press, February 2000.

35. K. Almeroth, "The Evolution of Multicast: From the MBone to Inter-Domain Multicast to Internet2 Deployment", <u>IEEE Network Special Issue on Multicasting</u>, vol. 10, num. 1, pp. 10-20, January/February 2000.

36.  K. Almeroth and M. Ammar, "An Alternative Paradigm for Scalable On-Demand Applications: Evaluating and Deploying the Interactive Multimedia Jukebox", <u>IEEE Transactions on Knowledge and Data Engineering Special Issue on Web Technologies</u>, vol. 11, num. 4, pp 658-672, July/August 1999.

37.  K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video",<u>Computer Networks and ISDN Systems</u>, vol. 30, no. 1, April 1998.

38.  K. Almeroth and M. Ammar, "Multicast Group Behavior in the Internet's Multicast Backbone (MBone)", <u>IEEE Communications</u>, vol. 35, no. 6, pp. 124-129, June 1997.

39.  K. Almeroth and M. Ammar, "On the Use of Multicast Delivery to Provide a Scalable and Interactive Video-on-Demand Service", <u>Journal on Selected Areas of Communication (JSAC)</u>, vol. 14, no. 6, pp. 1110-1122, August 1996.

## B. Conference Papers with Proceedings (refereed)

1.  M. Wittie, B. Stone-Gross, K. Almeroth and E. Belding, "MIST: Cellular Data Network Measurement for Mobile Applications", *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

2.  S. Karpinski, E. Belding, K. Almeroth, "Wireless Traffic: The Failure of CBR Modeling", *IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets)*, Raleigh, North Carolina, USA, September 2007.

3.  A. Knight, K. Almeroth, H. Zhang, R. Mayer, and K. DeLeeuw, "Data Cafe: A Dining Car Approach to Educational Research Data Management and Distribution", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA June 2007.

4.  H. Zhang, K. Almeroth, A. Knight, M. Bulger, and R. Mayer, "Moodog: Tracking Students' Online Learning Activities", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Vancouver, CANADA June 2007.

5.  M. Bulger, K. Almeroth, R. Mayer, D. Chun, A. Knight, H. Collins, "Effects of Instructor Engagement on Student Use of a Course Management System", Assocation for Psychological Science (APS) Annual Conference, Washington DC, USA, May 2007.

6.  R. Mayer, A. Stull, K. Almeroth, B. Bimber, D. Chun, M. Bulger, J. Campbell, Allan Knight, and H. Zhang, "Using Technology-Based Methods to Foster Learning in Large Lecture Classes: Evidence for the Pedagogic Value of Clickers", *American*

*Educational Research Association (AERA) Annual Conference*, Chicago, Illinois, USA, April 2007.

7. K. Ramachandran, I. Sheriff, E. Belding, and K. Almeroth, "Routing Stability in Static Wireless Mesh Networks", *Passive and Active Measurement Conference (PAM)*, Louvain-la-neuve, BELGIUM, April 2007.

8. G. Swamynathan, T. Close, S. Banerjee, R. McGeer, B. Zhao, and K. Almeroth, "Scalable Access Control For Web Services", *International Conference on Creating, Connecting and Collaborating through Computing (C5)*, Kyoto, JAPAN, January 2007.

9. A. Knight, M. Bulger, K. Almeroth, and H. Zhang, "Is Learning Really a Phone Call Away? Knowledge Transfer in Mobile Learning", *World Conference on Mobile Learning (mLearn)*, Banff, Alberta, CANADA, October 2006.

10. J. Kurian, K. Sarac, and K. Almeroth, "Defending Network-Based Services Against Denial of Service Attacks", *International Conference on Computer Communication and Networks (IC3N)*, Arlington, Virginia, USA, October 2006.

11. A. Jardosh, K. Sanzgiri, E. Belding and K. Almeroth, "IQU: Practical Queue-Based User Association Management for WLANs--Case Studies, Architecture, and Implementation", ACM Mobicom, Marina del Rey, California, USA, September 2006.

12. C. Holman, K. Harras, and K. Almeroth, "A Proactive Data Bundling System for Intermittent Mobile Connections", IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON), Reston, Virginia, USA, September 2006.

13. G. Banks, M. Cova, V. Felmetsger, K. Almeroth, R. Kemmerer and G. Vigna, "SNOOZE: toward a Stateful NetwOrk prOtocol fuzZEr", *Information Security Conference (ISC)*, Samos Island, GREECE, September 2006.

14. K. Harras and K. Almeroth, "Inter-Regional Messenger Scheduling in Delay Tolerant Mobile Networks", *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Niagara Falls, New York, USA, June 2006.

15. M. Bulger, R. Mayer, and K. Almeroth, "Engaged By Design: Using Simulation to Promote Active Learning", **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

16. A. Knight, K. Almeroth, R. Mayer, D. Chun, and B. Bimber, "Observations and Recommendations for Using Technology to Extend Interaction", *World Conference*

*on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

17. H. Zhang, and K. Almeroth, "A Simple Classroom Network Access Control System", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Orlando, Florida, USA, June 2006.

18. K. Harras and K. Almeroth, "Transport Layer Issues in Delay Tolerant Mobile Networks", *IFIP Networking Conference*, Coimbra, PORTUGAL, May 2006.

19. R. Mayer, A. Stull, J. Campbell, K. Almeroth, B. Bimber, D. Chun and A. Knight, "Some Shortcomings of Soliciting Students' Self-Reported SAT Scores", *American Educational Research Association (AERA) Annual Conference*, San Francisco, California, USA, April 2006.

20. K. Ramachandran, E. Belding, K. Almeroth, and M. Buddhikot, "Interference-Aware Channel Assignment in Multi-Radio Wireless Mesh Networks", *IEEE Infocom*, Barcelona, SPAIN, April 2006.

21. A. Jardosh, K. Ramachandran, K. Almeroth, and E. Belding-Royer, "Understanding Congestion in IEEE 802.11b Wireless Networks", *ACM/USENIX Internet Measurement Conference (IMC)*, Berkeley, California, USA, October 2005.

22. H. Zhang, K. Almeroth and M. Bulger, "An Activity Monitoring System to Support Classroom Research", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Montreal, Quebec, CANADA, pp. 1444-1449, June 2005.

23. Z. Xiang, H. Zhang, J. Huang, S. Song and K. Almeroth, "A Hidden Environment Model for Constructing Indoor Radio Maps", *IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM)*, Taormina, ITALY, June 2005.

24. K. Harras, K. Almeroth and E. Belding-Royer, "Delay Tolerant Mobile Networks (DTMNs): Controlled Flooding in Sparse Mobile Networks", *IFIP Networking Conference*, Waterloo, Ontario, CANADA, May 2005.

25. A. Garyfalos and K. Almeroth, "Coupons: Wide Scale Information Distribution for Wireless Ad Hoc Networks", *IEEE Global Telecommunications Conference (Globecom) Global Internet and Next Generation Networks Symposium*, Dallas, Texas, USA, pp. 1655-1659, December 2004.

26. A. Knight and K. Almeroth, "DeCAF: A Digital Classroom Application Framework", *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

27. P. Namburi, K. Sarac and K. Almeroth, "SSM-Ping: A Ping Utility for Source Specific Multicast", *IASTED International Conference on Communications, Internet and Information Technology (CIIT)*, St. Thomas, US Virgin Islands, November 2004.

