# Exhibit B

**Materials Reviewed**

1. Certified File History for United States Patent No. 5,925,106.

2. Excerpt as provided by NetApp (Bates Range NA0039685-NA0039688), Microsoft Press Computer Dictionary, 3d Ed. (1997).

3. Excerpt as provided by Sun (Bates Range SUN00010824-SUN00010827), Webster's New World Dictionary of Computer Terms, 8th Ed. (2000).

4. Joint Claim Construction and Prehearing Statement, Exh. H [Docket 70-9].

5. Joint Report Regarding 20 Proposed Terms for Claim Construction [Docket 79].

6. P. Mockapetris, Domain Names - Concepts and Facilities, RFC 1034, (Nov. 1987).

7. R. Braden, Requirements for Internet Hosts - Application and Support, RFC 1123, (Oct. 1989).

8. T. Berners-Lee, Uniform Resource Locators (URL), RFC 1738, (Dec. 1994).

9. United States Patent No. 5,925,106.