# Exhibit C

**Case History for Professor Kevin Almeroth**

Level 3 Communications, LLC v. Limelight Networks, Inc.
- Eastern District of Virginia—Norfolk:  2:07cv589 (RGD-FBS)
- Firm:  Kirkland & Ellis
- Representing:  Limelight Networks, Inc.
- Case:  Patent infringement related to content delivery networks
- Activity:  Working on claim construction and expert report
- Disposition:  Active

Individual Networks, LLC v. Apple, Inc.
- Eastern District of Texas--Marshall:  2-07CV-158-LED
- Firm: Susman Godfrey
- Representing:  Individual Networks
- Case:  Patent infringement related to ranking objects for presentation to users
- Activity:  Working on claim construction
- Disposition:  Active

Paltalk Holdings, Inc. v. Microsoft
- Eastern District of Texas--Marshall:  2-06CV-367-DF
- Firm:  Susman Godfrey + Heim, Payne & Chorush
- Representing:  Paltalk Holdings
- Case:  Patent infringement related to message aggregation in games
- Activity:  Gave tutorial to the court
- Disposition:  Active

Rembrandt Technologies, KP, et al. v. Motorola, Inc., Time Warner Entertainment-Advanced/Newhouse Partnership et al.
- District of Delaware:  07-md-1848 (GMS)
- Firm:  Susman Godfrey
- Representing:  Rembrandt Technologies
- Case:  patent infringement related to cable modem technology
- Activity:  Claim construction declaration and deposition
- Disposition:  Active

Akamai Technologies & MIT v. Limelight Networks, Inc
- Mass District Court:  06 CV 11109 RWZ
- Firm:  Kirkland & Ellis
- Represented:  Limelight (invalidity issues)
- Case:  Patent infringement related to content delivery networks
- Activity:  Two expert reports, deposition, and trial testimony
- Disposition:  Under appeal


Cashel Corporation v. Siemens Communications, Inc.
- California Superior Court--Orange County:  05CC11476
- Firm:  Rutan & Tucker
- Represented:  Cashel Corporation
- Case: Contract dispute regarding deployment of multicast video distribution system
- Activity:  Deposed in September 2007
- Disposition:  SETTLED


Two-Way Media v. AOL
- Southern District of Texas:  C-04-089
- Firms:  Susman Godfrey and and Heim, Payne & Chorush
- Represented:  Two-Way Media
- Case:  Patent infringement related to Internet streaming audio
- Activity:  Wrote two expert reports and was deposed (mid-2007)
- Disposition:  SETTLED


Alacritech v. Microsoft
- Northern District of California:  04-03284-JSW
- Firm:  Silicon Edge Law Group
- Representing:   Alacritech
- Case:  Use of patented TCP processing offload in Windows-Longhorn
- Activity:  Filed two reports in support of preliminary injunction and gave a tutorial to the court (March 2005)
- Disposition:  SETTLED