# Exhibit B

## Material Reviewed

1. U.S. Patent No. 5,749,095.