MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant-Counterclaim Plaintiff,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | CASE NO. C-07-6053-EDL<br><br>**DECLARATION OF CARRIE WILLIAMSON IN SUPPORT OF SUN'S OPENING CLAIM CONSTRUCTION BRIEF**<br><br>Claim Construction Hearing:<br>Date: August 27, 2008<br>Time: 9:00 a.m.<br>Judge: Hon. Elizabeth D. Laporte |

I, Carrie L. Williamson, declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, counsel for Sun Microsystems, Inc. ("Sun"). I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. A true and correct copy of United States Patent No. 5,819,292 ("the '292 patent"), Bates numbered NA0000001- NA0000056, is attached hereto as Exhibit A.

3. A true and correct copy of United States Patent No. 6,892,211 ("the '211 patent"),

-1-

DLA PIPER US LLP    WEST\21459597.1    DECLARATION OF CARRIE WILLIAMSON ISO SUN.'S OPENING CLAIM CONSTRUCTION BRIEF; CASE NO. C-07-6053-EDL

1  Bates numbered NA0001505- NA0001559, is attached hereto as Exhibit B.

2      4.    A true and correct copy of United States Patent No. 7,200, 715 ("the '715 patent"),
3  Bates numbered NA0004900- NA0004926, is attached hereto as Exhibit C.

4      5.    A true and correct copy of United States Patent No. 7,174,352 ("the '352 patent"),
5  Bates numbered NA0001933- NA0001953, is attached hereto as Exhibit D.

6      6.    A true and correct copy of the May 20, 2004, Office Action of the file history of
7  the '715 patent, Bates numbered NA0005456- NA0005463 is attached hereto as Exhibit E.

8      7.    A true and correct copy of the August 20, 2004, Amendment of the file history of
9  the '715 patent, Bates numbered NA0005466- NA0005487 is attached hereto as Exhibit F.

10     8.    A true and correct copy of the November 19, 2004, Office Action of the file
11 history of the '715 patent, Bates numbered NA0005490- NA0005499 is attached hereto as
12 Exhibit G.

13     9.    A true and correct copy of the February 22, 2005, Preliminary Amendment of the
14 file history of the '715 patent, Bates numbered NA0005517- NA0005524 is attached hereto as
15 Exhibit H.

16     10.    A true and correct copy of the August 17, 2005, Amendment of the file history of
17 the '715 patent, Bates numbered NA0006452- NA0006469 is attached hereto as Exhibit I.

18     11.    A true and correct copy of the Notice of Allowability of the file history of the '715
19 patent, Bates numbered NA0006474-NA0006483, is attached hereto as Exhibit J.

20     12.    A true and correct copy of selected pages of the June 12, 2008, Doug Doucette
21 deposition from this litigation is attached hereto as Exhibit K.

22     I declare under penalty of perjury under the Laws of the United States of America that the
23 foregoing is true and correct.  This declaration is executed in East Palo Alto, California.

24
25 Dated:  July 7, 2008                  DLA PIPER US LLP

26                                        By    /s/ Carrie L. Williamson
27                                            CARRIE L. WILLIAMSON
                                            Attorneys for Plaintiff
28                                            Sun Microsystems, Inc.