# EXHIBIT J



  UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

# NOTICE OF ALLOWANCE AND FEE(S) DUE

| | |
|---|---|
| 7590  10/28/2005 | EXAMINER |
| A. Sidney Johnston<br>Cesari And McKenna LLP<br>88 Black Falcon Avenue<br>Boston, MA 02210 | NGUYEN, THAN VINH |
| | ART UNIT \| PAPER NUMBER |
| | 2187 |
| | DATE MAILED: 10/28/2005 |

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/105,034 | 03/21/2002 | Steven R. Kleiman | NWK-002 | 4735 |

TITLE OF INVENTION: METHOD FOR WRITING CONTIGUOUS ARRAYS OF STRIPES IN A RAID STORAGE SYSTEM USING MAPPED BLOCK WRITES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $1700 | 01/30/2006 |

THE APPLICATION IDENTIFIED ABOVE HAS BEEN EXAMINED AND IS ALLOWED FOR ISSUANCE AS A PATENT. **PROSECUTION ON THE MERITS IS CLOSED.** THIS NOTICE OF ALLOWANCE IS NOT A GRANT OF PATENT RIGHTS. THIS APPLICATION IS SUBJECT TO WITHDRAWAL FROM ISSUE AT THE INITIATIVE OF THE OFFICE OR UPON PETITION BY THE APPLICANT. SEE 37 CFR 1.313 AND MPEP 1308.

THE ISSUE FEE AND PUBLICATION FEE (IF REQUIRED) MUST BE PAID WITHIN **THREE MONTHS** FROM THE MAILING DATE OF THIS NOTICE OR THIS APPLICATION SHALL BE REGARDED AS ABANDONED. **THIS STATUTORY PERIOD CANNOT BE EXTENDED.** SEE 35 U.S.C. 151. THE ISSUE FEE DUE INDICATED ABOVE REFLECTS A CREDIT FOR ANY PREVIOUSLY PAID ISSUE FEE APPLIED IN THIS APPLICATION. THE PTOL-85B (OR AN EQUIVALENT) MUST BE RETURNED WITHIN THIS PERIOD EVEN IF NO FEE IS DUE OR THE APPLICATION WILL BE REGARDED AS ABANDONED.

HOW TO REPLY TO THIS NOTICE:

I. Review the SMALL ENTITY status shown above.

If the SMALL ENTITY is shown as YES, verify your current SMALL ENTITY status:

A. If the status is the same, pay the TOTAL FEE(S) DUE shown above.

B. If the status above is to be removed, check box 5b on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and twice the amount of the ISSUE FEE shown above, or

If the SMALL ENTITY is shown as NO:

A. Pay TOTAL FEE(S) DUE shown above, or

B. If applicant claimed SMALL ENTITY status before, or is now claiming SMALL ENTITY status, check box 5a on Part B - Fee(s) Transmittal and pay the PUBLICATION FEE (if required) and 1/2 the ISSUE FEE shown above.

II. PART B - FEE(S) TRANSMITTAL should be completed and returned to the United States Patent and Trademark Office (USPTO) with your ISSUE FEE and PUBLICATION FEE (if required). Even if the fee(s) have already been paid, Part B - Fee(s) Transmittal should be completed and returned. If you are charging the fee(s) to your deposit account, section "4b" of Part B - Fee(s) Transmittal should be completed and an extra copy of the form should be submitted.

III. All communications regarding this application must give the application number. Please direct all communications prior to issuance to Mail Stop ISSUE FEE unless advised to the contrary.

IMPORTANT REMINDER: Utility patents issuing on applications filed on or after Dec. 12, 1980 may require payment of maintenance fees. It is patentee's responsibility to ensure timely payment of maintenance fees when due.

Page 1 of 3

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.

