# EXHIBIT K

Page 1

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

--oOo--

NETWORK APPLIANCE, INC.            )
                                   )
  Plaintiff-Counterclaim Defendant,)
                                   ) Case No.
        vs.                        ) C-07-06053 EDL
                                   )
SUN MICROSYSTEMS, INC.             )
                                   )
  Defendant-Counterclaim Plaintiff.)
_____)


CONFIDENTIAL - ATTORNEYS' EYES ONLY

VIDEOTAPED DEPOSITION OF

DOUG DOUCETTE

_____

Thursday, June 12, 2008

Volume 1

(Pages 1 - 164)






REPORTED BY: SHERRI STARR, CSR# 10245 (01-409933)

DOUG DOUCETTE    June 12, 2008

Page 133

10   MR. ALBERTI:  Q.  You would never have a
11 situation, though, where you would have a single
12 block, be it multiple stripes, right?
13   MR. HOMRIG:  Objection.  Vague and
14 ambiguous, calls for expert testimony, calls for a
15 legal conclusion.
16   THE WITNESS:  In the way I was using the
17 word "stripe," a given disk block would not appear
18 in two stripes, at least not at the same time.

Merrill Legal Solutions
(800) 869-9132

821a5f1b-6265-4381-99ea-19f69e34b7bf

```
 1                CERTIFICATE OF REPORTER
 2           I, SHERRI STARR, a Certified Shorthand
 3   Reporter, hereby certify that the witness in the
 4   foregoing deposition was by me duly sworn to tell
 5   the truth, the whole truth, and nothing but the
 6   truth in the within-entitled cause;
 7           That said deposition was taken in
 8   shorthand by me, a disinterested person, at the time
 9   and place therein stated, and that the testimony of
10   the said witness was thereafter reduced to
11   typewriting, by computer, under my direction and
12   supervision;
13           That before completion of the deposition,
14   review of the transcript [ ] was [X] was not
15   requested. If requested, any changes made by the
16   deponent (and provided to the reporter) during the
17   period allowed are appended hereto.
18           I further certify that I am not of counsel
19   or attorney for either or any of the parties to the
20   said deposition, nor in any way interested in the
21   event of this cause, and that I am not related to
22   any of the parties thereto.  6/19/08
23           DATED:
24                  _____
25                  SHERRI STARR, CSR No. 10245
```