1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Admitted Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
7
8  DLA PIPER US LLP
   2000 University Avenue
   East Palo Alto, CA  94303-2214
9  Tel:  650.833.2000
   Fax:  650.833.2001
10
11 Attorneys for Defendant and Counterclaim Plaintiff
   SUN MICROSYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant-Counterclaim Plaintiff. | CASE NO.  C-07-06053-EDL<br><br>**SUN MICROSYSTEMS, INC.'S [PROPOSED] ORDER ON CLAIM CONSTRUCTION**<br><br>Claim Construction Hearing:<br>Date:  August 27, 2008<br>Time:  9:00 a.m.<br>Judge:  Hon. Elizabeth D. Laporte |

Having considered the positions of all parties, including briefs and oral arguments, and the evidence of record, the Court holds that the disputed claim terms and phrases are construed as follows for U.S. Patent Nos. 5,819,292, 6,892,211 and 7,200,715:

| Term/Phrase | Construction |
| --- | --- |
| "nonvolatile storage means" | This limitation is a means-plus-function limitation governed by 35 U.S.C. §112, ¶ 6.<br><br>Function: storing blocks of data of a file system so that the data is not lost in the absence of power<br><br>Structure: one or more disks with a block-based format (i.e., 4KB blocks that have no fragments), where the disk storage blocks are the same size as the data blocks of the file system |
| "meta-data for successive states of said file system" | a block map file for recording snapshots of the file system |
| "file system information structure" | data structure that contains the root inode of a file system in a fixed location on disk |
| "pointing directly and indirectly to buffers in said memory and a second set of blocks on said storage system" | pointing directly and indirectly to buffers in said memory and pointing directly and indirectly to a second set of blocks on said storage system |
| "root inode" | the index node data structure stored in a fixed location that roots a set of self-consistent blocks on the storage system that comprise the file system |
| "consistent state"/"state of a file system" | a set of storage blocks for that file system that includes all blocks required for the data and structure of the file system |

-1-
SUN'S [PROPOSED] ORDER ON CLAIM CONSTRUCTION
CASE NO. C 07-06053 EDL

| | |
|---|---|
| "associating the data blocks with one or more storage blocks across the plurality of stripes as an association" (claims 21 and 52) and "the association to associate the data blocks with one or more storage blocks across the plurality of stripes" (claim 39) | This term is indefinite under 35 U.S.C. § 112(2).<br><br>ALTERNATIVE PROPOSED CONSTRUCTION:<br>"associating each data block with a respective one of the storage blocks across the plurality of stripes as an association." |

The constructions provided above apply to each instance where the patents' claims utilize the same or materially similar claim limitations to those specifically referenced above.

IT IS SO ORDERED.

Dated:              ,2008

                                      The Honorable Elizabeth D. Laporte
                                      United States Magistrate Judge