# EXHIBIT 2

IEEE Std 100-1996

LIBRARY OF
 DLA PIPER RUDNICK GRAY CARY
 PALO ALTO, CALIFORNIA

# The IEEE Standard Dictionary of Electrical and Electronics Terms

## Sixth Edition

Standards Coordinating Committee 10, Terms and Definitions
Jane Radatz, Chair

This standard is one of a number of information technology dictionaries being developed by standards organizations accredited by the American National Standards Institute. This dictionary was developed under the sponsorship of voluntary standards organizations, using a consensus-based process.

DLA Piper Rudnick GrayCary US LLP
2000 University Avenue
East Palo Alto, CA 94303-2248

ISBN 1-55937-833-6

9 781559 378338    90000

**nonspecific subordinate reference** A knowledge reference that holds information about a DSA that holds one or more unspecified subordinate entries.
(C/PA)   1224.2-1993, 1326.2-1993, 1327.2-1993, 1328.2-1993

**non-spinning reserve** That operating reserve not connected to the system but capable of serving demand within a specified time, or interruptible load that can be removed from the system in a specified time.   (PE)   858-1993

**nonspinning reserve** (power operations) That operating reserve capable of being connected to the bus and loaded within a specified time.   (PE)   858-1987s

**nonstop switch** (elevators) A switch that, when operated, will prevent the elevator from making registered landing stops. *See also:* control.   (EEC/PE)   [119]

**nonstorage display** (display storage tubes) Display of nonstored information in the storage tube without appreciably affecting the stored information. *See also:* storage tube.
(ED)   158-1962w

**nonsustained disruptive discharge** A momentary disruptive discharge.   (PE)   4-1995

**nonsynchronous** *See:* asynchronous.

**nonsynchronous (interdigital) transducer** An interdigital transducer that has nonuniform electrode center-to-center spacing.   (UFFC)   1037-1992

**nonsynchronous transmission** (data transmission) A transmission process so that between any two significant instants in the same group, there is always an integral number of unit intervals. Between two significant instants located in different groups, there is not always an integral number of unit intervals. *Note:* In data transmission, this group is a block or a character. In telegraphy, this group is a character.
(PE)   599-1985w

**non-systematic jitter** *See:* uncorrelated jitter.

**nonterminal node** (data management) In a tree, a node that can have one or more subtrees. *Synonyms:* branch node; internal node. *Contrast:* terminal node. *See also:* root node.
(C)   610.5-1990

**nonthermal fire hazard** A hazard resulting from combustion products (such as smoke and toxic and corrosive fire products).   (DEI)   1221-1993

**nontouching loop set** (network analysis) A set of loops no two of which have a common node.   (CAS)   155-1960r

**nontransitive dependency** A type of dependency among attributes in a relation, in which a nonprime attribute A is said to be nontransitively dependent on another attribute B if and only if A is dependent on B, and there is another attribute C that is functionally dependent on B but does not functionally determine A. *Contrast:* transitive dependency.
(C)   610.5-1990

**nonuniformity** (transmission lines and waveguides) The degree with which a characteristic quantity, for example, impedance, deviates from a constant value along a given path. *Note:* It may be defined as the maximum amount of deviation from a selected nominal value. For example, the nonuniformity of the characteristic impedance of a slotted coaxial line may be 0.05 ohm due to dimensional variations.
(IM)   [40]

**non-utility generator** A facility for generating electricity that is not exclusively owned by an electric utility and that operates connected to an electric utility system.
(PE)   858-1993

**nonvented fuse (or fuse unit)** A fuse without intentional provision for the escape of arc gases, liquids, or solid particles to the atmosphere during circuit interruption.
(PE/SWG)   C37.100-1992, C37.40-1993

**nonvented power fuse** (installations and equipment operating at over 600 volts, nominal) A fuse without intentional provision for the escape of arc gases, liquids, or solid particles to the atmosphere during circuit interruption.
(NEC/NESC)   [86]

**nonventilated** (power and distribution transformers) So constructed as to provide no intentional circulation of external air through the enclosure.   (PE)   C57.12.80-1978r

**nonventilated dry-type transformer** (dry-type general purpose distribution and power transformers) (power and distribution transformers) A dry-type transformer which is so constructed as to provide no intentional circulation of external air through the transformer, and operating at zero gauge pressure.   (PE)   C57.12.80-1978r, C57.94-1982r

**nonventilated enclosure** An enclosure so constructed as to provide no intentional circulation of external air through the enclosure. *Note:* Doors or removable covers are usually gasketed and humidity control may be provided by filtered breathers.   (PE/SWG)   C37.100-1992, C37.23-1987r

