# EXHIBIT 3

# Webster's New World

# Dictionary of Computer Terms

## EIGHTH EDITION

*The Best Computer Dictionary in Print*

Completely revised and updated

Contains extensive Internet coverage

More than 4,000 entries, terms, and acronyms

**Bryan Pfaffenberger**

THE NAME YOU TRUST

# Dedication

*For Suzanne, always*

Webster's New World™ Dictionary of Computer Terms, 8th Edition

Copyright © 2000 by
IDG Books Worldwide, Inc.
An International Data Group Company
919 E. Hillsdale Blvd.
Suite 400
Foster City, CA 94404

All rights reserved including the right of reproduction in whole or in part in any form.

For general information on IDG Books Worldwide's books in the U.S., please call our Consumer Customer Service department at 1-800-762-2974. For reseller information, including discounts, bulk sales, customized editions, and premium sales, please call our Reseller Customer Service department at 1-800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of IDG Books Worldwide, Inc.

Library of Congress Catalog Number: 98-68180

ISBN: 0-02-863777-1

Manufactured in the United States of America

2 3 4 5 6 7    00 1 02 03 04

**nondisclosure agreement (NDA)** A contract designed to keep sensitive information confidential. Software publishers often establish nondisclosure agreements with their beta test sites so that information about new products is less likely to leak out to the computer press.

**non-impact printer** A printer that forms a text or graphic image by spraying or fusing ink to the page. Non-impact printers include inkjet printers, laser printers, and thermal printers. All non-impact printers are considerably quieter than impact printers, but non-impact printers can't print multiple copies by using carbon paper.

**non-interlaced monitor** A monitor that doesn't use the screen refresh technique called interlacing and, as a result, can display high-resolution images without flickering or streaking.

**non-procedural language** See *declarative language*.

**non-repudiation** In a computer network, a desirable quality of network security such that valid users are never denied access to resources to which they are entitled.

**non-transactional application** In a local area network (LAN), a program that produces data that you don't need to keep in a shared database for all users to access. Most of the work done with word processing programs, for example, is non-transactional.

**non-volatile** Not susceptible to memory loss when the power is shut off.

**non-volatile memory** The memory specially designed to hold information, even when the power is switched off. Read-only memory (ROM) is non-volatile, as are all secondary storage units such as disk drives. See *random access memory (RAM)* and *volatility*.

**non-Windows application** A DOS application program that doesn't require Microsoft Windows to run. DOS applications can also be run under Windows. Using Windows 95/98 or Standard or 386 Enhanced modes in Windows 3.1, you can switch from one non-Windows application to another without closing either program. See *application program interface (API)*.