MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
DEREK C. WALTER (Bar. No. 246322)
derek.walter@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA  94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff
NETAPP, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>　　　　　Plaintiff,<br>　　v.<br>SUN MICROSYSTEMS, INC.<br><br>　　　　　Defendant. | Case No. 3:07-CV-06053-EDL<br><br>**DECLARATION OF DEREK C. WALTER IN SUPPORT OF NETAPP'S OPENING CLAIM CONSTRUCTION BRIEF** |

I, Derek C. Walter, declare:

1. I am a member of the Bar of this Court and an associate at the law firm of Weil, Gotshal & Manges LLP, counsel of record for the Plaintiff Network Appliance, Inc. ("NetApp"), in this case. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A to this Declaration is a true and correct copy of U.S. Patent No. 5,925,106.

3. Attached as Exhibit B to this Declaration is a true and correct copy of U.S. Patent No. 5,459,857.

4. Attached as Exhibit C to this Declaration is a true and correct copy of U.S. Patent No. 5,749,095.

5. Attached as Exhibit D to this Declaration is a true and correct copy of U.S. Patent No. 6,873,630.

6. Attached as Exhibit E to this Declaration is a true and correct copy of Amendment A, Dec. 22, 1997 ('106 File History).

7. Attached as Exhibit F to this Declaration is a true and correct copy of excerpts of *Microsoft Press Computer Dictionary, 3d Ed.*, Microsoft Press (1997).

8. Attached as Exhibit G to this Declaration is a true and correct copy of excerpts of Pfaffenberger, *Webster's New World Dictionary of Computer Terms, 8th Ed.*, IDG Books (2000) containing certain pages as produced by Sun Microsystems Inc.

9. Attached as Exhibit H to this Declaration is a true and correct copy of D. Crouch, *The Rising Size and Complexity of the Patent Document*, Legal Studies Research Paper Series, Research Paper No. 2008-04, Univ. of Mo. School of Law, p. 4 (2008), available at http://papers.ssrn.com/sol3/papers.cfm?abstract_id=1095810.

10. Attached as Exhibit I to this Declaration is a true and correct copy of David Dale, *The Road to 10-Gigabit Ethernet* (2006).

11. Attached as Exhibit J to this Declaration is a true and correct copy of Berners-Lee, "Uniform Resource Locators (URL)," RFC 1738 (1994).

1    12.    Attached as Exhibit K to this Declaration is a true and correct copy of Mockapetris, "Domain Names – Concepts and Facilities," RFC 1034 (1987).

13.    Attached as Exhibit L to this Declaration is a true and correct copy of Berners-Lee et al., "Hypertext Transfer Protocol – HTTP/1.0" Internet Draft, Feb. 19, 1996.

14.    Attached as Exhibit M to this Declaration is a true and correct copy of Fielding et al., "Hypertext Transfer Protocol – HTTP/1.1" Internet Draft, Jan. 19, 1996.

Dated:  July 8, 2008                    Respectfully submitted,

          /s/ Derek C. Walter
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
Derek C. Walter
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone:  (650) 802-3000
Facsimile:   (650) 802-3100

**ATTORNEYS FOR PLAINTIFF
NETWORK APPLIANCE, INC.**

WALTER DECL. ISO NETAPP'S OPENING CLAIM CONSTRUCTION BRIEF        3        Case No. 3:07-CV-06053-EDL