# Webster's New World

# Dictionary

## *of*

# Computer Terms

### EIGHTH EDITION

*The Best Computer Dictionary in Print*

Completely revised and updated

Contains extensive Internet coverage

More than 4,000 entries, terms, and acronyms

**Bryan Pfaffenberger**

SUN00010824



# DICTIONARY

## of

# COMPUTER TERMS

## EIGHTH EDITION

By Bryan Pfaffenberger, Ph.D.

RECEIVED JAN 2 3 ...
DLA PIPER RUDNICK GRAY CARY

IDG Books Worldwide, Inc.
An International Data Group Company
Foster City, CA • Chicago, IL • Indianapolis, IN • New York, NY

SUN00010825

# Dedication

*For Suzanne, always*

Webster's New World™ Dictionary of Computer Terms,
8th Edition

Copyright © 2000 by
IDG Books Worldwide, Inc.
An International Data Group Company
919 E. Hillsdale Blvd.
Suite 400
Foster City, CA 94404

All rights reserved including the right of reproduction in whole or in part in any form.

For general information on IDG Books Worldwide's books in the U.S., please call our Consumer Customer Service department at 1-800-762-2974. For reseller information, including discounts, bulk sales, customized editions, and premium sales, please call our Reseller Customer Service department at 1-800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered trademark of IDG Books Worldwide, Inc.

Library of Congress Catalog Number: 98-68180

ISBN: 0-02-863777-1

Manufactured in the United States of America

2 3 4 5 6 7    00 1 02 03 04

SUN00010826

**dog food**   A beta version of a program that is used internally within the software publishing firm in the hope that such use will disclose further defects.

**DOM**   Acronym for Document Object Model. A World Wide Web Consortium (W3C) standard that specifies how Web browsers make the various objects on a page, such as CSS styles, available to scripts for processing purposes.

**domain**   In a computer network, a group of computers that are administered as a unit. Network administrators are responsible for all the computers in their domains. On the Internet, this term refers to all the computers that are collectively addressable within one of the four parts of an IP address. For example, the first part of an IP address specifies the number of a computer network. All the computers within this network are part of the same domain. See *domain name.*

**domain name**   In the system of domain names used to identify individual Internet computers, a single word or abbreviation that makes up part of a computer's unique name (such as watt.seas.virginia.edu). Reading from left to right, the parts of a domain name go from specific to general; for example, "watt" is a specific computer, one of several RS-6000 minicomputers in service at the School of Engineering and Applied Science (seas) at the University of Virginia (virginia). At the end of the series of domain names is the top-level domain (here, edu), which includes hundreds of colleges and universities throughout the U.S. See *domain name system (DNS).*

**domain name system (DNS)**   In the Internet, the conceptual system, standards, and names that make up the hierarchical organization of the Internet into named domains.

**dongle**   A small piece of hardware that plugs into a port and serves some purpose. Some very expensive programs use dongles as copy-protection devices—if you don't have the dongle plugged in, the program won't work. Other dongles provide infrared data transfer or network connectivity.

**Doom**   A pioneering and violent three-dimensional game, created by ID Software, in which a player guides an action figure through a space station taken over by demonic forces. The three-dimensional imaging gives the illusion of traveling through an enormously complex maze of underground tunnels and rooms,