# EXHIBIT B

Exhibit B



# SCHWARTZ & CERA LLP
44 MONTGOMERY SUITE 3850 • SAN FRANCISCO, CA 94104
TEL 415.956.2600  Fax 415.438.2655
www.schwartz-cera.com

June 25, 2008

*Via Facsimile and U.S. Mail*
*650.833.2001*

Christine Corbett, Esq.
DLA Piper US LLP
2000 University Avenue
East Palo Alto, CA 94303-2214

    Re:   **Third Party Subpoena**
              *Network Appliance, Inc. v. Sun Microsystems, Inc.*
              **Case Number: C07-06053 EDL**

Dear Ms. Corbett:

    I am happy to report that the duplication of the non-privileged documents responsive to your subpoena in the above-referenced matter is near completion. I enclose for your review invoices for copy costs incurred in this reproduction. The total amount due is $21,402.52. Please submit payment in this amount directly to the document copy service, Legends Document Solutions, at 291 Lambert Avenue, Palo Alto, CA 94306. Upon confirmation of payment from the vendor, the documents shall be produced.

    Thank you for your cooperation. If you have any questions, please do not hesitate to contact me.

                              Very truly yours,

                              Scott R. Lovernick

SRL/dkm

Encl.

cc:    Carrie L. Williamson, Esq.  *(w/encl.)*
        Peter O'Rouke, Esq.     *(w/o encl.)*

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Tax ID#: 65-1171265

# Invoice

| Date | Invoice # |
|---|---|
| 6/7/2008 | 21448 |

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA 94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|---|---|---|
| 1-4000 | Net 30 | Jeff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 3,697 | Grade B - Light Litigation Copies | 0.09 | 332.73 |
| | Copied original documents x1; on standard paper matching staples, clips, and rubberbands as original. Spine information copied on purple paper. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $332.73 |
| **Sales Tax (8.25%)** | $27.45 |
| **Total** | $360.18 |

RECEIVED BY: *[signature]*   DATE: 6/17/0[?]

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue  
Palo Alto, CA 94306  
Phone: 650-319-2679

Tax ID#: 65-1171265

# Invoice

| Date | Invoice # |
|---|---|
| 6/9/2008 | 21451 |

**Bill To:**

Brooke Randy  
Orrick Herrington & Sutcliffe LLP  
1000 Marsh Road  
Menlo Park, CA 94025

**REMIT PAYMENT TO:**

Legends Document Solutions  
P.O. Box 2759  
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|---|---|---|
| 1-4000 | Net 30 | Jeff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 6,029 | Grade C - Medium Litigation Copies | 0.12 | 723.48 |
| | Copied 2 boxes of original documents x1; matching staples, clips, and rubberbands as original. | | |
| | THANK YOU FOR CHOOSING LEGENDS! | | |

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $723.48 |
| **Sales Tax (8.25%)** | $59.69 |
| **Total** | $783.17 |

RECEIVED BY: _[signature]_   DATE: 6/17/08

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Tax ID#: 65-1171265

# Invoice

| Date | Invoice # |
|---|---|
| 6/20/2008 | 21532 |

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA 94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|---|---|---|
| 1-4000 | Net 30 | Jeff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 38,830 | Scanning - Medium/Heavy Litigation | 0.13 | 5,047.90 |
| 4.5 | Labor Hours - Set Up/File Management | 75.00 | 337.50 |
| 86 | Scanning (11x17) | 0.20 | 17.20 |
| 38,916 | Electronic Confidential Endorsements (OHS000001-OHS038916) | 0.02 | 778.32 |
| 38,916 | Electronic Confidential Endorsements (Confidential - Attorneys Eyes Only) | 0.02 | 778.32 |
| 38,916 | Load Files - .dat, .opt, .dii, and ..lfp | 0.02 | 778.32 |
| 1 | Burn Master DVD | 50.00 | 50.00 |

Reference: In Re Sun Microsystems Subpoena

Scanned 14 boxes of original documents to single page Tiffs, created .dat, .opt, .dii, and .lfp load files; and burned 1 master DVD.

Please Pay From This Invoice: This is the only Invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $7,787.56 |
| **Sales Tax (8.25%)** | $614.63 |
| **Total** | $8,402.19 |

RECEIVED BY: [signature] DATE: 6/24/08

# LEGENDS DOCUMENT SOLUTIONS

291 Lambert Avenue
Palo Alto, CA 94306
Phone: 650-319-2679

Tax ID#: 65-1171265

# Invoice

| Date | Invoice # |
|---|---|
| 4/2/2008 | 20989 |

**Bill To:**

Amy Dalton
Orrick Herrington & Sutcliffe LLP
1020 Marsh Road
Menlo Park, CA 94025

**REMIT PAYMENT TO:**

Legends Document Solutions
P.O. Box 2759
San Ramon, CA 94583

| Client Matter # | Terms | Account Manager |
|---|---|---|
| 1-4000 | Net 30 | Jeff |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 53,012 | Grade E - Extensive Handling Copies | 0.20 | 10,602.40 |
| 4.5 | Labor Hours - Copying Post-It Notes, Folders, and Hand Placement of Documents | 75.00 | 337.50 |
| 71 | 11x17 Copies | 0.25 | 17.75 |
| 214 | Slip Sheet Insertions | 0.10 | 21.40 |

Copied 68 original flagged boxes containing files x1; copied covers, spines, file folder covers, file folder tabs, and redweld information on purple paper. Copied Post-It notes on white paper and clipped to documents. Matched staples, clips, slip sheets, and size as original.

THANK YOU FOR CHOOSING LEGENDS!

Please Pay From This Invoice: This is the only invoice you will receive. It should be routed to your accounting department for payment. A late charge of 1.5% per month will be applied to balances outstanding over 30 days.

| | |
|---|---|
| **Subtotal** | $10,979.05 |
| **Sales Tax (8.25%)** | $877.93 |
| **Total** | $11,856.98 |

RECEIVED BY: *[signature]* Amy Dalton    DATE: 4/10/08

# SCHWARTZ & CERA LLP

*44 Montgomery Street, Suite 3850*
*San Francisco, CA 94104*
*Telephone: (415) 956-2600*
*Facsimile: (415) 438-2655*
*www.Schwartz-Cera.com*

## FAX COVER SHEET
## PERSONAL & CONFIDENTIAL

| | |
|---|---|
| TO: | Christine Corbett, Esq.<br>DLA Piper US LLP |
| FAX: | 650/833-2001 |
| FROM: | Scott R. Lovernick, Esq. |
| DATE: | June 25, 2008 |
| RE: | *Network Appliance, Inc. v. Sun Microsystems, Inc.*<br>Northern District Court of California Case No. C-07-06053 EDL |
| No. of pages: | 6 (including this cover sheet) |

MESSAGE:

Attached hereto please find correspondence of today's date regarding the above-referenced matter. Thank you.

CONFIDENTIALITY NOTICE

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS LEGALLY PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THE MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPY OF THIS TELECOPY IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TELECOPY IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE TO US AT THE ADDRESS LISTED ABOVE VIA THE UNITED STATES POSTAL SERVICE. THANK YOU.