| | |
|---|---|
| 1 | MARK D. FOWLER (Bar No. 124235) |
|   | mark.fowler@dlapiper.com |
| 2 | DAVID ALBERTI (Bar. No. 220625) |
|   | david.alberti@dlapiper.com |
| 3 | CHRISTINE K. CORBETT (Bar No. 209128) |
|   | christine.corbett@dlapiper.com |
| 4 | YAKOV M. ZOLOTOREV (Bar No. 224260) |
|   | yakov.zolotorev@dlapiper.com |
| 5 | CARRIE L. WILLIAMSON (Bar No. 230873) |
|   | carrie.williamson@dlapiper.com |

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., | CASE NO. 3:07-CV-06053 EDL |
| Plaintiff - Counterclaim Defendant, | **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE** |
| v. | |
| SUN MICROSYSTEMS, INC., | |
| Defendant - Counterclaimant. | Date: TBD |
| | Time: TBD |
| | Courtroom: E, 15th Floor |
| | Hon. Elizabeth D. Laporte |

Having read and considered all of the evidence and arguments submitted in support of and in opposition to Sun Microsystems, Inc.'s ("Sun") *Ex Parte* Application To Shorten Time For Hearing on Sun's Motion to Compel Production of Documents from Non-Party Orrick, Herrington & Sutcliffe ("*Ex Parte* Motion"), IT IS HEREBY ORDERED that Sun's *Ex Parte* Motion is GRANTED. Sun's Motion to Compel Production of Documents from Non-Party Orrick, Herrington & Sutcliffe ("Motion") is deemed filed as of July 8, 2008. Orrick, Herrington

DLA PIPER US LLP

WEST\21357326.1
347155-000029

-1-
[PROPOSED] ORDER GRANTING SUN'S EX PARTE APPL TO SHORTEN TIME FOR HEARING ON MOTION TO COMPEL; CASE NO. 3:07-CV-06053 EDL

& Sutcliffe's ("Orrick") Opposition, if any, to Sun's Motion shall be filed and served no later than 5:00 p.m. (PST) on July 16, 2008. Sun's Reply, if any, shall be filed and served no later than 5:00 p.m. (PST) on July 23, 2008.

The hearing for Sun's Motion shall be July 29, 2008 at 9:00 a.m. in Courtroom E of the above-titled Court.

**IT IS SO ORDERED.**

Dated: July ___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE