MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff - Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL <br><br> **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE** <br><br> **Date: TBD** <br> **Time: TBD** <br> **Courtroom: E, 15th Floor** <br> **Hon. Elizabeth D. Laporte** |

Having considered the papers submitted and arguments presented in support of and in opposition to Sun Microsystems, Inc. ("Sun") Motion To Compel Production of Documents From Non-Party Orrick, Herrington & Sutcliffe ("Motion to Compel"), IT IS HEREBY ORDERED that Sun's Motion to Compel is GRANTED. Orrick, Herrington & Sutcliffe shall produce all responsive documents no later than _____, 2008.

1  IT IS SO ORDERED.

2

3  Dated: July ___, 2008.

_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE