1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
6
   DLA PIPER US LLP
7  2000 University Avenue
   East Palo Alto, CA  94303-2214
8  Tel:  650.833.2000
   Fax:  650.833.2001
9
   Attorneys for Defendant/Counterclaimant,
10 Sun Microsystems, Inc.

11

                    UNITED STATES DISTRICT COURT
12
                  NORTHERN DISTRICT OF CALIFORNIA
13
                     SAN FRANCISCO DIVISION
14

15 | NETWORK APPLIANCE, INC. | CASE NO.  C-07-06053 EDL |
16 | Plaintiff-Counterclaim Defendant, | **PROOF OF SERVICE** |
17 | v. | |
18 | SUN MICROSYSTEMS, INC., a Delaware corporation,, | |
19 | | |
20 | Defendant-Counterclaimant. | |

21

22     I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is DLA Piper US LLP, 2000 University Avenue, East Palo Alto, California  94303-2214.  On July 8, 2008, I caused to be served the within documents:
23

24     • **SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE**
25

26     • **DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE AND SUN'S *EX PARTE* MOTION TO SHORTEN TIME ON SUN'S MOTION TO COMPEL**
27

28

DLA PIPER US LLP
EAST PALO ALTO

WEST\21463346.1                                    -1-
347155-000029                     PROOF OF SERVICE– USDC CASE NO. C-07-06053 EDL

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

- **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE**

- **SUN MICROSYSTEMS, INC.'S NOTICE OF MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE**

- **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE**

☐    by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☐    by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at East Palo Alto, California addressed as set forth below.

☒    by causing to be personally delivered the document(s) listed above to the person(s) at the address(es) set forth below.

☐    by transmitting via the internet the document(s) listed above to the e-mail addressee(s) as set forth below.

Attorney for Non-Party Orrick, Herrington & Sutcliffe

Scott R. Lovernick, Esq.
Schwartz & Cera LLP
44 Montgomery Suite 3850
San Francisco, CA 94104
Phone: 415.956.2600

      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on

///
///
///
///
///

1    motion of the party served, service is presumed invalid if postal cancellation date or postage
2    meter date is more than one day after date of deposit for mailing in affidavit.

3       I declare that I am employed in the office of a member of the Bar of or permitted to
     practice before this Court at whose direction the service was made.

4       Executed on July 8, 2008, at East Palo Alto, California.

5

6

7                                        _____
                                            Carmen R. Manzano
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28