Douglas R. Schwartz (State Bar #98666)
Scott R. Lovernick (State Bar #233755)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP
Attorneys for Third Party Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> vs. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaimant. | Case Number: 3:07-CV-06053 EDL (JCS) <br><br> **PROOF OF SERVICE** <br><br> Date: TBD <br> Time: TBD <br> Courtroom: E, 15th Floor <br> Hon. Elizabeth D. Laporte |

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 44 Montgomery Street, Suite 3850, San Francisco, CA 94104. On the date below, I served the following documents:

1. **THIRD PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN**

-1-
PROOF OF SERVICE
CASE NO. 3:07-CV-06053 EDL (JCS)

MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND

2. DECLARATION OF SCOTT R. LOVERNICK IN SUPPORT OF THIRD PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

on the below-named parties and/or counsel of record by the manner indicated:

| | |
|---|---|
| Christine K. Corbett<br>Carrie L. Williamson<br>Mark Fowler<br>Yakov M. Zolotorev<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650/833-2000<br>Fax: 650/833-2001 | Attorneys for Sun Microsystems, Inc.<br>*(Defendant and Counterclaimant)* |
| Jill Jane Ho<br>Jeffrey G. Homrig<br>Matthew Douglas Powers<br>Edward Robert Reines<br>Derek Walter<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: 650/802-3000<br>Fax: 650/802-3100 | Attorneys for Network-Appliance Inc.<br>*(Counter-Defendant)* |

__XXX__  *Hand-Delivery, by consigning the above-referenced document(s), enclosed in a sealed envelope addressed as above and hand delivered.*

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on July 11, 2008, at San Francisco, California.

/s/
Du'Ana K. McGee

-2-
PROOF OF SERVICE
CASE NO. 3:07-CV-06053 EDL (JCS)