1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff-Counterclaim Defendant
9  NETWORK APPLIANCE, INC.,

10

11                    UNITED STATES DISTRICT COURT

12                    NORTHERN DISTRICT OF CALIFORNIA

13                         SAN FRANCISCO DIVISION

14

15 | NETWORK APPLIANCE, INC.              | Case No. 3:07-CV-06053-EDL

16 |     Plaintiff-Counterclaim Defendant, | **JOINT REPORT RE: CLAIM CONSTRUCTION HEARING LOGISTICS**

17 |                 v.

18 | SUN MICROSYSTEMS, INC.

19 |     Defendant-Counterclaim Plaintiff.

20

21

22

23

24

25

26

27

28

JOINT REPORT RE: CLAIM CONSTRUCTION
LOGISTICS
                                                        Case No. 3:07-CV-06053-EDL
                                                        SV1:\296909\01\6D3H01!.DOC\65166.0004

Pursuant to the Court's June 17, 2008 Order Regarding Claim Construction, Plaintiff/Counterclaim Defendant NetApp, Inc. and Defendant/Counterclaim Plaintiff Sun Microsystems, Inc. jointly submit this report concerning logistics for the August 27, 2008 Claim Construction Hearing.

Term-by-Term Presentation: The parties agree with the Court that both parties should present their arguments concerning a given term before moving on to a subsequent term.

Experts: The parties agree with the Court that experts should be available for questions by the Court at the claim construction hearing. The parties further agree that it is premature for them to elect whether to call experts for direct or cross examination during the claim construction hearing. The parties agree to confer about this issue after claim construction briefing is complete and to make a further report to the Court at that time.

Length of hearing: In light of the number and complexity of the issues before the Court, the parties request jointly that the Court schedule the hearing from 9 am to 4 pm, with a one-hour lunch break.

Tutorial: The parties request jointly that the Claim Construction Tutorial, presently scheduled for August 4, 2008, be taken off calendar. Because the technical background underlying the claim construction issues presently before the Court can best be illuminated in the context of those disputes, the parties believe that they and the Court will be better served by having the parties address the technical background in the course of their arguments during the Claim Construction Hearing. Moreover, because the technical background of the patents-in-suit is closely tied to the claim construction disputes, a tutorial would simply amount to essentially the first day of a two-day, contested *Markman* hearing.

#
#
#

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:  July 14, 2008 | WEIL. GOTSHAL & MANGES LLP |
| 3 | | */s/ Jeffrey G. Homrig*<br>Matthew D. Powers |
| 4 | | Edward R. Reines<br>Jeffrey G. Homrig |
| 5 | | Jill J. Ho |
| 6 | | Attorneys for NetApp., Inc. |
| 7 | | |
| 8 | | |
| 9 | Dated:  July 14, 2008 | DLA PIPER US LLP |
| 10 | | */s/ Christine K. Corbett*<br>Mark D. Fowler |
| 11 | | David Alberti<br>Christine K. Corbett |
| 12 | | Yakov M. Zolotorev<br>Carrie L. Williamson |
| 13 | | Attorneys for Sun Microsystems, Inc. |