IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>    Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS INC,<br><br>    Defendant.<br>_____/ | No. C-07-06053 EDL<br><br>**ORDER DENYING SUN'S APPLICATION TO SHORTEN TIME** |

On July 8, 2008, Sun Microsystems, Inc. filed a motion to compel production of documents from non-party Orrick, Herrington & Sutcliffe and filed an application to shorten time on that motion, arguing that it would be prejudiced by a delay in Orrick's production of documents. However, in its opposition to the application to shorten time, Orrick notes that it produced the subpoenaed documents with the understanding that the Court would rule on the costs issue when it decides the motion to compel, as the parties dispute who should pay the costs of Orrick's document production. Based on the understanding that the relevant documents have now been produced, the Court DENIES Sun's application to shorten time. The Court will address the costs issue and the other outstanding issues in the motion to compel, which shall take place on a regular schedule on August 12, 2008 at 9:30 a.m. in Courtroom E. The parties shall further meet and confer about those issues in advance of the hearing.

**IT IS SO ORDERED.**

Dated: July 17, 2008

                                                                                       ELIZABETH D. LAPORTE
United States Magistrate Judge