MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>   Plaintiff-Counterdefendant<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>   Defendant-Counterclaimant | CASE NO. 3:07-CV-06053 EDL<br><br>**[PROPOSED] ORDER GRANTING SUN AND NETAPP'S JOINT REQUEST FOR LEAVE TO EXCEED THE PAGE LIMIT FOR RESPONSIVE CLAIM CONSTRUCTION BRIEF**<br><br>Judge: Hon. Elizabeth D. Laporte |

Having considered Sun Microsystems, Inc. ("Sun") and NetApp, Inc. ("NetApp")'s joint request for leave to exceed the page limit set forth in Local Rule 7-4 and to file a 45-page Responsive Claim Construction Brief, it is hereby ordered that Sun and NetApp may each submit a Responsive Claim Construction Brief no longer than 45 pages.

**IT IS SO ORDERED.**

Dated: July 18, 2008.

_____
HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*