# EXHIBIT A

# Gregory Ennis

Ennis Associates
Computer and Communications Consulting
1092 Nowita Place, Venice CA 90291
(310) 399-5052
gennis@mindspring.com

## Summary of Strengths and Experience

- Over 25 years of experience, focus on communications technology
- Network architect, with emphasis on protocol design and analysis
- Past chairman, IEEE 802.3 Broadband CSMA/CD
- Editor, IEEE 802.11 Wireless LAN Committee
- Technical Director, Wi-Fi Alliance
- Principal architect of original IBM NETBIOS protocols
- Participated in DoD Protocol Standards Technical Panel re standardization of TCP
- Managed hardware/software development groups
- Numerous papers and presentations
- Masters degree in Computer Engineering - Stanford
- Masters degree in Mathematics - University of Wisconsin

**Ennis Associates**, Computer and Communications Consulting. January 1989 - present

Consulting in the areas of system architecture, network protocol design, product planning, market positioning, patent analysis, performance modeling, and litigation support. Technologies have included wireless networks (both LANs and cellular), TCP/IP, Hybrid Fiber Coax systems, Fiber-to-the-Curb, LAN bridging, T3, SONET, FDDI, Ethernet, Token Ring, ATM, Frame Relay, AIN, and central office switching. Clients have included (among others) the Wi-Fi Alliance, 3Com, Symbol Technologies, GlobalStar, Tandem, Alantec, Hughes, First Pacific Networks, and Xircom. A list containing more detailed descriptions of various Ennis Associates projects, including litigation support projects, is attached.

**Univation**, Vice President, Engineering, October 1986- January 1989

Manufacturer of LAN products, including Ethernet adapter cards, file servers, TCP/IP and associated software products. Introduced the LifeNet Network Operating System in 1987, providing an integrated file and database server. LifeNet received press recognition as achieving the highest performance among network operating systems in 1988. I managed a staff of 11 hardware and software engineers plus numerous contract engineers. Substantial contract development for OEMs.

**Sytek, Incorporated,** Director of Engineering, Network Architecture, July 1979 - September 1986

Became Director of Engineering in April 1985. Responsible for three separate development groups, consisting of 20 software and system engineers. Direct reports included 3 development managers and 2 senior network architects. Responsible for company’s long-term architectural planning. My development groups produced internetwork gateway products, file servers, network management system products, and LAN software products. Previously at Sytek I was the principal designer (under contract to IBM) of the IBM PC Network internal protocol architecture, and defined (jointly with IBM) the NETBIOS interface standard. Also did software and systems development on LAN product line, and managed research contracts with US defense agencies covering network architecture and communications security.

**Sera Laboratories**, Software Engineer, 1977 - 1979

Development of real-time control software for minicomputer and microprocessor-based systems.

**EDUCATION**

- MS Computer Engineering, Stanford University, 1979
- MS Mathematics, (Computer Science Minor), University of Wisconsin, 1976
- BA Mathematics (Phi Beta Kappa, with Great Distinction), UC Berkeley, 1974

**STANDARDS PARTICIPATION**

**Technical Director, Wi-Fi Alliance, 1999 - present**

The Wi-Fi Alliance (formerly known as WECA) is an industry alliance of over 200 manufacturers of wireless LAN products, including Motorola, Microsoft, Intel, Cisco, Sony, HP, Apple, Dell, Nokia, Samsung, and others. As Technical Director I lead the organization's technical work involving certification of vendor products and definition of vendor agreements on interoperability issues.

**Editor, IEEE 802.11 Wireless LAN Committee, 1994 - 1997**

This committee is currently one of the largest and most active of the IEEE 802 committees, and in 1997 published the IEEE 802.11 Wireless LAN Standard. In addition to serving as Technical Editor of the committee, I had previously developed and presented a multi-company proposal which was accepted by the group as the foundation upon which to base the standard.

**Chairman, IEEE 802.3 Broadband CSMA/CD Task Force, 1983-85**

This was a subcommittee of the larger 802.3 "Ethernet" committee. We had the active participation of 15 individuals from many manufacturers (including Intel, IBM and DEC), with the charter of developing broadband LAN standards similar to Ethernet.

**Member, DoD Protocol Standards Technical Panel, 1982-1983**

This committee was organized by the Defense Communications Agency and was responsible for DoD standardization of TCP/IP and related protocols.

