# EXHIBIT A

**EXHIBIT A**

## MARTIN E. KALISKI, Ph.D.

### SUMMARY OF EXPERIENCE

After 35 years of teaching in the fields of Electrical Engineering, Computer Engineering and Computer Science, I have just retired and am now a Professor Emeritus in Electrical Engineering at the California Polytechnic State University in San Luis Obispo, California ("Cal Poly").

I completed nine years as Department Chair of the Electrical Engineering Department at Cal Poly in 2001. I have been active in its Computer Engineering program since its inception in the early 1990's. My main areas of interest encompass computer systems, software systems, industrial systems, control systems, digital logic and embedded systems. I have taught extensively in the latter areas in recent years, at both the undergraduate and graduate levels. Recent courses include undergraduate courses based upon FPGAs and CPLDs, digital logic courses, and graduate design courses in embedded system design, oriented about microcontrollers, using both wireless and wired technologies. I have recently taught graduate courses as well in asynchronous hardware design and in computer arithmetic. I have a special interest in both software and hardware design recovery.

I have been involved in both contract research and private consulting for close to 35 years. Typical project areas have included software and hardware design reconstruction, software quality assurance, remote tracking technologies, algorithm development for CAD/CAM systems and expert systems in industrial automation applications, trouble-shooting fault-detection microcode, software engineering for advanced signal processing applications, development and implementation of algorithms for finite-state controller design, design of disk head assembly fault diagnostics, development of expert systems for verification of design standards for PC board design and for component testability, documentation and analysis of BIOS software, development of training manuals, classical expert system design, software design recovery research in transportation engineering and expert system approaches to telephone system reliability. Some of my more recent consulting activities are indicated below.

I have been engaged as an expert witness in numerous technology based matters for the past eleven years, with a focus on patent infringement, trade secret misappropriation and copyright infringement. Cases have covered such diverse areas as machine vision, electronics packaging, data encryption, mainframe and microprocessor based software, health care management systems, web-based technologies, computer networking, embedded systems, television systems and video gaming, to name a few.

Martin E. Kaliski, Ph.D.
Resume                                                                                                   Page 2.

## PROFESSIONAL EXPERIENCE

**1986 to 2007**        **California Polytechnic State University**

    **1986 to 2007**        Professor, Electrical Engineering (retired 2007)
    **1995 to 2002**        Department Chair
    **1989 to 1992**        Department Chair

**1980 to 1981**        **L'Ecole Superieure d'Ingenieurs en Electrotechnique et Electronique, France, Visiting Professor**

**1973 to 1986**        **Northeastern University,**
                        **Professor, Department of Electrical and Computer Engineering**

**1971 to 1973**        **City College of New York**
                        **Professor, Department of Computer Science**

## OTHER PROFESSIONAL EXPERIENCE

### Consulting Includes

- Consulting to Sonicwall, Sunnyvale, CA (2006); Extreme Networks, Santa Clara, CA (2002-2004); patent analyses for networking technologies

- Consulting in computational geometry, General Electric Corporate Research and Development, 2000-2002

- General Electric Corporate Research and Development (1995-1997), Consulting in software test and quality assurance in a large networked database management system.

- Hi-Tech Systems, Inc. (1994), Consulting in software design recovery.

- Pacific Bell (1993-1995), Expert system approaches to telephone system reliability.

- CalTrans and other agencies (1992-1994), Research in transportation engineering.

- Digital Sound, Inc. (1992), Software design recovery.

**Martin E. Kaliski, Ph.D.**
**Resume**   Page 3.

- Cardkey Systems, Inc. (1992), Software systems and expert systems architecture work.

- Escorp (1991-1993) Software systems and expert systems architecture work.

- Executive Systems, Inc. (1991), Software design recovery.

- 1983 to 1988 General Electric Corporate Research and Development Design of controllers for motors and investigation of their characteristics, including motor modeling issues.

## EDUCATION

Ph.D., Electrical Engineering, Massachusetts Institute of Technology, 1971
MS, Electrical Engineering, Massachusetts Institute of Technology, 1968
BS, Mathematics, Massachusetts Institute of Technology, 1968
BS, Electrical Engineering, Massachusetts Institute of Technology, 1966

## LITIGATION RELATED EXPERIENCE

Expert Consulting to Attorneys, especially in intellectual property and patent litigation, 1991-present. Numerous cases where there was no testimony, over and above those listed below.

