# APPENDIX A

**APPENDIX A**

APPENDIX A

**Materials Reviewed**

1. United States Patent No. 5,925,106.
2. File History for United States Patent No. 5,925,106.
3. PLAINTIFF NETAPP, INC.'S OPENING CLAIM CONSTRUCTION BRIEF
4. DECLARATION OF PROFESSOR KEVIN ALMEROTH REGARDING CLAIM CONSTRUCTION FOR U.S. PATENT NO. 5,925,106 (including exhibits)
5. Microsoft Press Computer Dictionary, 3d Ed. (1997)(excerpt including definition of "domain name")
6. Webster's New World Dictionary of Computer Terms, 8th Ed. (2000)(excerpt including definition of "domain" and "domain name")
7. Joint Report Regarding 20 Proposed Terms for Claim Construction [Docket 79].
6. P. Mockapetris, Domain Names - Concepts and Facilities, RFC 1034, (Nov. 1987).
7. R. Braden, Requirements for Internet Hosts - Application and Support, RFC 1123, (Oct. 1989).
8. T. Berners-Lee, Uniform Resource Locators (URL), RFC 1738, (Dec. 1994).
9. Data ONTAP® 7.2, Network Management Guide (March 2007)
10. Data ONTAP® 7.2, System Administration Guide (22 March 2007).