1   MARK D. FOWLER, Bar No. 124235
     mark.fowler@dlapiper.com
2   CLAYTON THOMPSON (Pro Hac Vice)
     clayton.thompson@dlapiper.com
3   DAVID ALBERTI, Bar No. 220625
     david.alberti@dlapiper.com
4   CHRISTINE K. CORBETT, Bar No. 209128
     christine.corbett@dlapiper.com
5   YAKOV M. ZOLOTOREV, Bar No. 224260
     yakov.zolotorev@dlapiper.com
6   CARRIE L. WILLIAMSON, Bar No. 230873
     carrie.williamson@dlapiper.com

7

8   DLA PIPER US LLP
     2000 University Avenue
     East Palo Alto, CA 94303-2214
9   Tel: 650.833.2000
     Fax: 650.833.2001

10

   Attorneys for Defendant-Counterclaim
11  Plaintiff,
     Sun Microsystems, Inc.

12

13                  UNITED STATES DISTRICT COURT

14               NORTHERN DISTRICT OF CALIFORNIA

15                  SAN FRANCISCO DIVISION

16   NETWORK APPLIANCE, INC.         CASE NO. C-07-6053-EDL

17        Plaintiff-Counterclaim Defendant,   **DECLARATION OF CARRIE
                                   WILLIAMSON IN SUPPORT OF SUN
18     v.                               MICROSYSTEMS, INC.'S RESPONSIVE
                                   CLAIM CONSTRUCTION BRIEF**
19   SUN MICROSYSTEMS, INC.

20        Defendant-Counterclaim Plaintiff.   Claim Construction Hearing:
                                   Date: August 27, 2008
21                                   Time: 9:00 a.m.
                                   Judge: Hon. Elizabeth D. Laporte
22

23       I, Carrie L. Williamson, declare as follows:

24        1.     I am an attorney with the law firm of DLA Piper US LLP, counsel for Sun

25  Microsystems, Inc. ("Sun"). I have personal knowledge of the facts stated herein and if called as

26  a witness, could and would competently testify hereto.

27        2.     NetApp produced the Data ONTAP® 7.2, Network Management Guide (March

28  2007) at NA0104374 – NA0104661. Relevant excerpts from the Data ONTAP® 7.2, Network

-1-

1   Management Guide are attached hereto as Exhibit A.

2       I declare under penalty of perjury under the Laws of the United States of America that the

3   foregoing is true and correct.  This declaration is executed in East Palo Alto, California.

4

5   Dated:  July 21, 2008

                                By   /s/ Carrie L. Williamson
6                                    CARRIE L. WILLIAMSON
                                     .
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28