1  MATTHEW D. POWERS (Bar No. 104795)
   E-Mail: matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   E-Mail: edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   E-Mail: jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   E-Mail: jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff-Counterclaim Defendant
9  NETAPP, INC.

10                  UNITED STATES DISTRICT COURT

11                 NORTHERN DISTRICT OF CALIFORNIA

12                      SAN FRANCISCO DIVISION

13
   NETWORK APPLIANCE, INC.,                    Case No. C-07-06053 EDL
14
            Plaintiff-Counterclaim Defendant,  **DECLARATION OF JILL J. HO IN
15                                             SUPPORT OF NETAPP'S RESPONSE
       v.                                      TO SUN'S OPENING CLAIM
16                                             CONSTRUCTION BRIEF**
   SUN MICROSYSTEMS, INC.,
17
            Defendant-Counterclaim Plaintiff.
18

Ho Decl. ISO NetApp's Response to
Sun's Opening Claim Construction Brief

Case No. C-07-06053 EDL

I, Jill J. Ho, declare:

1. I am a member of the bar of this Court and an associate with the law firm of Weil, Gotshal & Manges LLP, counsel of record for the Plaintiff NetApp, Inc. ("NetApp"), in this case. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A to this Declaration is a true and correct copy of U.S. Patent No. 5,819,292 (Hitz et al.), issued on Oct. 6, 1998.

3. Attached as Exhibit B to this Declaration is a true and correct copy of U.S. Patent No. 6,892,211 (Hitz et al.), issued on May 10, 2005.

4. Attached as Exhibit C to this Declaration is a true and correct copy of U.S. Patent No. 7,200,715 (Kleiman et al.), issued on Apr. 3, 2007.

5. Attached as Exhibit D to this Declaration is a true and correct copy of the Joint Claim Construction and Prehearing Statement, Exh. A, filed on May 24, 2008.

6. Attached as Exhibit E to this Declaration is a true and correct copy of the Supplemental Joint Claim Construction and Prehearing Statement, Revised Exh. A, filed on May 30, 2008.

7. Attached as Exhibit F to this Declaration are true and correct copies of excerpts from Sun's discovery requests in Civil Action No. C-07-06053-EDL:

- Sun Microsystems, Inc.'s First Set of Interrogatories, dated Dec. 20, 2007
- Sun Microsystems, Inc.'s Second Set of Interrogatories, dated Apr. 3, 2008
- Sun Microsystems, Inc.'s First Set of Requests for Production of Documents, dated Dec. 20, 2007
- Sun Microsystems, Inc.'s Second Set of Interrogatories, dated Feb. 19, 2008
- Sun Microsystems, Inc.'s Third Set of Requests for Production of Documents, dated Apr. 3, 2008
- Sun Microsystems, Inc.'s Fourth Set of Requests for Production of Documents, dated Jun. 6, 2008

Ho Decl. ISO NetApp's Response to
Sun's Opening Claim Construction Brief

1

Case No. C-07-06053 EDL

1     •  Sun Microsystems, Inc.'s Fifth Set of Requests for Production of
2      Documents, dated Jun. 20, 2008
3     •  Sun Microsystems, Inc.'s Sixth Set of Requests for Production of
4      Documents, dated Jun. 30, 2008

8. Attached as Exhibit G to this Declaration is a true and correct copy of the Joint Claim Construction and Prehearing Statement, Exh. B.

9. Attached as Exhibit H to this Declaration is a true and correct copy of the Supplemental Joint Claim Construction and Prehearing Statement, Revised Exh. D, filed on May 30, 2008.

10. Attached as Exhibit I to this Declaration is a true and correct copy of the NetApp, Inc.'s, Patent Local Rules 3-1 Disclosure of Asserted Claims and Preliminary Infringement Contentions for U.S. Patent No. 7,200,715, dated Jan. 22, 2008.

11. Attached as Exhibit J to this Declaration is a true and correct copy of the Office Action, dated May 17, 2005 from the Certified Patent Prosecution History of Appl. No. 10/105,034, which issued on Jan. 22, 2008 as U.S. Patent No. 7,200,715.

12. Attached as Exhibit K to this Declaration is a true and correct copy of the Notice of Allowability, dated Oct. 28, 2005 from the Certified Patent Prosecution History of Appl. No. 10/105,034, which issued on Jan. 22, 2008 as U.S. Patent No. 7,200,715.

13. Attached as Exhibit L to this Declaration is a true and correct copy of the Preliminary Amendment, dated Feb. 22, 2005 from the Certified Patent Prosecution History of Appl. No. 10/105,034, which issued on Jan. 22, 2008 as U.S. Patent No. 7,200,715

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 21, 2008 at Redwood Shores, California.

_____
Jill J. Ho

Ho Decl. ISO NetApp's Response to
Sun's Opening Claim Construction Brief
2      Case No. C-07-06053 EDL