# Exhibit B



US006892211B2

(12) **United States Patent**
Hitz et al.

(10) Patent No.:     **US 6,892,211 B2**
(45) Date of Patent:     **May 10, 2005**

(54) **COPY ON WRITE FILE SYSTEM CONSISTENCY AND BLOCK USAGE**

(75) Inventors: **David Hitz**, Los Altos, CA (US);
**Michael Malcolm**, Los Altos, CA (US);
**James Lau**, Los Altos Hills, CA (US);
**Byron Rakitzis**, Burlingame, CA (US)

(73) Assignee: **Network Appliance, Inc.**, Sunnyvale, CA (US)

( * ) Notice: Subject to any disclaimer, the term of this patent is extended or adjusted under 35 U.S.C. 154(b) by 0 days.

(21) Appl. No.: **10/822,630**

(22) Filed: **Apr. 12, 2004**

(65) **Prior Publication Data**

US 2004/0260673 A1 Dec. 23, 2004

**Related U.S. Application Data**

(63) Continuation of application No. 09/954,522, filed on Sep. 11, 2001, now Pat. No. 6,721,764, which is a continuation of application No. 09/153,094, filed on Sep. 14, 1998, now Pat. No. 6,289,356, which is a continuation of application No. 09/108,022, filed on Jun. 30, 1998, now Pat. No. 5,963,962, which is a continuation of application No. 08/454,921, filed on May 31, 1995, now Pat. No. 5,819,292, which is a continuation of application No. 08/071,643, filed on Jun. 3, 1993, now abandoned.

(51) Int. Cl.7 .......................... **G06F 12/00; G06F 17/30**

(52) U.S. Cl. ...................... **707/202**; 707/201; 707/203; 707/204; 714/15; 714/20

(58) Field of Search ............................... 707/200–204, 707/1–5, 10; 714/15–20

(56) **References Cited**

U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,182,805 A | * | 1/1993 | Campbell | 711/163 |
| 5,623,666 A | * | 4/1997 | Pike et al. | 707/200 |
| 5,649,152 A | * | 7/1997 | Ohran et al. | 711/114 |
| 5,701,480 A | * | 12/1997 | Raz | 718/101 |

| | | | | |
|---|---|---|---|---|
| 5,819,292 A | * | 10/1998 | Hitz et al. | 707/203 |

(Continued)

OTHER PUBLICATIONS

Bach, M.J. "The Design of the UNIX® Operating System", Englewood Cliffs:Prentice Hall, 1986, pp. 38–140 and 325–329. QA76.76.O63 B33 1986. ISBN 0–13–201799–7.*
Schwartz, A.M. et al. "LFS—A Local File System for Multiprocessor NFS Network Servers", Auspex Systems Inc. Technical Report 4, Dec. 1989.*
Hitz, D. et al. "Using UNIX as One Component of a Lightweight Distributed Kernel for Multiprocessor File Servers", Auspex Systems Inc. Technical Report 5, Jan. 1990.*

(Continued)

*Primary Examiner*—Luke S Wassum
(74) *Attorney, Agent, or Firm*—Swernofsky Law Group PC

(57) **ABSTRACT**

The present invention provides a method for keeping a file system in a consistent state and for creating read-only copies of a file system. Changes to the file system are tightly controlled. The file system progresses from one self-consistent state to another self-consistent state. The set of self-consistent blocks on disk that is rooted by the root inode is referred to as a consistency point. To implement consistency points, new data is written to unallocated blocks on disk. A new consistency point occurs when the fsinfo block is updated by writing a new root inode for the inode file into it. Thus, as long as the root inode is not updated, the state of the file system represented on disk does not change. The present invention also creates snapshots that are read-only copies of the file system. A snapshot uses no disk space when it is initially created. It is designed so that many different snapshots can be created for the same file system. Unlike prior art file systems that create a clone by duplicating the entire inode file and all of the indirect blocks, the present invention duplicates only the inode that describes the inode file. A multi-bit free-block map file is used to prevent data from being overwritten on disk.

**24 Claims, 40 Drawing Sheets**



**US 6,892,211 B2**

Page 2

### U.S. PATENT DOCUMENTS

| | | | | |
|---|---|---|---|---|
| 5,873,098 A | * | 2/1999 | Bamford et al. | 707/203 |
| 5,948,110 A | * | 9/1999 | Hitz et al. | 714/6 |
| 5,963,962 A | * | 10/1999 | Hitz et al. | 707/202 |
| 6,038,570 A | * | 3/2000 | Hitz et al. | 707/204 |
| 6,138,126 A | * | 10/2000 | Hitz et al. | 707/202 |
| 6,289,356 B1 | * | 9/2001 | Hitz et al. | 707/201 |
| 6,434,681 B1 | * | 8/2002 | Armangau | 711/162 |
| 6,480,969 B1 | * | 11/2002 | Hitz et al. | 714/6 |
| 6,640,233 B1 | * | 10/2003 | Lewis et al. | 707/205 |
| 6,721,764 B2 | * | 4/2004 | Hitz et al. | 707/202 |
| 6,751,637 B1 | * | 6/2004 | Hitz et al. | 707/202 |
| 6,823,336 B1 | * | 11/2004 | Srinivasan et al. | 707/8 |
| 2002/0083037 A1 | * | 6/2002 | Lewis et al. | 707/1 |
| 2004/0139125 A1 | * | 7/2004 | Strassburg et al. | 707/202 |

### OTHER PUBLICATIONS

Chutani, S. et al. "The Episode File Server", USENIX, Winter 1992, pp. 43–60.*

Hitz, D. "An NFS File Server Appliance", Technical Report TR01, Network Appliance Corporation, Aug. 1993.*

Hitz, D. et al. "File System Design for an NFS File Server Appliance", USENIX, Jan. 19, 1994.*

* cited by examiner



*FIG. 1*
PRIOR ART



*FIG. 2*



*FIG. 3*



*FIG. 4A*



*FIG. 4B*



*FIG. 4C*



*FIG. 4D*



510 — MARK ALL "DIRTY" INODES AS IN CONSISTENCY POINT

520 — FLUSH REGULAR FILES

530 — FLUSH META-DATA FILES

540 — FLUSH FSINFO BLOCK

550 — PROCESS INODES THAT WERE NOT IN CONSISTENCY POINT

*FIG. 5*



610 — PRE-FLUSH THE INODE OF THE BLKMAP FILE

620 — WRITE-ALLOCATE DISK SPACE FOR ALL DIRTY BLOCKS

630 — FLUSH THE INODE FOR THE BLKMAP FILE

530

640 — UPDATE ENTRIES IN BLKMAP FILE

650 — WRITE DIRTY BLOCKS IN BLKMAP AND INODE FILES TO DISK

*FIG. 6*



*FIG. 7*



FIG.8



*FIG. 9A*



*FIG. 9B*



*FIG. 9C*

U.S. Patent     May 10, 2005     Sheet 12 of 40     US 6,892,211 B2



*FIG. 9D*

U.S. Patent    May 10, 2005    Sheet 13 of 40    US 6,892,211 B2



*FIG. 10*



*FIG. 11A*



*FIG. 11B*



*FIG. 11C*



*FIG. 11D*



*FIG. 12*



*FIG. 14*



FIG. 13A



FIG. 13B



FIG. 15



FIG. 17A



FIG. 17I



*FIG. 16*



FIG. 17B



FIG. 17C



FIG. 17D



FIG. 17J



*FIG. 17E*



FIG. 17F



FIG. 17G



FIG. 17H

U.S. Patent

May 10, 2005

Sheet 26 of 40

US 6,892,211 B2



*FIG. 17K*



*FIG. 17L*



*FIG. 18A*



*FIG. 18B*



*FIG. 18C*



*FIG. 19*



*FIG. 20A*



*FIG. 20B*



FIG. 20C



FIG. 21E



*FIG. 21A*



*FIG. 21B*



FIG. 21C



*FIG. 21D*

U.S. Patent    May 10, 2005    Sheet 37 of 40    US 6,892,211 B2



*FIG. 21F*



*FIG. 22*



*FIG. 23A*



*FIG. 23B*

US 6,892,211 B2

1

# COPY ON WRITE FILE SYSTEM CONSISTENCY AND BLOCK USAGE

## CROSS-REFERENCE TO RELATED APPLICATION

This is a continuation of application Ser. No. 09/954,522, filed Sep. 11, 2001 (now U.S. Pat. No. 6,721,764), which is a continuation of application Ser. No. 09/153,094, filed Sep. 14, 1998 (now U.S. Pat. No. 6,289,356), which is a continuation of application Ser. No. 09/108,022, filed Jun. 30, 1998 (now U.S. Pat. No. 5,963,962), which is a continuation of application No. Ser. 08/454,921, filed May 31, 1995 (now U.S. Pat. No. 5,819,292), which is a continuation of application Ser. No. 08/071,643, filed Jun. 3, 1993 (now abandoned).

## BACKGROUND OF THE INVENTION

### 1. Field of the Invention

The present invention is related to the field of methods and apparatus for maintaining a consistent file system and for creating read-only copies of the file system.

### 2. Background Art

All file systems must maintain consistency in spite of system failure. A number of different consistency techniques have been used in the prior art for this purpose.

One of the most difficult and time consuming issues in managing any file server is making backups of file data. Traditional solutions have been to copy the data to tape or other off-line media. With some file systems, the file server must be taken off-line during the backup process in order to ensure that the backup is completely consistent. A recent advance in backup is the ability to quickly "clone" (i.e., a prior art method for creating a read-only copy of the file system on disk) a file system, and perform a backup from the clone instead of from the active file system. With this type of file system, it allows the file server to remain on-line during the backup.

#### File System Consistency

A prior art file system is disclosed by Chutani, et al. in an article entitled *The Episode File System*, USENIX, Winter 1992, at pages 43–59. The article describes the Episode file system which is a file system using meta-data,(i.e., inode tables, directories, bitmaps, and indirect blocks). It can be used as a stand-alone or as a distributed file system. Episode supports a plurality of separate file system hierarchies. Episode refers to the plurality of file systems collectively as an "aggregate". In particular, Episode provides a clone of each file system for slowly changing data.

In Episode, each logical file system contains an "anode" table. An anode table is the equivalent of an inode table used in file systems such as the Berkeley Fast File System. It is a 252-byte structure. Anodes are used to store all user data as well as meta-data in the Episode file system. An anode describes the root directory of a file system including auxiliary files and directories. Each such file system in Episode is referred to as a "fileset". All data within a fileset is locatable by iterating through the anode table and processing each file in turn. Episode creates a read-only copy of a file system, herein referred to as a "clone", and shares data with the active file system using Copy-On-Write (COW) techniques.

Episode uses a logging technique to recover a file system (s) after a system crashes. Logging ensures that the file system meta-data are consistent. A bitmap table contains information about whether each block in the file system is

2

allocated or not. Also, the bitmap table indicates whether or not each block is logged. All meta-data updates are recorded in a log "container" that stores transaction log of the aggregate. The log is processed as a circular buffer of disk blocks. The transaction logging of Episode uses logging techniques originally developed for databases to ensure file system consistency. This technique uses carefully order writes and a recovery program that are supplemented by database techniques in the recovery program.

