# Exhibit B

Case 3:07-cv-06053-EDL    Document 116-3    Filed 07/22/2008    Page 1 of 2

**Case History for Gregory Ganger**

01 Communique Laboratory, Inc. v. Citrix Systems, Inc. and Citrix Online, LLC
- Northern District of Ohio, Eastern Division 1:06-CV-0253
- Firm:   Baker & Hostetler LLP
- Representing:  01 Communique Laboratory, Inc.
- Activities: Two depositions, claim construction tutorial, expert and rebuttal reports, and several declarations
- Disposition: (Currently stayed.  No final disposition.)