# Exhibit C

# Materials Reviewed

1. United States Patent No. 7,200,715.
2. United States Patent No. 6,892,211.
3. United States Patent No. 5,819,292.
4. United States Patent No. 7,089,293.
5. United States Patent No. 5.954,826.
6. United States Patent No. 5,721,824.
7. United States Patent No. 6,629,198.
8. United States Patent No. 5,878,264.
9. United States Patent No. 5,929,792.
10. Office Action, dated May 20, 2004 from the Certified Patent Prosecution History of Appl. No. 10/105,034 which issued as United States Patent No. 7,200,715 on Jan. 22, 2008.
11. Amendment dated Aug. 20, 2004 from the Certified Patent Prosecution History of Appl. No. 10/105,034 which issued as United States Patent No. 7,200,715 on Jan. 22, 2008.
12. Notice of Allowability dated Oct. 28, 2005 from the Certified Patent Prosecution History of Appl. No. 10/105,034, which issued as United States Patent No. 7,200,715 on Jan. 22, 2008.
13. Certified File History for United States Patent No. 6,892,211.
14. Certified File History for United States Patent No. 5,819,292.
15. Supplemental Joint Claim Construction and Prehearing Statement [Docket 70-9].
16. Joint Report Regarding 20 Proposed Terms for Claim Construction [Docket 79].
17. Joint Claim Construction and Prehearing Statement [Docket 70].
18. Sun's Opening Claim Construction Brief.
19. Declaration of S. Brandt.
20. *IEEE Standard Dictionary of Electrical and Electronics Terms* 699 (6th ed. 1996).
21. *Prentice Hall's Illustrated Dictionary of Computing* 416 (2d ed. 1995).
22. *Microsoft Press Computer Dictionary* 241 (1991).

23. *Microsoft Press Computer Dictionary* 332 (3d ed. 1997).
24. *Webster's New World Dictionary of Computer Terms* 376 (8th ed. 2000).
25. *McGraw-Hill Dictionary of Scientific and Technical Terms* 1439 (6th ed. 2003).
26. *Webster's New World Dictionary of Computer Terms* 256 (3d ed. 1988).
27. *Dictionary of Computer Words* 170 (1993).
28. *Ilustrated Dictionary of Computer Words* 203 (3d ed. 1986).
29. Marshall Kirk McKusick, *A Brief History of the BSD Fast File System*, ;login: The Usenix Magazine, June 2007.
30. Gregory R. Ganger et al., *Soft Updates: A Solution to the Metadata Update Problem in File Systems*, ACM Transactions on Computer Systems 127 (2000).