# Exhibit E

Case 3:07-cv-06053-EDL   Document 116-6   Filed 07/22/2008   Page 2 of 5

# PRENTICE HALL'S
# ILLUSTRATED
# DICTIONARY OF
# COMPUTING



JONAR C. NADER

**Fully revised & updated**
**1000 new entries**
**Photos and tables**
**Official standards**
**Style manual**
**5000 terms**

SUN00010820

# PRENTICE HALL'S ILLUSTRATED DICTIONARY OF COMPUTING

## 2ND EDITION

### JONAR C. NADER



**PRENTICE HALL**

SYDNEY   NEW YORK   TORONTO   MEXICO   NEW DELHI
LONDON   TOKYO   SINGAPORE   RIO DE JANEIRO

SUN00010821

© 1995 by Jonar C. Nader

All rights reserved. No part of this publication may be reproduced, stored in a retrieval system, or transmitted in any form or by any means, electronic, mechanical, photocopying, recording, or otherwise, without written permission of the publisher.

This book is sold without warranty of any kind, either expressed or implied, in respect to the contents of this book, including but not limited to implied warranties for the book's quality, accuracy, completeness, performance, merchantability, or fitness for any particular purpose. Neither the author, publisher, nor its dealers or distributors, should be liable to the purchaser or any other person or entity with respect to any liability, loss, or damage caused or alleged to be caused directly or indirectly by this book.

All company names, product names, trademarks, and servicemarks are used in this book for identification only. All such names, trademarks and servicemarks remain the property, and within the copyright, of their respective organizations.

2 3 4 5 99 98 97 96 95

---

**National Library of Australia**
**Cataloguing-in-Publication Data**

---

Nader, Jonar C.
  Prentice Hall's illustrated dictionary of computing.

  2nd ed.
  ISBN 0 13 205725 5.

  1. Computers - Dictionaries. 2. Electronic data processsing - Dictionaries. I. Title. II. Title: Illustrated dictionary of computing

004.03

---

**Library of Congress**
**Cataloging-in-Publication Data**

---

Nader, J. (Jonar).
   Prentice Hall's illustrated dictionary of computing / Jonar C. Nader. -- 2nd ed.

   p.    cm.
   ISBN 0 13 205725 5.
   1. Computers -- Dictionaries. I. Title.
QA76.15.N33      1995                    94–47617
005.1'4—dc20                              CIP

---

Prentice Hall of Australia Pty Ltd, *Sydney*
Prentice Hall, Inc., *Englewood Cliffs, New Jersey*
Prentice Hall Canada, Inc., *Toronto*
Prentice Hall Hispanoamericana, *SA, Mexico*
Prentice Hall of India Private Ltd, *New Delhi*
Prentice Hall International, Inc., *London*
Prentice Hall of Japan, Inc., *Tokyo*
Prentice Hall of Southeast Asia Pty Ltd, *Singapore*
Editora Prentice Hall do Brasil Ltda, *Rio de Janeiro*

 PRENTICE HALL

A division of Simon & Schuster

tion, and the zeros are represented by the absence of a change. *Note:* This method is called 'mark recording' because only the one or mark signals are explicitly recorded.] 4. Non-return-to-zero change-on-zeros recording. [ISO Non-return-to-zero recording in which the zeros are represented by a change in the condition of magnetization, and the ones are represented by the absence of a change.] ▲

**nontillion** See exponent.

**nontransactional application** In a local area network, a program or file produced for a single user, meaning that it is not designed to be accessed by other users on the network. Unlike database files, word processing files are nontransactional because files are not always shared by other network users.

**nonvolatile memory** Memory chips (such as read-only memory) which retain their information even after the electrical power has been switched off. This contrasts with volatile chips (such as random-access memory) which lose their information when the power is switched off. Abbreviation 'NVM'.

**nonvolatile storage** [ISO A storage device whose contents are not lost when power is cut off.]

**no operation instruction** [ISO An instruction whose execution causes the computer to proceed to the next instruction to be executed, without performing an operation.]

**no parity** In asynchronous communications, a protocol that does not use parity checking bits. See **asynchronous transmission** and **parity bit**.

**NOR gate** [ISO A gate that performs the Boolean operation of nondisjunction.]

**normalize** (In a floating point representation system.) 1. [ISO To make an adjustment to the mantissa and the corresponding adjustment to the characteristic in a floating point representation to bring the mantissa within some prescribed range, the real number represented remaining unchanged.] 2. [ISO To make an adjustment to the fixed-point part and the corresponding adjustment to the exponent in a floating point representation to ensure that the fixed-point part lies within some prescribed range, the real number represented remaining unchanged. *Example:* In order to bring the fixed-point part into the range 1 to 9.99 ... the floating point representation $123.45 \times 10^2$ may be normalized to $1.2345 \times 10^4$.]

**normalized device coordinate** [ISO A device coordinate specified in an intermediate coordinate system and normalized to some range, typically 0 to 1. *Note:* A display image expressed in a normalized device coordinate lies in the same relative position on any device space.]

**normalized form** (In a floating point representation system.) [ISO The form taken by a floating point representation when the mantissa lies within some prescribed standard range, so chosen that any given real number is represented by a unique pair of numerals. *Note:* The number zero must have a prescribed characteristic, often 0.]

**normal mode voltage** [ISO That unwanted part of the voltage, between the two input connection points of an amplifier,