# Exhibit G



Designed for
Microsoft
Windows NT®
Windows®95

CD-ROM Included

**The Ultimate Computer Reference**

*The Comprehensive Standard for Business, School, Library, and Home*

Over 7,600 Terms
Additional Terms Available On Line Quarterly

# Microsoft Press® Computer Dictionary

## Third Edition



- Over 300 illustrations and diagrams
- Extensive Internet coverage
- Featured in Microsoft® Bookshelf®
- Covers software, hardware, concepts, and more!

***Microsoft*** *Press*

# Microsoft Press® Computer Dictionary
## Third Edition

**The Comprehensive Standard for Business, School, Library, and Home**

MICROSOFT PRESS COMPUTER DICTIONARY, THIRD EDITION, is the authoritative source of definitions for computer terms, concepts, and acronyms—from the world's most respected computer software company. With more than 7,600 entries—2,300 of which are new—this comprehensive standard has been completely updated and revised to cover the most recent trends in computing, including extensive coverage of Internet, Web, and intranet-related terms. The definitions are based on the ways the terms are used in the real world today. Extensively illustrated, the Third Edition now offers a more professional, traditional-dictionary format for maximum utility and ease of use.

Key facts that make the new MICROSOFT PRESS COMPUTER DICTIONARY, THIRD EDITION, one of the finest references of its kind you can use:

- It's comprehensive. The dictionary covers software products from all manufacturers (PC, Macintosh®, and Unix terminology), plus words relating to mathematical, mainframe, network, and programming concepts.
- It's a real dictionary. You'll find pronunciation guides, parts of speech, and definitions.
- It's up to date. Plus, online updates are available every quarter on the Microsoft Press Web site.
- As a special bonus feature, the dictionary is fully searchable on the accompanying CD-ROM.

*"The must-have computer resource."*
—Compute

| | |
|---|---|
| U.S.A. | **$29.99** |
| U.K. | £27.99 [V.A.T. included] |
| Canada | $39.99 |
| [Recommended] | |

ISBN 1-57231-446-X


9 781572 314467


90000


7 90145 14460 7

*Computers/General Reference*

**Microsoft**Press

Case 3:07-cv-06053-EDL    Document 116-8    Filed 07/22/2008    Page 4 of 6

# Microsoft Press Computer Dictionary

## Third Edition

**Microsoft** Press

PUBLISHED BY
Microsoft Press
A Division of Microsoft Corporation
One Microsoft Way
Redmond, Washington 98052-6399

Copyright © 1997 by Microsoft Corporation

All rights reserved. No part of the contents of this book may be reproduced or transmitted in any form or by any means without the written permission of the publisher.

Library of Congress Cataloging-in-Publication Data
Microsoft Press Computer Dictionary. -- 3rd ed.
        p.   cm.
    ISBN 1-57231-446-X
    1. Computers--Dictionaries.   2. Microcomputers--Dictionaries.
  I. Microsoft Press.
  QA76.15.M54  1997
  004'.03--dc21                                              97-15489
                                                                 CIP

Printed and bound in the United States of America.

1 2 3 4 5 6 7 8 9   QMQM   2 1 0 9 8 7

Distributed to the book trade in Canada by Macmillan of Canada, a division of Canada Publishing Corporation.

A CIP catalogue record for this book is available from the British Library.

Microsoft Press books are available through booksellers and distributors worldwide. For further information about international editions, contact your local Microsoft Corporation office. Or contact Microsoft Press International directly at fax (425) 936-7329.

Macintosh, Power Macintosh, QuickTime, and TrueType are registered trademarks of Apple Computer, Inc. Intel is a registered trademark of Intel Corporation. DirectInput, DirectX, Microsoft, Microsoft Press, MS-DOS, Visual Basic, Visual C++, Win32, Win32s, Windows, Windows NT, and XENIX are registered trademarks and ActiveMovie, ActiveX, and Visual J++ are trademarks of Microsoft Corporation. Java is a trademark of Sun Microsystems, Inc. Other product and company names mentioned herein may be the trademarks of their respective owners.

**Acquisitions Editor:** Kim Fryer
**Project Editor:** Maureen Williams Zimmerman, Anne Taussig
**Technical Editors:** Dail Magee Jr., Gary Nelson, Jean Ross, Jim Fuchs, John Conrow, Kurt Meyer, Robert Lyon, Roslyn Lutsch

without striking it mechanically. The most common types are ink-jet, thermal, and laser printers. *See also* ink-jet printer, laser printer, thermal printer. *Compare* impact printer.

