# Exhibit H

# WEBSTER'S NEW WORLD

# DICTIONARY

## *of*

# COMPUTER TERMS

## EIGHTH EDITION

*The Best Computer Dictionary in Print*

Completely revised and updated

Contains extensive Internet coverage

More than 4,000 entries, terms, and acronyms

**Bryan Pfaffenberger**

SUN00010824



# WEBSTER'S NEW WORLD™

# DICTIONARY

## *of*

# COMPUTER TERMS

## EIGHTH EDITION

*By Bryan Pfaffenberger, Ph.D.*

RECEIVED

JAN 2 3 2006

DLA PIPER RUDNICK
GRAY CARY

IDG Books Worldwide, Inc.
An International Data Group Company
Foster City, CA • Chicago, IL • Indianapolis, IN •
New York, NY

SUN00010825

# Dedication

*For Suzanne, always*

Webster's New World™ Dictionary of Computer Terms,
8th Edition

Copyright © 2000 by
IDG Books Worldwide, Inc.
An International Data Group Company
919 E. Hillsdale Blvd.
Suite 400
Foster City, CA 94404

All rights reserved including the right of reproduction in whole
or in part in any form.

For general information on IDG Books Worldwide's books in
the U.S., please call our Consumer Customer Service depart-
ment at 1-800-762-2974. For reseller information, including
discounts, bulk sales, customized editions, and premium sales,
please call our Reseller Customer Service department at
1-800-434-3422.

A Webster's New World™ Book

WEBSTER'S NEW WORLD DICTIONARY is a registered
trademark of IDG Books Worldwide, Inc.

Library of Congress Catalog Number: 98-68180

ISBN: 0-02-863777-1


Manufactured in the United States of America


  2 3 4 5 6 7     00  1  02  03  04

SUN00010826

## 376 nondisclosure agreement (NDA)

**nondisclosure agreement (NDA)**  A contract designed to keep sensitive information confidential. Software publishers often establish nondisclosure agreements with their beta test sites so that information about new products is less likely to leak out to the computer press.

**non-impact printer**  A printer that forms a text or graphic image by spraying or fusing ink to the page. Non-impact printers include inkjet printers, laser printers, and thermal printers. All non-impact printers are considerably quieter than impact printers, but non-impact printers can't print multiple copies by using carbon paper.

**non-interlaced monitor**  A monitor that doesn't use the screen refresh technique called interlacing and, as a result, can display high-resolution images without flickering or streaking.

**non-procedural language**  See *declarative language.*

**non-repudiation**  In a computer network, a desirable quality of network security such that valid users are never denied access to resources to which they are entitled.

**non-transactional application**  In a local area network (LAN), a program that produces data that you don't need to keep in a shared database for all users to access. Most of the work done with word processing programs, for example, is non-transactional.

**non-volatile**  Not susceptible to memory loss when the power is shut off.

**non-volatile memory**  The memory specially designed to hold information, even when the power is switched off. Read-only memory (ROM) is non-volatile, as are all secondary storage units such as disk drives. See *random access memory (RAM)* and *volatility.*

**non-Windows application**  A DOS application program that doesn't require Microsoft Windows to run. DOS applications can also be run under Windows. Using Windows 95/98 or Standard or 386 Enhanced modes in Windows 3.1, you can switch from one non-Windows application to another without closing either program. See *application program interface (API).*

## NSF 377

**no parity**  In asynchronous communications, a communications protocol that disables parity checking and leaves no space for the parity bit.

**normalization**  In relational database management programs, a method of organizing data into separate tables so that no data duplication occurs. The process involves three steps. The first, called First Normal Form (1NF), ensures that each field in a table contains a distinct type of information. The second, Second Normal Form (2NF), ensures that the data in one field cannot be derived from data in another field. The third, Third Normal Form (3NF), assures that the database contains no duplicate information. The objective of normalization is to make sure that data is recorded in just one place so that editing or modifying the data cannot lead to errors attributable to duplicate data entries. See *1NF, 2NF,* and *3NF.*

**Norton AntiVirus**  See *antivirus program.*

**NOS**  See *network operating system.*

**NOT**  A Boolean operator that can be used to exclude certain documents from a retrieval list. For example, the search expression "sports NOT skiing" retrieves information regarding all sports except skiing.

**notebook computer**  A portable computer that typically weighs less than 7 pounds and that measures about 8 inches by 11 inches by 1 1/2 inches and that easily fits inside a briefcase. Unlike subnotebook computers, notebook computers usually include a floppy disk drive. See *auxiliary battery* and *battery pack.*

**Novell NetWare**  A network operating system for IBM PCs and compatibles. Current versions of NetWare can use the IPX/SPX, NetBEUI, or TCP/IP transport protocols.

**NREN**  See *National Research and Education Network.*

**ns**  See *nanosecond.*

**NSAPI**  Acronym for Netscape Application Programming Interface. An application programming interface (API) for Netscape Web servers that enables programmers to route Web information requests to external programs, such as databases.

**NSF**  See *National Science Foundation.*

SUN00010829