# Exhibit K

Case 3:07-cv-06053-EDL   Document 116-12   Filed 07/22/2008   Page 2 of 4

# Dictionary of Computer Words

**A Helpful Guide to the Language of Personal Computing**

Words included in this Dictionary that are known to have current trademark registrations are shown with initial capital and are also identified as trademarks. No investigation has been made of common-law trademark rights in any word, because such investigation is impracticable. The inclusion of any word in this Dictionary is not, however, an expression of the Publisher's opinion as to whether or not it is subject to proprietary rights. Indeed, no definition in this Dictionary is to be regarded as affecting the validity of any trademark.

Copyright © 1993 by Houghton Mifflin Company. All rights reserved.

No part of this work may be reproduced or transmitted in any form or by any means, electronic or mechanical, including photocopying and recording, or by any information storage or retrieval system without the prior written permission of Houghton Mifflin Company unless such copying is expressly permitted by federal copyright law. Address inquiries to Reference Permissions, 222 Berkeley Street, Boston, Massachusetts 02116.

Library of Congress Cataloging-in-Publication Data

Dictionary of computer words.

p. cm.
Includes bibliographical references and index.
ISBN 0-395-67426-3
1. Computers — Dictionaries.
QA76.15.D5259   1993
004.16'03 — dc20        93-4646
CIP

Manufactured in the United States of America

BP 10 9 8 7 6 5 4 3 2 1

Book design by Anne Chalmers

Picture credits: Library of Congress/Pre-Press Company: halftone
Library of Congress/Tech-Graphics: pixel
Lotus Development Corporation: spreadsheet
Maureen Kieffer/Cheryl Snyder: range
Microsoft Corporation: character-based, graphical user interface, and range reprinted with permission from Microsoft Corporation
Tech-Graphics: antialiasing, Bézier curve, chip, computer, connector, DIP switch, Dvorak keyboard, floppy disk, hard disk, hierarchical, landscape, letter-quality, mouse, network, outline font, overlaid windows, printed circuit board, programming language, QWERTY keyboard, resolution, sector, software, text wrap, trackball, write-protect

# CONTENTS

*Acknowledgments*

*Preface*

**Dictionary of Computer Words**

*Subject Index*

**nonvolatile memory**  170

screen, but instead scans every line on every *refresh* cycle. Although noninterlaced displays are more expensive than interlaced ones for the same level of resolution, they allow the screen to be redrawn faster for graphics and video images and avoid the *flickering* of interlaced displays. See also *interlacing.* See also *raster scanning.*

**nonvolatile memory**  Memory whose contents are not lost when the system power is shut off. Nonvolatile memory is used in calculators, printers, and other devices whose programming does not need to be changed, and in personal computers for the *BIOS* and other instructions the computer needs to read during the *boot* sequence. Disk storage and *ROM* are both nonvolatile memory, as opposed to the *volatile memory* held in *RAM.*

**NOR**  [nor]  A *Boolean operator* that returns the value TRUE if and only if both of its operands are FALSE. Table 15 shows the results of the NOR operator.

Table 15. Results of NOR Operator

| a | b | a NOR b |
|---|---|---|
| FALSE | FALSE | TRUE |
| FALSE | TRUE | FALSE |
| TRUE | FALSE | FALSE |
| TRUE | TRUE | FALSE |

**NOT**  [not]  A *Boolean operator* that returns the value TRUE if its operand is FALSE, and FALSE if its operand is TRUE. Table 16 shows the results of the NOT operator.

Table 16. Results of NOT Operator

| a | b | NOT a |
|---|---|---|
| FALSE | FALSE | TRUE |
| FALSE | TRUE | TRUE |
| TRUE | FALSE | FALSE |
| TRUE | TRUE | FALSE |

171  **nu**

**notebook**  A *portable* computer that is smaller t Typical notebook computers are about one foo up to 6 or 7 pounds, and are powered by rechar ies. They usually contain a single 3.5-inch *flop* Despite their small size, many notebook co nearly the same capabilities as desktop models more expensive.

**notepad**  A *desk accessory* in the *Microsoft Wind* environment. Notepad is a text *editor* that allo jot down notes, write short memos, and create files.

**ns**  Abbreviation of **nanosecond.**

**NuBus**  [NOO-bus or NYOO-bus]  A trademar speed *expansion bus* used in Macintosh II com expansion slots accept 96-pin expansion boards.

**null character**  A data control character that time by adding nonsignificant zeros to a data null character can be used, for example, to pad minate character *strings,* or separate blocks *ASCII* character set, the null character is symb and represented by the character code 0.

**null-modem cable**  A cable that allows two co connected directly together through their *seria* using a *modem.* A null-modem cable is used, connect a portable computer with a larger co they can exchange data.

**number cruncher**  A program or computer, such *puter,* that is able to perform complex, lengthy

**numeric coprocessor**  See **math coprocessor.**

**numeric keypad**  A group of keys, separate fron the right of the typing area on a keyboard, the numbers 0–9, a decimal point, and math