Douglas R. Schwartz (State Bar #98666)
Scott R. Lovernick (State Bar #233755)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE, LLP
Non-Party Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> vs. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaimant. | Case Number: 3:07-CV-06053 EDL (JCS) <br><br> **[PROPOSED] ORDER** <br><br> Date: August 12, 2008 <br> Time: 9:30 a.m. <br> Courtroom: E, 15th Floor <br> Hon. Elizabeth D. Laporte |

On August 12, 2008, Defendant-Counterclaimant Sun Microsystems, Inc.'s ("Sun") Motion to Compel came on for hearing before this Court. Having considered the papers submitted concerning the motion by Sun and Non-Party Respondent Orrick, Herrington & Sutcliffe, LLP ("Orrick") and the oral argument of counsel, and finding that good cause exists therefore, the Court hereby **ORDERS** as follows:

1. Sun's Motion to Compel is **DENIED** in its entirety.

-1-
[PROPOSED] ORDER
CASE NO. 3:07-CV-06053 EDL (JCS)

2. Orrick, Herrington & Sutcliffe, LLP is hereby **AWARDED** the following costs that it has reasonably incurred in responding to Sun's subpoena:

| | |
|---|---|
| Copying Costs: | $21,402.57 |
| Attorney Fees: | $75,000.00 |
| Lost Paralegal Time: | $12,172.75 |
| Document Retrieval Fees: | $606.00 |
| **Total:** | **$109,181.32** |

**IT IS SO ORDERED.**

Dated: _____

_____
JUDGE OF THE DISTRICT COURT