Douglas R. Schwartz (State Bar #98666)
Scott R. Lovernick (State Bar #233755)
SCHWARTZ & CERA LLP
44 Montgomery Street, Suite 3850
San Francisco, California 94104
Telephone: (415) 956-2600
Facsimile: (415) 438-2655

Attorneys for
ORRICK, HERRINGTON & SUTCLIFFE LLP
Non-Party Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>  Plaintiff-Counterclaim Defendant,<br><br>vs.<br><br>SUN MICROSYSTEMS, INC.,<br><br>  Defendant-Counterclaimant. | Case Number: 3:07-CV-06053 EDL (JCS)<br><br>**PROOF OF SERVICE**<br><br>Date: August 12, 2008<br>Time: 9:30 a.m.<br>Courtroom: E, 15th Floor<br>**Hon. Elizabeth D. Laporte** |

I am a citizen of the United States and am employed in the County of San Francisco, State of California. I am over eighteen (18) years of age and not a party to the above-entitled action. My business address is 44 Montgomery Street, Suite 3850, San Francisco, CA 94104. On the date below, I served the following documents:

1. **NON-PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**

2. **DECLARATION OF SCOTT R. LOVERNICK IN SUPPORT OF NON-PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**

3. **DECLARATION OF MATTHEW J. HULT IN SUPPORT OF NON-PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS;**

4. **DECLARATION OF AMY DALTON IN SUPPORT OF NON-PARTY RESPONDENT ORRICK HERRINGTON & SUTCLIFFE, LLP'S OPPOSITION TO SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS; AND**

5. **[PROPOSED] ORDER**

on the below-named parties and/or counsel of record by the manner indicated:

| | |
|---|---|
| Christine K. Corbett, Esq.<br>David Alberti, Esq.<br>Carrie L. Williamson, Esq.<br>Mark Fowler, Esq.<br>Yakov M. Zolotorev, Esq.<br>DLA Piper US LLP<br>2000 University Avenue<br>East Palo Alto, CA 94303-2214<br>Tel: 650/833-2000<br>Fax: 650/833-2001<br>christine.corbett@dlapiper.com<br>david.alberti@dlapiper.com<br>carrie.williamson@dlapiper.com<br>mark.fowler@dlapiper.com<br>yakov.zolotorev@dlapiper.com | *Attorneys for Sun Microsystems, Inc.*<br>*(Defendant and Counterclaimant)* |
| Jill Jane Ho, Esq.<br>Jeffrey G. Homrig, Esq.<br>Matthew Douglas Powers, Esq.<br>Edward Robert Reines, Esq.<br>Derek Walter, Esq.<br>Weil, Gotshal & Manges LLP<br>201 Redwood Shores Parkway<br>Redwood Shores, CA 94065<br>Tel: 650/802-3000<br>Fax: 650/802-3100 | *Attorneys for Network-Appliance Inc.*<br>*(Counter-Defendant)* |

jill.ho@weil.com
jeffrey.homrig@weil.com
matthew.powers@weil.com
edward.reines@weil.com
derek.walter@weil.com

**_XXX_**  **_Electronic Mail_**_, I caused a true copy of the said documents to be delivered electronically to the above e-mail addresses via the United States District Court–Northern District of California's Electronic Case Filing (ECF) System._

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed on July 22, 2008, at San Francisco, California.

/s/
Du'Ana K. McGee