1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
3  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
4  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
5  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
6
   DLA PIPER US LLP
7  2000 University Avenue
   East Palo Alto, CA 94303-2215
8  Tel: 650.833.2000
   Fax: 650.833.2001
9
   Attorneys for Defendant and Counterclaimant
10 Sun Microsystems, Inc.

11                     UNITED STATES DISTRICT COURT
12                     NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION
14

15 | NETWORK APPLIANCE, INC., | CASE NO. 3:07-CV-06053 EDL (JCS) |
|---|---|
16 | Plaintiff – Counterclaim Defendant, | SUN MICROSYSTEMS, INC.'S NOTICE OF WITHDRAWAL OF MOTION TO COMPEL PRODUCTION OF DOCUMENTS FROM NON-PARTY ORRICK, HERRINGTON & SUTCLIFFE |
17 | v. | |
18 | SUN MICROSYSTEMS, INC., | |
19 | Defendant - Counterclaimant. | Date: August 12, 2008<br>Time: 9:30 a.m.<br>Courtroom: E, 15th Floor<br>Hon. Elizabeth D. Laporte |

21     Pursuant to Local Rule 7-7(e), Sun Microsystems, Inc. ("Sun") hereby withdraws its

22 Motion to Compel Production of Documents from Non-Party Orrick, Herrington & Sutcliffe

23 ("Orrick").

24     On July 8, 2008, Sun filed a motion to compel the production of documents from Orrick

25 in response to a subpoena served on January 22, 2008. On or around July 11, 2008, Orrick

26 produced documents responsive to the subpoena. As such, Sun's motion to compel is now moot.

27
28

1       The parties are continuing to meet-and-confer in good-faith to resolve any dispute
2 regarding payment of costs.

4 Dated: July 28, 2008

                        DLA PIPER US LLP

                        By _____
                        MARK D. FOWLER
                        CHRISTINE K. CORBETT
                        Attorney for Defendant and Counterclaimant
                        SUN MICROSYSTEMS, INC.