MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL<br><br>**[PROPOSED] ORDER GRANTING NETAPP'S REQUEST TO FOR LEAVE TO EXCEED THE PAGE LIMIT FOR REPLY CLAIM CONSTRUCTION BRIEF**<br><br>Judge Elizabeth D. Laporte |

1  Having considered NetApp's request for leave to exceed the page limit set forth in
2  Local Rule 7-4(b) and to file a 30-page Reply Claim Construction Brief,
3  IT IS HEREBY ORDERED that NetApp may submit a Reply Claim Construction
4  Brief no longer than 30 pages.
5
6  Dated: _____
7               Honorable Elizabeth D. Laporte
             U.S. Magistrate Judge