IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>      Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS INC,<br><br>      Defendant.<br>_____ / | No. C-07-06053 EDL<br><br>**ORDER REGARDING REPLY CLAIM CONSTRUCTION BRIEF PAGE EXTENSIONS** |

Having considered Sun Microsystems, Inc.'s request for leave to exceed the page limit set forth in Local Rule 7-4 and to file a 40-page reply claim construction brief, and having considered Network Appliance, Inc.'s request for leave to file a 30–page reply brief, IT IS HEREBY ORDERED that both parties may submit a reply claim construction brief no longer than **35 pages**.

**IT IS SO ORDERED.**

Dated: July 31, 2008

                                                    ELIZABETH D. LAPORTE
                                                  United States Magistrate Judge