MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant-Counterclaim Plaintiff,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | CASE NO.  C-07-6053-EDL<br><br>**SUPPLEMENTAL DECLARATION OF CARRIE WILLIAMSON IN SUPPORT OF SUN MICROSYSTEMS, INC.'S REPLY CLAIM CONSTRUCTION BRIEF**<br><br>Claim Construction Hearing:<br>Date: August 27, 2008<br>Time: 9:30 a.m.<br>Judge:  Hon. Elizabeth D. Laporte |

I, Carrie L. Williamson, declare as follows:

1. I am an attorney with the law firm of DLA Piper US LLP, counsel for Sun Microsystems, Inc. ("Sun").  I have personal knowledge of the facts stated herein and if called as a witness, could and would competently testify hereto.

2. A true and correct copy of the May 17, 2005, Office Action of the file history of the '715 patent, Bates numbered NA0005550-NA0005555, is attached hereto as Exhibit 1.

-1-

1  I declare under penalty of perjury under the Laws of the United States of America that the
2  foregoing is true and correct.  This declaration is executed in East Palo Alto, California.
3
4  Dated:  August 1, 2008
                                    By    /s/ Carrie L. Williamson
5                                         CARRIE L. WILLIAMSON
                                          .