MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
E-Mail: edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
E-Mail: jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
E-Mail: jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant-Counterclaim Plaintiff. | Case No. C-07-06053 EDL<br><br>**DECLARATION OF AARON NATHAN IN SUPPORT OF NETAPP, INC.'S REPLY TO SUN MICROSYSTEMS, INC.'S RESPONSIVE CLAIM CONSTRUCTION BRIEF** |

Decl. of Aaron Nathan ISO NetApp's Reply to Sun's
Responsive Claim Const. Brief

Case No. C-07-06053 EDL

I, Aaron Nathan, hereby declare:

1. I am a member of the Bar of this Court and an associate at the law firm of Weil, Gotshal & Manges LLP, counsel of record for the Plaintiff NetApp, Inc. ("NetApp"), in this case. If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Attached as Exhibit A to this Declaration is a true and correct copy of Supplemental Joint Claim Construction and Prehearing Statement, Revised Exh. Q, filed on May 30, 2008.

I declare under penalty of perjury under the laws of the United States of America and the State of California that the foregoing is true and correct.

Executed on August 1, 2008 at Redwood Shores, California.

WEIL, GOTSHAL & MANGES LLP

By: */s/ Aaron M. Nathan*
Aaron M. Nathan
Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.