MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>  Plaintiff-Counterdefendant<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>  Defendant-Counterclaimant | CASE NO. 3:07-CV-06053 EDL<br><br>**JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT TUTORIAL AND MARKMAN HEARING**<br><br>Date: August 11 and August 27, 2008<br>Time: 10:00 a.m./9:30 a.m.<br>Courtroom: 15<br>Judge: Elizabeth D. Laporte |

The parties bring this Joint Miscellaneous Administrative Request pursuant to Civil L.R. 7-11. Plaintiff Network Appliance, Inc. ("NetApp") and Defendant Sun Microsystems, Inc. ("Sun") wish to use certain electronic equipment for the presentations at the upcoming Tutorial and Markman Hearing in the above captioned case. In order to make their presentations the parties will require that certain electronic equipment be delivered to the Courtroom on Monday, August 11, 2008 at 8:30 a.m. for use during the Tutorial and on August 27, 2008 at 8:00 a.m. for use during the Markman Hearing. If the Court does not permit delivery of the equipment at 8:00

1  a.m. on August 27, the parties request delivery of the equipment on August 26 at 4:00 p.m. The
2  parties further request leave to have delivered and use: laptop computers, digital projectors, one
3  projection screen, monitors, video switches and any required cables and connectors.
4      Pursuant to Civil L.R. 7-11(a), the parties have stipulated to the delivery and use of the
5  above mentioned equipment. Accordingly the parties respectfully request that the Court issue the
6  requested Order.

Respectfully Submitted,

Dated: August 7, 2008      WEIL, GOTSHAL & MANGES LLP

By     /s/ Jill J. Ho
       Jill J. Ho

Attorneys for NetApp, Inc.

Dated: August 7, 2008      DLA PIPER US LLP

By     /s/ Christine K. Corbett
       CHRISTINE K. CORBETT

Attorneys for Sun Microsystems, Inc.