MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterdefendant <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaimant | CASE NO. 3:07-CV-06053 EDL <br><br> [PROPOSED] ORDER GRANTING JOINT MISCELLANEOUS ADMINISTRATIVE REQUEST FOR LEAVE TO PERMIT DELIVERY AND USE OF ELECTRONIC EQUIPMENT AT TUTORIAL AND MARKMAN HEARING <br><br> Date: August 11 and August 27, 2008 <br> Time: 10:00 a.m./9:30 a.m. <br> Courtroom: 15 <br> Judge: Elizabeth D. Laporte |

Having read and considered the parties' Joint Miscellaneous Administrative Request for Leave to Permit Delivery And Use of Electronic Equipment at Tutorial and Markman Hearing ("Administrative Request") IT IS HEREBY ORDERED that the Administrative Request is GRANTED.

///

///

///

-1-

1  The parties may deliver the following electronic equipment to the Courtroom on Monday,
2  August 11, 2008 at 8:30 a.m. for use during the Tutorial and on August 27, 2008 at 8:00 a.m. for
3  use during the Markman Hearing: laptop computers, digital projectors, one projection screen,
4  monitors, video switches and any required cables and connectors.
5  IT IS SO ORDERED.

8  Dated: August  8 , 2008.



UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE