UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES**

**ELIZABETH D. LAPORTE**                                      Date: August 11, 2008
**UNITED STATES MAGISTRATE JUDGE**

**Case No:**     C-07-06053 EDL

**Title:**     NETWORK APPLIANCE INC v. SUN MICROSYSTEMS INC

**Attorneys:**     Plaintiff:     Edward Reines, Jeffrey Homrig, Jill Ho, Aaron Nathan
                    Defendant:   Clayton Thompson, Mark Fowler, Christine Corbett
                                 David Alberti, Yakov Zolotorev

**Deputy Clerk:**     Lili M. Harrell          **FTR Digital Recorder:** 10:07am-12:58pm
                                                (Time: 3 hours)

**PROCEEDINGS:**                                              **RULINGS:**

Tutorial                                                      Held

**ORDERED AFTER HEARING:**

**ORDER TO BE PREPARED BY:**  [ ]  Plaintiff  [ ]  Defendant  [ ]  Court

**Case Continued to:**

Notes:

cc: