MATTHEW D. POWERS (Bar No. 104795)
E-Mail: matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
E-Mail: edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
E-Mail: jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
E-Mail: jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No. C-07-06053 EDL <br><br> **JOINT REPORT REGARDING AGREED CONSTRUCTIONS FOR DISPUTED TERMS IN U.S. PATENT NO. 6,873,630** |

Pursuant to the Court's request during the Markman hearing on August 27, 2008, the parties have met and conferred regarding the disputed terms in U.S. Patent No. 6,873,630 and provide the following agreed upon constructions:

**A.    "Portion [of a] Communication" (Claims 3, 5, 12-15, 21-24, 45, 48, 50, 52-53, 73, 76)**

| Term | Agreed Construction |
|---|---|
| "Portion [of a] Communication" | Part of a data stream, where the part includes "elements" of the data stream. |

**B.     "Element [of a] Communication"**
      **"Element [of a] Portion"**
      **"Elements"**
      **"Element of a Portion"**
      **(Claims 3, 5, 8, 13-15, 21-23, 45-48, 50, 52, 73, 76, 79, 89, 113, 114, 116, 117)**

| Term | Agreed Construction |
|---|---|
| "Element [of a] Communication" | A constituent part of a "portion." |

Dated:  August 29, 2008

                         DLA PIPER US LLP


                         By:  */s/ Christine K. Corbett*
                         MARK  D. FOWLER
                         CLAYTON THOMPSON
                         DAVID ALBERTI
                         CHRISTINE K. CORBETT
                         YAKOV M. ZOLOTOREV
                         CARRIE L. WILLIAMSON

                         Attorneys for
                         Sun Microsystems, Inc.


Dated:  August 29, 2008

                         WEIL, GOTSHAL & MANGES LLP


                         By:  */s/ Jill J. Ho*
                         MATTHEW D. POWERS
                         EDWARD R. REINES
                         JEFFREY G. HOMRIG
                         JILL J. HO

                         Attorneys for
                         NetApp, Inc.