MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DISCOVERY DEADLINE FOR PATENTS NOT SELECTED FOR CLAIM CONSTRUCTION** |

As reflected in the parties' June 16, 2008 Joint Report on Claim Construction (Docket No. 79), the Court directed the parties to select three asserted NetApp patents and five asserted Sun patents for claim construction at this stage of the case. In light of this, the parties agree that the fact discovery deadline (and all dates triggered therefrom) for non-selected patents, which are not proceeding through claim construction at this stage, should be vacated. Accordingly, the parties hereby stipulate to and jointly request that the Court vacate the January 16, 2009 deadline for fact discovery with respect to the following patents-in-suit: U.S. Patent Nos. 7,174,352, 7,162,486, 7,133,964, 5,403,639, 5,410,667, 5,761,662, 5,941,954, 6,356,984, 6,591,303, 6,983,343, and 6,581,185.

Dated: September 4, 2008

DLA PIPER US LLP

By: */s/ Christine K. Corbett*
MARK D. FOWLER
CLAYTON THOMPSON
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for
Sun Microsystems, Inc.

Dated: September 4, 2008

WEIL, GOTSHAL & MANGES LLP

By: */s/ Jill J. Ho*
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO

Attorneys for
NetApp, Inc.

### [PROPOSED] ORDER

Having considered the parties' stipulation, the joint request for relief is **GRANTED**. The January 16, 2009 deadline for fact discovery (and all dates triggered therefrom) is hereby vacated with respect to the following patents-in-suit: U.S. Patent Nos. 7,174,352, 7,162,486, 7,133,964, 5,403,639, 5,410,667, 5,761,662, 5,941,954, 6,356,984, 6,591,303, 6,983,343, and 6,581,185.

**IT IS SO ORDERED.**

Dated: September ___, 2008

UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE