MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 17691)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff - Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO.  3:07-CV-06053 EDL <br><br> **SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S RENEWED MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NO. 6,892,211** <br><br> **Date: TBD** <br> **Time: TBD** <br> **Courtroom: E, 15th Floor** <br> **Hon. Elizabeth D. Laporte** |

I.   **INTRODUCTION**

Pursuant to Northern District of California Local Rules 6-1(b), 6-3 and 7-10, Sun Microsystems, Inc. ("Sun") requests that the Court shorten time to hear Sun's Renewed Motion For Partial Stay Of The Case Pending Reexamination Of United States Patent No. 6,892,211 ("Motion to Stay").

1   The issue here is simple. The United States Patent and Trademark Office ("PTO")
2   recently issued an office action rejecting all claims of NetApp's United States Patent No.
3   6,892,211 ("the '211 patent"). In an effort to streamline the case and considerably reduce the
4   amount of time, resources and money that otherwise would need to be spent by the Court and the
5   parties, Sun requests a partial stay of the case pending reexamination of the '211 patent and
6   further requests that this motion be heard on an expedited basis.

7   If Sun's motion for an expedited briefing schedule is granted, the Court may avoid
8   continuing to address the constructions of three terms in the '211 patent, stemming from the
9   August 27, 2008 *Markman* hearing. Additionally, the parties may avoid unnecessary discovery if
10  Sun's motion to stay is heard on an expedited basis. In other words, both the parties and the
11  Court will benefit from determining as early as possible whether the case is stayed with respect to
12  NetApp's '211 patent. Sun's request for an expedited briefing schedule is requested for the sole
13  purpose of streamlining the Court's claim construction process and the parties' discovery efforts.

14  **II.   MEET AND CONFER EFFORTS**

15  On September 4, 2008, Sun informed NetApp that it would seek a stay of the case with
16  respect to the '211 patent. (Declaration of Christine Corbett In Supp. of *Ex Parte* Motion
17  ("Corbett Decl."), ¶ 2.) During this conversation, Sun asked whether NetApp would stipulate to
18  having Sun's Motion to Stay heard on an expedited basis. (*Id.*) On September 8, 2008, NetApp
19  indicated that it would object to Sun's request to have Sun's Motion to Stay heard on an
20  expedited basis. (Corbett Decl., ¶ 3.)

21  **III.  LEGAL ARGUMENT**

22  Pursuant to Northern District of California Local Rule 6-3 and the Court's inherent power
23  to manage cases in the interests of justice, Sun respectfully requests that the Court grant its
24  motion to shorten time on its Motion to Stay. As set forth in the accompanying Notice of Motion
25  and Memorandum of Points and Authorities in support of Sun's Motion to Stay, Sun is seeking an
26  order from the Court staying this case with respect to the '211 patent pending completion of the
27  PTO's reexamination of the patent.
28  There can be no dispute that if Sun's Motion to Stay is set as a regularly noticed motion

-2-

1  (with a hearing date of October 14, 2008), the Court will be forced to incur additional time and
2  resources construing terms of the '211 patent that may no longer be part of this case. Moreover,
3  the parties will be able to avoid unnecessary discovery if the '211 patent is stayed.

4  **IV.   PROPOSED BRIEFING AND HEARING SCHEDULE**

5  Sun proposes the following briefing schedule with respect to its Motion to Stay. Sun's
6  Motion to Stay is deemed filed as of September 8, 2008. NetApp shall file its opposition, if any,
7  by 5:00 p.m. on September 17, 2008. Sun shall file its reply by 5:00 p.m. on September 24, 2008.
8  Sun also respectfully requests that the Court hear its Motion to Stay on September 30, 2008 at
9  9:00 a.m. This schedule provides both NetApp and the Court with sufficient time to evaluate,
10 respond and consider the papers on file.

11 **V.   CONCLUSION**

12 Based on the foregoing, Sun respectfully requests that the Court issue an Order expediting
13 briefing and hearing on Sun's Motion to Stay.

15 Dated: September 8, 2008.

DLA PIPER US LLP

By *Christine K. Corbett*
MARK D. FOWLER
CHRISTINE K. CORBETT
Attorneys for Defendant and Counterclaimant
SUN MICROSYSTEMS, INC.

DLA PIPER US LLP

WEST\21510290.1
347155-000029

-3-
SUN'S EX PARTE APPL TO SHORTEN TIME FOR HEARING ON MOTION FOR PARTIAL STAY
CASE NO. 3:07-CV-06053 EDL