MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Bar No. 17691)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>    Plaintiff - Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>    Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL<br><br>**DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF SUN MICROSYSTEMS, INC.'S** *EX PARTE* **APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S RENEWED MOTION FOR A PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NO. 6,892,211**<br><br>**Date: TBD**<br>**Time: TBD**<br>**Courtroom: E, 15th Floor**<br>**Hon. Elizabeth D. Laporte** |

I, Christine K. Corbett, declare:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper US LLP, attorneys for Sun Microsystems, Inc. ("Sun"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

-1-

2. On September 4, 2008, I informed Network Appliance, Inc.'s ("NetApp") counsel that Sun would seek a stay of the case with respect to United States Patent No. 6,892,211 ("the '211 patent"). During this call, I asked whether NetApp would agree to have Sun's motion to stay heard on an expedited basis. NetApp's counsel indicated that he would consider Sun's proposal.

3. On September 8, 2008, NetApp indicated that it would oppose Sun's request that Sun's motion to stay be heard on an expedited basis.

4. Sun has fully complied with Civil Local Rule 37-1(a).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 8, 2008.

_____
CHRISTINE K. CORBETT