1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Bar No. 17691)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff - Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL <br><br> **[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S *EX PARTE* APPLICATION TO SHORTEN TIME FOR HEARING ON SUN'S RENEWED MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NO. 6,892,211** <br><br> **Date: TBD** <br> **Time: TBD** <br> **Courtroom: E, 15th Floor** <br> **Hon. Elizabeth D. Laporte** |

Having read and considered all of the evidence and arguments submitted in support of and in opposition to Sun Microsystems, Inc. ("Sun") *Ex Parte* Application to Shorten Time for Hearing on Sun's Renewed Motion For Partial Stay Of The Case Pending Reexamination Of United States Patent No. 6,892,211 ("*Ex Parte* Motion "), IT IS HEREBY ORDERED that Sun's *Ex Parte* Motion is GRANTED. Sun's Renewed Motion for Partial Of The Case Pending

1  Reexamination of United States Patent No. 6,892,211 is deemed filed as of September 8, 2008.
2  Network Appliance, Inc.'s ("NetApp") Opposition, if any, to Sun's Motion shall be filed and
3  served no later than 5:00 p.m. (PST) on September 17, 2008. Sun's Reply, if any, shall be filed
4  and served no later than 5:00 p.m. (PST) on September 24, 2008.

5  The hearing for Sun's Motion shall be September 30, 2008 at 9:00 a.m. in Courtroom E of
6  the above-titled Court.

7  IT IS SO ORDERED.
8

9  Dated: September ___, 2008.

   _____
10 UNITED STATES MAGISTRATE JUDGE
   ELIZABETH D. LAPORTE