MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Admitted Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER US LLP
2000 University Avenue
East Palo Alto, CA  94303-2215
Tel:  650.833.2000
Fax:  650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff – Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant - Counterclaimant. | CASE NO.  3:07-CV-06053 EDL <br><br> **DECLARATION OF CHRISTINE K. CORBETT IN SUPPORT OF SUN MICROSYSTEMS, INC.'S RENEWED MOTION FOR PARTIAL STAY OF THE CASE PENDING REEXAMINATION OF UNITED STATES PATENT NO. 6,892,211** <br><br> **Date: TBD** <br> **Time: TBD** <br> **Courtroom: E, 15th Floor** <br> **Hon. Elizabeth D. Laporte** |

I, Christine K. Corbett, declare:

1. I am an attorney at law duly licensed to practice before this Court and am a partner with the law firm of DLA Piper US LLP, attorneys for Sun Microsystems, Inc. ("Sun"). I have personal knowledge of the matters set forth herein and, if called as a witness, I could and would competently testify thereto.

2. On or about December 14, 2007, Sun requested that the PTO grant reexamination

as to all claims of United States Patent No. 6,892,211 ("the '211 patent").

3. On or about April 2, 2008, the PTO issued an order granting *inter partes* reexamination as to all twenty-four claims of the '211 patent.

4. On September 2, 2008, the PTO posted on its website an August 28, 2008, office action rejecting all 24 claims of the '211 patent as either anticipated under 35 U.S.C. § 102 or obvious under 35 U.S.C. § 103. Attached hereto as **Exhibit A** is a true and correct copy of the PTO's August 28, 2008 office action.

5. With respect to the '211 patent, NetApp has not yet indicated that document production is complete vis-à-vis those inventors still employed by NetApp.

6. Of the four listed inventors on the '211 patent, only one inventor deposition has taken place. None of the patent prosecution attorneys who prosecuted the '211 patent have yet been deposed. Nor have any Sun personnel who will testify as to the Sun products accused of infringing the '211 patent been deposed.

7. Attached hereto as **Exhibit B** is a true and correct copy of the Supplemental Joint Case Management Statement filed on May 28, 2008.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed in East Palo Alto, California, on September 8, 2008.

_____
CHRISTINE K. CORBETT