1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff-Counterclaim Defendant
9  NETAPP, INC.,

10

11              UNITED STATES DISTRICT COURT

12              NORTHERN DISTRICT OF CALIFORNIA

13                  SAN FRANCISCO DIVISION

14

| | |
|---|---|
| 15  NETWORK APPLIANCE, INC. | Case No. C-07-06053 EDL |
| 16      Plaintiff-Counterclaim Defendant, | **DECLARATION OF JEFFREY G. HOMRIG IN SUPPORT OF NETAPP'S OPPOSITION TO SUN'S *EX PARTE* APPLICATION TO SHORTEN TIME** |
| 17      v. | |
| 18  SUN MICROSYSTEMS, INC. | |
| 19      Defendant-Counterclaim Plaintiff. | |

20

21

22

23

24

25

26

27

28

I, Jeffrey G. Homrig, declare:

1. I am a member of the Bar of this Court and an associate at the law firm of Weil, Gotshal & Manges LLP, counsel of record for Plaintiff NetApp, Inc., in this case. I submit this declaration pursuant to Civil Local Rule 6-3(c). If called upon as a witness, I could competently testify to the truth of each statement herein.

2. Sun's proposed schedule would cut NetApp's time to file a response nearly in half – from 14 days to 9 days – while maintaining the standard 7 days for Sun to reply to NetApp's opposition. *See* Motion to Shorten Time, at 3.

3. The '292 and '211 patents identify the same four individuals as inventors, and NetApp asserts both the '292 and '211 patents against Sun's ZFS filesystem and products containing ZFS. As a result, discovery related to the '211 patent overlaps with discovery related to the '211 patent.

4. As noted above, Sun's proposed schedule would cut NetApp's time to file a response substantially, and would also reduce the Court's opportunity to review the papers from 14 days to 6 days. But Sun would retain the full 7-day period in which to reply to NetApp's opposition. Sun sought unsuccessfully a similar schedule in its *Ex Parte* Application to Shorten Time for Hearing On Motion for Partial Stay. *See* Docket Entry 35, at 3.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: September 11, 2008         */s/ Jeffrey G. Homrig*
                                  Jeffrey G. Homrig