IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC, | No. C-07-06053 EDL |
| Plaintiff, | **ORDER DENYING REQUEST TO SHORTEN TIME; SETTING BRIEFING SCHEDULE** |
| v. | |
| SUN MICROSYSTEMS INC, | |
| Defendant. | |

Sun Microsystems, Inc. moved to shorten time on its motion for a partial stay pending the reexamination of United States Patent Number 6,892,211. The motion to shorten time is DENIED. Network Appliance, Inc.'s opposition to the motion shall be filed no later than September 22, 2008, and Sun's reply brief shall be filed no later than September 29, 2008. In light of the Court's October trial schedule, the Court will hold a hearing on the motion on **Friday, October 10, 2008 at 10:00 a.m.**

**IT IS SO ORDERED.**

Dated: September 12, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge