IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>    Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS INC,<br><br>    Defendant. | No. C-07-06053 EDL<br><br>**ORDER REGARDING MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION** |

On October 3, 2008, Network Appliance, Inc. filed a motion for leave to file a motion for reconsideration re claim construction or, in the alternative, for entry of final judgment regarding U.S. Patent No. 7,200,715 pursuant to Rule 54(b). IT IS HEREBY ORDERED that Sun Microsystems, Inc. shall file a response to this request for leave, not to exceed ten pages, no later than Thursday, October 9, 2008 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: October 6, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge