IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>    Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS INC,<br><br>    Defendant.<br>_____/ | No. C-07-06053 EDL<br>No. C-08-01641 EDL<br><br>**ORDER FOLLOWING CASE**<br>**MANAGEMENT CONFERENCE** |

Following the October 3, 2008 case management conference in the above captioned cases, the following is ordered for the 07-6053 case:

Close of fact discovery is January 16, 2009.

Opening expert reports are due on February 27, 2009. Rebuttal expert reports are due on March 20, 2009. The close of expert discovery except on damages is April 10, 2009. Expert discovery on damages need not go forward at this time. The parties shall further meet and confer as to whether any other discrete expert discovery issues need not go forward at this time.

The parties shall further meet and confer about narrowing the issues in this case and about whether summary judgment motions will involve cross-briefs. The Court will first entertain summary judgment motions that involve issues relating to the claim terms the Court has already construed, including infringement and invalidity grounds. Parties shall file the final reply briefs of those summary judgment motions no later than May 26, 2009. The parties shall report back to the Court regarding the remaining briefing schedule. The Court will hold a hearing on summary judgment motions on NetApp's patents on June 18, 2009, and on Sun's patents on June 25, 2009.

///

For the 08-1641 case, it is hereby ordered that:

The parties shall meet and confer and provide a prioritized list to the Court of no more than ten claim terms it proposes that the Court construe (in the same manner it provided such a list in the related cases). The claim construction hearing in this case is continued, and the hearing on terms from Sun's patents shall take place on April 1, 2009, and the hearing on terms from NetApp's patents shall take place on April 15, 2009.

**IT IS SO ORDERED.**

Dated:   October 7, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge