MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>Plaintiff-Counterdefendant<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant-Counterclaimant | CASE NO. 3:07-CV-06053 EDL<br><br>[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S REQUEST FOR AN EXTENSION TO RESPOND TO NETAPP'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION<br><br>Judge: Hon. Elizabeth D. Laporte |

Having considered Sun Microsystems, Inc.'s ("Sun") request for an extension to respond to NetApp's request for leave to file a motion for reconsideration, it is hereby ordered that Sun may file its response to NetApp's request for leave to file a motion for reconsideration, not to exceed ten pages, no later than Tuesday, October 14, 2008 at 12:00 p.m.

**IT IS SO ORDERED.**

Dated: October 7, 2008.

*Elizabeth D. Laporte*

HON. ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

-1-

DLA PIPER US LLP

WEST\21568495.1
347155-000029

[PROPOSED] ORDER GRANTING SUN'S REQUEST FOR EXTENSION TO RESPOND TO NETAPP'S MOTION FOR LEAVE TO FILE A MOTION FOR RECONSIDERATION / CASE NO. 3:07-CV-06053 EDL