IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE INC,

        Plaintiff,

  v.

SUN MICROSYSTEMS INC,

        Defendant.

No. C-07-06053 EDL

**ORDER REGARDING SUN MICROSYSTEMS' RENEWED MOTION FOR PARTIAL STAY**

The Court has received a copy of the paper recently issued by the Sedona Conference entitled Reexamination Practice with Concurrent District or USITC Patent Litigation by Robert Greene Sterne, et al. By October 28, 2008, the parties shall file simultaneous briefs of no more than five pages in length, addressing what light, if any, the paper sheds on Sun Microsystems Inc.'s renewed motion for partial stay of the case pending reexamination of United States Patent No. 6,892,211, docket number 146.

**IT IS SO ORDERED.**

Dated: October 22, 2008

ELIZABETH D. LAPORTE
United States Magistrate Judge