MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING DISCOVERY** |

Despite the parties' efforts to complete discovery in accordance with the existing schedule, the large breadth of issues to be addressed in the parties' litigation, and the substantial volume of discovery remaining to be completed, lead the parties to conclude that an extension of the fact discovery cutoff is necessary for the more orderly and efficient resolution of their disputes. Consequently, the parties stipulate that the fact discovery deadline should be extended from January 16, 2009 to April 24, 2009 and request that the Court enter an order to that effect.[1]

[1] This fact discovery cutoff is applicable only to the patents selected for the first stage of claim construction per the parties' June 16, 2008 Joint Report on Claim Construction (Docket No. 79) and the Court's September 5, 2008 Order Extending Discovery for Patents Not Selected for Claim Construction (Docket No. 142).

In light of the extension of the fact discovery deadline, the parties agree that the deadlines in the Court's October 7, 2008 Order Following Case Management Conference (Docket No. 174) should be modified as follows:

The deadline for opening expert reports should be extended from February 27, 2009 to June 5, 2009. The deadline for rebuttal expert reports should be extended from March 20, 2009 to June 26, 2009. The close of expert discovery except on damages should be extended from April 10, 2009 to July 17, 2009. The deadline for filing final reply briefs of summary judgment motions should be extended from May 26, 2009 to September 1, 2009.

The parties also stipulate and jointly request that the Court move the hearing on summary judgment motions on NetApp's patents from June 18, 2009 to September 24, 2009, and the hearing on summary judgment motions on Sun's patents from June 25, 2009 to October 1, 2009.

Dated: November 14, 2008

WEIL, GOTSHAL & MANGES LLP

By: */s/ Jill J. Ho*

MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO

Attorneys for Plaintiff-Counterclaim Defendant, NETAPP, INC.

Dated: November 14, 2008

DLA PIPER LLP (US)

By: */s/ Christine K. Corbett*

MARK D. FOWLER
CLAYTON THOMPSON
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for Defendant-Counterclaim Plaintiff, SUN MICROSYSTEMS, INC.

**~~[PROPOSED]~~ ORDER**

Having considered the parties' stipulation, the joint request for relief is **GRANTED**. The January 16, 2009 deadline for fact discovery is hereby continued to April 24, 2009, and all deadlines calculated based on the close of fact discovery are modified accordingly. The February 27, 2009 deadline for opening expert reports is hereby continued to June 5, 2009. The March 20, 2009 deadline for rebuttal expert reports is hereby continued to June 26, 2009. The April 10, 2009 close of expert discovery except on damages is hereby continued to July 17, 2009. The May 26, 2009 deadline for filing final reply briefs of summary judgment motions is hereby continued to ~~September 1, 2009~~. August 31, 2009.

The June 18, 2009 hearing on summary judgment motions on NetApp's patents is hereby continued to ~~September 24, 2009~~ September 23, 2009, at 9:30 am, and the June 25, 2009 hearing on summary judgment motions on Sun's patents is hereby continued to ~~October 1, 2009.~~ September 30, 2009, at 9:30 am.

**IT IS SO ORDERED.**

Dated: November 18, 2008




UNITED ... TE JUDGE
ELIZABE...