MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Plaintiff/Counterdefendant,
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., a Delaware corporation, <br><br> Defendant/Counterplaintiff. | CASE NO. 3:07-CV-06053 EDL <br><br> **SUN'S UNOPPOSED REQUEST AND [PROPOSED] ORDER ALLOWING SUN TO AMEND ITS INFRINGEMENT CONTENTIONS FOR U.S. PATENT NO. 6,873,630** |

WHEREAS, Sun Microsystems, Inc. ("Sun") has recently represented to NetApp, Inc. ("NetApp") that Sun has recently discovered new information regarding NetApp's sales of third-party 10 Gigabit Ethernet switches;

WHEREAS, Sun has requested that NetApp accept service of amended infringement contentions for United States Patent No. 6,873,630 ("the '630 patent") to include infringement by third-party 10 Gigabit Ethernet switches supplied to NetApp and/or NetApp end users;

1   WHEREAS, NetApp does not object to Sun's service of amended infringement
2   contentions for the '630 patent to include infringement by third-party 10 Gigabit Ethernet
3   switches supplied to NetApp and/or NetApp end users;
4   THEREFORE, Sun respectfully requests that the Court allow Sun, pursuant to Patent
5   Local Rule 3-6, to amend its infringement contentions for its U.S. Patent No. 6,873,630 to include
6   infringement by third-party 10 Gigabit Ethernet switches supplied to NetApp and/or NetApp end
7   users.

Dated: February 24, 2009

DLA PIPER LLP (US)

/s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for Plaintiff,
Sun Microsystems, Inc.

Dated: February 24, 2009

WEIL, GOTSHAL & MANGES LLP

/s/ Patricia Young
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
Patricia Young (Admitted *Pro Hac Vice*)

Attorneys for Defendant,
Network Appliance, Inc.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21663089.1
347155-000029

-2-
STIP & [PROPOSED] ORDER RE: SUN'S INFRINGEMENT CONTENTIONS
USDC CASE NO. 3:07-CV-06053 EDL

## ORDER

Having considered Sun's unopposed request, Sun's request for relief is **GRANTED**. Sun is allowed to amend its infringement contentions for its U.S. Patent No. 6,873,630 to include infringement by third-party 10 Gigabit Ethernet switches supplied to NetApp and/or NetApp end users.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   February 26, 2009



_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

IT IS SO ORDERED
Judge Elizabeth D. Laporte

DLA Piper LLP (US)
East Palo Alto

WEST\21663089.1
347155-000029

-3-
STIP & [PROPOSED] ORDER RE: SUN'S INFRINGEMENT CONTENTIONS
USDC CASE NO. 3:07-CV-06053 EDL