Case 3:07-cv-06053-EDL  Document 295  Filed 05/05/09  Page 1 of 2

1  MATTHEW D. POWERS (Bar No. 104795)
    matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
    edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
    jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
    jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
    201 Redwood Shores Parkway
6  Redwood Shores, CA  94065
    Telephone: (650) 802-3000
7  Facsimile: (650) 802-3100

8
    Attorneys for Plaintiff-Counterclaim Defendant
9  NETAPP, INC.

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                   SAN FRANCISCO DIVISION

13

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO FILE MOTIONS TO COMPEL** |

In its February 12, 2008 Case Management Scheduling Order, the Court specified that motions to compel non-expert discovery must be filed within the time limits contained in Civil Local Rule 26-2, which provides that motions must be filed within 7 court days of the close of discovery.  Order (Docket Entry 20), at ¶ 2a; Civil Local Rule 26-2.  In its November 18, 2008 Order, the Court set April 24, 2009 as the close of fact discovery concerning certain of the patents-in-suit.[1]  As a result, the deadline for filing motions to compel concerning fact discovery related to these patents is May 5, 2009.

The parties (between themselves and with third-parties) have been, and continue to be,

---

[1] The parties have agreed that a certain number of depositions that were noticed prior to the close of discovery, but that could not be scheduled prior to that deadline, may proceed prior to June 19, 2009.

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES TO FILE MOTIONS TO COMPEL       1       CASE NO. 3:07-CV-6053 EDL

engaged in what appear to be fruitful negotiations concerning their respective discovery responses. However, the volume of issues to work through is such that the meet-and-confer process is not yet complete. In light of this, the parties are concerned that, if this filing deadline is not continued, a multitude of discovery issues will be raised with the Court unnecessarily. Because the parties believe that continued discussions are likely to resolve many or all of the currently pending disputes, they hereby stipulate through their respective counsel of record, subject to the Court's approval, that the deadline for filing motions to compel discovery that is subject to the April 24, 2009 fact discovery cutoff be continued until May 22, 2009.

Dated: May 4, 2009      WEIL, GOTSHAL & MANGES LLP

By: /s/ Jeffrey G. Homrig
    MATTHEW D. POWERS
    EDWARD R. REINES
    JEFFREY G. HOMRIG
    JILL J. HO

Attorneys for Plaintiff, NETAPP, INC.

Dated: May 4, 2009      DLA PIPER LLP (US)

By: /s/ Christine K. Corbett
    MARK D. FOWLER
    CLAYTON THOMPSON
    DAVID ALBERTI
    CHRISTINE K. CORBETT
    YAKOV M. ZOLOTOREV
    CARRIE L. WILLIAMSON

Attorneys for Defendant, SUN MICROSYSTEMS, INC.

**IT IS SO ORDERED.**

Dated: May  5 , 2009



_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE

STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND DEADLINES TO FILE MOTIONS TO COMPEL     2     CASE NO. 3:07-CV-6053 EDL