IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE INC,<br><br>     Plaintiff,<br><br>  v.<br><br>SUN MICROSYSTEMS INC,<br><br>     Defendant.<br>_____ / | No. C-07-06053 EDL<br><br>**ORDER RE SUN'S APPLICATION TO SHORTEN TIME ON ITS MOTION TO STRIKE PORTIONS OF NETWORK APPLIANCE'S EXPERT REPORTS** |

Sun Microsystems filed a motion to strike portions of Network Appliance's Expert Reports and filed an application to shorten time on that motion. In light of the expedited schedule proposed by Sun, the Court hereby orders NetApp to respond to Sun's application to shorten time no later than Friday, June 19, at 10:00 a.m. The Court will then consider whether shortened time is appropriate and will set a briefing schedule.

**IT IS SO ORDERED.**

Dated: June 18, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge