1  Bingham McCutchen LLP
   JAMES G. SNELL (SBN 173070)
2  *james.snell@bingham.com*
   1900 University Avenue
3  East Palo Alto, CA 94303-2223
   Telephone: 650.849.4400
4  Facsimile: 650.849.4800

5  Attorneys for Non-Party
   Chelsio Communications, Inc.

6

7

8                  UNITED STATES DISTRICT COURT

9                 NORTHERN DISTRICT OF CALIFORNIA

10                    SAN FRANCISCO DIVISION

11

| | |
|---|---|
| 12 NETWORK APPLIANCE, INC., | No. 3:07-CV-06053 EDL (JCS) |
| 13        Plaintiff, | [~~PROPOSED~~] ORDER GRANTING |
| 14   v. | ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL |
| SUN MICROSYSTEMS, INC., | SUBMITTED BY SUN |
| 15 | MICROSYSTEMS, INC. |
| 16        Defendant. | Judge:     Hon. Elizabeth D. Laporte |

17          After consideration of Sun Microsystems, Inc.'s ("Sun") Administrative Request

18  pursuant to Civil L.R. 7-11 and 79-5(d) to file under seal materials related to Sun's motion to

19  compel non-party Chelsio Communications, Inc.'s compliance with Sun's subpoena. It is

20  HEREBY ORDERED that Sun's Administrative Request is GRANTED as follows:

21          IT IS HEREBY ORDERED THAT:

22          1.      Exhibits B, C, and D, to the Declaration Of Robert Buergi In Support Of

23  Sun's Reply Re: Its Motion To Compel Non-Party Chelsio Communications, Inc.'s Compliance

24  With Sun's Subpoena ("Buergi Declaration") shall be filed under seal;

25          2.      The portions of the Buergi Declaration related to the information

26  contained in these exhibits (i.e. at 2:12-19, 3:5, and 3:10) shall be filed under seal;

27          3.      The portions of Sun's Reply In Support Of Its Motion To Compel Non-

28

A/73071840.4

1   Party Chelsio Communications, Inc.'s Compliance With Sun's Document And Deposition

2   Subpoena related to the information contained in these exhibits, or otherwise containing

3   confidential Chelsio information (i.e. at 2:10-13, 3:2-6, 3:8-9, 3:11-13, 3:15-16, 4:6-12, 5:2-3,

4   5:5-6, 5:21-22, and 6:19-20) shall be filed under seal.

5            IT IS SO ORDERED.

6   Dated: _____June 26_____, 2009

7

8   _____

9   UNITED STATES MAGISTRATE COURT

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

A/73071840.4

2