MARK D. FOWLER, Bar No. 124235
mark.fowler@dlapiper.com
DAVID ALBERTI, Bar No. 220625
david.alberti@dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV, Bar No. 224260
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON, Bar No. 230873
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff/Counterdefendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant/Counterplaintiff. | CASE NO. C-07-06053 EDL (JCS)<br><br>[PROPOSED] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO AMEND INFRINGEMENT AND/OR INVALIDITY CONTENTIONS |

Pursuant to the Court's June 19, 2009 Order Regarding Discovery Letters; Order Denying Shortened Time on Sun's Motion to Strike Portions of Network Appliance, Inc.'s Expert Reports, Sun Microsystems, Inc. ("Sun") and Network Appliance, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

(1) The parties shall file any motions to amend infringement and/or invalidity contentions no later than July 10, 2009;

-1-
WEST\21741786.1  [PROPOSED] ORDER AND STIPULATION RE BRIEFING SCHEDULE FOR MOTIONS TO AMEND INFRINGEMENT AND/OR INVALIDITY CONTENTIONS; USDC CASE NO. C-07-06053.

DLA PIPER US LLP
EAST PALO ALTO

(2) Opposition briefs to any motions to amend infringement and/or invalidity contentions shall be filed no later than July 17, 2009;

(3) Reply briefs to any motions to amend infringement and/or invalidity contentions shall be filed no later than July 21, 2009;

(4) The hearing on any motions to amend infringement and/or invalidity contentions shall be scheduled for August 11, 2009 at 9:00 a.m. in Courtroom E, 15th Floor, of the above-titled Court.

Dated: June 26, 2009

DLA PIPER LLP (US)

/s/ Christine K. Corbett
MARK D. FOWLER
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON
Attorneys for
Sun Microsystems, Inc.

Dated: June 26, 2009

/s/ Patricia Young
Matthew D. Powers
Edward R. Reines
Jeffrey G. Homrig
Jill J. Ho
Patricia Young (Admitted *Pro Hac Vice*)
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for
NetApp, Inc.

DLA PIPER US LLP
EAST PALO ALTO

WEST\21741786.1

-2-
[PROPOSED] ORDER AND STIPULATION RE BRIEFING SCHEDULE FOR
MOTIONS TO AMEND INFRINGEMENT AND/OR INVALIDITY CONTENTIONS;
USDC CASE NO. C-07-06053.

1   IT IS SO ORDERED

2   
3        Dated: June 26, 2009
                                    _____
4                                   ELIZABETH D. LAPORTE
                                    United States Magistrate Judge



IT IS SO ORDERED
Judge Elizabeth D. Laporte

DLA PIPER US LLP
EAST PALO ALTO

WEST\21741786.1

-3-
[PROPOSED] ORDER AND STIPULATION RE BRIEFING SCHEDULE FOR
MOTIONS TO AMEND INFRINGEMENT AND/OR INVALIDITY CONTENTIONS;
USDC CASE NO. C-07-06053.