1  MARK D. FOWLER, Bar No. 124235
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Admitted Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI, Bar No. 220625
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT, Bar No. 209128
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV, Bar No. 224260
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON, Bar No. 230873
   carrie.williamson@dlapiper.com
7
   DLA PIPER LLP (US)
8  2000 University Avenue
   East Palo Alto, CA  94303-2214
9  Tel: 650.833.2000
   Fax: 650.833.2001
10
   Attorneys for Defendant/Counterplaintiff,
11 Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff/Counterdefendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant/Counterplaintiff. | CASE NO.  C-07-06053 EDL <br><br> [~~PROPOSED~~] ORDER AND STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTIONS TO AMEND INFRINGEMENT AND/OR INVALIDITY CONTENTIONS  AS MODIFIED |

Pursuant to the Court's June 19, 2009 Order Regarding Discovery Letters; Order Denying Shortened Time on Sun's Motion to Strike Portions of Network Appliance, Inc.'s Expert Reports, Sun Microsystems, Inc. ("Sun") and Network Appliance, Inc. ("NetApp"), by and through their undersigned attorneys of record, hereby stipulate and agree as follows:

(1) The parties shall file any motions to amend infringement and/or invalidity contentions no later than July 16, 2009;

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\21749271.1
347155-000029

-1-
STIP &  [~~PROPOSED~~] ORDER RE SCHEDULE FOR MOTIONS TO AMEND
USDC CASE NO. C-07-06053 EDL

1  (2) Opposition briefs to any motions to amend infringement and/or invalidity

2  contentions shall be filed no later than July 30, 2009;

3  (3) Reply briefs to any motions to amend infringement and/or invalidity contentions

4  shall be filed no later than August ~~6,~~ 5 2009;

5  (4) The hearing on any motions to amend infringement and/or invalidity contentions

6  shall be scheduled for August ~~20,~~ 19 2009 at ~~9:00 a.m.~~ 2:00 pm in Courtroom E, 15th Floor, of the above-

7  titled Court.

8  Dated: July 10, 2009

9

10  DLA PIPER LLP (US)

11  _____/s/ Christine K. Corbett_____
MARK D. FOWLER
12  CHRISTINE K. CORBETT

13  Attorneys for Defendant,
Sun Microsystems, Inc.
14

15

16  Dated: July 10, 2009  ___/s/ Jeffrey Homrig_____
MATTHEW D. POWERS
17  EDWARD R. REINES
JEFFREY G. HOMRIG
18  JILL J. HO
PATRICIA YOUNG (Admitted *Pro Hac Vice*)
19  WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
20  Redwood Shores, CA 94065
Telephone: (650) 802-3000
21  Facsimile: (650) 802-3100

22  Attorneys for
NetApp, Inc.

23

24  **IT IS SO ORDERED.**

25  Dated: July __15_, 2009

26  ELIZABETH
United States

**IT IS SO ORDERED AS MODIFIED**
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

27

28

DLA PIPER LLP (US)
EAST PALO ALTO
WEST\21749271.1
347155-000029
-2-
STIP & [PROPOSED] ORDER RE SCHEDULE FOR MOTIONS TO AMEND
USDC CASE NO. C-07-06053 EDL