MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

PATRICIA YOUNG (admitted *pro hac vice*)
patricia.young@weil.com
WEIL, GOTSHAL & MANGES LLP
767 Fifth Avenue
New York, NY 10153
Telephone: (212) 310-8000
Facsimile: (212) 310-8007

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.<br><br>Plaintiff-Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.<br><br>Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION RE U.S. PATENT NO. 5,459,857** |

WHEREAS, opening summary judgment briefs shall be filed on August 3, 2009;

WHEREAS, Network Appliance, Inc. ("NetApp") intends to file a motion for summary judgment with respect to Sun's United States Patent No. 5,459,857 ("the '857 patent");

WHEREAS, due to schedules and conflicts, Dr. Scott Brandt – Sun's expert on the '857 patent – will not be deposed until August 4, 2009;

THEREFORE, IT IS HEREBY STIPULATED BETWEEN THE PARTIES THAT: the deadline for filing the opening summary judgment motion on the '857 patent shall be extended from August 3, 2009 to August 10, 2009.  The deadline for filing the responsive summary judgment motion on the '857 patent shall be extended from August 17, 2009 to August 24, 2009.  The deadline for filing the reply brief for the summary judgment motion on the '857 patent shall be extended from August 31, 2009 to September 8, 2009 and request that the Court enter an order to that effect.  The filing deadlines for the parties' other motions for summary judgment would remain unchanged.  By extending the deadlines for this motion by one week, the parties do not wish to disturb the hearing schedule for the summary judgment  motions, such that the hearing for the summary judgment motion on the '857 patent would remain on September 30, 2009.

Dated:  July 30, 2009

          DLA PIPER LLP (US)

          By:  */s/ Christine K. Corbett*
              MARK  D. FOWLER
              CLAYTON THOMPSON
              DAVID ALBERTI
              CHRISTINE K. CORBETT
              YAKOV M. ZOLOTOREV
              CARRIE L. WILLIAMSON

              Attorneys for
              Sun Microsystems, Inc.

Dated:  July 30, 2009

          WEIL, GOTSHAL & MANGES LLP

          By:  */s/ Jeffrey G. Homrig*
              MATTHEW D. POWERS
              EDWARD R. REINES
              JEFFREY G. HOMRIG
              JILL J. HO

              Attorneys for
              NetApp, Inc.

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION RE U.S. PATENT NO. 5,459,857**      2      CASE NO. 3:07-CV-6053 EDL

1
2
3   **[PROPOSED] ORDER**

Having considered the parties' stipulation, the joint request for relief is **GRANTED**. The August 3, 2009 deadline for filing the opening summary judgment motion on the '857 patent shall be continued to August 10, 2009. The August 17, 2009 deadline for filing the responsive summary judgment motion on the '857 patent shall be continued to August 24, 2009. The August 31, 2009 deadline for filing the reply brief for the summary judgment motion on the '857 patent shall be continued to September 8, 2009. All other deadlines and hearing dates with respect to the summary judgment briefing in the -6053 action are unchanged.

**IT IS SO ORDERED.**

Dated: July  31 , 2009



_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE

**STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE FOR SUMMARY JUDGMENT MOTION RE U.S. PATENT NO. 5,459,857**       3       CASE NO. 3:07-CV-6053 EDL