MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterclaimant
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC.,<br><br>Plaintiff - Counterclaim Defendant,<br><br>v.<br><br>SUN MICROSYSTEMS, INC.,<br><br>Defendant - Counterclaimant. | CASE NO. 3:07-CV-06053 EDL<br><br>[PROPOSED] ORDER GRANTING SUN MICROSYSTEMS, INC.'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND DEPOSITION FROM NON-PARTY YAHOO! INC.<br><br>Date: August 4, 2009<br>Time: 9:00 a.m.<br>Courtroom: E, 15th Floor<br>Hon. Elizabeth D. Laporte |

Having considered the papers submitted and arguments presented in support of and in opposition to Sun Microsystems, Inc.'s ("Sun") Motion To Compel Production of Documents And Deposition From Non-Party Yahoo! Inc. ("Yahoo") ("Motion to Compel"), IT IS HEREBY ORDERED that Sun's Motion to Compel is GRANTED IN PART. Yahoo shall produce one or more witnesses for a deposition of no more than three hours to address the following topics set forth in Sun's July 21, 2009 reply brief (Dkt. 409), p. 2, ll. 9-24:

1. Yahoo's use of disk scrubbing, right-sizing, and disk truncation in

        connection with its use of Network Appliance, Inc. ("NetApp") products;

2. Yahoo's use of the NetApp product SnapMirror;

3. Yahoo's use of Cisco and Brocade Fibre Channel switches in conjunction with NetApp filers, including the connections between the switches and NetApp's filers, its use of NetApp's MetroCluster product in connection with the switches, its use of graphical user interfaces to manage such switches, and its use of load balancing, zoning, and virtual channels in connection with such switches; and

4. The content and subject matter of the documents that Yahoo has produced in response to Sun's subpoena.

Prior to the deposition, Sun and Yahoo shall exchange information as necessary to authenticate, verify, and explain the content and subject matter of the documents that Yahoo has produced in response to Sun's subpoena.

IT IS SO ORDERED.

Dated: August  7 , 2009



_____
UNITED STATES MAGISTRATE JUDGE
ELIZABETH D. LAPORTE