MATTHEW D. POWERS (Bar No. 104795)
matthew.powers@weil.com
EDWARD R. REINES (Bar No. 135960)
edward.reines@weil.com
JEFFREY G. HOMRIG (Bar No. 215890)
jeffrey.homrig@weil.com
JILL J. HO (Bar No. 236349)
jill.ho@weil.com
WEIL, GOTSHAL & MANGES LLP
Silicon Valley Office
201 Redwood Shores Parkway
Redwood Shores, CA 94065
Telephone: (650) 802-3000
Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NetApp, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., | Case No. 3:07-CV-06053 EDL |
| Plaintiff-Counterclaim, | **JOINT STIPULATION AND [PROPOSED] ORDER PERMITTING NETAPP TO FILE A SECOND AMENDED REPLY** |
| v. | |
| SUN MICROSYSTEMS, INC., | |
| Defendant-Counterclaim | |

WHEREAS, on July 16, 2009, the parties reached agreement to permit certain of their respective Patent Local Rule infringement contentions in the 6053 and 5488 cases to be supplemented to narrow the scope of the contention-related disputes being submitted to the Court; and

WHEREAS, as part of this agreement, the parties agreed that NetApp may amend its Reply in the 6053 case to assert a license defense;

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties hereto through their respective attorneys of record, subject to the Court's approval, that NetApp may file a Second Amended Reply to Sun's Amended Answer and Counterclaims, a copy of which is attached hereto as Exhibit A.

IT IS FURTHER STIPULATED that Sun waives notice and service of the amended pleading.

Dated: August 14, 2009         WEIL, GOTSHAL & MANGE LLP

                                /s/ Jeffrey G. Homrig
                               Jeffrey G. Homrig

                               ATTORNEYS FOR NETAPP, INC.

Dated: August 14, 2009         Respectfully submitted,

                               DLA PIPER LLP (US)

                                /s/ Carrie Williamson
                               Carrie Williamson

                               ATTORNEYS FOR SUN MICROSYSTEMS, INC.

IT IS SO ORDERED.

Dated: _August 18, 2009__

                               _____
                               Honorable [Judge Elizabeth D. Laporte]

*[Stamp: IT IS SO ORDERED / Elizabeth D. Laporte / Judge Elizabeth D. Laporte / United States District Court, Northern District of California]*

JOINT STIPULATION AND [PROPOSED] ORDER
RE: NETAPP'S SECOND AMENDED REPLY          2          CASE NO. 3:07-CV-06053 EDL