1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA  94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100
8
   Attorneys for Plaintiff-Counterclaim Defendant
9  NETAPP, INC.

10

11                 UNITED STATES DISTRICT COURT
                  NORTHERN DISTRICT OF CALIFORNIA
12                     SAN FRANCISCO DIVISION

13 | NETWORK APPLIANCE, INC. | Case No. 3:07-CV-06053-EDL
14 |   Plaintiff-Counterclaim Defendant, |
15 |   v. | **[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID J. HEALEY AS COUNSEL FOR NETWORK APPLIANCE**
16 | SUN MICROSYSTEMS, INC. |
17 |   Defendant-Counterclaim Plaintiff. |

1  IT IS HEREBY ORDERED that the request for withdrawal of David J. Healey as
2  counsel of record for Network Appliance, Inc. in the above-entitled action is GRANTED.
3
4  IT IS SO ORDERED.
5
6  Dated:   September 18, 2009
7  _____
   Honorable Elizabeth D. Laporte

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

---

**[PROPOSED] ORDER GRANTING WITHDRAWAL OF DAVID J. HEALEY AS COUNSEL FOR NETWORK APPLIANCE**     1     CASE NO. 3:07-CV-06053 EDL