1  MATTHEW D. POWERS (Bar No. 104795)
   matthew.powers@weil.com
2  EDWARD R. REINES (Bar No. 135960)
   edward.reines@weil.com
3  JEFFREY G. HOMRIG (Bar No. 215890)
   jeffrey.homrig@weil.com
4  JILL J. HO (Bar No. 236349)
   jill.ho@weil.com
5  WEIL, GOTSHAL & MANGES LLP
   Silicon Valley Office
6  201 Redwood Shores Parkway
   Redwood Shores, CA 94065
7  Telephone: (650) 802-3000
   Facsimile: (650) 802-3100

Attorneys for Plaintiff-Counterclaim Defendant
NETAPP, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterclaim Defendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterclaim Plaintiff. | Case No. 3:07-CV-06053-EDL <br><br> **[PROPOSED] ORDER GRANTING WITHDRAWAL OF AARON M. NATHAN AS COUNSEL FOR NETAPP, INC.** |

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
AARON M. NATHAN AS COUNSEL FOR
NETAPP, INC.

CASE NO. 3:07-CV-06053 EDL

IT IS HEREBY ORDERED that the request for withdrawal of Aaron M. Nathan as counsel of record for NetApp, Inc. in the above-entitled action is GRANTED.

IT IS SO ORDERED.

Dated: 11/24/09

IT IS SO ORDERED

Judge Elizabeth D. Laporte

[PROPOSED] ORDER GRANTING WITHDRAWAL OF
AARON M. NATHAN AS COUNSEL FOR
NETAPP, INC.

1

CASE NO. 3:07-CV-06053 EDL