IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

NETWORK APPLIANCE, INC.,

    Plaintiff,

v.

SUN MICROSYSTEMS INC.,

    Defendant.

No. C-07-06053 EDL

**ORDER UN-SEALING COURT'S NOVEMBER 17, 2009 SUMMARY JUDGMENT ORDERS**

On November 17, 2009, the Court Ordered that the following Orders were to be temporarily filed under Seal: Order Granting Sun's Motion No. 1 For Summary Judgment of Non-Infringement of U.S. Patent No. 6,892,211, Order Granting Sun's Motion No. 2 For Summary Judgment of Non-Infringement of U.S. Patent No. 6,892,211, Order Granting NetApp's Motion For Summary Judgment of Non-Infringement of U.S. Patent No. 5,925,106, and Order Granting NetApp's Motion For Summary Judgment of Non-Infringement of U.S. Patent No. 5,459,857. Neither party has objected to the Court publishing these four Orders in their entirety in the public record. Therefore it is hereby ORDERED that these Orders be un-sealed and published in their entirety in the public record.

**IT IS SO ORDERED.**

Dated: November 30, 2009

ELIZABETH D. LAPORTE
United States Magistrate Judge