IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff, <br><br> v. <br><br> SUN MICROSYSTEMS INC., <br><br> Defendant. | No. C-07-06053 EDL <br><br> **ORDER DENYING ADMINISTRATIVE REQUEST TO FILE DOCUMENTS UNDER SEAL** |

In connection with Sun's Motion for Partial Stay of the Case Pending Reexamination of U.S. Patent No. 5,819,92, Sun filed an administrative request to file under seal the unredacted version of its Reply brief, as well as exhibits C, D, E and F to the Corbett Declaration in Support, on the basis that NetApp had previously designated these exhibits Highly Confidential. On February 18, 2010, NetApp filed a notice in response to the administrative request in which it stated that it does not object to these documents being filed in the public record. Therefore, the Clerk is hereby ordered to make these documents part of the public record in this case.

**IT IS SO ORDERED.**

Dated: February 19, 2010

ELIZABETH D. LAPORTE
United States Magistrate Judge