1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Admitted Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
7
8  DLA PIPER LLP (US)
   2000 University Avenue
   East Palo Alto, CA 94303-2215
9  Tel: 650.833.2000
   Fax: 650.833.2001
10
   Attorneys for Defendant and Counterplaintiff
11 Sun Microsystems, Inc.

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16 | NETWORK APPLIANCE, INC.,          | CASE NO. C-07-6053 EDL

17 |        Plaintiff-Counterdefendant, | **STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER**

18 | v.                                 |

19 | SUN MICROSYSTEMS, INC.,            |

20 |                                    |

21 |        Defendant-Counterplaintiff. |

22

23      Plaintiff-Counterdefendant NetApp, Inc. and Defendant-Counterplaintiff Oracle America,

24 Inc. (formerly Sun Microsystems, Inc.), by and through their attorneys, hereby stipulate and agree

25 that this action is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety, each party to

26 bear its own fees and costs.

27

28

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\222439682.1
347155-000029

-1-
STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
– USDC CASE NO. C-07-6053 EDL

Dated: September 8, 2010.   WEIL, GOTSHAL & MANGES LLP


By  */s/ Edward R. Reines*
MATTHEW D. POWERS
EDWARD R. REINES
JEFFREY G. HOMRIG
JILL J. HO
Attorneys for Plaintiff and Counter-defendant
NETAPP, INC.


Dated: September 8, 2010


DLA PIPER LLP (US)


By  */s/ Mark D. Fowler*
MARK D. FOWLER
CLAYTON THOMPSON
DAVID ALBERTI
CHRISTINE K. CORBETT
YAKOV M. ZOLOTOREV
CARRIE L. WILLIAMSON

Attorneys for Defendant and Counterplaintiff
ORACLE AMERICA, INC.


## ORDER

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice in its entirety and that each party will bear its own fees and costs.

DATED: September _____, 2010


_____
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\222439682.1
347155-000029

-2-
STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
– USDC CASE NO. C-07-6053 EDL