1  MARK D. FOWLER (Bar No. 124235)
   mark.fowler@dlapiper.com
2  CLAYTON THOMPSON (Admitted Pro Hac Vice)
   clayton.thompson@dlapiper.com
3  DAVID ALBERTI (Bar. No. 220625)
   david.alberti@dlapiper.com
4  CHRISTINE K. CORBETT (Bar No. 209128)
   christine.corbett@dlapiper.com
5  YAKOV M. ZOLOTOREV (Bar No. 224260)
   yakov.zolotorev@dlapiper.com
6  CARRIE L. WILLIAMSON (Bar No. 230873)
   carrie.williamson@dlapiper.com
7
8  DLA PIPER LLP (US)
   2000 University Avenue
   East Palo Alto, CA 94303-2215
9  Tel: 650.833.2000
   Fax: 650.833.2001
10
11 Attorneys for Defendant and Counterplaintiff
   Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| NETWORK APPLIANCE, INC., <br><br> Plaintiff-Counterdefendant, <br><br> v. <br><br> SUN MICROSYSTEMS, INC., <br><br> Defendant-Counterplaintiff. | CASE NO. C-07-6053 EDL <br><br> **STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff-Counterdefendant NetApp, Inc. and Defendant-Counterplaintiff Oracle America, Inc. (formerly Sun Microsystems, Inc.), by and through their attorneys, hereby stipulate and agree that this action is hereby **DISMISSED WITHOUT PREJUDICE** in its entirety, each party to bear its own fees and costs.

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\222439682.1
347155-000029

-1-
STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
– USDC CASE NO. C-07-6053 EDL

| | | |
|---|---|---|
| 1 | Dated: September 8, 2010. | WEIL, GOTSHAL & MANGES LLP |
| 2 | | |
| 3 | | |
| 4 | | By  /s/ Edward R. Reines |
| | | MATTHEW D. POWERS |
| 5 | | EDWARD R. REINES |
| | | JEFFREY G. HOMRIG |
| 6 | | JILL J. HO |
| | | Attorneys for Plaintiff and Counter-defendant |
| 7 | | NETAPP, INC. |
| 8 | | |
| 9 | Dated: September 8, 2010 | |
| 10 | | DLA PIPER LLP (US) |
| 11 | | By  /s/ Mark D. Fowler |
| | | MARK D. FOWLER |
| 12 | | CLAYTON THOMPSON |
| | | DAVID ALBERTI |
| 13 | | CHRISTINE K. CORBETT |
| | | YAKOV M. ZOLOTOREV |
| 14 | | CARRIE L. WILLIAMSON |
| 15 | | Attorneys for Defendant and Counterplaintiff |
| | | ORACLE AMERICA, INC. |

## ORDER

IT IS HEREBY ORDERED THAT this action is dismissed without prejudice in its entirety and that each party will bear its own fees and costs.

DATED: September  9 , 2010

*Elizabeth D. Laporte*
HONORABLE ELIZABETH D. LAPORTE
United States Magistrate Judge

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\222439682.1
347155-000029

-2-
STIPULATED DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER
– USDC CASE NO. C-07-6053 EDL