MARK D. FOWLER (Bar No. 124235)
mark.fowler@dlapiper.com
CLAYTON THOMPSON (Admitted Pro Hac Vice)
clayton.thompson@dlapiper.com
DAVID ALBERTI (Bar. No. 220625)
david.alberti@dlapiper.com
CHRISTINE K. CORBETT (Bar No. 209128)
christine.corbett@dlapiper.com
YAKOV M. ZOLOTOREV (Bar No. 224260)
yakov.zolotorev@dlapiper.com
CARRIE L. WILLIAMSON (Bar No. 230873)
carrie.williamson@dlapiper.com

DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2215
Tel: 650.833.2000
Fax: 650.833.2001

Attorneys for Defendant and Counterplaintiff
Sun Microsystems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| NETWORK APPLIANCE, INC., | CASE NOS. C-07-6053; 07-5488; 08-1641 EDL |
|---|---|
| Plaintiff-Counterdefendant, | ORDER ON |
| v. | **JOINT REQUEST FOR THE RETURN OR DESTRUCTION OF DOCUMENTS FILED UNDER SEAL** |
| SUN MICROSYSTEMS, INC., | |
| Defendant-Counterplaintiff. | |

As a result of the dismissal of this action, pursuant to Local Rule 7-11, NetApp, Inc. and Oracle America, Inc. (formerly Sun Microsystems, Inc.), by and through their attorneys, jointly request the return or destruction of all documents filed under seal by the parties, including any copies that are maintained in chambers. The parties appreciate that their request may involve a significant amount of work and, therefore, remain available, at the Court's request, to assist with the return or destruction of all documents filed under seal.

-1-
WEST\222440064.1
347155-000029
JOINT REQUEST FOR THE RETURN OR DESTRUCTION OF DOCUMENTS FILED UNDER SEAL – USDC CASE NO. C-07-6053; 07-5488; 08-1641 EDL

|   |   |
|---|---|
| | Respectfully submitted, |
| Dated: September 10, 2010. | WEIL, GOTSHAL & MANGES LLP |
| | By /s/ Jeffrey G. Homrig |
| | MATTHEW D. POWERS |
| | EDWARD R. REINES |
| | JEFFREY G. HOMRIG |
| | JILL J. HO |
| | Attorneys for Plaintiff and Counter-defendant |
| | NETAPP, INC. |
| Dated: September 10, 2010 | |
| | DLA PIPER LLP (US) |
| | By /s/ Christine K. Corbett |
| | MARK D. FOWLER |
| | CLAYTON THOMPSON |
| | DAVID ALBERTI |
| | CHRISTINE K. CORBETT |
| | YAKOV M. ZOLOTOREV |
| | CARRIE L. WILLIAMSON |
| | Attorneys for Defendant and Counterplaintiff |
| | ORACLE AMERICA, INC. |

It is so ordered as modified. the Court will return or destroy all chambers' copies and other documents lodged under seal, but not those documents that have been <u>filed</u> under seal, which shall remain under seal with the Court as part of the Court's record.

Dated: September 24, 2010

**IT IS SO ORDERED AS MODIFIED**
/s/ Elizabeth D. Laporte
Judge Elizabeth D. Laporte

DLA PIPER LLP (US)
EAST PALO ALTO

WEST\222440064.1
347155-000029

-2-
JOINT REQUEST FOR THE RETURN OR DESTRUCTION OF DOCUMENTS
FILED UNDER SEAL – USDC CASE NO. C-07-6053; 07-5488; 08-1641 EDL