28. K. Ramachandran, E. Belding-Royer and K. Almeroth, "DAMON: A Distributed Architecture for Monitoring Multi-hop Mobile Networks", *IEEE International Conference on Sensor and Ad Hoc Communications and Networks (SECON)*, Santa Clara, California, USA, October 2004.

29. A. Garyfalos and K. Almeroth, "Coupon Based Incentive Systems and the Implications of Equilibrium Theory", *IEEE Conference on Electronic Commerce (CEC)*, San Diego, California, USA, pp. 213-220, July 2004.

30. A. Knight, K. Almeroth and B. Bimber, "An Automated System for Plagiarism Detection Using the Internet", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 3619-3625, June 2004.

31. H. Zhang and K. Almeroth, "Supplement to Distance Learning: Design for a Remote TA Support System", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Lugano, Switzerland, pp. 2821-2830, June 2004.

32. U. Mohan, K. Almeroth and E. Belding-Royer, "Scalable Service Discovery in Mobile Ad hoc Networks", *IFIP Networking Conference*, Athens, Greece, pp. 137-149, May 2004.

33. V. Thanedar, K. Almeroth and E. Belding-Royer, "A Lightweight Content Replication Scheme for Mobile Ad hoc Environments", *IFIP Networking Conference*, Athens, Greece, pp. 125-136, May 2004.

34. R. Chalmers and K. Almeroth, "A Mobility Gateway for Small-Device Networks", *IEEE International Conference on Pervasive Computing and Communications (PerCom)*, Orlando, Florida, USA, March 2004.

35. A. Jardosh, E. Belding-Royer, K. Almeroth and S. Suri, "Towards Realistic Mobility Models For Mobile Ad hoc Networks", *ACM Mobicom*, San Diego, California, USA, September 2003.

36. K. Sarac, P. Namburi and K. Almeroth, "SSM Extensions: Network Layer Support for Multiple Senders in SSM", *International Conference on Computer Communication and Networks (IC3N)*, Dallas, Texas, USA, October 2003.

37. K. Ramachandran and K. Almeroth, "MAFIA: A Multicast Management Solution for Access Control and Traffic Filtering", *IEEE/IFIP Conference on Management of Multimedia Networks and Services (MMNS)*, Belfast, Northern Ireland, September

2003.

38. J. Humfrey, S. Rollins, K. Almeroth, and B. Bimber, "Managing Complexity in a Networked Learning Environment", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 60-63, June 2003.

39. K. Almeroth, S. Rollins, Z. Shen, and B. Bimber, "Creating a Demarcation Point Between Content Production and Encoding in a Digital Classroom", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, pp. 2-5, June 2003.

40. M. Kolsch, K. Kvilekval, and K. Almeroth, "Improving Speaker Training with Interactive Lectures", *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Honolulu, Hawaii, USA, June 2003.

41. P. Rajvaidya and K. Almeroth, "Analysis of Routing Characteristics in the Multicast Infrastructure", *IEEE Infocom*, San Francisco, California, USA, April 2003.

42. S. Rollins and K. Almeroth, "Pixie: A Jukebox Architecture to Support Efficient Peer Content Exchange", *ACM Multimedia*, Juan Les Pins, FRANCE, December 2002.

43. S. Rollins, R. Chalmers, J. Blanquer, and K. Almeroth, "The Active Information System(AIS): A Model for Developing Scalable Web Services", *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

44. S. Rollins and K. Almeroth, "Seminal: Additive Semantic Content for Multimedia Streams", *IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA)*, Kauai, Hawaii, USA, August 2002.

45. B. Stiller, K. Almeroth, J. Altmann, L. McKnight, and M. Ott, "Content Pricing in the Internet", *SPIE ITCom Conference on Internet Performance and Control of Network Systems (IPCNS)*, Boston, Massachusetts, USA, July 2002.

46. S. Jagannathan, J. Nayek, K. Almeroth and M. Hofmann, "A Model for Discovering Customer Value for E-Content", *ACM International Conference on Knowledge Discovery and Data Mining (SIGKDD)*, Edmonton, Alberta, CANADA, July 2002.

47. S. Rollins and K. Almeroth, "Deploying and Infrastructure for Technologically Enhanced Learning", **Outstanding Paper** at the *World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA)*, Denver, Colorado, USA, pp. 1651-1656, June 2002.

48. P. Rajvaidya and K. Almeroth, "Building the Case for Distributed Global Multicast

Monitoring", *Multimedia Computing and Networking (MMCN)*, San Jose, California, USA, January 2002.

49. S. Jagannathan and K. Almeroth, "An Adaptive Pricing Scheme for Content Delivery Systems", *IEEE Global Internet*, San Antonio, Texas, USA, November 2001.

50. K. Sarac and K. Almeroth, "Providing Scalable Many-to-One Feedback in Multicast Reachability Monitoring Systems", *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

51. S. Jagannathan and K. Almeroth, "The Dynamics of Price, Revenue and System Utilization", *IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS)*, Chicago, Illinois, USA, October 2001.

52. A. Kanwar, K. Almeroth, S. Bhattacharyya, and M. Davy, "Enabling End-User Network Monitoring via the Multicast Consolidated Proxy Monitor", *SPIE ITCom Conference on Scalability and Traffic Control in IP Networks (STCIPN)*, Denver, Colorado, USA, August 2001.

53. S. Jagannathan and K. Almeroth, "Using Tree Topology for Multicast Congestion Control", *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

54. P. Rajvaidya and K. Almeroth, "A Router-Based Technique for Monitoring the Next-Generation of Internet Multicast Protocols", *International Conference on Parallel Processing (ICPP)*, Valencia, SPAIN, September 2001.

55. R. Chalmers and K. Almeroth, "Modeling the Branching Characteristics and Efficiency Gains of Global Multicast Trees", *IEEE Infocom*, Anchorage, Alaska, USA, April 2001.

56. R. Chalmers and K. Almeroth, "Developing a Multicast Metric", *Global Internet*, San Francisco, California, USA, December 2000.

57. K. Sarac and K. Almeroth, "Monitoring Reachability in the Global Multicast Infrastructure", *IEEE International Conference on Network Protocols (ICNP)*, Osaka, JAPAN, November 2000.

58. K. Almeroth, "A Long-Term Analysis of Growth and Usage Patterns in the Multicast Backbone (MBone)", *IEEE INFOCOM*, Tel Aviv, ISRAEL, March 2000.

59. K. Almeroth, K. Obraczka and D. De Lucia, "A Lightweight Protocol for Interconnecting Heterogeneous Devices in Dynamic Environments", *IEEE International Conference on Multimedia Computing and Systems (ICMCS)*, Florence,

ITALY, June 1999.

60. K. Almeroth and M. Ammar, "The Interactive Multimedia Jukebox (IMJ): A New Paradigm for the On-Demand Delivery of Audio/Video", **Best Paper** at *the Seventh International World Wide Web Conference (WWW)*, Brisbane, AUSTRALIA, April 1998.

61. K. Almeroth, M. Ammar and Z. Fei, "Scalable Delivery of Web Pages Using Cyclic Best-Effort (UDP) Multicast", *IEEE INFOCOM*, San Francisco, California, USA, June 1998.

62. K. Almeroth and M. Ammar, "Delivering Popular Web Pages Using Cyclic Unreliable Multicast (Extended Abstract)", *SPIE Conference on Voice, Video and Data Communications*, Dallas, Texas, USA, November 1997.