PART B - FEE(S) TRANSMITTAL

Complete and send this form, together with applicable fee(s), to: **Mail**  Mail Stop ISSUE FEE
Commissioner for Patents
P.O. Box 1450
Alexandria, Virginia 22313-1450
or **Fax** (571) 273-2885

INSTRUCTIONS: This form should be used for transmitting the ISSUE FEE and PUBLICATION FEE (if required). Blocks 1 through 5 should be completed where appropriate. All further correspondence including the Patent, advance orders and notification of maintenance fees will be mailed to the current correspondence address as indicated unless corrected below or directed otherwise in Block 1, by (a) specifying a new correspondence address; and/or (b) indicating a separate "FEE ADDRESS" for maintenance fee notifications.

CURRENT CORRESPONDENCE ADDRESS (Note: Use Block 1 for any change of address)

7590   10/28/2005

A. Sidney Johnston
Cesari And McKenna LLP
88 Black Falcon Avenue
Boston, MA 02210

Note: A certificate of mailing can only be used for domestic mailings of the Fee(s) Transmittal. This certificate cannot be used for any other accompanying papers. Each additional paper, such as an assignment or formal drawing, must have its own certificate of mailing or transmission.

**Certificate of Mailing or Transmission**
I hereby certify that this Fee(s) Transmittal is being deposited with the United States Postal Service with sufficient postage for first class mail in an envelope addressed to the Mail Stop ISSUE FEE address above, or being facsimile transmitted to the USPTO (571) 273-2885, on the date indicated below.

_____ (Depositor's name)
_____ (Signature)
_____ (Date)

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/105,034 | 03/21/2002 | Steven R. Kleiman | NWK-002 | 4735 |

TITLE OF INVENTION: METHOD FOR WRITING CONTIGUOUS ARRAYS OF STRIPES IN A RAID STORAGE SYSTEM USING MAPPED BLOCK WRITES

| APPLN. TYPE | SMALL ENTITY | ISSUE FEE | PUBLICATION FEE | TOTAL FEE(S) DUE | DATE DUE |
|---|---|---|---|---|---|
| nonprovisional | NO | $1400 | $300 | $1700 | 01/30/2006 |

| EXAMINER | ART UNIT | CLASS-SUBCLASS |
|---|---|---|
| NGUYEN, THAN VINH | 2187 | 711-114000 |

1. Change of correspondence address or indication of "Fee Address" (37 CFR 1.363).
   ☐ Change of correspondence address (or Change of Correspondence Address form PTO/SB/122) attached.
   ☐ "Fee Address" indication (or "Fee Address" Indication form PTO/SB/47; Rev 03-02 or more recent) attached. Use of a Customer Number is required.

2. For printing on the patent front page, list
   (1) the names of up to 3 registered patent attorneys or agents OR, alternatively,
   (2) the name of a single firm (having as a member a registered attorney or agent) and the names of up to 2 registered patent attorneys or agents. If no name is listed, no name will be printed.

   1 _____
   2 _____
   3 _____

3. ASSIGNEE NAME AND RESIDENCE DATA TO BE PRINTED ON THE PATENT (print or type)
PLEASE NOTE: Unless an assignee is identified below, no assignee data will appear on the patent. If an assignee is identified below, the document has been filed for recordation as set forth in 37 CFR 3.11. Completion of this form is NOT a substitute for filing an assignment.

(A) NAME OF ASSIGNEE                    (B) RESIDENCE: (CITY and STATE OR COUNTRY)

Please check the appropriate assignee category or categories (will not be printed on the patent): ☐ Individual ☐ Corporation or other private group entity ☐ Government

4a. The following fee(s) are enclosed:
☐ Issue Fee
☐ Publication Fee (No small entity discount permitted)
☐ Advance Order - # of Copies _____

4b. Payment of Fee(s):
☐ A check in the amount of the fee(s) is enclosed.
☐ Payment by credit card. Form PTO-2038 is attached.
☐ The Director is hereby authorized by charge the required fee(s), or credit any overpayment, to Deposit Account Number _____ (enclose an extra copy of this form).

5. Change in Entity Status (from status indicated above)
☐ a. Applicant claims SMALL ENTITY status. See 37 CFR 1.27.   ☐ b. Applicant is no longer claiming SMALL ENTITY status. See 37 CFR 1.27(g)(2).