**nonvolatile memory (NVM)** (1) A memory in which the data content is retained when power is no longer supplied to it.
(ED)   641-1987w
(2) Memory whose contents are retained after power has been shut off.   (BA/C)   14536-1995
(3) Computer memory whose contents are preserved when the system power is off.   (BA/C)   1275-1994
(4) Memory that retains its contents even through power failures.   (C/MM)   1596-1992
(5) Read/write storage that is preserved through losses of power.   (C/MM)   1212-1991s

**nonvolatile storage** (1) (test, measurement, and diagnostic equipment) A storage device which can retain information in the absence of power. Contrast to volatile storage.
(MIL)   [2]
(2) A type of storage whose contents are not lost when power is lost. *Contrast:* volatile storage. *See also:* bubble memory; erasable storage.   (C)   610.10-1994

**no-op** *See:* no-operation.

**no-operation (no-op)** (1) (computers) An instruction that specifically instructs the computer to do nothing, except to proceed to the next instruction in sequence. *Synonym:* no-op.
(C)   [20], [85]
(2) (software) A computer operation whose execution has no effect except to advance the instruction counter to the next instruction. Used to reserve space in a program or, if executed repeatedly, to wait for a given event. Often abbreviated no-op. *Synonyms:* do-nothing operation; no-op.
(C)   610.12-1990

**no-op instruction** *See:* dummy instruction.

**NOR** (1) (mathematics of computing) A Boolean operator having the property that if P is a statement, Q is a statement, R is a statement, . . . , then the NOR of P,Q,R, . . . is true if and only if all statements are false. *Note:* P NOR Q is often represented by $P \downarrow Q$. *Synonym:* nondisjunction.

| P | Q | $P \downarrow Q$ |
|---|---|---|
| 0 | 0 | 1 |
| 0 | 1 | 0 |
| 1 | 0 | 0 |
| 1 | 1 | 0 |

NOR truth table

(C)   1084-1986w
(2) (software) *See also:* notice of revision.
(C)   610.12-1990

**NOR element** *See:* NOR gate.

**NOR gate** A gate that performs the Boolean operation of nondisjunction. *Synonyms:* inclusive NOR gate; NOR element; NOT-OR. *See also:* OR gate.   (C)   610.10-1994

**norator** A two-terminal ideal element the current through which and the voltage across which can each be arbitrary.
(CAS)   [13]

**normal** (1) (state of a superconductor) The state of a superconductor in which it does not exhibit superconductivity. Example: Lead is normal at temperatures above a critical temperature. *See also:* superconducting; superconductivity.
(ED)   [46]

SUN00010781

**stop signal (1) (facsimile)** A signal that initiates the transfer of a facsimile equipment condition from active to standby. *See also:* facsimile signal. (COM) 168-1956w
**(2) (data management)** A signal at the end of a start-stop character that prepares the receiving device for the reception of a subsequent character. *Note:* A stop signal is usually limited to one signal element having any duration equal to or greater than a specified minimum value. (C) 610.5-1990
**(3)** In asynchronous transmission, a signal following a character that prepares the receiving device for the reception of a subsequent character or block. *Synonym:* stop element. *Contrast:* start signal. (C) 610.7-1995

**stop time** *See:* deceleration time.

**stop valve(s) (1) (control systems for steam turbine-generator units) [throttle valve(s)]** Those valve(s) that normally provide fast interruption of the main energy input to the turbine. Throttle valves are sometimes used for turbine control during start-up. *Note:* The term stop valve is defined as an open or closed valve. A throttle valve has some portion of its opening through which it can modulate flow. (PE) 122-1985s
**(2) (power system device function numbers)** A control device used primarily to shut down an equipment and hold it out of operation. This device may be manually or electrically actuated, but excludes the function of electrical lockout on abnormal conditions. *See also:* lockout relay. (PE/SUB) C37.2-1979s

**stopword list** *See:* stop list.

**storable swimming or wading pool** A pool with a maximum dimension of 15 ft and a maximum wall height of 3 ft and is so constructed that it may be readily disassembled for storage and reassembled to its original integrity. (NEC/NESC) [86]

**storage (1) (A) (electronic computation)** The act of storing information. **(B) (electronic computation)** Any device in which information can be stored, sometimes called a memory device. **(C) (electronic computation)** In a computer, a section used primarily for storing information. Such a section is sometimes called a memory or store (British). *Notes:* 1. The physical means of storing information may be electrostatic, ferroelectric, magnetic, acoustic, optical, chemical, electronic, electric, mechanical, etc., in nature. 2. Pertaining to a device in which data can be entered, in which it can be held, and from which it can be retrieved at a later time. *See also:* store. (C/MIL) [2], [20], [85]
**(2) (data management)** In a computer, one or more bytes that are used to store data. (C) 610.5-1990
**(3) (A)** The retention of data in a storage device. **(B)** The action of placing data into a storage device. **(C)** A storage device. **(D)** Any medium in which data can be retained. (C) 610.10-1994