**PATENTS**

- US 6,535,493 Mobile internet communication protocol March 18, 2003
- US 5,668,803 Protocol for packet data communications September 16, 1997
- US 4,553,948 CATV communications system August 6, 1985

**SELECTED PAPERS**

- (with Carl Sunshine) Broadband Personal Computer LANs, IEEE Journal on Selected Areas in Communications, Vol. SAC-3 Number 3, May 1985
- (with P. Filice) Overview of a Broadband Local Area Network Protocol Architecture, IEEE Journal on Selected Areas in Communications, Vol. SAC-1 Number 5, November 1983
- Development of the DoD Protocol Reference Model, Sigcomm'83 Symposium, March 1983
- PC Network Services for Distributed System Design, Compcon Spring '86, IEEE 1986
- Protecting Data Integrity in PC LANs, IEEE System Design and Integration Conference, February 1987
- Upper Level Protocols for Broadband Local Networks, Mini/Micro West '83, Western Periodicals 1983
- (with W. Diepstraten and P. Belanger), Distributed Foundation Wireless Medium Access Control Protocol, IEEE P802.11-93/190, November 1993
- Element Requirements for BSS Synchronization, IEEE P802.11-94/240, November 1994
- Maximizing Primary Rate Traffic in Multirate BSS, IEEE P802.11-96/8, January 1996
- Impact of Bluetooth on 802.11 Direct Sequence, IEEE P802.11-98/319, September 1998

**AWARDS AND RECOGNITION**

Received “Certificate of Appreciation” from IEEE “in grateful acknowledgment of his outstanding contributions to the IEEE Standard 802.11 for Wireless LANs”, July 6, 1998

Keynote Speaker at IEEE Radio and Wireless Conference RAWCON 2001, August 20, 2001, Waltham MA

Keynote Speaker at FMCA/ETSI Fixed-Mobile Convergence Conference, Sophia Antipolis France, June 26 2008

**Gregory Ennis**

**Ennis Associates**

---

## Some Ennis Associates Projects

**Wi-Fi Alliance**

The Wi-Fi Alliance is an association of over 200 manufacturers of wireless LAN products based upon the IEEE 802.11 standards, including Microsoft, Dell, Nokia, 3Com, Linksys, Intel, Cisco, Samsung, and Sony. The Alliance certifies interoperability of products and grants the "Wi-Fi" logo to products that pass. As Technical Director I am in charge of all technical activities, including managing the certification testing program with nine labs in the US, Europe, and Asia, and directing the development of new technical programs. In this capacity I also organized and and led an industry delegation to the Ministry of Information Industries in Beijing for discussions regarding radio frequency regulations in the People's Republic of China.

**Symbol Technologies**

Architecture of wireless systems. Developed wireless LAN MAC protocol for company's family of handheld data terminals and access points. This work was incorporated into a three-company joint proposal (Symbol, AT&T and Xircom) that was voted in as the foundation for the IEEE 802.11 standard. I subsequently served as Editor of the 802.11 committee and contributed numerous technical papers during the development of the final standard.

**TRW/ESL**

Performance analysis of voice-on-Ethernet architecture for use in a specialized TCP/IP-based airborne reconnaissance system.

**Alantec**

Defined approach allowing Alantec products to be integrated into mixed bridging/routing customer environments.

**Tandem Computers**

System architecture work helping to define Tandem's interface between their computers and ISDN switches from AT&T, Siemens and Northern Telecom.

**Arca Systems**

Prepared and presented a course on network security to client's customers within various federal agencies.

**Wise Medical Systems**

Developed protocol architecture for wireless physician terminals supporting transparent roaming throughout a hospital or campus IP network.

**3Com**

Technology analysis, RFP development, proposal review, and partner selection for wireless LAN joint development program. This work included due diligence visits to candidate facilities in Europe and the US, together with representation of 3Com at IEEE 802.11 meetings.

**Hybrid Networks**

Architecture consulting regarding company's system design for CATV-based internet products (cable modems and related equipment).

**Multipoint Networks**

Presented tutorial on wireless LAN technology to company's engineering staff.

**Photonics**

System architecture consulting on company's infrared LAN product line.

**Agilis**

Worked with marketing to develop product positioning and presentation materials for spread-spectrum packet radio product. Technical consulting on various proposal efforts.

**Xircom**

Worked on incorporation of SNMP into company's family of LAN attachment products.

**Hughes LAN Systems**

Designed proprietary extensions to IEEE 802.1d spanning tree bridging algorithm for use within company's LAN bridge products. Technical consulting on LAN bridging and switching architectures.

**Hyundai Electronics**

Analysis of patent portfolio in the general area of communications technologies, including potential infringement and market opportunities for patent licensing. Supported client during technology licensing negotiations with other companies.

**DeskTalk Systems**

Developed protocol architecture for wireless handheld trading terminals for the Chicago Board of Trade and the Chicago Mercantile Exchange. Performance analysis of airwaves protocol. Developed system architecture for voice/data LAN

within commercial jetliners, providing passengers with access to ground voice and data services.

**Starlight Networks**

Protocol analysis and design for company's LAN-based digital video system, involving specialized transport protocols for the support of both unicast and multicast video.

**First Pacific Networks**

System architecture for company's Hybrid Fiber Coax product lines. Protocol architecture consulting and network management system design for CATV-based telephony system. Developed initial architecture of company's "PowerView" system for electric utility metropolitan-area networks incorporating TCP/IP over HFC and frame relay.

**EPRI (Electric Power Research Institute)**

Worked on strategies for incorporating Hybrid Fiber Coax and Fiber-to-the-Curb systems within utility data networks for both distribution system management and customer monitoring. Also defined extensions to EPRI's standard protocol architecture (UCA) to accommodate and utilize broadcast and multicast services in an ISO/MMS environment.