Depositions/trial and other testimony during past ten years (underscore indicates party represented; law firm worked for listed at the end of each citation.):

In the Matter of Certain Personal Computers, Notebook Computers and Components Thereof, United States ITC, Washington, D.C., 337-TA-606, Hewlett-Packard v. Acer, Deposition, December 18, 2007, February 1, 2008, Testimony at ITC Hearing, 2/12/08, 2/20/08, DLA Piper.

Multimedia Patent Trust v. Microsoft, 06-CV-0684-H(CAB), United States District Court, Southern District of California, Deposition, January 22, 2008, Baker Botts

Mobile Micromedia Solutions v. Nissan North America, 5:05-CV-230, United States District Court for the Eastern District of Texas, Texarkana Division, Deposition, October 2, 2007, October 16, 2007, Hill, Kirtscher & Wharton, LLP.

Ticket Innovations v. Ticketmaster, Los Angeles Superior Court, Case No. BC 327228, Deposition, September 26, 2007. Gibson, Dunn and /Crutcher.

**Martin E. Kaliski, Ph.D.**
**Resume** Page 4.

---

Visto Corporation v. Microsoft Corporation, 2:05-CV-546-DJF, United States District Court for the Eastern District of Texas, Marshall Division, Deposition, June 20, 2007, June 26, 2007, Manatt, Phelps and Phillips.

IMX, Inc. v LendingTree, LLC, C.A. No. 03-1067 (SLR), United States District Court for the District of Delaware, Deposition, August 5, 2005, August 22, 2005, Testimony at Trial, January 12-13, 19-20, 2006, DLA Piper Rudnick Gray Cary US LLP

Guilford v. In-Patients Consultants Management, Inc., et al., California Evidence Code Section 402 hearing. Los Angeles Superior Court, Case No. 219214. Testimony at hearing on February 25, 2005, Testimony at Trial, December 5, 2005.. Weston Benshoof Rochefort Rubalcava MacCuish LLP

World Interactive Network, Inc. v JC Decaux Airport, Inc., Circuit Court of the 11th Judicial Circuit In and For Miami-Dade County, Florida, Case No. 00-15814 CA 11, Deposition, October 7, 2005, Harke & Clasby, LLP.

Koninklijke Philips Electronics N.V. v. Defibtech, LLC, CV03-1322R, United States District Court for the Western District of Washington, Deposition, July 19-20, 2005, King & Spalding, LLP.

Highmark, Inc. v. Allcare Health Management Systems, Inc. 4:03CV1384-Y, United States District Court for the Northern District of Texas, Fort Worth Division, Deposition, January 7, 2005, Hill, Kirtscher & Wharton, LLP.

Action Gaming, Inc. and IGT v. Alliance Gaming Corp., Bally Gaming, Inc., and United Coin Machine Co.,, CV-S-01-1109 JCM (PAL), United States District Court, District of Nevada, Deposition, April 15, 2003 and May 6, 2003, Brown, Raysman, Millstein, Felder & Steiner.

Stamps.com, Inc. v. Pitney Bowes, Inc., 02-042 JJF, United States District Court for the District of Delaware, Deposition, April, 8, 2003, Irell and Manella.

Allcare Health Management System, Inc. v. Trigon Healthcare, Inc. et al, 02-756-A, United States District Court for the Eastern District of Virginia, Alexandria Division, Deposition, November 18, 2002, Hill, Kertscher & Pixley LLP

Parental Guide of Texas, Inc. v. Funai Corp, Inc. et al, 2:00-CV-262(TJW), United States District Court for the Eastern District of Texas, Marshall Division, 30(b)(6) Deposition, July 2, 2002, Morrison & Foerster; 30(b)(6) Deposition, July 17,18, Kenyon & Kenyon; Deposition, October 13, 2002, Nixon & Vanderhye; Deposition, October 14, 2002; Kenyon & Kenyon, Morisson & Foerster, Nixon & Vanderhye.