Other prior art systems including JFS of IBM and VxFS of Veritas Corporation use various forms of transaction logging to speed the recover process, but still require a recovery process.

Another prior art method is called the "ordered write" technique. It writes all disk blocks in a carefully determined order so that damage is minimized when a system failure occurs while performing a series of related writes. The prior art attempts to ensure that inconsistencies that occur are harmless. For instance, a few unused blocks or inodes being marked as allocated. The primary disadvantage of this technique is that the restrictions it places on disk order make it hard to achieve high performance.

Yet another prior art system is an elaboration of the second prior art method referred to as an "ordered write with recovery" technique. In this method, inconsistencies can be potentially harmful. However, the order of writes is restricted so that inconsistencies can be found and fixed by a recovery program. Examples of this method include the original UNIX file system and Berkeley Fast File System (FFS). This technique does not reduce disk ordering sufficiently to eliminate the performance penalty of disk ordering. Another disadvantage is that the recovery process is time consuming. It typically is proportional to the size of the file system. Therefore, for example, recovering a 5 GB FFS file system requires an hour or more to perform.

#### File System Clones

FIG. 1 is a prior art diagram for the Episode file system illustrating the use of Copy-On-Write (COW) techniques for creating a fileset clone. Anode 110 comprises a first pointer 110A having a COW bit that is set. Pointer 110A references data block 114 directly. Anode 110 comprises a second pointer 110B having a COW bit that is cleared. Pointer 110B of anode references indirect block 112. Indirect block 112 comprises a pointer 112A that references data block 124 directly. The COW bit of pointer 112A is set. Indirect block 112 comprises a second pointer 112B that references data block 126. The COW bit of pointer 112B is cleared.

A clone anode 120 comprises a first pointer 120A that references data block 114. The COW bit of pointer 120A is cleared. The second pointer 120B of clone anode 120 references indirect block 122. The COW bit of pointer 120B is cleared. In turn, indirect block 122 comprises a pointer 122A that references data block 124. The COW bit of pointer 122A is cleared.

As illustrated in FIG. 1, every direct pointer 110A, 112A–112B, 120A, and 122A and indirect pointer 110B and 122A in the Episode file system contains a COW bit. Blocks that have not been modified since the clone was created are contained in both the active file system and the clone, and have set (1) COW bits. The COW bit is cleared (0} when a block that is referenced to by the pointer has been modified and, therefore, is part of the active file system but not the clone.

When a clone is created in Episode, the entire anode table is copied, along with all indirect blocks that the anodes reference. The new copy describes the clone, and the origi-

US 6,892,211 B2

**3**

nal copy continues to describe the active file system. In the original copy, the COW bits in all pointers are set to indicate that they point to the same data blocks as the clone. Thus, when inode **110** in FIG. **1** was cloned, it was copied to clone anode **120**, and indirect block **112** was copied to clone indirect block **122**. In addition, COW bit **12A** was set to indicate that indirect blocks **112** and **122** both point to data block **124**. In FIG. **1**, data block **124** has not been modified since the clone was created, so it is still referenced by pointers **112A** and **112B**, and the COW bit in **112A** is still set. Data block **126** is not part of the clone, and so pointer **112B** which references it does not have its COW bit set.

When an Episode clone is created, every anode and every indirect block in the file system must be copied, which consumes many mega-bytes and takes a significant amount of time to write to disk.

A fileset "clone" is a read-only copy of an active fileset wherein the active fileset is readable and writable. Clones are implemented using COW techniques, and share data blocks with an active fileset on a block-by-block basis. Episode implements cloning by copying each anode stored in a fileset. When initially cloned, both the writable anode of the active fileset and the cloned anode both point to the same data block(s). However, the disk addresses for direct and indirect blocks in the original anode are tagged as COW. Thus, an update to the writable fileset does not affect the clone. When a COW block is modified, a new block is allocated in the file system and updated with the modification. The COW flag in the pointer to this new block is cleared.

The prior art Episode system creates clones that duplicate the entire inode file and all of the indirect blocks in the file system. Episode duplicates all inodes and indirect blocks so that it can set a Copy-On-Write (COW) in all pointers to blocks that are used by both the active file system and the clone. In Episode, it is important to identify these blocks so that new data written to the active file system does not overwrite "old" data that is part of the clone and, therefore, must not change.

Creating a clone in the prior art can use up as much as 32 MB on a 1 GB disk. The prior art uses 256 MB of disk space on a 1 GB disk (for 4 KB blocks) to keep eight clones of the file system. Thus, the prior art cannot use large numbers of clones to prevent loss of data. Instead it used to facilitate backup of the file system onto an auxiliary storage means other than the disk drive, such as a tape backup device. Clones are used to backup a file system in a consistent state at the instant the clone is made. By cloning the file system, the clone can be backed up to the auxiliary storage means without shutting down the active file system, and thereby preventing users from using the file system. Thus, clones allow users to continue accessing an active file system while the file system, in a consistent state is backed up. Then the done is deleted once the backup is completed. Episode is not capable of supporting multiple clones since each pointer has only one COW bit. A single COW bit **30** is not able to distinguish more than one clone. For more than one clone, there is no second COW bit that can be set.

A disadvantage of the prior art system for creating file system clones is that it involves duplicating all of the inodes and all of the indirect blocks in the file system. For a system with many small files, the inodes alone can consume a significant percentage of the total disk space in a file system. For example, a 1 GB file system that is filled with 4 KB files has 32 MB of inodes. Thus, creating an Episode clone consumes a significant amount of disk space, and generates

**4**

large amounts (i.e., many megabytes) of disk traffic. As a result of these conditions, creating a clone of a file system takes a significant amount of time to complete.

Another disadvantage of the prior art system is that it makes it difficult to create multiple clones of the same file system. The result of this is that clones tend to be used, one at a time, for short term operations such as backing up the file system to tape, and are then deleted.

## SUMMARY OF THE INVENTION

The present invention provides a method for maintaining a file system in a consistent state and for creating read-only copies of a file system. Changes to the file system are tightly controlled to maintain the file system in a consistent state. The file system progresses from one self-consistent state to another self-consistent state. The set of self-consistent blocks on disk that is rooted by the root inode is referred to as a consistency point (CP). To implement consistency points, WAFL always writes new data to unallocated blocks on disk. It never overwrites existing data. A new consistency point occurs when the fsinfo block is updated by writing a new root inode for the inode file into it. Thus, as long as the root inode is not updated, the state of the file system represented on disk does not change.

The present invention also creates snapshots, which are virtual read-only copies of the file system. A snapshot uses no disk space when it is initially created. It is designed so that many different snapshots can be created for the same file system. Unlike prior art file systems that create a clone by duplicating the entire inode file and all of the indirect blocks, the present invention duplicates only the inode that describes the inode file. Thus, the actual disk space required for a snapshot is only the 128 bytes used to store the duplicated inode. The 128 bytes of the present invention required for a snapshot is significantly less than the many megabytes used for a clone in the prior art.

The present invention prevents new data written to the active file system from overwriting "old" data that is part of a snapshot(s). It is necessary that old data not be overwritten as long as it is part of a snapshot. This is accomplished by using a multi-bit free-block map. Most prior art file systems use a free block map having a single bit per block to indicate whether or not a block is allocated. The present invention uses a block map having 32-bit entries. A first bit indicates whether a block is used by the active file system, and 20 remaining bits are used for up to 20 snapshots, however, some bits of the 31 bits may be used for other purposes.

## BRIEF DESCRIPTION OF THE DRAWINGS

FIG. **1** is a block diagram of a prior art "clone" of a file system.

FIG. **2** is a diagram illustrating a list of inodes having dirty buffers.

FIG. **3** is a diagram illustrating an on-disk inode of WAFL.

FIGS. **4A–4D** are diagrams illustrating on-disk inodes of WAFL having different levels of indirection.

FIG. **5** is a flow diagram illustrating the method for generating a consistency point.

FIG. **6** is a flow diagram illustrating step **530** of FIG. **5** for generating a consistency point.

FIG. **7** is a flow diagram illustrating step **530** of FIG. **5** for creating a snapshot.

FIG. **8** is a diagram illustrating an incore inode of WAFL according to the present invention.

US 6,892,211 B2

5                                                                          6

FIGS. 9A–9D are diagrams illustrating incore inodes of WAFL having different levels of indirection according to the present invention.

FIG. 10 is a diagram illustrating an incore inode 1020 for a file.

FIGS. 11A–11D are diagrams illustrating a block map (blkmap) file according to the present invention.

FIG. 12 is a diagram illustrating an inode file according to the present invention.

FIGS. 13A–13B are diagrams illustrating an inode map (inomap) file according to the present invention.

FIG. 14 is a diagram illustrating a directory according to the present invention.

FIG. 15 is a diagram illustrating a file system information (fsinfo) structure.

FIG. 16 is a diagram illustrating the WAFL file system.

FIGS. 17A–17L are diagrams illustrating the generation of a consistency point.

FIGS. 18A–18C are diagrams illustrating generation of a snapshot.

FIG. 19 is a diagram illustrating changes to an inode file.

FIG. 20 (comprising FIGS. 20A, 20B, and 20C) is a diagram illustrating fsinfo blocks used for maintaining a file system in a consistent state.

FIGS. 21A–21F are detailed diagrams illustrating generations of a snapshot.

FIG. 22 is a diagram illustrating an active WAFL file system having three snapshots that each reference a common file; and,

FIGS. 23A–23B are diagrams illustrating the updating of a time.

DETAILED DESCRIPTION OF THE PRESENT INVENTION

A system for creating read-only copies of a file system is described. In the following description, numerous specific details, such as number and nature of disks, disk block sizes, etc., are described in detail in order to provide a more thorough description of the present invention. It will be apparent, however, to one skilled in the art, that the present invention may be practiced without these specific details. In other instances, well-known features have not been described in detail so as not to unnecessarily obscure the present invention.

Write Anywhere File-system Layout

The present invention uses a Write Anywhere File-System Layout (WAFL). This disk format system is block based (i.e., 4 KB blocks that have no fragments), uses inodes to describe its files, and includes directories that are simply specially formatted files. WAFL uses files to store meta-data that describes the layout of the file system. WAFL meta-data files include: an inode file, a block map (blkmap) file, and an inode map (inomap) file. The inode file contains the inode table for the file system. The blkmap file indicates which disk blocks are allocated. The inomap file indicates which inodes are allocated. On-disk and incore WAFL inode distinctions are discussed below.