**noninterlaced** \non`in´tər-lāsd\ *adj.* A display method on raster-scan monitors in which the electron beam scans each line of the screen once during each refresh cycle. *Compare* interlacing.

**nonmaskable interrupt** \non`mas-kə-bl  in´tər-upt\ *n.* A hardware interrupt that bypasses and takes priority over interrupt requests generated by software and by the keyboard and other such devices. A nonmaskable interrupt cannot be overruled (masked) by another service request and is issued to the microprocessor only in disastrous circumstances, such as severe memory errors or impending power failures. *Acronym:* NMI (N`M-I´). *Compare* maskable interrupt.

**nonprocedural language** \non`prə-sē-jər-əl lang´-wəj\ *n.* A programming language that does not follow the procedural paradigm of executing statements, subroutine calls, and control structures sequentially but instead describes a set of facts and relationships and then is queried for specific results. *Compare* procedural language.

**nonreturn to zero** \non`rə-tərn tə zēr´ō\ *n.* **1.** In data transmission, a method of encoding data in which the signal representing binary digits alternates between positive and negative voltage when there is a change in digits from 1 to 0 or vice versa. In other words, the signal does not return to a zero, or neutral, level after transmission of each bit. Timing is used to distinguish one bit from the next. **2.** In the recording of data on a magnetic surface, a method in which one magnetic state represents a 1 and, usually, the opposite state represents a 0. *Acronym:* NRZ (N`R-Z´).

**nontrivial** \non`triv´ē-əl\ *adj.* Being either difficult or particularly meaningful. For example, a complicated programmed procedure to handle a difficult problem would represent a nontrivial solution.

**nonuniform memory architecture** \non`yōō`-nə-fōrm mem`ər-ē är´kə-tek-chur\ *n.* A system architecture designed for Sequent's Non-Uniform Access Memory, a type of distributed shared memory using a number of shared memory segments instead of a single centralized physical memory. *Acronym:* NUMA (nōō´mə, N`U-M-A´).

**nonvolatile memory** \non`vol`ə-təl  mem´ər-ē\ *n.* A storage system that does not lose data when power is removed from it. Intended to refer to core memory, ROM, EPROM, flash memory, bubble memory, or battery-backed CMOS RAM, the term is occasionally used in reference to disk subsystems as well. *See also* bubble memory, CMOS RAM, core, EPROM, flash memory, ROM.

**NO-OP** \nō´op, N`O-O-P´\ *n. See* no-operation instruction.

**no-operation instruction** \nō`op-ər-ā´shən in-struk`shən\ *n.* A machine instruction that has no results other than to cause the processor to use up clock cycles. Such instructions are useful in certain situations, such as padding out timing loops or forcing subsequent instructions to align on certain memory boundaries. *Acronym:* NO-OP (nō´op, N`O-O-P´), NOP (nō´op, N`O-P´). *See also* machine instruction.

**NOP** \nō´op, N`O-P´\ *n. See* no-operation instruction.

**normal distribution** \nōr`məl dis`trə-byōō´shən\ *n.* In statistics, a type of function that describes the probabilities of the possible values of a random variable. The function, whose graph is the familiar bell-shaped curve, can be used to determine the probability that the value of the variable will fall within a particular interval of values.

**normal form** \nōr`məl fōrm´\ *n.* **1.** In a relational database, a set of guidelines for structuring information to avoid redundancy and inconsistency and to promote efficient use of resources. A table in first normal form adheres to the first guideline, one in second normal form adheres to the first two guidelines, and so forth. **2.** In programming, the metalanguage sometimes called the Backus normal form (Backus-Naur form), a language used for describing the syntax of other languages—specifically, ALGOL 60, for which it was invented. *See also* Backus-Naur form.

**normal hyphen** \nōr`məl hī´fən\ *n. See* hyphen.

**normalize** \nōr´mə-līz`\ *vb.* **1.** In programming, to adjust the fixed-point and exponent portions of a floating-point number to bring the fixed-point portions within a specific range. **2.** In database management, to apply a body of techniques to a relational database in order to minimize the inclusion of duplication information. Normalization