63. K. Almeroth, A. Dan, D. Sitaram and W. Tetzlaff, "Long Term Resource Allocation in Video Delivery Systems", *IEEE INFOCOM*, Kobe, JAPAN, April 1997.

64. K. Almeroth and M. Ammar, "On the Performance of a Multicast Delivery Video-On-Demand Service with Discontinuous VCR Actions", *International Conference on Communications (ICC)*, Seattle, Washington, USA, June 1995.

65. K. Almeroth and M. Ammar, "A Scalable, Interactive Video-On-Demand Service Using Multicast Communication", *International Conference on Computer Communication and Networks (IC3N)*, San Francisco, California, USA, September 1994.

## C. Workshop Papers (refereed)

1. S. Karpinski, E. Belding, and K. Almeroth, "Towards Realistic Models of Wireless Workload", *International Workshop on Wireless Network Measurement (WiNMee)*, Limassol, CYPRUS, April 2007.

2. K. Harras, M. Wittie, K. Almeroth, and E. Belding, "ParaNets: A Parallel Network Architecture for Challenged Networks", *IEEE Workshop on Mobile Computing Systems and Applications (HotMobile)*, Tucson, Arizona, USA, February 2007.

3. H. Caituiro-Monge, K. Almeroth, M. del Mar Alvarez-Rohena, "Friend Relay: A Resource Sharing Framework for Mobile Wireless Devices", *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Los Angeles, California, September 2006.

4. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Exploring the Feasibility of Proactive Reputations", *International Workshop on Peer-to-Peer Systems (IPTPS)*,

Santa Barbara, California, USA, February 2006.

5. G. Swamynathan, Ben Y. Zhao and K. Almeroth, "Decoupling Service and Feedback Trust in a Peer-to-Peer Reputation System", *International Workshop on Applications and Economics of Peer-to-Peer Systems (AEPP)*, Nanjing, CHINA, November 2005.

6. K. Ramachandran, M. Buddhikot, G. Chandranmenon, S. Miller, E. Belding-Royer, and K. Almeroth, "On the Design and Implementation of Infrastructure Mesh Networks", *IEEE Workshop on Wireless Mesh Networks (WiMesh)*, Santa Clara, California, USA, September 2005.

7. A. Jardosh, K. Ramachandran, K. Almeroth and E. Belding-Royer, "Understanding Link-Layer Behavior in Highly Congested IEEE 802.11b Wireless Networks", Sigcomm Workshop on Experimental Approaches to Wireless Network Design and Analysis (EWIND), Philadelphia, Pennsylvania, USA, August 2005.

8. Y. Sun, I. Sheriff, E. Belding-Royer and K. Almeroth, "An Experimental Study of Multimedia Traffic Performance in Mesh Networks", MobiSys International Workshop on Wireless Traffic Measurements and Modeling (WitMeMo), Seattle, Washington, USA, June 2005.

9. A. Sen Mazumder, K. Almeroth and K. Sarac, "Facilitating Robust Multicast Group Management", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Skamania, Washington, USA, June 2005.

10. K. Ramachandran, K. Almeroth and E. Belding-Royer, "A Framework for the Management of Large-Scale Wireless Network Testbeds", International Workshop on Wireless Network Measurement (WiNMee), Trentino, ITALY, April 2005.

11. A. Garyfalos, K. Almeroth and K. Sanzgiri, "Deployment Complexity Versus Performance Efficiency in Mobile Multicast", *International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWiM)*, San Jose, California, USA, October 2004.

12. C. Ho, K. Ramachandran, K. Almeroth and E. Belding-Royer, "A Scalable Framework for Wireless Network Monitoring", *ACM International Workshop on Wireless Mobile Applications and Services on WLAN Hotspots (WMASH)*, Philadelphia, Pennsylvania, USA, October 2004.

13. A. Garyfalos, K. Almeroth and J. Finney, "A Hybrid of Network and Application Layer Multicast for Mobile IPv6 Networks", *International Workshop on Large-Scale Group Communication (LSGC)*, Florence, ITALY, October 2003.

14. A. Garyfalos, K. Almeroth and J. Finney, "A Comparison of Network and Application Layer Multicast for Mobile IPv6 Networks", *ACM Workshop on*

*Modeling, Analysis and Simulation of Wireless and Mobile Systems (MSWiM)*, San Diego, California, USA, September 2003.

15. S. Jagannathan, and K. Almeroth, "Pricing and Resource Provisioning for Delivering E-Content On-Demand with Multiple Levels-of-Service", *International Workshop on Internet Charging and QoS Technologies (ICQT)*, Zurich, SWITZERLAND, October 2002.

16. S. Rollins, K. Almeroth, D. Milojicic, and K. Nagaraja, "Power-Aware Data Management for Small Devices", *Workshop on Wireless Mobile Multimedia (WoWMoM)*, Atlanta, GA, USA, September, 2002.

17. K. Almeroth, S. Bhattacharyya, and C. Diot, "Challenges of Integrating ASM and SSM IP Multicast Protocol Architectures", *International Workshop on Digital Communications: Evolutionary Trends of the Internet (IWDC)*, Taormina, ITALY, September 2001.

18. K. Sarac and K. Almeroth, "Scalable Techniques for Discovering Multicast Tree Topology", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Port Jefferson, New York, USA, June 2001.

19. P. Rajvaidya, K. Almeroth and K. Claffy, "A Scalable Architecture for Monitoring and Visualizing Multicast Statistics", *IFIP/IEEE International Workshop on Distributed Systems: Operations & Management (DSOM)*, Austin, Texas, USA, December 2000.

20. S. Jagannathan, K. Almeroth and A. Acharya, "Topology Sensitive Congestion Control for Real-Time Multicast", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill, North Carolina, USA, June 2000.

21. K. Sarac and K. Almeroth, "Supporting the Need for Inter-Domain Multicast Reachability", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Chapel Hill , North Carolina, USA, June 2000.

22. D. Makofske and K. Almeroth, "MHealth: A Real-Time Multicast Tree Visualization and Monitoring Tool", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Basking Ridge New Jersey, USA, June 1999.

23. K. Almeroth and Y. Zhang, "Using Satellite Links as Delivery Paths in the Multicast Backbone (MBone)", *ACM/IEEE International Workshop on Satellite-Based Information Services (WOSBIS)*, Dallas, Texas, USA, October 1998.

24. M. Ammar, K. Almeroth, R. Clark and Z. Fei, "Multicast Delivery of Web Pages OR How to Make Web Servers Pushy", *Workshop on Internet Server Performance (WISP)*, Madison, Wisconsin, USA, June 1998.

25.  K. Almeroth and M. Ammar, "Prototyping the Interactive Multimedia Jukebox", *Mini-conference on Multimedia Appliances, Interfaces, and Trials--International Conference on Communications (ICC)*, Montreal, Quebec, CANADA, June 1997.

26.  K. Almeroth and M. Ammar, "Collection and Modeling of the Join/Leave Behavior of Multicast Group Members in the MBone", *High Performance Distributed Computing Focus Workshop (HPDC)*, Syracuse, New York, USA, August 1996.

27.  K. Almeroth and M. Ammar, "The Role of Multicast Communication in the Provision of Scalable and Interactive Video-On-Demand Service", *Network and Operating System Support for Digital Audio and Video (NOSSDAV)* , Durham, New Hampshire, USA, April 1995.