The Director of the USPTO is requested to apply the Issue Fee and Publication Fee (if any) or to re-apply any previously paid issue fee to the application identified above.
NOTE: The Issue Fee and Publication Fee (if required) will not be accepted from anyone other than the applicant; a registered attorney or agent; or the assignee or other party in interest as shown by the records of the United States Patent and Trademark Office.

Authorized Signature _____    Date _____

Typed or printed name _____    Registration No. _____

This collection of information is required by 37 CFR 1.311. The information is required to obtain or retain a benefit by the public which is to file (and by the USPTO to process) an application. Confidentiality is governed by 35 U.S.C. 122 and 37 CFR 1.14. This collection is estimated to take 12 minutes to complete, including gathering, preparing, and submitting the completed application form to the USPTO. Time will vary depending upon the individual case. Any comments on the amount of time you require to complete this form and/or suggestions for reducing this burden, should be sent to the Chief Information Officer, U.S. Patent and Trademark Office, U.S. Department of Commerce, P.O. Box 1450, Alexandria, Virginia 22313-1450. DO NOT SEND FEES OR COMPLETED FORMS TO THIS ADDRESS. SEND TO: Commissioner for Patents, P.O. Box 1450, Alexandria, Virginia 22313-1450.

Under the Paperwork Reduction Act of 1995, no persons are required to respond to a collection of information unless it displays a valid OMB control number.

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.    OMB 0651-0033    U.S. Patent and Trademark Office; U.S. DEPARTMENT OF COMMERCE



UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPLICATION NO. | FILING DATE | FIRST NAMED INVENTOR | ATTORNEY DOCKET NO. | CONFIRMATION NO. |
|---|---|---|---|---|
| 10/105,034 | 03/21/2002 | Steven R. Kleiman | NWK-002 | 4735 |

7590   10/28/2005

A. Sidney Johnston
Cesari And McKenna LLP
88 Black Falcon Avenue
Boston, MA 02210

| EXAMINER |
|---|
| NGUYEN, THAN VINH |

| ART UNIT | PAPER NUMBER |
|---|---|
| 2187 | |

DATE MAILED: 10/28/2005

## Determination of Patent Term Adjustment under 35 U.S.C. 154 (b)
(application filed on or after May 29, 2000)

The Patent Term Adjustment to date is 258 day(s). If the issue fee is paid on the date that is three months after the mailing date of this notice and the patent issues on the Tuesday before the date that is 28 weeks (six and a half months) after the mailing date of this notice, the Patent Term Adjustment will be 258 day(s).

If a Continued Prosecution Application (CPA) was filed in the above-identified application, the filing date that determines Patent Term Adjustment is the filing date of the most recent CPA.

Applicant will be able to obtain more detailed information by accessing the Patent Application Information Retrieval (PAIR) WEB site (http://pair.uspto.gov).

Any questions regarding the Patent Term Extension or Adjustment determination should be directed to the Office of Patent Legal Administration at (571) 272-7702. Questions relating to issue and publication fee payments should be directed to the Customer Service Center of the Office of Patent Publication at (703) 305-8283.

Page 3 of 3

PTOL-85 (Rev. 07/05) Approved for use through 04/30/2007.

NA0006476

| Search Notes | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/105,034 | KLEIMAN ET AL. |
| | Examiner | Art Unit |
| | Than Nguyen | 2187 |

### SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| | | | |

### SEARCH NOTES (INCLUDING SEARCH STRATEGY)

| | DATE | EXMR |
|---|---|---|
| west text Inventor IDSE | 10/25/05 | NV |

### INTERFERENCE SEARCHED

| Class | Subclass | Date | Examiner |
|---|---|---|---|
| 711 | 111-114, 154-158 | 10/25/05 | NV |