**storage access** *See:* access.

**storage allocation (1) (computers)** The assignment of sequences of data or instructions to specified blocks of storage. (C) [20], [85]
**(2) (software)** An element of computer resource allocation, consisting of assigning storage areas to specific jobs and performing related procedures, such as transfer of data between main and auxiliary storage, to support the assignments made. *See also:* buffer; contiguous allocation; cyclic search; memory compaction; overlay; paging; virtual storage. (C) 610.12-1990

**storage assembly (storage tubes)** An assembly of electrodes (including meshes) that contains the target together with electrodes used for control of the storage process, those that receive an output signal, and other members used for structural support. *See also:* storage tube. (ED) 158-1962w

**storage battery** A battery comprised of one or more rechargeable cells of the lead-acid, nickel-cadmium, or other rechargeable electrochemical types. (NEC/NESC) [86]

**storage breakpoint** *See:* data breakpoint.

**storage capacitor** A low leakage capacitor on which a data value can be stored. (C) 610.10-1994

**storage capacity (1)** The amount of data that can be contained in a storage device. *Notes:* 1. The units of capacity are bits, characters, words, etc. For example, capacity might be "32 bits," "10 000 decimal digits," or "16 384 words with 10 alphanumeric characters each." 2. When comparisons are made among devices using different character sets and word lengths, it may be convenient to express the capacity in equivalent bits, which is the number obtained by taking the logarithm to the base 2 of the number of usable distinguishable states in which the storage can exist. 3. The storage (or memory) capacity of a computer usually refers only to the internal storage section. (C) 162-1963w
**(2) (software)** The maximum number of items that can be held in a given storage device; usually measured in words or bytes. *See also:* channel capacity; memory capacity. (C) 610.12-1990
**(3)** The amount of data that can be contained in a storage device measured in binary characters, bytes, words, or other units of data. (C) 610.10-1994

**storage cell (1) (electric energy) (secondary cell or accumulator)** A galvanic cell for the generation of electric energy in which the cell, after being discharged, may be restored to a fully charged condition by an electric current flowing in a direction opposite to the flow of current when the cell discharges. *See also:* electrochemistry. (EEC/PE) [119]
**(2) (computers) (information)** An elementary unit of storage, for example, a binary cell, a decimal cell. *See also:* electrochemistry. (C) [20], [85]
**(3) (A)** One or more storage elements considered as a unit. **(B)** The smallest subdivision of storage into which a unit of data can be placed, retained, and with which the unit can be retrieved. *Synonym:* data cell. *See also:* binary cell; magnetic cell. (C) 610.10-1994

**storage channel** A channel that can be used to access a storage device. (C) 610.10-1994

**storage device (1)** A device in which data can be stored and from which it can be copied at a later time. The means of storing data may be chemical, electrical, mechanical, etc. *See also:* storage. (C) 162-1963w
**(2)** A device into which data can be placed, in which they can be retained, and from which they can be retrieved. *See also:* store. (C) 610.10-1994

**storage display** *See:* storage tube display device.

**storage efficiency** The degree to which a system or component performs its designated functions with minimum consumption of available storage. *See also:* execution efficiency. (C) 610.12-1990

**storage element (1) (storage tubes)** An area of a storage surface that retains information distinguishable from that of adjacent areas. *Note:* The storage element may be a portion of a continuous storage surface or a discrete area such as a dielectric island. *See also:* storage tube. (ED) 158-1962w, 161-1971w
**(2)** The basic unit of a storage device, such as a sector, or a track. (C) 610.10-1994

**storage-element equilibrium voltage (storage tubes)** A limiting voltage toward which a storage element charges under the action of primary electron bombardment and secondary emission. At equilibrium voltage, the escape ratio is unity. *Note:* Cathode equilibrium voltage, second-crossover equilibrium voltage, and gradient-established equilibrium voltage are typical examples. *See also:* charge-storage tube. (ED) 158-1962w

**storage-element equilibrium voltage, cathode (storage tubes)** The storage element equilibrium voltage near cathode voltage and below first-crossover voltage. *See also:* charge-storage tube. (ED) 158-1962w

**storage-element equilibrium voltage, collector** *See:* charge-storage tube.

**storage-element equilibrium voltage, gradient established (storage tubes)** The storage-element equilibrium voltage, between first- and second-crossover voltages, at which the es-