**Ricoh**

Designed product architecture for LAN server product providing integrated LAN printer, scanner, copier and fax service.

**Cadence**

Wireless network architecture analysis, design, and field experimentation involving a handheld wireless video terminal for professional football applications.

**Globalstar**

Performance analysis and architectural design for support of internet applications in conjunction with Globalstar's satellite-based wireless voice service.

**Diablo Research**

Development and validation of analytical performance model for wireless ISP architecture. Wireless system design for patient monitoring devices in hospitals.

**T3 Plus**

Designed and specified network management system for client's family of T3 network products.

**Cabletron**

Served as consulting expert in company's breach-of-contract litigation versus Penril. Technology involved Ethernet and FDDI bridging. My work included software review and development of report used during settlement talks. Case settled.

**UC San Francisco Medical School**

Designed LAN system for new central library, involving Ethernet, FDDI, TCP/IP and Netware, with specialized workstations providing researcher access to national medical databases.

## Litigation Support Experience

**California State Lottery v High Integrity Systems**

Consulting expert for the state's breach-of-contract litigation against High Integrity Systems. Case involved the development and deployment of a new 10,000 terminal statewide TCP/IP network. Case settled.

**Amdahl v Ncube**

Served as expert witness in company's breach-of-contract litigation against Ncube. Case involved FDDI and SCSI-based high-speed communications links into large multi-processor system. Testified in deposition and at trial. Jury verdict was rendered in favor of Ncube.

**Intervoice v PSI**

Served as expert witness in company's patent infringement litigation against PSI. Technology involved SS7 and Bellcore Advanced Intelligent Network compliant systems for toll and local telecommunications services. Testified via expert report and deposition. Case settled.

**Cabletron v Penril**

Served as consulting expert in company's breach-of-contract litigation versus Penril. Technology involved Ethernet and FDDI bridging. My work included software review and development of report used during settlement talks. Case settled.

**American Sterling**

Review of DOCSIS-based cable modem products for potential patent infringement.

**Ascom Timplex v Xylan**

Served as expert witness in company's trade secret misappropriation case against Xylan. Subject matter of case involved LAN switching, in particular the design of a VLAN (Virtual LAN) architecture in an ATM and FDDI context. Testified for more than four full days in deposition. Case has settled.

**DSC Communications v Next Level**

Served as expert witness in company's trade secret misappropriation litigation against the Next Level subsidiary of General Instrument. Consulted on SONET, ATM, Hybrid Fiber Coax and Fiber-to-the-Curb technology. Testified in Federal Court at both preliminary injunction hearing and at subsequent trial. Jury awarded DSC $369 million compensatory and punitive damages.

**Alcatel v Samsung**

Served as expert witness in company's trade secret misappropriation litigation against Samsung. Technology involved architectures for next-generation central office switches. Testified through deposition and expert reports.

**Alcatel v Chiaro**

Served as expert witness in company's trade secret misappropriation litigation against Chiaro, involving optical switching technology for integrated telecommunications/internet switches. Testified in deposition.

**Trend Microsystems v Network Associates**

Served as expert witness in company's patent infringment litigation against Network Associates involving anti-virus technology for internet firewalls. Testified in deposition.

**Intel v Integraph**

Served as expert witness in Integraph's defense against patent infringment allegations. Technology involved management systems for local area networks. Testified via expert reports and in deposition.

**Marconi v Vidar**

Served as expert witness in company's arbitration case to recover damages from Vidar's alleged prior trade secret misappropriation. Technology involved Digital Loop Carriers. Testified via expert report and at arbitration hearing.

**Alcatel v Tekelec**

Served as expert witness in company's patent infringement case. Technology involved SS7 network protocols. Testified via expert report and deposition. Case settled.

**QRSpex v Motorola + Frog Design**

Served as expert witness in Motorola's defense against patent infringment allegations. Technology involved Bluetooth. Testified via expert reports and in deposition. Case settled.

**Integraph v HP**

Served as expert witness in Intergraph's defense against patent infringment allegations. Technology involved web browser design. Testified via expert reports and in deposition. Case settled.

**UT Starcom v Starent**

Served as expert witness in company's defense against patent infringment allegations. Technology involved data services over cellular networks. Testified via expert reports and in deposition. Case settled.

**Fenner Investments v Cisco**

Served as expert witness in company's defense against patent infringment allegations. Technology involved data services over cellular networks. Testified via expert reports. Case settled.

**Innerwireless v Johnson Controls**

Served as expert witness in Innerwireless's assertion of trade secret misappropriation. Technology involved in-building wireless products to support cellular and other services. Testified via expert reports and in deposition. Case settled.

**Network-1 v D-Link**

Served as expert witness in company's defense against patent infringment allegations. Technology involved power-over-ethernet. Testified via expert reports and in deposition. Case settled.

**Dell v Lucent**

Served as expert witness in company's assertion of patent infringment against Lucent. Technology involved computer build-to-order systems. Testified via expert reports, in deposition, and at trial. Jury verdict in favor of Lucent.