**Martin E. Kaliski, Ph.D.**
**Resume** Page 5.

Cognex Corporation v. Electro Scientific Industries, Inc., 01-CV-10287RCL, United States District Court, Massachusetts, Deposition, June 20,21, 2002; Markman Hearing, July 8, 2002, Deposition, February 23, 2004, Cesari and McKenna.

Yost v. Johnson, CV 000734, San Luis Obispo County Superior Court, San Luis Obispo, CA, Deposition, August 20, 2001, Radovich Law Offices.

Netzero, Inc. v. Juno OnLine Services, Inc., 00-13378 JSL (RNBx), United States District Court for the Central District of California, Deposition, March 10, 2001, Kenyon & Kenyon.

PTEK Holdings, Inc. et al. v. Z-TEL Technologies, Inc. et al., 8:00 CV-1148-T-30B, United States District Court for the Middle District of Florida, Tampa Division, Deposition, October 5, 2000, Paul, Weiss, Rifkind, Wharton & Garrison.

Michael I. Rackman v. Microsoft Corporation, 97-CV-0003 (CBA), United States District Court for the Eastern District of New York, Deposition, August 30, 2000, Kenyon & Kenyon.

Comverse Network Systems, Inc. v. Priority Call Management, Inc. 98-CV-12259DPW, United States District Court, Massachusetts, Deposition, May 25, 26, 2000, Hale & Dorr.

Robotic Vision Systems, Inc. v. View Engineering, Inc. and General Scanning, Inc. CV95-7441 (LGB), United States District Court for the Central District of California, Bench Trial Testimony, November 16, 17, 1999, Kenyon & Kenyon.

Isogon Corporation v. Amdahl Corporation 97-CIV-6219 (SAS), United States District Court for the Southern District of New York, Markman Hearing, October 1, 1998, Deposition, February 22-24, 1999, Kenyon & Kenyon.

Robotic Vision Systems, Inc. v. View Engineering, Inc. CV96-2288 (LGB), United States District Court for the Central District of California, Deposition, June 2, 1997, Bench Trial Testimony, December 11-12, 1997, January 7, 1998, Kenyon & Kenyon.

**SAMPLE PUBLICATIONS**

"A RF Laboratory and Lecture Cource for Wireless Communications," with Cheng Sun, 2000 International Conference on Engineering Education, Taipei, Taiwan.

"Optimal DAC Design in Finite-State Controller Architectures," 1992 American Control Conference

"The Software Sleuth," with B. Kaliski, West Educational Publishing, 1991.

**Martin E. Kaliski, Ph.D.**
**Resume** Page 6.

---

"Algorithms for Finite-State Control," with T.L. Johnson, 1991 American Control Conference.

"Finite-State Control of Continuous-State Processes: Progress and Prospects," with T.L. Johnson, 29th IEEE Conference on Decision and Control, 1990.

"Switched Linear Discrete-Event Systems: An Architecture and Simulator," with Sylvia Ritz, 1990 American Control Conference.

"Assembly Language Programming for the VAX-11," with K. Lemone, Little-Brown, 1983.

## PATENTS

| U.S. Patent Number | Date | Title |
|---|---|---|
| 6711477 | 2004 | Automatic flight Envelope Protection for Uninhabited Air Vehicles: Method for Determining Point in Flight Envelope. Co-inventor with Timothy L. Johnson |

## PROFESSIONAL AFFILIATIONS & AWARDS

Institute of Electrical and Electronics Engineers (IEEE) - Organizer and Chair of San Luis Obispo Subsection of Santa Barbara Section, 1994-2001 (now Central Coast Section)

Sigma Xi, Tau Beta Pi and Eta Kappa Nu

Principal Investigator on research contracts from General Electric Corporate Research and Development, Northern Telecom, Bell Northern Research, the U.S. Air Force of Scientific Research, U.S. Navy (1995-96), Savi Corporation (1996-97) and Sun Microsystems (1997).

Fulbright Scholar, France, 1980-81

Host of weekly radio talk show, "Technology and You," KVEC-AM (920), San Luis Obispo, 1994-2000

Columnist "Bits and Bytes," Telegram-Tribune, SLO, CA (1997-1998)

**Martin E. Kaliski, Ph.D.**
**Resume**                                                                                                             **Page 7.**