On-disk WAFL Inodes

WAFL inodes are distinct from prior art inodes. Each on-disk WAFL inode points to 16 blocks having the same level of indirection. A block number is 4-bytes long. Use of block numbers having the same level of indirection in an inode better facilitates recursive processing of a file. FIG. 3

is a block diagram illustrating an on-disk inode 310. The on-disk inode 310 is comprised of standard inode information 310A and 16 block number entries 310B having the same level of indirection. The inode information 310A comprises information about the owner of a file, permissions, file size, access time, etc. that are well-known to a person skilled in the art. On-disk inode 310 is unlike prior art inodes that comprise a plurality of block numbers having different levels of indirection. Keeping all block number entries 310B in an inode 310 at the same level of indirection simplifies file system implementation.

For a small file having a size of 64 bytes or less, data is stored directly in the inode itself instead of the 16 block numbers. FIG. 4A is a diagram illustrating a Level 0 inode 410 that is similar to inode 310 shown in FIG. 3. However, inode 410 comprises 64-bytes of data 410B instead of 16 block numbers 310B. Therefore, disk blocks do not need to be allocated for very small files.

For a file having a size of less than 64 KB, each of the 16 block numbers directly references a 4 KB data block. FIG. 4B is a diagram illustrating a Level 1 inode 310 comprising 16 block numbers 310B. The block number entries 0–15 point to corresponding 4 KB data blocks 420A–420C.

For a file having a size that is greater than or equal to 64 KB and is less than 64 MB, each of the 16 block numbers references a single-indirect block. In turn, each 4 KB single-indirect block comprises 1024 block numbers that reference 4 KB data blocks. FIG. 4C is a diagram illustrating a Level 2 inode 310 comprising 16 block numbers 310B that reference 16 single-indirect blocks 430A–430C. As shown in FIG. 4C, block number entry 0 points to single-indirect block 430A. Single-indirect block 430A comprises 1024 block numbers that reference 4 KB data blocks 440A–440C. Similarly, single-indirect blocks 430B–430C can each address up to 1024 data blocks.

For a file size greater than 64 MB, the 16 block numbers of the inode reference double-indirect blocks. Each 4 KB double-indirect block comprises 1024 block numbers pointing to corresponding single-indirect blocks. In turn, each single-indirect block comprises 1024 block numbers that point to 4 KB data blocks. Thus, up to 64 GB can be addressed. FIG. 4D is a diagram illustrating a Level 3 inode 310 comprising 16 block numbers 310B wherein block number entries 0, 1, and 15 reference double-indirect blocks 470A, 470B, and 470C, respectively. Double-indirect block 470A comprises 1024 block number entries 0–1023 that point to 1024 single-indirect blocks 480A–480B. Each single-indirect block 480A–480B, in turn, references 1024 data blocks. As shown in FIG. 4D, single-indirect block 480A references 1024 data blocks 490A–490C and single-indirect block 480B references 1024 data blocks 490C–490F.

Incore WAFL Inodes

FIG. 8 is a block diagram illustrating an incore WAFL inode 820. The incore inode 820 comprises the information of on-disk inode 310 (shown in FIG. 3), a WAFL buffer data structure 820A, and 16 buffer pointers 820B. A WAFL incore inode has a size of 300 bytes. A WAFL buffer is an incore (in memory) 4 KB equivalent of the 4 KB blocks that are stored on disk. Each incore WAFL inode 820 points to 16 buffers having the same levels of indirection. A buffer pointer is 4-bytes long. Keeping all buffer pointers 820B in an inode 820 at the same level of indirection simplifies file system implementation. Incore inode 820 also contains incore information 820C comprising a dirty flag, an in-consistency point (IN_CP) flag, and pointers for a linked

US 6,892,211 B2

7                                                                8

list. The dirty flag indicates that the inode itself has been modified or that it references buffers that have changed. The IN_CP flag is used to mark an inode as being in a consistency point (described below). The pointers for a linked list are described below.

FIG. 10 is a diagram illustrating a file referenced by a WAFL inode 1010. The file comprises indirect WAFL buffers 1020–1024 and direct WAFL buffers 1030–1034. The WAFL in-core inode 1010 comprises standard inode information 1010A (including a count of dirty buffers), a WAFL buffer data structure 1010B, 16 buffer pointers 1010C and a standard on-disk inode 1010D. The incore WAFL inode 1010 has a size of approximately 300 bytes. The on-disk inode is 128 bytes in size. The WAFL buffer data structure 1010B comprises two pointers where the first one references the 16 buffer pointers 1010C and the second references the on-disk block numbers 1010D.

Each inode 1010 has a count of dirty buffers that it references. An inode 1010 can be put in the list of dirty inodes and/or the list of inodes that have dirty buffers. When all dirty buffers referenced by an inode are either scheduled to be written to disk or are written to disk, the count of dirty buffers to inode 1010 is set to zero. The inode 1010 is then requeued according to its flag (i.e., no dirty buffers). This inode 1010 is cleared before the next inode is processed. Further the flag of the inode indicating that it is in a consistency point is cleared. The inode 1010 itself is written to disk in a consistency point.

The WAFL buffer structure is illustrated by indirect WAFL buffer 1020. WAFL buffer 1020 comprises a WAFL buffer data structure 1020A, a 4 KB buffer 1020B comprising 1024 WAFL buffer pointers and a 4 KB buffer 1020C comprising 1024 on-disk block numbers. The WAFL buffer data structure is 56 bytes in size and comprises 2 pointers. One pointer of WAFL buffer data structure 1020A references 4 KB buffer 1020B and a second pointer references buffer 1020C. In FIG. 10, the 16 buffer pointers 1010C of WAFL inode 1010 point to the 16 single-indirect WAFL buffers 1020–1024. In turn, WAFL buffer 1020 references 1024 direct WAFL buffer structures 1030–1034. WAFL buffer 1030 is representative of direct WAFL buffers.

Direct WAFL buffer 1030 comprises WAFL buffer data structure 1030A and a 4 KB direct buffer 1030B containing a cached version of a corresponding on-disk 4 KB data block. Direct WAFL buffer 1030 does not comprise a 4 KB buffer such as buffer 1020C of indirect WAFL buffer 1020. The second buffer pointer of WAFL buffer data structure 1030A is zeroed, and therefore does not point to a second 4 KB buffer. This prevents inefficient use of memory because memory space would be assigned for an unused buffer otherwise.

In the WAFL file system as shown in FIG. 10, a WAFL in-core inode structure 1010 references a tree of WAFL buffer structures 1020–1024 and 1030–1034. It is similar to a tree of blocks on disk referenced by standard inodes comprising block numbers that pointing to indirect and/or direct blocks. Thus, WAFL inode 1010 contains not only the on-disk inode 1010D comprising 16 volume block numbers, but also comprises 16 buffer pointers 1010C pointing to WAFL buffer structures 1020–1024 and 1030–1034. WAFL buffers 1030–1034 contain cached contents of blocks referenced by volume block numbers.

The WAFL in-code inode 1010 contains 16 buffer pointers 1010C. In turn, the 16 buffer pointers 1010C are referenced by a WAFL buffer structure 1010B that roots the tree of WAFL buffers 1020–1024 and 1030–1034. Thus, each

WAFL inode 1010 contains a WAFL buffer structure 1010B that points to the 16 buffer pointers 1010C in the inode 1010. This facilitates algorithms for handling trees of buffers that are implemented recursively. If the 16 buffer pointers 1010C in the inode 1010 were not represented by a WAFL buffer structure 1010B, the recursive algorithms for operating on an entire tree of buffers 1020–1024 and 1030–1034 would be difficult to implement.

FIGS. 9A–9D are diagrams illustrating inodes having different levels of in-direction. In FIGS. 9A–9D, simplified indirect and direct WAFL buffers are illustrated to show indirection. However, it should be understood that the WAFL buffers of FIG. 9 represent corresponding indirect and direct buffers of FIG. 10. For a small file having a size of 64 bytes or less, data is stored directly in the inode itself instead of the 16 buffer pointers. FIG. 9A is a diagram illustrating a Level 0 inode 820 that is the same as inode 820 shown in FIG. 8 except that inode 820 comprises 64-bytes of data 920B instead of 16 buffer pointers 820B. Therefore, additional buffers are not allocated for very small files.

For a file having a size of less than 64 KB, each of the 16 buffer pointers directly references a 4 KB direct WAFL buffer. FIG. 9B is a diagram illustrating a Level 1 inode 820 comprising 16 buffer pointers 820B. The buffer pointers PTR0–PTR15 point to corresponding 4 KB direct WAFL buffers 922A–922C.

For a file having a size that is greater than or equal to 64 KB and is less than 64 MB, each of the 16 buffer pointers references a single-indirect WAFL buffer. In turn, each 4 KB single-indirect WAFL buffer comprises 1024 buffer pointers that reference 4 KB direct WAFL buffers. FIG. 9C is a diagram illustrating a Level 2 inode 820 comprising 16 buffer pointers 820B that reference 16 single-indirect WAFL buffers 930A–930C. As shown in FIG. 9C, buffer pointer PTRO points to single-indirect WAFL buffer 930A. Single-indirect WAFL buffer 930A comprises 1024 pointers that reference 4 KB direct WAFL buffers 940A–940C. Similarly, single-indirect WAFL buffers 930B–930C can each address up to 1024 direct WAFL buffers.

For a file size greater than 64 MB, the 16 buffer pointers of the inode reference double-indirect WAFL buffers. Each 4 KB double-indirect WAFL buffer comprises 1024 pointers pointing to corresponding single-indirect WAFL buffers. In turn, each single-indirect WAFL buffer comprises 1024 pointers that point to 4 KB direct WAFL buffers. Thus, up to 64 GB can be addressed. FIG. 9D is a diagram illustrating a Level 3 inode 820 comprising 16 pointers 820B wherein pointers PTRO, PTR1, and PTR15 reference double-indirect WAFL buffers 970A, 970B, and 970C, respectively.

Double-indirect WAFL buffer 970A comprises 1024 pointers that point to 1024 single-indirect WAFL buffers 980A–980B. Each single-indirect WAFL buffer 980A–980B, in turn, references 1024 direct WAFL buffers. As shown in FIG. 9D, single-indirect WAFL buffer 980A references 1024 direct WAFL buffers 990A–990C and single-indirect WAFL buffer 980B references 1024 direct WAFL buffers 990D–990F.

Directories

Directories in the WAFL system are stored in 4 KB blocks that are divided into two sections. FIG. 14 is a diagram illustrating a directory block 1410 according to the present invention. Each directory block 1410 comprises a first section 1410A comprising fixed length directory entry structures 1412–1414 and a second section 1410B containing the actual directory names 1416–1418. Each directory entry also contains a file id and a generation. This information identifies what the file the entry references. This information is

US 6,892,211 B2

9

well-known in the art, and therefore is not illustrated in FIG. 14. Each entry **1412**–**1414** in the first section **1410**A of the directory block has a pointer to its name in the second section **1410**B. Further, each entry **1412**–**1414** includes a hash value dependent upon its name in the second section **1410**B so that the name is examined only when a hash hit (a hash match) occurs. For example, entry **1412** of the first section **1410**A comprises a hash value **1412**A and a pointer **1412**B. The hash value **1412**A is a value dependent upon the directory name "DIRECTORY_ABC" stored in variable length entry **1416** of the second section **1410**B. Pointer **1412**B of entry **1410** points to the variable length entry **1416** of second section **1410**B. Using fixed length directory entries **1412**–**1414** in the first Section **1410**A speeds up the process of name lookup. A calculation is not required to find the next entry in a directory block **1410**. Further, keeping entries **1412**–**1414** in the first section small **1410**A improves the hit rate for file systems with a line-fill data cache.