## D. Non-Refereed Publications

1.  K. Almeroth, R. Caceres, A. Clark, R. Cole, N. Duffield, T. Friedman, K. Hedayat, K. Sarac, M. Westerlund, "RTP Control Protocol Extended Reports (RTCP XR)", *Internet Engineering Task Force (IETF) Request for Comments 3611*, November 2003.

2.  Z. Albanna, K. Almeroth, D. Meyer, and M. Schipper, "IANA Guidelines for IPv4 Multicast Address Allocation", *Internet Engineering Task Force (IETF) Request for Comments 3171*, August 2001.

3.  B. Quinn and K. Almeroth, "IP Multicast Applications: Challenges and Solutions ", *Internet Engineering Task Force (IETF), Request for Comments 3170*, September 2001.

4.  K. Almeroth, L. Wei and D. Farinacci, "Multicast Reachability Monitor (MRM) Protocol", *Internet Engineering Task Force Internet Draft*, July 2000.

5.  K. Almeroth and L. Wei, "Justification for and use of the Multicast Reachability Monitor (MRM) Protocol", *Internet Engineering Task Force Internet Draft*, March 1999.

6.  K. Almeroth, "Managing IP Multicast Traffic: A First Look at the Issues, Tools, and Challenges", IP Multicast Initiative White Paper, San Jose, California, USA, February 1999.

7.  K. Almeroth, K. Obraczka and D. De Lucia, "Pseudo-IP: Providing a Thin Network Protocol for Semi-Intelligent Wireless Devices", *DARPA/NIST Smart Spaces Workshop*, Gaithersburg, Maryland, USA, July 1998 .

## E. Released Software Systems

1. ***AODV-Spanning Tree (AODV-ST) -- http://www.cs.ucsb.edu/~krishna/aodv-st/.***
   Release September 1, 2006 (with K. Ramachandran and E. Belding). AODV-ST is an
   extension of the well-known AODV protocol specifically designed for wireless mesh
   networks. The advantages of AODV-ST over AODV include support for high
   throughput routing metrics, automatic route maintenance for common-case traffic,
   and low route discovery latency.

2. ***The Multicast Detective -- http://www.nmsl.cs.ucsb.edu/mcast_detective/.*** Released
   September 1, 2005 (with A. Sen Mazumder). The multicast detective is a robust
   solution to determine the existence and nature of multicast service for a particular
   user. By performing a series of tests, a user can determine whether there is network
   support for multicast, and consequently, whether a multicast group join is likely to
   succeed.

3. ***AutoCap: Automatic and Accurate Captioning --
   http://www.nmsl.cs.ucsb.edu/autocap/.*** Released August 1, 2005 (with A. Knight).
   AutoCap is a software system that takes as input an audio/video file and a text
   transcript. AutoCap creates captions by aligning the utterances in the audio/video file
   to the transcript. For those words that are not recognized, AutoCap estimates when
   the words were spoken along with an error bound that gives the content creator an
   idea of caption accuracy. The result is a collection of accurately time-stamped
   captions that can be displayed with the video.

4. ***PAIRwise Plagiarism Detection System -- http://cits.ucsb.edu/pair/.*** Released July 1,
   2005 (with A. Knight). PAIRwise is a plagiarism detection system with: (1) an easy-
   to-use interface for submitting papers, (2) a flexible comparison engine that allows
   intra-class, inter-class, and Internet-based comparisons, and (3) an intuitive graphical
   presentation of results.

5. ***DAMON Multi-Hop Wireless Network Monitoring --
   http://moment.cs.ucsb.edu/damon/.*** Released October 1, 2004 (with K.
   Ramachandran and E. Belding-Royer). DAMON is a distributed system for
   monitoring multi-hop mobile networks. DAMON uses agents within the network to
   monitor network behavior and send collected measurements to data repositories.
   DAMON's generic architecture supports the monitoring of a wide range of protocol,
   device, or network parameters.

6. ***Multicast Firewall -- http://www.nmsl.cs.ucsb.edu/mafia/.*** Released June 1, 2004
   (with K. Ramachandran). MAFIA, a multicast firewall and traffic management
   solution, has the specific aim of strengthening multicast security through multicast
   access control, multicast traffic filtering, and DoS attack prevention.

7. ***AODV@IETF Peer Routing Software-- http://moment.cs.ucsb.edu/aodv-ietf/.***

Released November 1, 2003 (with K. Ramachandran and E. Belding-Royer). One of the first large-scale efforts to run the Ad hoc On demand Distance Vector (AODV) routing protocol in a public space (at the Internet Engineering Task Force (IETF)). The implementation includes a daemon that runs on both the Linux and Windows operating systems.

8. ***Mobility Obstacles -- http://moment.cs.ucsb.edu/mobility/.*** Released September 1, 2003 (with A. Jardosh, E. Belding-Royer, and S. Suri). The topology and movement of nodes in ad hoc protocol simulation are key factors in protocol performance. In this project, we have developed ns-2 simulation plug-ins that create more realistic movement models through the incorporation of obstacles. These obstacles are utilized to restrict both node movement and wireless transmissions.

9. ***mwalk -- http://www.nmsl.cs.ucsb.edu/mwalk/.*** Released December 1, 2000 (with R. Chalmers). Mwalk is a collection of Java applications and Perl scripts which re-create a global view of a multicast session from mtrace and RTCP logs. Users to the site can download mwalk, examine the results of our analysis, or download data sets for use in simulations dependent on multicast tree characteristics.

10. ***MANTRA2 -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released December 1, 1999 (with P. Rajvaidya). This new version of MANTRA focuses on the visualization of inter-domain routing statistics. Working in conjunction with the Cooperative Association for Internet Data Analysis (CAIDA) we have developed advanced collection and visualization techniques.

11. ***MRM -- http://www.nmsl.cs.ucsb.edu/mrm/.*** Released October 1, 1999 (with K. Sarac). MRM is the Multicast Reachability Protocol. We have implemented an end-host agent that responds to MRM Manager commands. Our end-host agent works in conjunction with Cisco routers to detect and isolate multicast faults.

12. ***MANTRA -- http://www.nmsl.cs.ucsb.edu/mantra/.*** Released January 1, 1999 (with P. Rajvaidya). MANTRA is the Monitoring and Analysis of Traffic in Multicast Routers. It uses scripts to collect and display data from backbone multicast routers.

13. ***SDR Monitor -- http://www.nmsl.cs.ucsb.edu/sdr-monitor/.*** Released January 1, 1999 (with K. Sarac). The SDR Monitor receives e-mail updates from participants containing information about observed sessions in the MBone. A global view of multicast reachability is then constructed.

14. ***The MHealth tool -- http://www.nmsl.cs.ucsb.edu/mhealth/.*** Released September 1, 1998 (with D. Makofske). The mhealth tool graphically visualizes MBone multicast group trees and provides `health' information including end-to-end losses per receiver and losses on a per hop basis. The implementation required expertise in Java, the MBone tools, and Unix.

15. ***The MControl tool -- http://www.nmsl.cs.ucsb.edu/mcontrol/.*** Released August 1, 1998 (with D. Makofske). Mcontrol is a tool to provide VCR-based interactivity for live MBone sessions. The implementation required expertise in Java, the MBone tools, and Unix.

16. ***Interactive Multimedia Jukebox (IMJ) -- http://imj.ucsb.edu/.*** Released October 1, 1996. The IMJ combines the WWW and the MBone conferencing tools to provide a multi-channel video jukebox offering both instructional and entertainment programming on a wide scale. The implementation required expertise in HTML, Perl, C, the MBone tools, and Unix.