U.S. Patent and Trademark Office                     Part of Paper No. 20051025

NA0006477

| Index of Claims | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/105,034 | KLEIMAN ET AL. |
| | Examiner | Art Unit |
| | Than Nguyen | 2187 |

| ✓ | Rejected | − | (Through numeral) Cancelled | N | Non-Elected | A | Appeal |
|---|---|---|---|---|---|---|---|
| = | Allowed | + | Restricted | I | Interference | O | Objected |

| Claim Final | Claim Original | Date 10/25/05 | Claim Final | Claim Original | Date 10/25/05 | Claim Final | Claim Original | Date |
|---|---|---|---|---|---|---|---|---|
| | 1 | | 30 | 51 | | | 101 | |
| | 2 | | 31 | 52 | | | 102 | |
| | 3 | | 32 | 53 | | | 103 | |
| | 4 | | 33 | 54 | | | 104 | |
| | 5 | | 34 | 55 | | | 105 | |
| | 6 | | 35 | 56 | | | 106 | |
| | 7 | | 36 | 57 | | | 107 | |
| | 8 | | 37 | 58 | | | 108 | |
| | 9 | | 38 | 59 | | | 109 | |
| | 10 | | 39 | 60 | | | 110 | |
| | 11 | | 40 | 61 | | | 111 | |
| | 12 | | 41 | 62 | | | 112 | |
| | 13 | | 42 | 63 | | | 113 | |
| | 14 | | 43 | 64 | | | 114 | |
| | 15 | | 44 | 65 | | | 115 | |
| | 16 | | 45 | 66 | | | 116 | |
| 1 | 17 | = | 46 | 67 | | | 117 | |
| 2 | 18 | | 47 | 68 | | | 118 | |
| 3 | 19 | | 48 | 69 | | | 119 | |
| 4 | 20 | | 49 | 70 | | | 120 | |
| 5 | 21 | | 50 | 71 | | | 121 | |
| 6 | 22 | | 51 | 72 | | | 122 | |
| 7 | 23 | | 52 | 73 | | | 123 | |
| 8 | 24 | | 53 | 74 | | | 124 | |
| 9 | 25 | | 54 | 75 | | | 125 | |
| 10 | 26 | | 55 | 76 | | | 126 | |
| 11 | 27 | | 56 | 77 | | | 127 | |
| 12 | 28 | | 57 | 78 | | | 128 | |
| 13 | 29 | | 58 | 79 | | | 129 | |
| 14 | 30 | | 59 | 80 | | | 130 | |
| 15 | 31 | | 60 | 81 | | | 131 | |
| 16 | 32 | | 61 | 82 | = | | 132 | |
| 17 | 33 | | | 83 | | | 133 | |
| 18 | 34 | | | 84 | | | 134 | |
| 19 | 35 | | | 85 | | | 135 | |
| 20 | 36 | | | 86 | | | 136 | |
| 21 | 37 | | | 87 | | | 137 | |
| 22 | 38 | = | | 88 | | | 138 | |
| | 39 | | | 89 | | | 139 | |
| | 40 | | | 90 | | | 140 | |
| | 41 | | | 91 | | | 141 | |
| 23 | 42 | = | | 92 | | | 142 | |
| 24 | 43 | | | 93 | | | 143 | |
| 25 | 44 | | | 94 | | | 144 | |
| 26 | 45 | | | 95 | | | 145 | |
| 27 | 46 | = | | 96 | | | 146 | |
| | 47 | | | 97 | | | 147 | |
| 28 | 48 | = | | 98 | | | 148 | |
| 29 | 49 | = | | 99 | | | 149 | |
| | 50 | | | 100 | | | 150 | |

U.S. Patent and Trademark Office                    Part of Paper No. 20051025

NA0006478

| Issue Classification | Application/Control No. | Applicant(s)/Patent under Reexamination |
|---|---|---|
| | 10/105,034 | KLEIMAN ET AL. |
| | Examiner | Art Unit |
| | Than Nguyen | 2187 |

## ISSUE CLASSIFICATION

**ORIGINAL**

| CLASS | SUBCLASS |
|---|---|
| 711 | 114 |

**CROSS REFERENCE(S)**

| CLASS | SUBCLASS (ONE SUBCLASS PER BLOCK) | | | | | | |
|---|---|---|---|---|---|---|---|
| 711 | 111 | 112 | 154 | 155 | | | |

**INTERNATIONAL CLASSIFICATION**

| G06F | 12/02 |
|---|---|
| / | |
| / | |
| / | |
| / | |

(Assistant Examiner) (Date)