Meta-Data

WAFL keeps information that describes a file system in files known as meta-data. Meta-data comprises an inode file, inomap file, and a blkmap file. WAFL stores its meta-data in files that may be written anywhere on a disk. Because all WAFL meta-data is kept in files, it can be written to any location just like any other file in the file system.

A first meta-data file is the "inode file" that contains inodes describing, all other files in the file system. FIG. 12 is a diagram illustrating an inode file **1210**. The inode file **1210** may be written anywhere on a disk unlike prior art systems that write "inode tables" to a fixed location on disk. The inode file **1210** contains an inode **1210**A–**1210**F for each file in the file system except for the inode file **1210** itself. The inode file **1210** is pointed to by an inode referred to as the "root inode". The root inode is kept in a fixed location on disk referred to as the file system information (fsinfo) block described below. The inode file **1210** itself is stored in 4 KB blocks on disk (or 4 KB buffers in memory). FIG. 12 illustrates that inodes **1210**A–**1210**C are stored in a 4 KB buffer **1220**. For on-disk inode sizes of 128 bytes, a 4 KB buffer (or block) comprises 32 inodes. The incore inode file **1210** is composed of WAFL buffers **1220**. When an incore inode (i.e., **820**) is loaded, the on-disk inode part of the incore inode **820** is copied from the buffer **1220** of the inode lie **1210**. The buffer data itself is loaded from disk. Writing data to disk is done in the reverse order. The incore inode **820**, which contains a copy of the ondisk inode, is copied to the corresponding buffer **1220** of the inode file **1210**. Then, the inode file **1210** is write-allocated, and the data stored in the buffer **1220** of the inode file **1210** is written to disk.

Another meta-data file is the "block map" (blkmap) file. FIG. 11A is a diagram illustrating a blkmap file **1110**. The blkmap file **1110** contains a 32-bit entry **1110**A–**1110**D for each 4 KB block in the disk system. It also serves as a free-block map file. The blkmap file **1110** indicates whether or not a disk block has been allocated. FIG. 11B is a diagram of a block entry **1110**A of blkmap file **1110** (shown in FIG. 11A). As shown in FIG. 11B, entry **1110**A is comprised of 32 bits (BITO–BIT31). Bit **0** (BITO) of entry **1110**A is the active file system bit (F5-BIT). The FS-bit of entry **1110**A indicates whether or not the corresponding block is part of the active file system. Bits **1**–**20** (BIT1–BIT20) of entry **1110**A are bits that indicate whether the block is part of a corresponding snapshot **1**–**20**. The next upper 10 bits (BIT21–BIT30) are reserved. Bit **31** (BIT31) is the consistency point bit (CP-BIT) of entry **1110**A.

A block is available as a free block in the file system when all bits (BITO–BIT31) in the 32-bit entry **1110**A for the

10

block are clear (reset to a value of 0). FIG. 11C is a diagram illustrating entry **1110**A of FIG. 11A indicating the disk block is free. Thus, the block referenced by entry **1110**A of blkmap file **1110** is free when bits **0**–**31** (BITO–BIT31) all have values of 0.

FIG. 11D is a diagram illustrating entry **1110**A of FIG. 11A indicating an allocated block in the active file system. When bit **0** (BITO), also referred to as the FS-bit, is set to a value of 1, the entry **1110**A of blkmap file **1110** indicates a block that is part of the active file system. Bits **1**–**20** (BIT1–BIT20) are used to indicate corresponding snapshots, if any, that reference the block. Snapshots are described in detail below. If bit **0** (BITO) is set to a value of 0, this does not necessarily indicate that the block is available for allocation. All the snapshot bits must also be zero for the block to be allocated. Bit **31** (BIT31) of entry **1110**A always has the same state as bit **0** (BITO) on disk, however, when loaded into memory bit **31** (BIT31) is used for bookkeeping as part of a consistency point.

Another meta-data file is the "inode map" (inomap) file that serves as a free inode map. FIG. 13A is a diagram illustrating an inomap file **1310**. The inomap file **1310** contains an 8-bit entry **1310**A–**1310**C for each block in the inode file **1210** shown in FIG. 12. Each entry **1310**A–**1310**C is a count of allocated inodes in the corresponding block of the inode file **1210**. FIG. 13A shows values of 32, 5, and 0 in entries **1310**A–**1310**C, respectively. The inode file **1210** must still be inspected to find which inodes in the block are free, but does not require large numbers of random blocks to be loaded into memory from disk. Since each 4 KB block **1220** of inode file **1210** holds 32 inodes, the 8-bit inomap entry **1310**A–**1310**C for each block of inode file **1210** can have values ranging from 0 to 32. When a block **1220** of an inode file **1210** has no inodes in use, the entry **1310**A–**1310**C for it in inomap file **1310** is 0. When all the inodes in the block **1220** inode file **1210** are in use, the entry **1310**A–**1310**C of the inomap file **1310** has a value of 32.

FIG. 13B is a diagram illustrating an inomap file **1350** that references the 4 KB blocks **1340**A–**1340**C of inode file **1340**. For example, inode file **1340** stores 37 inodes in three 4 KB blocks **1340**A–**1340**C. Blocks **1340**A–**1340**C of inode file **1340** contain 32, 5, and 0 used inodes, respectively. Entries **1350**A–**1350**C of blkmap file **1350** reference blocks **1340**A–**1340**C of inode file **1340**, respectively. Thus, the entries **1350**A–**1350**C of inomap file have values of 32, 5, and 0 for blocks **1340**A–**1340**C of inode file **1340**. In turn, entries **1350**A–**1350**C of momap file indicate 0, 27, and 32 free inodes in blocks **1340**A–**1340**C of inode file **1340**, respectively.

Referring to FIG. 13, using a bitmap for the entries **1310**A–**1310**C of inomap file **1310** instead of counts is disadvantageous since it would require 4 bytes per entry **1310**A–**1310**C for block **1220** of the inode file **1210** (shown in FIG. 12) instead of one byte. Free inodes in the block(s) **1220** of the inode file **1210** do not need to be indicated in the inomap file **1310** because the inodes themselves contain that information.

FIG. 15 is a diagram illustrating a file system information (fsinfo) structure **1510**. The root inode **1510**B of a file system is kept in a fixed location on disk so that it can be located during booting of the file system. The fsinfo block is not a meta-data file but is part of the WAFL system. The root inode **1510**B is an inode referencing the inode file **1210**. It is part of the file system information (fsinfo) structure **1510** that also contains information **1510**A including the number of blocks in the file system, the creation time of the file system, etc. The miscellaneous information **1510**A further

US 6,892,211 B2

11

comprises a checksum 1510C (described below). Except for the root inode 1510B itself, this information 1510A can be kept in a meta-data file in an alternate embodiment. Two identical copies of the fsinfo structure 1510 are kept in fixed locations on disk.

FIG. 16 is a diagram illustrating the WAFL file system 1670 in a consistent state on disk comprising two fsinfo blocks 1610 and 1612, inode file 1620, blkmap file 1630, inomap file 1640, root directory 1650, and a typical file (or directory) 1660. Inode file 1620 is comprised of a plurality of inodes 1620A–1620D that reference other files 1630–1660 in the file system 1670. Inode 1620A of inode file 1620 references blkmap file 1630. Inode 1620B references inomap file 1640. Inode 1620C references root directory 1650. Inode 1620D references a typical file (or directory) 1660. Thus, the inode file points to all files 1630–1660 in the file system 1670 except for fsinfo blocks 1610 and 1612. Fsinfo blocks 1610 and 1612 each contain a copy 1610B and 1612B of the inode of the inode file 1620, respectively. Because the root inode 1610B and 1612B of fsinfo blocks 1610 and 1612 describes the inode file 1620, that in turn describes the rest of the files 1630–1660 in the file system 1670 including all meta-data files 1630–1640, the root inode 1610B and 1612B is viewed as-the root of a tree of blocks. The WAFL system 1670 uses this tree structure for its update method (consistency point) and for implementing snapshots, both described below.

List of Inodes Having Dirty Blocks

WAFL in-core inodes (i.e., WAFL inode 1010 shown in FIG. 10) of the WAFL file system are maintained in different linked lists according to their status. Inodes that reference dirty blocks are kept in a dirty inode list as shown in FIG. 2. Inodes containing valid data that is not dirty are kept in a separate list and inodes that have no valid data are kept in yet another, as is well-known in the art. The present invention utilizes a list of inodes having dirty data blocks that facilitates finding all of the inodes that need write allocations to be done.

FIG. 2 is a diagram illustrating a list 210 of dirty inodes according to the present invention. The list 210 of dirty inodes comprises WAFL in-core inodes 220–1750. As shown in FIG. 2, each WAFL in-core inode 220–250 comprises a pointer 220A–250A, respectively, that points to another inode in the linked list. For example, WAFL inodes 220–250 are stored in memory at locations 2048, 2152, 2878, 3448 and 3712, respectively. Thus, pointer 220A of inode 220 contains address 2152. It points therefore to WAFL inode 222. In turn, WAFL inode 222 points to WAFL inode 230 using address 2878. WAFL inode 230 points to WAFL inode 240. WAFL inode 240 points to inode 250. The pointer 250A of WAFL inode 250 contains a null value and therefore does not point to another inode. Thus, it is the last inode in the list 210 of dirty inodes. Each inode in the list 210 represents a file comprising a tree of buffers as depicted in FIG. 10. At least one of the buffers referenced by each inode 220–250 is a dirty buffer. A dirty buffer contains modified data that must be written to a new disk location in the WAFL system. WAFL always writes dirty buffers to new locations on disk.

Consistency Points

The WAFL disk structure described so far is static. In the present invention, changes to the file system 1670 are tightly controlled to maintain the file system 1670 in a consistent state. The file system 1670 progresses from one self-consistent state to another self-consistent state. The set (or tree) of self-consistent blocks on disk that is rooted by the root inode 1510B is referred to as a consistency point (CP).

12

To implement consistency points, WAFL always writes new data to unallocated blocks on disk. It never overwrites existing data. Thus, as long as the root inode 1510B is not updated, the state of the file system 1670 represented on disk does not change. However, for a file system 1670 to be useful, it must eventually refer to newly written data, therefore a new consistency point must be written.