17. ***Mlisten -- http://www.cc.gatech.edu/computing/Telecomm/mbone/.*** Released September 1, 1995. A tool to continuously collect MBone multicast group membership information including number and location of members, membership duration, and inter-arrival time for all audio and video sessions. The implementation required expertise in C, Tcl/Tk, the MBone tools, and UNIX socket programming.

18. ***Audio-on-Demand (AoD)***. March 1, 1995. A server/client prototype to demonstrate interactivity in near VoD systems. The AoD server provides songs-on-demand and VCR-like functions via multicast IP over Ethernet. The implementation required expertise in C, OpenWindows programming, UNIX socket programming, and network programming.

## F. Tutorials, Panels and Invited Talks

- "Distinguishing Between Connectivity, Intermittent Connectivity, and Intermittent Disconnectivity", Keynote at the ACM MobiCom Workshop on Challenged Networks (CHANTS), Montreal, CANADA, September 2007.

- "The Three Ghosts of Multicast: Past, Present, and Future", Keynote at the Trans-European Research and Education Networking Association (TERENA) Networking Conference, Lynby, DENMARK, May 2007.

- "Multicast Help Wanted: From Where and How Much?", Keynote at the Workshop on Peer-to-Peer Multicasting (P2PM), Las Vegas, Nevada, USA, January 2007.

- "The Confluence of Wi-Fi and Apps: What to Expect Next", Engineering Insights, UC-Santa Barbara, Santa Barbara, California, USA, October 2006.

- "Challenges, Opportunities, and Implications for the Future Internet", University of Minnesota Digital Technology Center, Minneapolis, Minnesota, USA, September 2006.

- "Wireless Technology as a Catalyst: Possibilities for Next-Generation Interaction",

Santa Barbara Forum on Digital Transitions, Santa Barbara, California, USA, April 2006.

- "Challenges and Opportunities in an Internet with Pervasive Wireless Access", University of Texas--Dallas Computer Science Colloquium, Dallas, Texas, USA, March 2006.

- "Challenges and Opportunities with Pervasive Wireless in the Internet", Duke University Computer Science Colloquium, Durham, North Carolina, USA, February 2006.

- "The Span From Wireless Protocols to Social Applications", Intel Research Labs, Cambridge, United Kingdom, December 2005.

- "The Internet Dot.Com Bomb and Beyond the Dot.Com Calm", CSE IGERT and Cal Poly Lecture Series, San Luis Obispo, California, USA, October 2005.

- "Panel: Directions in Networking Research", IEEE Computer Communications Workshop (CCW), Irvine, California, USA, October 2005.

- "Economic Incentives for Ad Hoc Networks", KAIST New Applications Seminar, Seoul, South Korea, March 2004.

- "New Applications for the Next Generation Internet", Citrix Systems, Santa Barbara, California, USA, March 2004.

- "PI: The Imperfect Pursuit of Pure Pattern", CITS Visions in Technology Series, Santa Barbara, California, USA, January 2004.

- "Panel: Core Networking Issues and Protocols for the Internet", National Science Foundation (NSF) Division of Advanced Networking Infrastructure and Research (ANIR) Principal Investigators Workshop, Washington DC, USA, March 2003.

- "Panel: Pricing for Content in the Internet", SPIE ITCom Internet Performance and Control of Network Systems, Boston, Massachusetts, USA, July 2002.

- "The Technology Behind Wireless LANs", Central Coast MIT Enterprise Forum, Santa Barbara, California, USA, March 2002.

- "Lessons Learned in the Digital Classroom", Center for Information and Technology Brown Bag Symposium, Santa Barbara, California, USA, March 2002.

- "The Evolution of Advanced Networking Services: From the ARPAnet to Internet2", California State University--San Luis Obispo CS Centennial Colloquium Series, San Luis Obispo, California, USA, February 2002.

- "Deployment of IP Multicast in Campus Infrastructures", Internet2 Campus Deployment Workshop, Atlanta, Georgia, USA, May 2001.

- "Multicast: Is There Anything Else to Do?", Sprint Research Retreat, Miami, Florida, USA, May 2001.

- "The Evolution of Next-Generation Internet Services and Applications", Government Technology Conference 2001 (GTC) for the Western Region, Sacramento, California, USA, May 2001.

- "I2 Multicast: Not WIDE-scale Deployment, FULL-scale Deployment", Closing Plenary, Internet2 Member Meetings, Washington, D.C., USA, March 2001.

- "Panel: Beyond IP Multicast", Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "Viable Multicast Pricing & Business Models for Wider-Scale Deployment", Content Delivery Networks (CDN), New York, New York, USA, February 2001.

- "IP Multicast: Modern Protocols, Deployment, and Management", Content Delivery Networks (CDN), New York, New York, USA, February 2001 & San Jose, California, USA, December 2001.

- "Under the Hood of the Internet", Technology 101: Technology for Investors, Center for Entrepreneurship & Engineering Management, November 2000.

- "Understanding Multicast Traffic in the Internet", (1) University of Virginia, (2) University of Maryland, and (3) Columbia University, September 2000.

- "The Bad, The Ugly, and The Good: The Past, Present, and Future of Multicast", Digital Fountain, San Francisco, California, USA, August 2000.

- "Implications of Source-Specific Multicast (SSM) on the Future of Internet Content Delivery", Occam Networks, Santa Barbara, California, USA, August 2000.

- "Introduction to Multicast Routing Protocols", UC-Berkeley Open Mash Multicast Workshop, Berkeley, California, USA, July 2000.

- "Efforts to Understand Traffic and Tree Characteristics", University of Massachusetts--Amherst Colloquia, Amherst, Massachusetts, USA, May 2000.

- "Monitoring Multicast Traffic", Sprint Research Retreat, Half Moon Bay, California, USA, April 2000.

- "What is the Next Generation of Multicast in the Internet?", HRL Laboratories,

Malibu, California, USA, January 2000.

- "Mission and Status of the Center for Information Technology and Society (CITS)", Intel Research Council, Portland, Oregon, USA, September 1999.

- "Multicast at a Crossroads", IP Multicast Initiative Summits and Bandwidth Management Workshops, San Francisco, CA, USA, (1) October 1999; (2) February 2000; and (3) June 2000.

- "IP Multicast: Modern Protocols, Deployment, and Management", Networld+Interop: (1) Las Vegas, Nevada, USA--May 2000; (2) Tokyo, JAPAN--June 2000; (3) Atlanta, Georgia, USA--September 2000; (4) Las Vegas, Nevada, USA--May 2001; (5) Las Vegas, Nevada, USA--May 2002.

- "IP Multicast: Practice and Theory" (w/ Steve Deering), Networld+Interop: (1) Las Vegas, Nevada, USA--May 1999; (2) Tokyo, JAPAN--June 1999; and (3) Atlanta, Georgia, USA--September 1999.

- "Internet2 Multicast Testbeds and Applications", Workshop on Protocols for High Speed Networks (PfHSN), Salem, Massachusetts, USA, August 1999.

- "IP Multicast: Protocols for the Intra- and Inter-Domain", Lucent Technologies, Westford, Massachusetts, USA, August 1999.

- "Internet2 Multicast Testbeds and Applications", NASA Workshop: Bridging the Gap, Moffett Field, California, USA, August 1999.

- "The Evolution of Next-Generation Services and Applications in the Internet", Tektronix Distinguished Lecture Series, Portland, Oregon, USA, May 1999.