Everett Williams 10-27-05
(Legal Instruments Examiner) (Date)

T Nguyen 10/26/05
(Primary Examiner) (Date)

Total Claims Allowed: 61

O.G. Print Claim(s): 1
O.G. Print Fig.: 11

☐ Claims renumbered in the same order as presented by applicant   ☐ CPA   ☐ T.D.   ☐ R.1.47

| Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original | Final | Original |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1 | 15 | 31 | 40 | 61 | | 91 | | 121 | | 151 | | 181 |
| | 2 | 16 | 32 | 41 | 62 | | 92 | | 122 | | 152 | | 182 |
| | 3 | 17 | 33 | 42 | 63 | | 93 | | 123 | | 153 | | 183 |
| | 4 | 18 | 34 | 43 | 64 | | 94 | | 124 | | 154 | | 184 |
| | 5 | 19 | 35 | 44 | 65 | | 95 | | 125 | | 155 | | 185 |
| | 6 | 20 | 36 | 45 | 66 | | 96 | | 126 | | 156 | | 186 |
| | 7 | 21 | 37 | 46 | 67 | | 97 | | 127 | | 157 | | 187 |
| | 8 | 22 | 38 | 47 | 68 | | 98 | | 128 | | 158 | | 188 |
| | 9 | | 39 | 48 | 69 | | 99 | | 129 | | 159 | | 189 |
| | 10 | | 40 | 49 | 70 | | 100 | | 130 | | 160 | | 190 |
| | 11 | | 41 | 50 | 71 | | 101 | | 131 | | 161 | | 191 |
| | 12 | 23 | 42 | 51 | 72 | | 102 | | 132 | | 162 | | 192 |
| | 13 | 24 | 43 | 52 | 73 | | 103 | | 133 | | 163 | | 193 |
| | 14 | 25 | 44 | 53 | 74 | | 104 | | 134 | | 164 | | 194 |
| | 15 | 26 | 45 | 54 | 75 | | 105 | | 135 | | 165 | | 195 |
| | 16 | 27 | 46 | 55 | 76 | | 106 | | 136 | | 166 | | 196 |
| 1 | 17 | | 47 | 56 | 77 | | 107 | | 137 | | 167 | | 197 |
| 2 | 18 | 28 | 48 | 57 | 78 | | 108 | | 138 | | 168 | | 198 |
| 3 | 19 | 29 | 49 | 58 | 79 | | 109 | | 139 | | 169 | | 199 |
| 4 | 20 | | 50 | 59 | 80 | | 110 | | 140 | | 170 | | 200 |
| 5 | 21 | 30 | 51 | 60 | 81 | | 111 | | 141 | | 171 | | 201 |
| 6 | 22 | 31 | 52 | 61 | 82 | | 112 | | 142 | | 172 | | 202 |
| 7 | 23 | 32 | 53 | | 83 | | 113 | | 143 | | 173 | | 203 |
| 8 | 24 | 33 | 54 | | 84 | | 114 | | 144 | | 174 | | 204 |
| 9 | 25 | 34 | 55 | | 85 | | 115 | | 145 | | 175 | | 205 |
| 10 | 26 | 35 | 56 | | 86 | | 116 | | 146 | | 176 | | 206 |
| 11 | 27 | 36 | 57 | | 87 | | 117 | | 147 | | 177 | | 207 |
| 12 | 28 | 37 | 58 | | 88 | | 118 | | 148 | | 178 | | 208 |
| 13 | 29 | 38 | 59 | | 89 | | 119 | | 149 | | 179 | | 209 |
| 14 | 30 | 39 | 60 | | 90 | | 120 | | 150 | | 180 | | 210 |

U.S. Patent and Trademark Office                                   Part of Paper No. 20051025