Referring to FIG. 16, a new consistency point is written by first flushing all file system blocks to new locations on disk (including the blocks in meta-data files such as the inode file 1620, blkmap file 1630, and inomap file 1640). A new root inode 1610B and 1612B for the file system 1670 is then written to disk. With this method for atomically updating a file system, the on-disk file system is never in-consistent. The on-disk file system 1670 reflects an old consistency point up until the root inode 1610B and 1612B is written. Immediately after the root inode 1610B and 1612B is written to disk, the file system 1670 reflects a new consistency point. Data structures of the file system 1670 can be updated in any order, and there are no ordering constraints on disk writes except the one requirement that all blocks in the file system 1670 must be written to disk before the root inode 1610B and 1612B is updated.

To convert to a new consistency point, the root inode 1610B and 1612B must be updated reliably and atomically. WAFL does this by keeping two identical copies of the fsinfo structure 1610 and 1612 containing the root inode 1610B and 1612B. During updating of the root inode 1610B and 1612B, a first copy of the fsinfo structure 1610 is written to disk, and then the second copy of the fsinfo structure 1612 is written. A checksum 1610C and 1612C in the fsinfo structure 1610 and 1612, respectively, is used to detect the occurrence of a system crash that corrupts one of the copies of the fsinfo structure 1610 or 1612, each containing a copy of the root inode, as it is being written to disk. Normally, the two fsinfo structures 1610 and 1612 are identical.

Algorithm for Generating a Consistency Point

FIG. 5 is a diagram illustrating the method of producing a consistency point. In step 510, all "dirty" inodes (inodes that point to new blocks containing modified data) in the system are marked as being in the consistency point. Their contents, and only their contents, are written to disk. Only when those writes are complete are any writes from other inodes allowed to reach disk. Further, during the time dirty writes are occurring, no new modifications can be made to inodes that have their consistency point flag set.

In addition to setting the consistency point flag for all dirty inodes that are part of the consistency point, a global consistency point flag is set so that user-requested changes behave in a tightly controlled manner. Once the global consistency point flag is set, user-requested changes are not allowed to affect inodes that have their consistency point flag set. Further, only inodes having a consistency point flag that is set are allocated disk space for their dirty blocks. Consequently, the state of the file system will be flushed to disk exactly as it was when the consistency point began.

In step 520, regular files are flushed to disk. Flushing regular files comprises the steps of allocating disk space for dirty blocks in the regular files, and writing the corresponding WAFL buffers to disk. The inodes themselves are then flushed (copied) to the inode file. All inodes that need to be written are in either the list of inodes having dirty buffers or the list of inodes that are dirty but do not have dirty buffers. When step 520 is completed, there are no more ordinary inodes with the consistency point flag set, and all incoming I/O requests succeed unless the requests use buffers that are still locked up for disk I/O operations.

US 6,892,211 B2

13                                                          14

In step **530**, special files are flushed to disk. Flushing special files comprises the steps of allocating disk space for dirty blocks in the two special files: the inode file and the blkmap file, updating the consistency bit (CP-bit) to match the active file system bit (FS-bit) for each entry in the blkmap file, and then writing the blocks to disk. Write allocating the inode file and the blkmap is complicated because the process of write allocating them changes the files themselves. Thus, in step **530** writes are disabled while changing these files to prevent important blocks from locking up in disk I/O operations before the changes are completed.

Also, in step **530**, the creation and deletion of snapshots, described below, are performed because it is the only point in time when the file system, except for the blkmap block, is completely self consistent and about to be written to disk. A snapshot is deleted from the file system before a new one is created so that the same snapshot inode can be used in one pass.

FIG. **6** is a flow diagram illustrating the steps that step **530** comprises. Step **530** allocates disk space for the blkmap file and the inode file and copies the active FS-bit into the CP-bit for each entry in the blkmap file. In step **610**, the inode for the blkmap file is pre-flushed to the inode file. This ensures that the block in the inode file that contains the inode of the blkmap file is dirty so that **620** allocates disk space for it.

In step **620**, disk space is allocated for all dirty blocks in the inode and blkmap files. The dirty blocks include the block in the inode file containing the inode of the blkmap file.

In step **630**, the inode for the blkmap file is flushed again, however this time the actual inode is written to the pre-flushed block in the inode file. Step **610** has already dirtied the block of the inode file that contains the inode of the blkmap file. Thus, another write-allocate, as in step **620**, does not need to be scheduled.

In step **640**, the entries for each block in the blkmap file are updated. Each entry is updated by copying the active FS-bit to the CP-bit (i.e., copying bit **0** into bit **31**) for all entries in dirty blocks in the blkmap file.

In step **650**, all dirty blocks in the blkmap and inode files are written to disk. Only entries in dirty blocks of the blkmap file need to have the active file system bit (FS-bit) copied to the consistency point bit (CP-bit) in step **640**. Immediately after a consistency point, all blkmap entries have same value for both the active FS-bit and CP-bit. As time progresses, some active FS-bits of blkmap file entries for the file system are either cleared or set. The blocks of the blkmap file containing the changed FS-bits are accordingly marked dirty. During the following consistency point, blocks that are clean do not need to be re-copied. The clean blocks are not copied because they were not dirty at the previous consistency point and nothing in the blocks has changed since then. Thus, as long as the file system is initially created with the active FS-bit and the CP-bit having the same value in all blkmap entries, only entries with dirty blocks need to be up-dated at each consistency point.

Referring to FIG. **5**, in step **540**, the file system information (fsinfo) block is first updated and then flushed to disk. The fsinfo block is updated by writing a new root inode for the inode file into it. The fsinfo block is written twice. It is first written to one location and then to a second location. The two writes are performed so that when a system crash occurs during either write, a self-consistent file system exists on disk. Therefore, either the new consistency point is available if the system crashed while writing the second

fsinfo block or the previous consistency point (on disk before the recent consistency point began) is available if the first fsinfo block failed. When the file system is restarted after a system failure, the highest generation count for a consistency point in the fsinfo blocks having a correct checksum value is used. This is described in detail below.

In step **550**, the consistency point is completed. This requires that any dirty inodes that were delayed because they were not part of the consistency point be requeued. Any inodes that had their state change during the consistency point are in the consistency point wait (CP__WAIT) queue. The CP__WAIT queue holds inodes that changed before step **540** completed, but after step **510** when the consistency point started. Once the consistency point is completed, the inodes in the CP__WAIT queue are re-queued accordingly in the regular list of inodes with dirty buffers and list of dirty inodes without dirty buffers.

Single Ordering Constraint of Consistency Point

The present invention, as illustrated in FIGS. **20A–20C**, has a single ordering constraint. The single ordering constraint is that the fsinfo block **1810** is written to disk only after all the other blocks are written to disk. The writing of the fsinfo block **1810** is atomic, otherwise the entire file system **1830** could be lost. Thus, the WAFL file system requires the fsinfo block **1810** to be written at once and not be in an inconsistent state. As illustrated in FIG. **15**, each of the fsinfo blocks **1810** (**1510**) contains a checksum **1510**C and a generation count **1510**D.

FIG. **20A** illustrates the updating of the generation count **1810**D and **1870**D of fsinfo blocks **1810** and **1870**. Each time a consistency point (or snap-shot) is performed, the generation count of the fsinfo block is updated. FIG. **20A** illustrates two fsinfo blocks **1810** and **1870** having generation counts **1810**D and **1870**D, respectively, that have the same value of N indicating a consistency point for the file system. Both fsinfo blocks reference the previous consistency point (old file system on disk) **1830**. A new version of the file system exists on disk and is referred to as new consistency point **1831**. The generation count is incremented every consistency point.

In FIG. **20B**, the generation count **1810**D of the first fsinfo block **1810** is updated and given a value of N+1. It is then written to disk. FIG. **20B** illustrates a value of N+1 for generation count **1810**D of fsinfo block **1810** whereas the generation count **1870**D of the second fsinfo block **1870** has a value of N. Fsinfo block **1810** references new consistency point **1831** whereas fsinfo block **1870** references old consistency point **1830**. Next, the generation count **1870**D of fsinfo block **1870** is updated and written to disk as illustrated in FIG. **20C**. In FIG. **20C**, the generation count **1870**D of fsinfo block **1870** has a value of N+1. Therefore the two fsinfo blocks **1810** and **1870** have the same generation count value of N+1.

When a system crash occurs between fsinfo block updates, each copy of the fsinfo block **1810** and **1870** will have a self consistent checksum (not shown in the diagram), but one of the generation numbers **1810**D or **1870**D will have a higher value. A system crash occurs when the file system is in the state illustrated in FIG. **20B**. For example, in the preferred embodiment of the present invention as illustrated in FIG. **20B**, the generation count **1810**D of fsinfo block **1810** is updated before the second fsinfo block **1870**. Therefore, the generation count **1810**D (value of one) is greater than the generation count **1870**D of fsinfo block **1870**. Because the generation count of the first fsinfo block **1810** is higher, it is selected for recovering the file system after a system crash. This is done because the first fsinfo

US 6,892,211 B2

15                                                                    16

block **1810** contains more current data as indicated by its generation count **1810**D. For the case when the first fsinfo block is corrupted because the system crashes while it is being updated, the other copy **1870** of the fsinfo block is used to recover the file system **1830** into a consistent state.

It is not possible for both fsinfo blocks **1810** and **1870** to be updated at the same time in the present invention. Therefore, at least one good copy of the fsinfo block **1810** and **1870** exists in the file system. This allows the file system to always be recovered into a consistent state.

WAFL does not require special recovery procedures. This is unlike prior art systems that use logging, ordered writes, and mostly ordered writes with recovery. This is because only data corruption, which RAID protects against, or software can corrupt a WAFL file system. To avoid losing data when the system fails, WAFL may keep a non-volatile transaction log of all operations that have occurred since the most recent consistency point. This log is completely independent of the WAFL disk format and is required only to prevent operations from being lost during a system crash. However, it is not required to maintain consistency of the file system.

Generating a Consistency Point

As described above, changes to the WAFL file system are tightly controlled to maintain the file system in a consistent state. FIGS. **17A**–**17H** illustrate the generation of a consistency point for a WAFL file system. The generation of a consistency point is described with reference to FIGS. **5** and **6**.

In FIGS. **17A**–**17L**, buffers that have not been modified do not have asterisks beside them. Therefore, buffers contain the same data as corresponding on-disk blocks. Thus, a block may be loaded into memory but it has not changed with respect to its on disk version. A buffer with a single asterisk (*) beside it indicates a dirty buffer in memory (its data is modified). A buffer with a double asterisk (**) beside it indicates a dirty buffer that has been allocated disk space. Finally, a buffer with a triple asterisk (***) is a dirty buffer that is written into a new block on disk. This convention for denoting the state of buffers is also used with respect to FIGS. **21A**–**21E**.