- "Multicast Applications and Infrastructure in the Next Generation Internet", CENIC 99 Workshop on Achieving Critical Mass for Advanced Applications, Monterey, California, USA, May 1999.

- "Multicast Traffic Monitoring and Analysis Work at UCSB" (w/ P. Rajvaidya), Workshop on Internet Statistics and Metrics Analysis (ISMA), San Diego, California, USA, April 1999.

- "How the Internet Works: Following Bits Around the World", Science Lite, Santa Barbara General Affiliates and Office of Community Relations, California, USA, February 1999.

- "Managing Multicast: Challenges, Tools, and the Future", IP Multicast Initiative Summit, San Jose, California, USA, February 1999.

- "The Future of Multicast Communication and Protocols", Internet Bandwidth Management Summit (iBAND), San Jose, California, USA, November 1998.

- "An Overview of IP Multicast: Applications and Deployment", (1) Workshop on Evaluating IP Multicast as the Solution for Webcasting Real-Time Networked Multimedia Applications, New York, New York, USA, July 1998; and (2) Satellites and the Internet Conference, Washington, D.C., USA, July 1998.

- "IETF Developments in IP Multicast", IP Multicast Initiative Summit, San Jose, California, USA, February 1998.

- "An Introduction to IP Multicast and the Multicast Backbone (MBone)" vBNS Technical Meeting sponsored by the National Center for Network Engineering (NLANR), San Diego, California, USA, February 1998.

- "Using Multicast Communication to Deliver WWW Pages" Computer Communications Workshop (CCW '97), Phoenix, Arizona, USA, September 1997.

## G. Research Funding

- K. Almeroth, E. Belding and T. Hollerer, "NeTS-WN: Wireless Network Health: Real-Time Diagnosis, Adaptation, and Management", National Science Foundation (NSF), $600,000, 10/1/07-9/30/10.

- K. Sarac and K. Almeroth, "Building the Final Piece in One-to-Many Content Distribution", Cisco Systems Inc., $95,000, 9/1/06-8/31/07.

- E. Belding-Royer, K. Almeroth and J. Gibson, "Real-Time Communication Support in a Ubiquitous Next-Generation Internet", National Science Foundation (NSF), $900,000, 10/1/04-9/30/07.

- K. Almeroth and K. Sarac, "Improving the Robustness of Multicast in the Internet", Cisco Systems Inc., $80,000, 9/1/04-8/31/05.

- R. Mayer, B. Bimber, K. Almeroth and D. Chun, "Assessing the Pedagogical Implications of Technology in College Courses", Mellon Foundation, $350,000, 7/1/04-6/30/07.

- K. Almeroth, "Next-Generation Service Engineering in Internet2", University Consortium for Advanced Internet Development (UCAID), $181,000, 7/1/04-6/30/05.

- B. Bimber, A. Flanagin and C. Stol, "Technological Change and Collective Association: Changing Relationships Among Technology, Organizations, Society

and the Citizenry", National Science Foundation (NSF), $329,175, 7/1/04-6/30/07.

- K. Almeroth and B. Bimber, "Plagiarism Detection Techniques and Software", UCSB Instructional Development, $22,000, 7/1/04-6/30/05.

- K. Almeroth, "Student Travel Support for the 14th International Workshop on Network and Operating Systems Support for Digital Audio and Video (NOSSDAV)", National Science Foundation (NSF), $10,000, 5/1/04-8/31/04.

- K. Almeroth, "An Automated Indexing System for Remote, Archived Presentations", QAD Inc., $25,000, 5/1/04-6/30/05.

- K. Almeroth and M. Turk, "A Remote Teaching Assistant Support System", Microsoft, $40,000, 1/1/04-6/30/05.

- K. Almeroth, "Supporting Multicast Service Functionality in Helix", Real Networks, $30,000, 9/1/03-6/30/04.

- K. Almeroth and E. Belding-Royer, "Service Discovery in Mobile Networks", Nokia Summer Research Grant (U. Mohan), $10,240, 7/1/03-9/30/03.

- K. Almeroth, D. Zappala, "Building a Global Multicast Service", Cisco Systems Inc., $100,000, 1/1/03-indefinite.

- K. Almeroth, "Developing A Dynamic Protocol for Candidate Access Router Discovery", Nokia Graduate Student Fellowship (R. Chalmers), $26,110, 9/01/02-6/30/03.

- B. Bimber and K. Almeroth, "The Role of Collaborative Groupware in Organizations", Toole Family Foundation, $182,500 ($20,000 cash plus $162,500 in software), 9/1/02-indefinite.

- B. Manjunath, et. al., "Digital Multimedia: Graduate Training Program in Interactive Digital Multimedia", National Science Foundation (NSF), $2,629,373, 4/1/02-3/31/07.

- J. Green, K. Almeroth, et. al., "Inquiry in the Online Context: Learning from the Past, Informing the Future", UCSB Research Across Disciplines, $10,000, 9/1/01-8/31/02.

- K. Almeroth, "Monitoring and Maintaining the Global Multicast Infrastructure", Cisco Systems Inc., $54,600, 7/1/01-indefinite.

- R. Kemmerer, K. Almeroth, et. al., "Hi-DRA High-speed, Wide-area Network Detection, Response, and Analysis", Department of Defense (DoD), $4,283,500, 5/1/01-4/30/06.

- A. Singh, K. Almeroth, et. al., "Digital Campus: Scalable Information Services on a Campus-wide Wireless Network", National Science Foundation (NSF), 1,450,000, 9/15/00-12/31/04.

- K. Almeroth, "Visualizing the Global Multicast Infrastructure", UC MICRO w/ Cisco Systems Inc., $85,438, 7/1/00-6/30/02.

- H. Lee, K. Almeroth, et. al., "Dynamic Sensing Systems", International Telemetering Foundation, $260,000, 07/01/00-06/30/04.

- B. Bimber and K. Almeroth, "Funding for the Center on Information Technology and Society", $250,000 from Dialogic (an Intel Company) and $250,000 from Canadian Pacific.

- K. Almeroth, "CAREER: From Protocol Support to Applications: Elevating Multicast to a Ubiquitous Network Service", National Science Foundation (NSF), $200,000, 9/1/00-8/31/04.

- K. Almeroth, "Characterizing Multicast Use and Efficiency in the Inter-Domain", Sprint Advanced Technology Laboratories, $62,500, 3/1/00-indefinite.

- K. Almeroth, "Producing the Next Generation of Multicast Monitoring and Management Protocols and Tools", UC MICRO w/ Cisco Systems Inc., $124,500, 7/1/99 - 6/30/01.

- K. Almeroth, "Utilizing Satellite Links in the Provision of an Inter-Wide Multicast Service", HRL Laboratories, $20,000, 7/1/99 - indefinite.

- T. Smith, K. Almeroth, et. al., "Alexandria Digital Earth Prototype", National Science Foundation, $5,400,000, 4/1/99-3/31/04.

- V. Vesna, K. Almeroth, et. al., "Online Public Spaces: Multidisciplinary Explorations in Multi-User Environments (OPS:MEME), Phase II", UCSB Research Across Disciplines, $50,000, 9/1/98-8/31/99.

- K. Almeroth, "Techniques and Analysis for the Provision of Multicast Route Management", UC MICRO w/ Cisco Systems Inc., $97,610, 7/1/98 - 6/30/00.