NA0006479

# PATENT APPLICATION FEE DETERMINATION RECORD
Effective December 8, 2004

Application number: 10/105034

## CLAIMS AS FILED - PART I

| | (Column 1) | (Column 2) | SMALL ENTITY TYPE ☐ | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|
| | | | RATE | FEE | RATE | FEE |
| TOTAL CLAIMS | | | BASIC FEE | 150.00 | BASIC FEE | 300.00 |
| FOR | NUMBER FILED | NUMBER EXTRA | | | | |
| TOTAL CHARGEABLE CLAIMS | 64 minus 20 = | — | X$25= | | X$50= | |
| INDEPENDENT CLAIMS | 15 minus 3 = | — | X100= | | X200= | |
| MULTIPLE DEPENDENT CLAIM PRESENT | | ☐ | +180= | | +360= | |
| | | | TOTAL | | TOTAL | |

* If the difference in column 1 is less than zero, enter "0" in column 2

## CLAIMS AS AMENDED - PART II

8-17-05

### AMENDMENT A

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | SMALL ENTITY | | OTHER THAN SMALL ENTITY | |
|---|---|---|---|---|---|---|---|---|
| | | | | | RATE | ADDITIONAL FEE | RATE | ADDITIONAL FEE |
| Total | 61 | Minus | 64 | — | X$25= | | X$50= | |
| Independent | 11 | Minus | 15 | — | X100= | | X200= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +180= | | +360= | |
| | | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | |

### AMENDMENT B

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | | X$25= | | X$50= | |
| Independent | | Minus | | | X100= | | X200= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +180= | | +360= | |
| | | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | |

### AMENDMENT C

| | (Column 1) CLAIMS REMAINING AFTER AMENDMENT | | (Column 2) HIGHEST NUMBER PREVIOUSLY PAID FOR | (Column 3) PRESENT EXTRA | RATE | ADDITIONAL FEE | RATE | ADDITIONAL FEE |
|---|---|---|---|---|---|---|---|---|
| Total | | Minus | | | X$25= | | X$50= | |
| Independent | | Minus | | | X100= | | X200= | |
| FIRST PRESENTATION OF MULTIPLE DEPENDENT CLAIM ☐ | | | | | +180= | | +360= | |
| | | | | | TOTAL ADDIT. FEE | | TOTAL ADDIT. FEE | |

* If the entry in column 1 is less than the entry in column 2, write "0" in column 3.
** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 20, enter "20."
*** If the "Highest Number Previously Paid For" IN THIS SPACE is less than 3, enter "3."
The "Highest Number Previously Paid For" (Total or Independent) is the highest number found in the appropriate box in column 1.

FORM PTO-875 (Rev. 10/04)   Patent and Trademark Office, U.S. DEPARTMENT OF COMMERCE

NA0006480

| Notice of Allowability | Application No. 10/105,034 | Applicant(s) KLEIMAN ET AL. |
|---|---|---|
| | Examiner Than Nguyen | Art Unit 2187 |

-- *The MAILING DATE of this communication appears on the cover sheet with the correspondence address*--

All claims being allowable, PROSECUTION ON THE MERITS IS (OR REMAINS) CLOSED in this application. If not included herewith (or previously mailed), a Notice of Allowance (PTOL-85) or other appropriate communication will be mailed in due course. **THIS NOTICE OF ALLOWABILITY IS NOT A GRANT OF PATENT RIGHTS.** This application is subject to withdrawal from issue at the initiative of the Office or upon petition by the applicant. See 37 CFR 1.313 and MPEP 1308.

1. ☒ This communication is responsive to *8/17/05*.

2. ☒ The allowed claim(s) is/are *17-38, 42-46, 48, 49 and 51-82*.

3. ☐ Acknowledgment is made of a claim for foreign priority under 35 U.S.C. § 119(a)-(d) or (f).
   a) ☐ All   b) ☐ Some*   c) ☐ None   of the:
   1. ☐ Certified copies of the priority documents have been received.
   2. ☐ Certified copies of the priority documents have been received in Application No. _____.
   3. ☐ Copies of the certified copies of the priority documents have been received in this national stage application from the International Bureau (PCT Rule 17.2(a)).
   * Certified copies not received: _____.