FIG. **17A** illustrates a list **2390** of inodes with dirty buffers comprising inodes **2306**A and **2306**B. Inodes **2306**A and **2306**B reference trees of buffers where at least one buffer of each tree has been modified. Initially, the consistency point flags **2391** and **2392** of inodes **2306**A and **2306**B are cleared (0). While a list **2390** of inodes with dirty buffers is illustrated for the present system, it should be obvious to a person skilled in the art that other lists of inodes may exist in memory. For instance, a list of inodes that are dirty but do not have dirty buffers is maintained in memory. These inodes must also be marked as being in the consistency point. They must be flushed to disk also to write the dirty contents of the inode file to disk even though the dirty inodes do not reference dirty blocks. This is done in step **520** of FIG. **5**.

FIG. **17B** is a diagram illustrating a WAFL file system of a previous consistency point comprising fsinfo block **2302**, inode file **2346**, blkmap file **2344** and files **2340** and **2342**. File **2340** comprises blocks **2310**–**2314** containing data "A", "B", and "C", respectively. File **2342** comprises data blocks **2316**–**2320** comprising data "D", "E", and "F", respectively. Blkmap file **2344** comprises block **2324**. The inode file **2346** comprises two 4 KB blocks **2304** and **2306**. The second block **2306** comprises inodes **2306**A–**2306**C that reference file **2340**, file **2342**, and blkmap file **2344**, respectively. This is illustrated in block **2306** by listing the file number in the inode. Fsinfo block **2302** comprises the root inode. The root

inode references blocks **2304** and **2306** of inode file **2346**. Thus, FIG. **17B** illustrates a tree of buffers in a file system rooted by the fsinfo block **2302** containing the root inode.

FIG. **17C** is a diagram illustrating two modified buffers for blocks **2314** and **2322** in memory. The active file system is modified so that the block **2314**—containing data "C" is deleted from file **2340**. Also, the data "F" stored in block **2320** is modified to "F-prime", and is stored in a buffer for disk block **2322**. It should be understood that the modified data contained in buffers for disk blocks **2314** and **2322** exists only in memory at this time. All other blocks in the active file system in FIG. **17C** are not modified, and therefore have no asterisks beside them. However, some or all of these blocks may have corresponding clean buffers in memory.

FIG. **17D** is a diagram illustrating the entries **2324**A–**2324**M of the blkmap file **2344** in memory. Entries **2324**A–**2324**M are contained in a buffer for 4 KB block **2324** of blkmap file **2344**. As described previously, BITO and BIT31 are the FS-BIT and CP-BIT, respectively. The consistency point bit (CP-BIT) is set during a consistency point to ensure that the corresponding block is not modified once a consistency point has begun, but not finished. BIT1 is the first snapshot bit (described below). Blkmap entries **2324**A and **2324**B illustrate that, as shown in FIG. **17B**, the 4 KB blocks **2304** and **2306** of inode file **2346** are in the active file system (FS-BIT equal to 1) and in the consistency point (CP-BIT equal to 1). Similarly, the other blocks **2310**–**2312** and **2316**–**2320** and **2324** are in the active file system and in the consistency point. However, blocks **2308**, **2322**, and **2326**–**2328** are neither in the active file system nor in the consistency point (as indicated by BITO and BIT31, respectively). The entry for deleted block **2314** has a value of 0 in the FS-BIT indicating that it has been removed from the active file system.

In step **510** of FIG. **5**, all "dirty" inodes in the system are marked as being in the consistency point. Dirty inodes include both inodes that are dirty and inodes that reference dirty buffers. FIG. **17I** illustrates a list of inodes with dirty buffers where the consistency point flags **2391** and **2392** of inodes **2306**A and **2306**B are set (1). Inode **2306**A references block **2314** containing data "C" of file **2340** which is to be deleted from the active file system. Inode **2306**B of block **2306** or inode file **2346** references file **2342**. Block **2320** containing data "F" has been modified and a new block containing data "F" must be allocated. This is illustrated in FIG. **17E**.

In step **520**, regular files are flushed to disk. Thus, block **2322** is allocated disk space. Block **2314** of file **2340** is to be deleted, therefore nothing occurs to this block until the consistency point is subsequently completed. Block **2322** is written to disk in step **520**. This is illustrated in FIG. **17F** where buffers for blocks **2322** and **2314** have been written to disk (marked by ***). The intermediate allocation of disk space (**) is not shown. The incore copies of inodes **2308**A and **2308**B of block **2308** of inode file **2346** are copied to the inode file. The modified data exists in memory only, and the buffer **2308** is marked dirty. The in-consistency point flags **2391** and **2392** of inodes **2306**A and **2306**B are then cleared (0) as illustrated in FIG. **17A**. This releases the inodes for use by other processes. Inode **2308**A of block **2308** references blocks **2310** and **2312** of file **2346**. Inode **2308**B references blocks **2316**, **2318**, **2322** for file **2342**. As illustrated in FIG. **17F**, disk space is allocated for direct block **2322** for file **2342** and that block is written to disk. However, the file system itself has not been updated. Thus, the file system remains in a consistent state.

US 6,892,211 B2

In step **530**, the blkmap file **2344** is flushed to disk. This is illustrated in FIG. **17**G where the blkmap file **2344** is indicated as being dirty by the asterisk.

In step **610** of FIG. **6**, the inode for the blkmap file is pre-flushed to the inode file as illustrated in FIG. **17**H. Inode **2308**C has been flushed to block **230**B of inode file **2346**. However, inode **2308**C still references block **2324**. In step **620**, disk space is allocated for blkmap file **2344** and inode file **2346**. Block **2308** is allocated for inode file **2346** and block **2326** is allocated for blkmap file **2344**. As described above, block **2308** of inode file **2346** contains a pre-flushed inode **2308**C for blkmap file **2344**. In step **630**, the inode for the blkmap file **2344** is written to the pre-flushed block **2308**C in inode **2346**. Thus, incore inode **2308**C is updated to reference block **2324** in step **620**, and is copied into the buffer in memory containing block **2306** that is to be written to block **2308**. This is illustrated in FIG. **17**H where inode **2308**C references block **2326**.

In step **640**, the entries **2326**A–**2326**L for each block **2304**–**2326** in the blkmap file **2344** are updated in FIG. **17**J. Blocks that have not changed since the consistency point began in FIG. **17**B have the same values in their entries. The entries are updated by copying BITO (FS-bit) to the consistency point bit (BIT31). Block **2306** is not part of the active file system, therefore BITO is equal to zero (BITO was turned off in step **620** when block **2308** was allocated to hold the new data for that part of the inode file). This is illustrated in FIG. **17**J for entry **2326**B. Similarly, entry **2326**F for block **2314** of file **2340** has BITO and BIT31 equal to zero. Block **2320** of file **2342** and block **2324** of blkmap file **2344** are handled similarly as shown in entries **2361** and **2326**K, respectively. In step **650**, dirty block **2308** of inode file **2346** and dirty block **2326** of blkmap file **2344** are written to disk. This is indicated in FIG. **17**K by a triple asterisk (***) beside blocks **2308** and **2326**.

Referring to FIG. **5**, in step **540**, the file system information block **2302** is flushed to disk, this is performed twice. Thus, fsinfo block **2302** is dirtied and then written to disk (indicated by a triple asterisk) in FIG. **17**L. In FIG. **17**L, a single fsinfo block **2302** is illustrated. As shown in the diagram, fsinfo block **2302** now references blocks **2304** and **2308** of the inode file **2346**. In FIG. **17**L, block **2306** is no longer part of the inode file **2346** in the active file system. Similarly, file **2340** referenced by inode **2308**A of inode file **2346** comprises blocks **2310** and **2312**. Block **2314** is no longer part of file **2340** in this consistency point. File **2342** comprises blocks **2316**, **2318**, and **2322** in the new consistency point whereas block **2320** is not part of file **2342**. Further, block **2308** of inode file **2346** references a new blkmap file **2344** comprising block **2326**.

As shown in FIG. **17**L, in a consistency point, the active file system is updated by copying the mode of the inode file **2346** into fsinfo block **2302**. However, the blocks **2314**, **2320**, **2324**, and **2306** of the previous consistency point remain on disk. These blocks are never overwritten when updating the file system to ensure that both the old consistency point **1830** and the new consistency point **1831** exist on disk in FIG. **20** during step **540**.

Snapshots

The WAFL system supports snapshots. A snapshot is a read-only copy of an entire file system at a given instant when the snapshot is created. A newly created snapshot refers to exactly the same disk blocks as the active file system does. Therefore, it is created in a small period of time and does not consume any additional disk space. Only as data blocks in the active file system are modified and written to new locations on disk does the snapshot begin to consume extra space.

WAFL supports up to 20 different snapshots that are numbered 1 through 20. Thus, WAFL allows the creation of multiple "clones" of the same file system. Each snapshot is represented by a snapshot inode that is similar to the representation of the active file system by a root inode. Snapshots are created by duplicating the root data structure of the file system. In the preferred embodiment, the root data structure is the root inode. However, any data structure representative of an entire file system could be used. The snapshot inodes reside in a fixed location in the inode file. The limit of 20 snapshots is imposed by the size of the blkmap entries. WAFL requires two steps to create a new snapshot N: copy the root inode into the inode for snapshot N; and, copy bit **0** into bit N of each blkmap entry in the blkmap file. Bit **0** indicates the blocks that are referenced by the tree beneath the root inode.

The result is a new file system tree rooted by snapshot inode N that references exactly the same disk blocks as the root inode. Setting a corresponding bit in the blkmap for each block in the snapshot prevents snapshot blocks from being freed even if the active file no longer uses the snapshot blocks. Because WAFL always writes new data to unused disk locations, the snapshot tree does not change even though the active file system changes. Because a newly created snapshot tree references exactly the same blocks as the root inode, it consumes no additional disk space. Over time, the snapshot references disk blocks that would otherwise have been freed. Thus, over time the snapshot and the active file system share fewer and fewer blocks, and the space consumed by the snapshot increases. Snapshots can be deleted when they consume unacceptable numbers of disk blocks.

The list of active snapshots along with the names of the snapshots is stored in a meta-data file called the snapshot directory. The disk state is updated as described above. As with all other changes, the update occurs by automatically advancing from one consistency point to another. Modified blocks are written to unused locations on the disk after which a new root inode describing the updated file system is written.

Overview of Snapshots

FIG. **18**A is a diagram of the file system **1830**, before a snapshot is taken, where levels of indirection have been removed to provide a simpler overview of the WAFL file system. The file system **1830** represents the file system **1690** of FIG. **16**. The file system **1830** is comprised of blocks **1812**–**1820**. The inode of the inode file is contained in inode block **1810**. While a single copy of the fsinfo block **1810** is shown in FIG. **18**A, it should be understood that a second copy of fsinfo block exists on disk. The inode **1810**A contained in the fsinfo block **1810** comprises 16 pointers that point to 16 blocks having the same level of indirection. The blocks **1812**–**1820** in FIG. **18**A represent all blocks in the file system **1830** including direct blocks, indirect blocks, etc. Though only five blocks **1812**–**1820** are shown, each block may point to other blocks.