- K. Almeroth, "Capturing and Modeling Multicast Group Membership in the Multicast Backbone (MBone)", UC MICRO w/ Hughes Research Labs, $19,146, 7/1/98 - 12/31/99.

- K. Almeroth, "Building a Content Server for the Next Generation Digital Classroom", UCSB Faculty Research Grant, $5,000, 7/1/98-6/31/99.

# H. Research Honors and Awards

- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2006.
- IEEE Senior Member Status, June 2003.
- Finalist for Best Student Paper Award, ACM Multimedia, December 2002.
- Outstanding Paper Award, World Conference on Educational Multimedia, Hypermedia & Telecommunications (ED MEDIA), June 2002.
- Computing Research Association (CRA) Digital Government Fellowship, 2001.
- National Science Foundation CAREER Award, 2000.
- Best Paper Award, 7th International World Wide Web Conference, Brisbane, Australia, April 1998.

# III. Service

# A. Professional Activities

## 1. Society Memberships

Member, Association for Computing Machinery (ACM): 1993-present
Member, ACM Special Interest Group on Communications (SIGComm): 1993-present
Senior Member, Institute of Electrical and Electronics Engineers (IEEE): 1993-present
Member, IEEE Communications Society (IEEE ComSoc): 1993-present
Member, American Society for Engineering Education (ASEE): 2003-present

## 2. Review Work for Technical Journals and Publishers

NSF CISE research proposals, IEEE/ACM Transactions on Networking, IEEE/ACM Transactions on Computers, IEEE Transactions on Circuits and Systems for Video Technology, IEEE Transactions on Parallel and Distributed Systems, IEEE Transactions on Multimedia, IEEE Communications, IEEE Communications Letters, IEEE Network, IEEE Internet Computing, IEEE Multimedia, ACM Transactions on Internet Technology, ACM Transactions on Multimedia Computing, Communications and Applications, ACM Computing Surveys, ACM Computer Communications Review, ACM Computeres in Entertainment, ACM/Springer Multimedia Systems Journal, AACE Journal of

Interactive Learning (JILR), International Journal of Computer Mathematics, Journal of Communications and Networks, Journal of Parallel and Distributed Computing, Journal of Network and Systems Management, Journal of High Speed Networking, Journal of Communications and Networks, Journal on Selected Areas in Communications, Journal of Wireless Personal Communications, Personal Mobile Communications, Annals of Telecommunications, International Journal of Wireless and Mobile Computing, Pervasive and Mobile Computing (PMC), Wireless Networks Journal, Computer Networks Journal, Cluster Computing, Computer Communications, Mobile Computing and Communications Review, Performance Evaluation, Software--Practice & Experience, Information Processing Letters, ACM Sigcomm, ACM Multimedia, ACM Network and System Support for Digital Audio and Video Workshop (NOSSDAV), ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems (P2PEcon), ACM Sigcomm Workshop on Challenged Networks (CHANTS), IEEE Infocom, IEEE Globecom, IEEE Global Internet (GI) Symposium, IEEE Globecom Automatic Internet Symposium, IEEE Globecom Internet Services and Enabling Technologies (IS&ET) Symposium, IEEE International Symposium on a World of Wireless, Mobile and Multimedia Networks (WoWMoM), IEEE International Conference on Network Protocols (ICNP), IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON), IEEE International Conference on Multimedia and Exposition (ICME), IEEE International Conference on Communications (ICC), IEEE International Conference on Parallel and Distributed Systems (ICPADS) IEEE International Symposium on High-Performance Distributed Computing (HPDC), IEEE International Conference on Distributed Computing Systems (ICDCS), IEEE International Workshop on Quality of Service (IWQoS), IEEE/IFIP Network Operations and Management Symposium (NOMS), IFIP/IEEE International Symposium on Integrated Network Management (IM), IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS), SPIE Conference on Multimedia Computing and Networking (MMCN), IFIP Networking, IASTED International Conference on Information Systems and Databases (ISD), IASTED International Conference on Communications, Internet, and Information Technology, IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA), IASTED International Conference on European Internet and Multimedia Systems and Applications (EuroIMSA), IASTED International Conference on Communications and Computer Networks (CCN), IASTED International Conference on Software Engineering and Applications (SEA), International Conference on Computer and Information Science (ICIS), International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet, Workshop on Network Group Communication (NGC), International Conference on Next Generation Communication (CoNEXT), International Conference on Parallel Processing (ICPP), International

Conference on Computer Communications and Networks (IC3N), International Workshop on Hot Topics in Peer-to-Peer Systems (Hot-P2P), International Workshop on Wireless Network Measurements (WiNMee), International Workshop on Incentive-Based Computing (IBC), International Workshop on Multi-hop Ad Hoc Networks (REALMAN), International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM), International Packet Video (PV) Workshop, High Performance Networking Conference (HPN), International Parallel Processing Symposium (IPPS), International Symposium on Innovation in Information & Communication Technology (ISIICT), Workshop on Coordinated Quality of Service in Distributed Systems (COQODS), Pearson Education (Cisco Press) Publishers, Macmillan Technical Publishing, and Prentice Hall Publishers.

## 3. Conference Committee Activities

### Journal/Magazine Editorial Board

ACM Computer Communications Review (CCR): 2006-present
IEEE Transactions on Mobile Computing (TMC): 2006-present
IEEE/ACM Transactions on Networking (ToN): 2003-present
AACE Journal of Interactive Learning Research (JILR): 2003-present
ACM Computers in Entertainment: 2002-present
IEEE Network: 1999-present

### Journal/Magazine Guest Editorship

IEEE Journal on Selected Areas in Communications (JSAC) Special Issue on "Delay and Disruption Tolerant Wireless Communication", 2008
Wireless Communications & Mobile Computing (WCMC) Special Issue on "Disruption Tolerant Networking for Mobile or Sensor Networks", Late 2007
Computer Communications Special Issue on "Monitoring and Measuring IP Networks", Summer 2005
Computer Communications Special Issue on "Integrating Multicast into the Internet", March 2001

### Conference/Workshop Steering Committee

IEEE International Conference on Network Protocols (ICNP): 2007-present
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006-present
International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2001-present, 2005-present (chair)
IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2005-present

**Conference/Workshop Chair**

ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006 (co-chair)

IEEE International Conference on Network Protocols (ICNP): 2003 (co-chair), 2006

International Workshop on Wireless Network Measurements (WiNMee): 2006 (co-chair)

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2002 (co-chair)

International Workshop on Network and Operating System Support for Digital Audio and Video (NOSSDAV): 2002 (co-chair), 2003 (co-chair)

Global Internet (GI) Symposium: 2001 (co-chair)

International Workshop on Networked Group Communication (NGC): 2000 (co-chair)

**Program Chair**

IEEE International Conference on Network Protocols (ICNP): 2008 (co-chair)

IEEE Conference on Sensor and Ad Hoc Communications and Networks (SECON): 2007 (co-chair)

IFIP Networking: 2005 (co-chair)

**Publicity Chair**

IFIP/IEEE International Conference on Management of Multimedia Networks and Services (MMNS): 2004 (co-chair)

**Keynote Chair**

IEEE Infocom: 2005 (co-chair)

**Local Arrangements Chair**

Internet2 "Field of Dreams" Workshop: 2000

**Technical Program Committee**

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Wireless Communications, Networks and Systems Symposium: 2007

IEEE International Conference on Broadband Communications, Networks, and Systems (BroadNets) Internet Technologies Symposium: 2007