Applicant has THREE MONTHS FROM THE "MAILING DATE" of this communication to file a reply complying with the requirements noted below. Failure to timely comply will result in ABANDONMENT of this application.
**THIS THREE-MONTH PERIOD IS NOT EXTENDABLE.**

4. ☐ A SUBSTITUTE OATH OR DECLARATION must be submitted. Note the attached EXAMINER'S AMENDMENT or NOTICE OF INFORMAL PATENT APPLICATION (PTO-152) which gives reason(s) why the oath or declaration is deficient.

5. ☐ CORRECTED DRAWINGS ( as "replacement sheets") must be submitted.
   (a) ☐ including changes required by the Notice of Draftsperson's Patent Drawing Review ( PTO-948) attached
      1) ☐ hereto or 2) ☐ to Paper No./Mail Date _____.
   (b) ☐ including changes required by the attached Examiner's Amendment / Comment or in the Office action of
      Paper No./Mail Date _____.
   Identifying indicia such as the application number (see 37 CFR 1.84(c)) should be written on the drawings in the front (not the back) of each sheet. Replacement sheet(s) should be labeled as such in the header according to 37 CFR 1.121(d).

6. ☐ DEPOSIT OF and/or INFORMATION about the deposit of BIOLOGICAL MATERIAL must be submitted. Note the attached Examiner's comment regarding REQUIREMENT FOR THE DEPOSIT OF BIOLOGICAL MATERIAL.

**Attachment(s)**
1. ☐ Notice of References Cited (PTO-892)
2. ☐ Notice of Draftperson's Patent Drawing Review (PTO-948)
3. ☒ Information Disclosure Statements (PTO-1449 or PTO/SB/08), Paper No./Mail Date *7/8/05, 6/7/05*
4. ☐ Examiner's Comment Regarding Requirement for Deposit of Biological Material
5. ☐ Notice of Informal Patent Application (PTO-152)
6. ☐ Interview Summary (PTO-413), Paper No./Mail Date _____.
7. ☐ Examiner's Amendment/Comment
8. ☒ Examiner's Statement of Reasons for Allowance
9. ☐ Other _____.

NA0006481

Application/Control Number: 10/105,034  Page 2
Art Unit: 2187

## DETAILED ACTION

1. The amendment, filed 8/17/05, has been entered.

2. Claims 17-38,42-46,48,49,51-82 are pending.

3. The IDSes, filed 7/8/05 and 6/7/05, have been considered.

### *Response to Amendments*

4. In view of the amendment to the claims to overcome the previous rejection to claims 17,42,45-46,51,81,82, the Examiner withdraws the rejections to these claims.

### *Allowable Subject Matter*

5. Claims 17-38,42-46,48,49,51-82 are allowed.

6. The following is an examiner's statement of reasons for allowance: the prior art does not teach nor suggest the claimed method or apparatus. More specifically, the prior art does not further teach buffering write requests, associating each data blocks to be stored with a respective one of the storage blocks across the plurality of stripes for a single write operation, and transmitting this association to the storage device manager to process the single write operation.

Any comments considered necessary by applicant must be submitted no later than the payment of the issue fee and, to avoid processing delays, should preferably accompany the issue fee. Such submissions should be clearly labeled "Comments on Statement of Reasons for Allowance."

### *Conclusion*

NA0006482

Application/Control Number: 10/105,034                                                                 Page 3
Art Unit: 2187

Any inquiry concerning this communication or earlier communications from the examiner should be directed to Than Nguyen whose telephone number is 571-272-4198. The examiner can normally be reached on 8am-3pm M-F.

If attempts to reach the examiner by telephone are unsuccessful, the examiner's supervisor, Donald Sparks can be reached on (571) 272-4201. The fax phone number for the organization where this application or proceeding is assigned is 703-872-9306.

Information regarding the status of an application may be obtained from the Patent Application Information Retrieval (PAIR) system. Status information for published applications may be obtained from either Private PAIR or Public PAIR. Status information for unpublished applications is available through Private PAIR only. For more information about the PAIR system, see http://pair-direct.uspto.gov. Should you have questions on access to the Private PAIR system, contact the Electronic Business Center (EBC) at 866-217-9197 (toll-free).

Than Nguyen
Examiner
Art Unit 2187

NA0006483