FIG. **18**B is a diagram illustrating the creation of a snapshot. The snapshot is made for the entire file system **1830** by simply copying the inode **1810**A of the inode file that is stored in fsinfo block **1810** into the snapshot inode **1822**. By copying the inode **1810**A of the inode file, a new file of inodes is created representing the same file system as the active file system. Because the inode **1810**A of the inode file itself is copied, no other blocks **1812**–**1820** need to be duplicated. The copied inode or snapshot inode **1822**, is then copied into the inode file, which dirties a block in the inode file. For an inode file comprised of one or more levels of

US 6,892,211 B2

19

indirection, each indirect block is in turn dirtied. This process of dirtying blocks propagates through all the levels of indirection. Each 4 KB block in the inode file on disk contains 32 inodes where each inode is 128 bytes long.

The new snapshot inode **1822** of FIG. **18**B points back to the highest level of indirection blocks **1812–1820** referenced by the inode **1810**A of the inode file when the snapshot **1822** was taken. The inode file itself is a recursive structure because it contains snapshots of the file system **1830**. Each snapshot **1822** is a copy of the inode **1810**A of the inode file that is copied into the inode file.

FIG. **18**C is a diagram illustrating the active file system **1830** and a snap-shot **1822** when a change to the active file system **1830** subsequently occurs after the snapshot **1822** is taken. As illustrated in the diagram, block **1818** comprising data "D" is modified after the snapshot was taken (in FIG. **18**B), and therefore a new block **1824** containing data "Dprime" is allocated for the active file system **1830**. Thus, the active file system **1830** comprises blocks **1812–1816** and **1820–1824** but does not contain block **1818** containing data "D". However, block **1818** containing data "D" is not overwritten because the WAFL system does not overwrite blocks on disk. The block **1818** is protected against being over-written by a snapshot bit that is set in the blkmap entry for block **1818**. Therefore, the snapshot **1822** still points to the unmodified block **1818** as well as blocks **1812–1816** and **1820**. The present invention, as illustrated in FIGS. **18**A–**18**C, is unlike prior art systems that create "clones" of a file system where a clone is a copy of all the blocks of an inode file on disk. Thus, the entire contents of the prior art inode files are duplicated requiring large amounts (MB) of disk space as well as requiring substantial time for disk I/O operations.

As the active file system **1830** is modified in FIG. **18**C, it uses more disk space because the file system comprising blocks **1812–1820** is not overwritten. In FIG. **18**C, block **1818** is illustrated as a direct block. However, in an actual file system, block **1818** may be pointed to by indirect block as well. Thus, when block **1818** is modified and stored in a new disk location as block **1824**, the corresponding direct and indirect blocks are also copied and assigned to the active file system **1830**.

FIG. **19** is a diagram illustrating the changes occurring in block **1824** of FIG. **18**C. Block **1824** of FIG. **18**C is represented within dotted line **1824** in FIG. **19**. FIG. **19** illustrates several levels of indirection for block **1824** of FIG. **18**C. The new block **1910** that is written to disk in FIG. **18**C is labeled **1910** in FIG. **19**. Because block **1824** comprises a data block **1910** containing modified data that is referenced by double indirection, two other blocks **1918** and **1926** are also modified. The pointer **1924** of single-indirect block **1918** references new block **1910**, therefore block **1918** must also be written to disk in a new location. Similarly, pointer **1928** of indirect block **1926** is modified because it points to block **1918**. Therefore, as shown in FIG. **19**, modifying a data block **1910** can cause several indirect blocks **1918** and **1926** to be modified as well. This requires blocks **1918** and **1926** to be written to disk in a new location as well.

Because the direct and indirect blocks **1910**, **1918** and **1926** of data block **1824** of FIG. **18**C have changed and been written to a new location, the inode in the inode file is written to a new block. The modified block of the inode file is allocated a new block on disk since data cannot be overwritten.

As shown in FIG. **19**, block **1910** is pointed to by indirect blocks **1926** and **1918**, respectively. Thus when block **1910**

20

is modified and stored in a new disk location, the corresponding direct and indirect blocks are also copied and assigned to the active file system. Thus, a number of data structures must be updated. Changing direct block **1910** and indirection blocks **1918** and **1926** causes the blkmap file to be modified.

The key data structures for snapshots are the blkmap entries where each entry has multiple bits for a snapshot. This enables a plurality of snapshots to be created. A snapshot is a picture of a tree of blocks that is the file system (**1830** of FIG. **18**). As long as new data is not written onto blocks of the snapshot, the file system represented by the snapshot is not changed. A snapshot is similar to a consistency point.

The file system of the present invention is completely consistent as of the last time the fsinfo blocks **1810** and **1870** were written. Therefore, if power is interrupted to the system, upon restart the file system **1830** comes up in a consistent state. Because 8–32 MB of disk space are used in typical prior art "clone" of a 1 GB file system, clones are not conducive to consistency points or snapshots as is the present invention.

Referring to FIG. **22**, two previous snapshots **2110**A and **2110**B exist on disk. At the instant when a third snapshot is created, the root inode pointing to the active file system is copied into the inode entry **211**C for the third snapshot in the inode file **2110**. At the same time in the consistency point that goes through, a flag indicates that snapshot **3** has been created. The entire file system is processed by checking if BITO for each entry in the blkmap file is set (1) or cleared (0). All the BITO values for each blkmap entry are copied into the plane for snapshot three. When completed, every active block **2110–2116** and **1207** in the file system is in the snapshot at the instant it is taken.

Blocks that have existed on disk continuously for a given length of time are also present in corresponding snapshots **2110–2110**B preceding the third snapshot **2110**C. If a block has been in the file system for a long enough period of time, it is present in all the snapshots. Block **1207** is such a block. As shown in FIG. **22**, block **1207** is referenced by inode **2210**G of the active inode file, and indirectly by snapshots **1**, **2** and **3**.

The sequential order of snapshots does not necessarily represent a chronological sequence of file system copies. Each individual snapshot in a file system can be deleted at any given time, thereby making an entry available for subsequent use. When BITO of a blkmap entry that references the active file system is cleared (indicating the block has been deleted from the active file system), the block cannot be reused if any of the snapshot reference bits are set. This is because the block is part of a snapshot that is still in use. A block can only be reused when all the bits in the blkmap entry are set to zero.

Algorithm for Generating a Snapshot

Creating a snapshot is almost exactly like creating a regular consistency point as shown in FIG. **5**. In step **510**, all dirty inodes are marked as being in the consistency point. In step **520**, all regular files are flushed to disk. In step **530**, special files (i.e., the inode file and the blkmap file) are flushed to disk. In step **540**, the fsinfo blocks are flushed to disk. In step **550**, all inodes that were not in the consistency point are processed. FIG. **5** is described above in detail. In fact, creating a snapshot is done as part of creating a consistency point. The primary difference between creating a snapshot and a consistency point is that all entries of the blkmap file have the active FS-bit copied into the snapshot bit. The snapshot bit represents the corresponding snapshot

US 6,892,211 B2

21                                                              22

in order to protect the blocks in the snapshot from being overwritten. The creation and deletion of snapshot is performed in step **530** because that is the only point where the file system is completely self-consistent and about to go to disk.

Different steps are performed in step **530** then illustrated in FIG. **6** for a consistency point when a new snapshot is created. The steps are very similar to those for a regular consistency point. FIG. **7** is a flow diagram illustrating the steps that step **530** comprises for creating a snapshot. As described above, step **530** allocates disk space for the blkmap file and the inode file and copies the active FS-bit into the snapshot bit that represents the corresponding snapshot in order to protect the blocks in the snapshot from being overwritten.

In step **710**, the inodes of the blkmap file and the snapshot being created are pre-flushed to disk. In addition to flushing the inode of the blkmap file to a block of the inode file (as in step **610** of FIG. **6** for a consistency point), the inode of the snapshot being created is also flushed to a block of the inode file. This ensures that the block of the inode file containing the inode of the snapshot is dirty.

In step **720**, every block in the blkmap file is dirtied. In step **760** (described below), all entries in the blkmap file are updated instead of just the entries in dirty blocks. Thus, all blocks of the blkmap file must be marked dirty here to ensure that step **730** write-allocates disk space for them.

In step **730**, disk space is allocated for all dirty blocks in the inode and blkmap files. The dirty blocks include the block in the inode file containing the inode of the blkmap file, which is dirty, and the block containing the inode for the new snapshot.

In step **740**, the contents of the root inode for the file system are copied into the inode of the snapshot in the inode file. At this time, every block that is part of the new consistency point and that will be written to disk has disk space allocated for it. Thus, duplicating the root inode in the snapshot inode effectively copies the entire active file system. The actual blocks that will be in the snapshot are the same blocks of the active file system.

In step **750**, the inodes of the blkmap file and the snapshot are copied to into the inode file.

In step **760**, entries in the blkmap file are updated. In addition to copying the active FS-bit to the CP-bit for the entries, the active FS-bit is also copied to the snapshot bit corresponding to the new snapshot.

In step **770**, all dirty blocks in the blkmap and inode files are written to disk.

Finally, at some time, snapshots themselves are removed from the file system in step **760**. A snapshot is removed from the file system by clearing its snapshot inode entry in the inode file of the active file system and clearing each bit corresponding to the snapshot number in every entry in the blkmap file. A count is performed also of each bit for the snapshot in all the blkmap entries that are cleared from a set value, thereby providing a count of the blocks that are freed (corresponding amount of disk space that is freed) by deleting the snapshot. The system decides which snapshot to delete on the basis of the oldest snapshots. Users can also choose to delete specified snapshots manually.

The present invention limits the total number of snapshots and keeps a blkmap file that has entries with multiple bits for tracking the snapshots instead of using pointers having a COW bit as in Episode. An unused block has all zeroes for the bits in its blkmap file entry. Over time, the BITO to the active file system is usually turned on at some instant. Setting BITO identifies the corresponding block as allocated

in the active file system. As indicated above, all snapshot bits are initially set to zero. If the active file bit is cleared before any snapshot bits are set, the block is not present in any snapshot stored on disk. Therefore, the block is immediately available for reallocation and cannot be recovered subsequently from a snapshot.

Generation of a Snapshot

As described previously, a snapshot is very similar to a consistency point. Therefore, generation of a snapshot is described with reference to the differences between it and the generation of a consistency point shown in FIGS. **17A–17L**. FIGS. **21A–21F** illustrates the differences for generating a snapshot.

FIGS. **17A–17D** illustrate the state of the WAFL file system when a snapshot is begun. All dirty inodes are marked as being in the consistency point in step **510** and regular files are flushed to disk in step **520**. Thus, initial processing of a snapshot is identical to that for a consistency point. Processing for a snapshot differs in step **530** from that for a consistency point. The following describes processing of a snapshot according to FIG. **7**.

The following description is for a second snapshot of the WAFL file system. A first snapshot is recorded in the blkmap entries of FIG. **17C**. As indicated in entries **2324A–2324M**, blocks **2304–2306**, **2310–2320**, and **2324** are contained in the first snapshot. All other snapshot bits (BIT1–BIT20) are assumed to have values of 0 indicating that a corresponding snapshot does not exist on disk. FIG. **21A** illustrates the file system after steps **510** and **520** are completed.