IEEE/ACM International Conference on High Performance Computing (HiPC): 2007

ACM International Symposium on Mobile Ad Hoc Networking and Computing (MobiHoc): 2007

IEEE Workshop on Embedded Systems for Real-Time Multimedia (ESTIMedia): 2007

IEEE/IFIP Wireless On Demand Network Systems and Services (WONS):

2007
ACM Sigcomm Workshop on Challenged Networks (CHANTS): 2006
IEEE International Conference on Distributed Computing Systems
(ICDCS): 2006
International Workshop on Wireless Network Measurements (WiNMee):
2006
IEEE Globecom Internet Services and Enabling Technologies (IS&ET)
Symposium: 2006
International Workshop on Incentive-Based Computing (IBC): 2006
IEEE International Workshop on Quality of Service (IWQoS): 2006
International Workshop on Multi-hop Ad Hoc Networks (REALMAN):
2006
IEEE International Conference on Parallel and Distributed Systems
(ICPADS): 2005, 2006
International Conference on Next Generation Communication (CoNEXT):
2005, 2006, 2007
IEEE International Symposium on a World of Wireless, Mobile and
Multimedia Networks (WoWMoM): 2005, 2006, 2007
IEEE Infocom: 2004, 2005, 2006, 2008
IEEE Conference on Sensor and Ad Hoc Communications and Networks
(SECON): 2004, 2005, 2006, 2007
IFIP Networking: 2004, 2005, 2006, 2007
IEEE/IFIP Network Operations and Management Symposium (NOMS):
2004, 2006
IASTED International Conference on European Internet and Multimedia
Systems and Applications (EuroIMSA): 2004, 2006
ACM Multimedia (MM): 2001, 2003, 2004, 2005 (short paper), 2006,
2007
Global Internet (GI) Symposium: 2001, 2002, 2004, 2006, 2007
International Workshop on Network and Operating System Support for
Digital Audio and Video (NOSSDAV): 2000, 2001, 2002, 2003, 2004,
2005, 2006, 2007
IEEE International Conference on Network Protocols (ICNP): 1999, 2000,
2001, 2003, 2004, 2005, 2006, 2007, 2008
IEEE Globecom Automatic Internet Symposium: 2005
ACM Sigcomm Workshop on the Economics of Peer-to-Peer Systems
(P2PEcon): 2005
IFIP/IEEE International Symposium on Integrated Network Management
(IM): 2005, 2007
IFIP/IEEE International Conference on Management of Multimedia
Networks and Services (MMNS): 2001, 2002, 2003, 2004, 2005, 2006
IEEE International Symposium on High-Performance Distributed
Computing (HPDC): 2004
ACM Sigcomm: 2004 (poster)

SPIE Conference on Multimedia Computing and Networking (MMCN): 2004, 2008

International Conference on Parallel Processing (ICPP): 2001, 2003, 2004

International Workshop on Broadband Wireless Multimedia: Algorithms, Architectures and Applications (BroadWIM): 2004

International Packet Video (PV) Workshop: 2002, 2003, 2004

International Symposium on Innovation in Information & Communication Technology (ISIICT): 2004

Workshop on Coordinated Quality of Service in Distributed Systems (COQODS): 2004

IASTED International Conference on Networks and Communication Systems (NCS): 2004

IASTED International Conference on Communications, Internet, and Information Technology (CIIT): 2004

IASTED International Conference on Internet and Multimedia Systems and Applications (IMSA): 2003, 2004

International Workshop on Networked Group Communication (NGC): 1999, 2000, 2001, 2002, 2003

International Association for Development of the Information Society (IADIS) International Conference on the WWW/Internet: 2003

International Conference on Computer and Information Science (ICIS): 2003

Human.Society@Internet: 2003

IASTED International Conference on Communications and Computer Networks (CCN): 2002

The Content Delivery Networks (CDN) Event: 2001

IP Multicast Initiative Summit: 1998, 1999, 2000

Corporation for Education Network Initiatives in California (CENIC): 1999

Internet Bandwidth Management Summit (iBAND): 1998, 1999

**Tutorial Chair**

ACM Multimedia: 2000

IEEE International Conference on Network Protocols (ICNP): 1999

**Panel/Session Organizer**

NSF ANIR PI 2003 Panel on "Core Networking Issues and Protocols for the Internet"

CCW 2001 Session on "Multicast/Peer-to-Peer Networking"

NOSSDAV 2001 Panel on "Multimedia After a Decade of Research"

NGC 2000 Panel on "Multicast Pricing"

# B. Technical Activities

## 1. Working Groups

IEEE Communications Society Internet Technical Committee (ITC), Conference Coordinator: 2000-2004
Internet2 Working Group on Multicast, Chair: 1998-2005
IETF Multicast Directorate (MADDOGS), Member: 1999-2001
IASTED Technical Committee on the Web, Internet and Multimedia, Member: 2002-2005
Internet Engineering Task Force (IETF), various working groups: 1995-present :

## 2. Meeting Support Work

Internet Engineering Task Force MBone broadcasts: 1995-2005
Conference MBone broadcasts: Sigcomm '99, and '00
Interop+Networld Network Operations Center (NOC) Team Member: 1995-1997
ACM Multimedia technical staff: 1994

# C. University of California Committees

## 1. Department of Computer Science Committees

Undergraduate Advising and Affairs: 2006-2007
Public Relations: 2005-2006 (chair 2005-2006)
Strategic Planning: 2000-2002, 2003-2006
Vice Chair: 2000-2005
Graduate Admissions: 2000-2005 (chair 2000-2005)
Graduate Affairs: 2000-2005 (co-chair 2000-2005)
Teaching Administration: 2000-2005
Facilities Committee: 1997-2001 (chair 1999-2000), 2006-2007
External Relations: 1999-2002
Computer Engineering Administration/Recruiting Committee: 1998-2001
Computer Engineering Lab and Computer Support Committee: 1998-2001
Faculty Recruiting Committee: 1999-2002
Graduate Advising: 1998-1999, 2000-2005

## 2. University Committees

Member, Campus Classroom Design and Renovation Committee: 2003-present
Faculty, Technology Management Program (TMP): 2003-present
Associate Director, Center for Information Technology and Society (CITS): 1999-present

Faculty, Cognitive Science Program: 2006-present
Faculty, Media Arts and Technology (MAT) Program: 1998-present
Faculty, Computer Engineering Degree Program: 1998-present
Member, Fulbright Campus Review Committee: 2007
Member, Faculty Outreach Grant Program Review Committee: 2007
Executive Vice Chancellor's Information Technology Fee Committee: 2005-2006
Council on Research and Instructional Resources: 2003-2006
Executive Vice Chancellor's Working Group on Graduate Diversity: 2004-2005
Member, Engineering Pavillion Planning Committee: 2003-2005
Information Technology Board: 2001-2004
Executive Committee, Center for Entrepreneurship & Engineering Management (CEEM): 2001-2004

### 3. System Wide Committees

UCSB Representative to the Committee on Information Technology and Telecommunications Policy (ITTP): 2003-2005
UCSB Representative to the Executive Committee, Digital Media Innovation (DiMI): 1998-2003

## D. Georgia Tech Committees and Service (while a graduate student)

Graduate Student Body President: 1994-1995
Georgia Tech Executive Board: 1994-1995
Georgia Tech Alumni Association Executive Committee: 1994-1995
Dean of Students National Search Committee: 1995
Institute Strategic Planning Committee: 1994-1996