In step **710**, inodes **2308C** and **2308D** of snapshot **2** and blkmap file **2344** are pre-flushed to disk. This ensures that the block of the inode file that is going to contain the snapshot **2** inode is dirty. In FIG. **21B**, inodes **2308C** and **2308D** are pre-flushed for snapshot **2** and for blkmap file **2344**.

In step **720**, the entire blkmap file **2344** is dirtied. This will cause the entire blkmap file **2344** to be allocated disk space in step **730**. In step **730**, disk space is allocated for dirty blocks **2308** and **2326** for inode file **2346** and blkmap file **2344** as shown in FIG. **21C**. This is indicated by a double asterisk (**) beside blocks **2308** and **2326**. This is different from generating a consistency point where disk space is allocated only for blocks having entries that have changed in the blkmap file **2344** in step **620** of FIG. **6**. Blkmap file **2344** of FIG. **21C** comprises a single block **2324**. However, when blkmap file **2344** comprises more than one block, disk space is allocated for ail the blocks in step **730**.

In step **740**, the root inode for the new file system is copied into inode **2308D** for snapshot **2**. In step **750**, the inodes **2308C** and **2308D** of blkmap file **2344** and snapshot **2** are flushed to the inode file as illustrated in FIG. **21D**. The diagram illustrates that snapshot **2** inode **2308D** references blocks **2304** and **2308** but not block **2306**.

In step **760**, entries **2326A–2326L** in block **2326** of the blkmap file **2344** are updated as illustrated in FIG. **21E**. The diagram illustrates that the snapshot **2** bit (BIT2) is updated as well as the FS-BIT and CP-BIT for each entry **2326A–2326L**. Thus, blocks **2304**, **2308–2312**, **2316–2318**, **2322**, and **2326** are contained in snapshot **2** whereas blocks **2306**, **2314**, **2320**, and **2324** are not. In step **770**, the dirty blocks **2308** and **2326** are written to disk.

Further processing of snapshot **2** is identical to that for generation of a consistency point illustrated in FIG. **5**. In step **540**, the two fsinfo blocks are flushed to disk. Thus, FIG. **21F** represents the WAFL file system in a consistent state after this step. Files **2340**, **2342**, **2344**, and **2346** of the consistent file system, after step **540** is completed, are

US 6,892,211 B2

23                                                    24

indicated within dotted lines in FIG. 21F. In step **550**, the consistency point is completed by processing inodes that were not in the consistency point.

### Access Time Overwrites

Unix file systems must maintain an "access time" (atime) in each inode. Atime indicates the last time that the file was read. It is updated every time the file is accessed. Consequently, when a file is read the block that contains the inode in the inode file is rewritten to update the inode. This could be disadvantageous for creating snapshots because; as a consequence, reading a file could potentially use up disk space. Further, reading all the files in the file system could cause the entire inode file to be duplicated. The present invention solves this problem.

Because of atime, a read could potentially consume disk space since modifying an inode causes a new block for the inode file to be written on disk. Further, a read operation could potentially fail if a file system is full which is an abnormal condition for a file system to have occur.

In general, data on disk is not overwritten in the WAFL file system so as to protect data stored on disk. The only exception to this rule is atime overwrites for an inode as illustrated in FIGS. 23A–23B: When an "atime overwrites" occurs, the only data that is modified in a block of the inode file is the atime of one or more of the inodes it contains and the block is rewritten in the same location. This is the only exception in the WAFL system; otherwise new data is always written to new disk locations.

In FIG. 23A, the atimes **2423** and **2433** of an inode **2422** in an old WAFL inode file block **2420** and the snapshot inode **2432** that references block **2420** are illustrated. Inode **2422** of block **2420** references direct block **2410**. The atime **2423** of inode **2422** is "4/30 9:15 PM" whereas the atime **2433** of snapshot inode **2432** is "5/1 10:00 AM". FIG. 23A illustrates the file system before direct buffer **2410** is accessed.

FIG. 23B illustrates the inode **2422** of direct block **2410** after direct block **2410** has been accessed. As shown in the diagram, the access time **2423** of inode **2422** is overwritten with the access time **2433** of snapshot **2432** that references it. Thus, the access time **2423** of inode **2422** for direct block **2410** is "5/1 11:23 AM".

Allowing inode file blocks to be overwritten with new atimes produces a slight inconsistency in the snapshot. The atime of a file in a snapshot can actually be later than the time that the snapshot was created. In order to prevent users from detecting this inconsistency, WAFL adjusts the atime of all files in a snapshot to the time when the snapshot was actually created instead of the time a file was last accessed. This snapshot time is stored in the inode that describes the snapshot as a whole. Thus, when accessed via the snapshot, the access time **2423** for inode **2422** is always reported as "5/1 10:00 AM". This occurs both before the update when it may be expected to be "4/30 9:15 PM", and after the update when it may be expected to be "5/1 11:23 AM". When accessed through the active file system, the times are reported as "4/30 9:15 PM" and "5/1 11:23 AM" before and after the update, respectively.

In this manner, a method is disclosed for maintaining a file system in a consistent state and for creating read-only copies of the file system.

What is claimed is:

**1**. A method of maintaining a file system stored in a memory and on a storage system that includes one or more hard disks, said method comprising steps of:

maintaining an on-disk root inode on said storage system, said on-disk root inode pointing directly and indirectly to a first set of blocks on said storage system that store a first consistent state of said file system; and

maintaining an incore root inode in said memory, said incore root inode pointing directly and indirectly to buffers in said memory and a second set of blocks on said storage system, said buffers and said second set of blocks storing data and metadata for a second consistent state of said file system, said second set of blocks including at least some blocks in said first set of blocks, with changes between said first consistent state and said second consistent state being stored in said buffers and in ones of said second set of blocks not pointed to by said on-disk inode.

**2**. A method as in claim **1**, wherein said file system on said storage system always moves atomically from said first consistent state to said second consistent state.

**3**. A method as in claim **2**, wherein said file system on said storage system moves atomically to said second consistent state by flushing said changes from said buffers to said storage system before updating said on-disk root inode with information from said incore root inode.

**4**. A method as in claim **3**, wherein updating said on-disk root inode further comprises updating said on-disk root inode and then a copy of said on-disk root inode such that if updating said on-disk root inode is interrupted, said copy of said on-disk root inode still points to said first consistent state of said file system.

**5**. A method as in claim **1**, further comprising the step of creating a snapshot of said file system by copying only said on-disk root inode.

**6**. A method as in claim **5**, wherein when said snapshot is created, said snapshot and said file system share said first set of blocks on said storage system.

**7**. A method as in claim **1**, further comprising the step of creating plural snapshots of said file system by copying only said on-disk root inode at different times.

**8**. A method as in claim **7**, wherein when each one of said plural snapshots is created, each one of said snapshots and said file system share said first set of blocks on said storage system.

**9**. A device comprising:

a processor;

a memory; and

a storage system including one or more hard disks;

wherein said memory and said storage system store a file system; and

wherein said memory also stores information including instructions executable by said processor to maintain said file system, the instructions including steps of (a) maintaining an on-disk root inode on said storage system, said on-disk root inode pointing directly and indirectly to a first set of blocks on said storage system that store a first consistent state of said file system, and (b) maintaining an incore root inode in said memory, said incore root inode pointing directly and indirectly to buffers in said memory and a second set of blocks on said storage system, said buffers and said second set of blocks storing data and metadata for a second consistent state of said file system, said second set of blocks including at least some blocks in said first set of blocks, with changes between said first consistent state and said second consistent state being stored in said buffers and in ones of said second set of blocks not pointed to by said on-disk inode.

**10**. A device as in claim **9**, wherein said file system on said storage system always moves atomically from said first consistent state to said second consistent state.

**11**. A device as in claim **10**, wherein said file system on said storage system moves atomically to said second con-

US 6,892,211 B2

25
26

sistent state by flushing said changes from said buffers to said storage system before updating said on-disk root inode with information from said incore root inode.

**12.** A device as in claim **11**, wherein updating said on-disk root inode further comprises updating said on-disk root inode and then a copy of said on-disk root inode such that if updating said on-disk root inode is interrupted, said copy of said on-disk root inode still points to said first consistent state of said file system.

**13.** A device as in claim **9**, wherein the instructions further comprise the step of creating a snapshot of said file system by copying only said on-disk root inode.

**14.** A device as in claim **13**, wherein when said snapshot is created, said snapshot and said file system share said first set of blocks on said storage system.

**15.** A device as in claim **9**, wherein the instructions further comprise the step of creating plural snapshots of said file system by copying only said on-disk root inode at different times.

**16.** A device as in claim **15**, wherein when each one of said plural snapshots is created, each one of said snapshots and said file system share said first set of blocks on said storage system.

**17.** An article of manufacture comprising a machine-readable storage medium storing instructions executable by a processor coupled to a memory and to a storage system, said storage system comprising one or more hard disks, said memory and said storage system storing a file system, wherein the instructions, when executed by the processor, cause the processor to (a) maintain an on-disk root inode on said storage system, said on-disk root inode pointing directly and indirectly to a first set of blocks on said storage system that store a first consistent state of said file system, and (b) maintain an incore root inode in said memory, said incore root inode pointing directly and indirectly to buffers in said memory and a second set of blocks on said storage system, said buffers and said second set of blocks storing data and metadata for a second consistent state of said file system, said second set of blocks including at least some blocks in said first set of blocks, with changes between said first consistent state and said second consistent state being stored in said buffers and in ones of said second set of blocks not pointed to by said on-disk inode.

**18.** An article of manufacture as in claim **17**, wherein the instructions further cause the processor to move atomically said file system on said storage system from said first consistent state to said second consistent state.

**19.** An article of manufacture as in claim **18**, wherein instructions cause the processor to move atomically said file system on said storage system to said second consistent state by flushing said changes from said buffers to said storage system before updating said on-disk root inode with information from said incore root inode.

**20.** An article of manufacture as in claim **19**, wherein updating said on-disk root inode comprises updating said on-disk root inode and then a copy of said on-disk root inode such that if updating said on-disk root inode is interrupted, said copy of said on-disk root inode still points to said first consistent state of said file system.

**21.** An article of manufacture as in claim **17**, wherein the instructions further cause the processor to create a snapshot of said file system by copying only said on-disk root inode.

**22.** An article of manufacture as in claim **21**, wherein the instructions cause the processor to create said snapshot so that said snapshot and said file system share said first set of blocks on said storage system when said snapshot is created.

**23.** An article of manufacture as in claim **17**, wherein the instructions further cause the processor to create plural snapshots of said file system by copying only said on-disk root inode at different times.

**24.** An article of manufacture as in claim **23**, wherein the instructions, when executed by the processor, cause the processor to create each one of said plural snapshots so that each one of said snapshots and said file system share said first set of blocks on said storage system when each one of said plural snapshots is created.

\* \* \* \* \*